## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Greg McGahey, a Postal Inspector of the United States Postal Inspection Service ("USPIS"), being duly sworn, do hereby depose and state as follows:

1. I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, empowered by law to conduct investigations of or to make arrests for offenses enumerated in Section 2516 of Title 18 of the same. As a "Federal law enforcement officer" as defined in Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure, that is a government agent who is engaged in enforcing the criminal laws and is within any category of officers authorized by the Attorney General to request a search warrant pursuant to this rule.

## PURPOSE OF AFFIDAVIT

2. I respectfully submit this affidavit in support of a criminal complaint seeking an arrest warrant for Patrick M. DOYLE. As set forth herein, there is probable cause to believe that, in August 2019, DOYLE committed violations of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) (distribution of a controlled substance) and 18 U.S.C. § 1956(a)(1)(B) (money laundering) (the "Subject Offenses").

## BACKGROUND OF AFFIANT

3. I am a United States Postal Inspector and have been so employed since 2003. I am currently assigned to the Denver Division, Denver Headquarters, responsible for investigating Title 21 controlled substance violations involving the United States mail. In this capacity, I have participated in numerous investigations involving the transmission of controlled substances or the proceeds from the sale of controlled substances through the United States mail. I have received specialized training in the investigation of controlled

substances in the Unites States mail.  Prior to the assignment to Denver Division Headquarters, I was assigned to the Las Vegas, Nevada Field Office of the Postal Inspection Service conducting similar investigations.  I have received training on the identification and odor of controlled substances, interdiction of controlled substances, money laundering of drug proceeds and have attended drug investigator training.

4.     During my employment as a law enforcement officer, I have participated in criminal investigations concerning crimes against persons and property, the use and sales of narcotics, the mailing of controlled substances and proceeds through the United States mails, mail theft, identity theft, fraud, and various other postal related crimes.  In particular, I have worked on cases involving the mailing of controlled substances and/or drug proceeds in Express and Priority mail parcels. I have participated in interviewing witnesses, cooperating individuals, and informants regarding the illegal trafficking of narcotics, and I have read official reports generated by other officers who have conducted similar interviews.  I have been a surveillance officer responsible for observing and recording the movements of individuals engaged the illegal trafficking of narcotics. I have functioned as a case agent in charge of specific investigations involving drug trafficking.  I have been an undercover officer for purposes of investigating narcotics-related crimes.

5.     I am familiar with the methods employed by drug smuggling and money laundering organizations to conduct their business, including, but not limited to: their methods of importing and distributing narcotics; the transportation routes and means of coordination supply country organizations use to smuggle narcotics across the U.S. border, that include international and U.S. mail system; the methods of laundering the profits derived from the sales of controlled substances; the use of telephonic and electronic devices

and other telecommunications methods to conduct drug transactions and launder drug proceeds; and use of the Internet and darknet to distribute and purchase drugs. I have also received extensive formal and informal training in investigative techniques that involve electronic media and computer investigations, preservation, and search and seizure of electronic media as evidence. I have applied this knowledge as a case agent, where I have drafted, applied for, and served search warrants which included electronic media. In those cases, I have also analyzed the electronic media leading to successful prosecutions.

6. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. As this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known by myself or the United States concerning this investigation, rather I have set forth only facts believed sufficient to establish probable cause to support the criminal complaint against DOYLE.

## **PROBABLE CAUSE**

7. Through my investigation, I have learned that DOYLE lives in a particular apartment in an apartment building on Market Street in Denver, CO (the "Market Street Address"). Among other things, I have searched law enforcement and publicly-available databases, and have learned from these searches that the Market Street Address is DOYLE's current address. I have also conducted surveillance at the Market Street Address and have, on multiple occasions, observed DOYLE's vehicle (the "Doyle Vehicle") parked in the parking garage at this address. I have also observed DOYLE leave from this address in the Doyle Vehicle.

3

8. On or about August 2, 2019, the Doyle Vehicle was monitored leaving the Market Street Address via a court-authorized GPS tracking device installed on the Doyle Vehicle. From the Market Street Address, the Doyle Vehicle drove directly to the Downtown Denver Post Office.

9. On or about August 2, 2019, video surveillance at the downtown Denver Post Office captured DOYLE and the Doyle Vehicle at that post office. DOYLE was identified mailing a five-pound Priority Mail parcel (the "August 2 Parcel") at the self-service parcel drop receptacle. Postal Inspectors intercepted and held the parcel for further investigation. The August 2 Parcel was addressed to a particular name ("Individual-1").

10. On or about August 6, 2019, the August 2 Parcel was opened pursuant to a federal search warrant. The parcel contained approximately 3.9 pounds of crystal 3,4-methylenedioxymethamphetamine (MDMA), a schedule II controlled substance.

11. On or about August 8, 2019, I learned that a USPS Priority Parcel bearing a particular tracking number was scheduled for delivery to the Market Street Address on August 9, 2019 (the "August 9 Parcel").

12. On or about August 9, 2019, U.S. Postal Inspectors intercepted the August 9 Parcel for further investigation. The parcel was addressed to "Mr. Patrick Doyle" at the Market Street Address with a return address of Individual-1 at a location in Massachusetts. In other words, the name on the return address of the August 9 Parcel had the same name (the name of Individual-1) as the addressee on the August 2 Parcel containing the 3.9 pounds of MDMA.

13. On or about August 9, 2019, a federal search warrant was authorized for the August 9 Parcel. On that same date, Postal Inspectors executed this warrant, which revealed

the following: one white USPS Priority Mail cardboard box, toilet paper, white pieces of paper, newspaper, two small boxes wrapped with black tape.  One of the small boxes contained $17,500 U.S. currency and the other small box contained $20,000 U.S. currency, for a total of $37,500 U.S. currency.   I believe, based on my training and experience, that this currency was Individual-1's payment for the seized MDMA in the August 2 Parcel.  I also know, based on my training and experience, that individuals who distribute controlled substances through the mail, as I believe DOYLE does, prefer to receive payment in way that is designed to avoid detection and conceal the nature of their unlawful activity.  One such way of receiving payment is cash in the mail.

## **CONCLUSION**

14. Based on the foregoing affidavit, there is probable cause to believe that DOYLE has committed violations of the Subject Offenses.  I therefore respectfully request that the Court issue a warrant for DOYLE's arrest.

I, Greg McGahey, being duly sworn according to law, hereby state that the facts in the foregoing affidavit are true and correct to the best of my knowledge, information and belief.

*s/ Greg McGahey*
Greg McGahey, Postal Inspector
United States Postal Inspection Service

Submitted, attested to, and acknowledged by reliable electronic means on August 21, 2019.

__*Michael E. Hegarty*_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO

This Complaint and Affidavit was reviewed and submitted by AUSA Andrea Surratt