**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

IN THE MATTER OF

United States v. Patrick M. Doyle

Case No. 19-mj-194-MEH

---

**ORDER TO UNRESTRICT CASE**

---

Upon the motion of the United States of America, and for good cause shown, it is ORDERED as follows:

1) The above-captioned case is no longer restricted at Level 3.

DATED this __ day of August 2019

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO