AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 AUG 26 PM 1:58

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| PATRICK M. DOYLE, | ) Case No. 19-MJ-194 |
| | ) |
| Defendant | ) ME4 |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* PATRICK M. DOYLE, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   **X Complaint**
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1) and (b)(1)(C)          Distribution of a controlled substance
18 U.S.C. § 1956(a)(1)(B)                     Money laundering

Date: 08/21/2019

City and state: Denver, CO

_____
Issuing officer's signature

Michael E. Hegarty, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/21/2019, and the person was arrested on *(date)* 08/22/2019
at *(city and state)* Denver, Colorado.

Date: 08/23/2019

_____
Arresting officer's signature

ARRAN McWhirk, Special Agent
*Printed name and title*