**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.     19-cr-394 CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  PATRICK M. DOYLE,
    a/k/a "Gordon Keough,"

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about August 2, 2019, in the State and District of Colorado, the defendant, PATRICK M. DOYLE, a/k/a "Gordon Keough," did knowingly and intentionally distribute, and possess with the intent to distribute, mixtures and substances containing a detectable amount of 3,4-Methylenedioxymethamphetamine (MDMA).

All in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C).

### COUNT TWO

In August 2019, in the State and District of Colorado, the defendant, PATRICK M. DOYLE, a/k/a "Gordon Keough," and others known and unknown, did knowingly and intentionally conspire to launder money, to wit, knowing that the property involved in a financial transaction represented the proceeds of narcotics trafficking, DOYLE conducted a financial transaction affecting interstate commerce which in fact involved the proceeds of narcotics trafficking, knowing that the transaction was designed in

1

whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of narcotics trafficking.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) & (h).

## COUNT THREE

On or about August 22, 2019, in the State and District of Colorado, the defendant, PATRICK M. DOYLE, a/k/a "Gordon Keough," did knowingly and intentionally distribute, and possess with the intent to distribute, mixtures and substances containing a detectable amount of 3,4-Methylenedioxymethamphetamine (MDMA).

All in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C).

## COUNT FOUR

In or about August 2019, in the State and District of Colorado, the defendant, PATRICK M. DOYLE, a/k/a "Gordon Keough," did knowingly and intentionally attempt to distribute, and possess with the intent to distribute, mixtures and substances containing a detectable amount of 3,4-Methylenedioxymethamphetamine (MDMA).

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) & 846.

## COUNT FIVE

In or about August 2019, in the State and District of Colorado, the defendant, PATRICK M. DOYLE, a/k/a "Gordon Keough," did knowingly and intentionally attempt to distribute, and possess with the intent to distribute, mixtures and substances containing a detectable amount of 3,4-Methylenedioxymethamphetamine (MDMA).

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) & 846.

## COUNT SIX

In or about May 2019, in the State and District of Colorado, the defendant, PATRICK M. DOYLE, a/k/a "Gordon Keough," did knowingly and intentionally attempt to distribute, and possess with the intent to distribute, mixtures and substances containing a detectable amount of 3,4-Methylenedioxymethamphetamine (MDMA).

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) & 846.

## COUNT SEVEN

In or about January 2018, in the State and District of Colorado, the defendant, PATRICK M. DOYLE, a/k/a "Gordon Keough," did knowingly and intentionally attempt to distribute, and possess with the intent to distribute, mixtures and substances containing a detectable amount of 3,4-Methylenedioxymethamphetamine (MDMA).

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) & 846.

## COUNT EIGHT

In or about August 2017, in the State and District of Colorado, the defendant, PATRICK M. DOYLE, a/k/a "Gordon Keough," did knowingly and intentionally attempt to distribute, and possess with the intent to distribute, mixtures and substances containing a detectable amount of 3,4-Methylenedioxymethamphetamine (MDMA).

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) & 846.

## Forfeiture Allegation

As a result of committing the violations of Title 21, United States Code, Sections 841(a)(1) and 846, alleged in Counts One, Three, Four, Five, Six, Seven, and Eight of

this Indictment, the defendant, PATRICK M. DOYLE, a/k/a "Gordon Keough," shall forfeit, pursuant to Title 21, United States Code, Section 853, any and all property, real or personal, constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violation, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One, Three, Four, Five, and Six of this Indictment.

As a result of committing the violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), alleged in Count Two of this Indictment, the defendant, PATRICK M. DOYLE, a/k/a "Gordon Keough," shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(1), all property, real and personal, involved in the offenses alleged in Count Two of this Indictment, and all property traceable to such property.

If any of the property subject to forfeiture as a result of any act or omission of the defendant:

    A. cannot be located upon the exercise of due diligence;
    B. has been transferred to sold to or deposited with a third person;
    C. has been placed beyond the jurisdiction of this Court;
    D. has been substantially diminished in value; or
    E. has been co-mingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

All in violation of Title 18, United States Code, Section 982(a)(1) and Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853.

TRUE BILL:

4

<u>Ink signature on file in the Clerk's Office</u>
FOREPERSON


        JASON R. DUNN
        United States Attorney

By:    *s/ Andrea Surratt*
        Andrea Surratt
        Assistant U.S. Attorney
        U.S. Attorney's Office
        1801 California St., Ste. 1600
        Denver, CO 80202
        Telephone: 303-454-0200
        Fax:  303-454-0406
        E-mail: andrea.surratt@usdoj.gov
        Attorney for Government