| | |
|---|---|
| DEFENDANT: | PATRICK M. DOYLE, a/k/a "Gordon Keough" |
| AGE/YOB: | 1989 |
| COMPLAINT FILED? | ___x___ Yes   _____ No  <br><br>If Yes, MAGISTRATE CASE NUMBER 19-mj-194-MEH |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | _x_ Yes   __ No<br>If No, a new warrant is required |
| OFFENSE(S): | Counts 1, 3: 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) (distribution or possession with intent to distribute a controlled substance)<br><br>Count 2: 18 U.S.C. § 1956(a)(1)(B)(i) (money laundering)<br><br>Counts 4-8: 21 U.S.C. §§ 841(a)(1) and 846 (attempt to distribute or possess with intent to distribute a controlled substance) |
| LOCATION OF OFFENSE: | Denver County, Colorado |
| PENALTY: | Counts 1, 3-8: NMT 20 years' imprisonment; NLT 3 years' SR; NMT life SR; NMT $1,000,000 fine or twice the gain/loss from the offense; $100 SA<br><br>Count 2: NMT 20 years' imprisonment; NMT 3 years' SR; NMT $250,000 fine or twice the gain/loss from the offense; $100 SA |
| AGENT: | Greg McGahey<br>USPIS |
| AUTHORIZED BY: | Andrea Surratt<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_x_ five days or less; ___ over five days

THE GOVERNMENT

_x_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.