IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CASE NO. 19 CR 394-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

PATRICK M. DOYLE,

       Defendant.

---

### NOTICE OF APPEARANCE
---

       Undersigned counsel, Nancy Kardon, Esq., hereby enters her appearance as counsel on behalf of Defendant Patrick M. Doyle. Undersigned counsel has contacted Deputy Federal Public Defender Edward Robin Harris to inform him of her representation of Mr. Doyle in this case.

       Dated this 6th day of September 2019.

       Respectfully submitted,

s/ Nancy Kardon
NANCY KARDON

Nancy Kardon, Esq (Bar #47074)
Kardon Law, Inc.
4770 Baseline Rd
Suite 200, Boulder CO 80303
Nkardon@kardonlaw.com
(310) 902-7837

Attorney for Defendant
PATRICK DOYLE

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2019, I served the foregoing Entry of Appearance electronically by emailing the entry to the following:

Ms. Pamela Kline at Pamela_Kline@cod.uscourts.gov
The United States Attorney's Office for the District of Colorado through susan.hurd@us.af.mil
jacqueline.waldman.1@us.af.mil
Mark.Johnson68@gmail.com

        s/ Nancy Kardon
        NANCY KARDON

        Nancy Kardon, Esq (Bar #47074)
        Kardon Law, Inc.
        4770 Baseline Rd
        Suite 200, Boulder CO 80303
        Nkardon@kardonlaw.com
        (310) 902-7837

        Attorney for Defendant
        ALMA HARRELL TUNSAG