IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00394-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

PATRICK M. DOYLE,

       Defendant.
_____

**DEFENDANT'S MOTION TO WITHDRAW AS COUNSEL OF RECORD**
_____

       Defendant Patrick M. Doyle ("Mr. Doyle"), through undersigned counsel, requests an Order withdrawing the Federal Public Defender and undersigned counsel from further representation of Mr. Doyle. In support of this motion, he states:

       1.    Mr. Doyle has retained private counsel, Nancy Kardon, Esq., Kardon Law, Inc., who has entered her appearance in this case.

                                   Respectfully submitted,

                                     VIRGINIA L. GRADY
                                   Federal Public Defender

                                   s/ Edward R. Harris
                                   Edward R. Harris
                                   Assistant Federal Public Defender
                                   633 17th Street, Suite 1000
                                   Denver, CO  80202
                                   Telephone:  (303) 294-7002
                                   FAX:  (303) 294-1192
                                   Edward_Harris@fd.org
                                   Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2019, I electronically filed the foregoing

**DEFENDANT'S MOTION TO WITHDRAW AS COUNSEL OF RECORD**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Andrea Surratt, Assistant United States Attorney
    Andrea.Surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Patrick M. Doyle      *via U.S. mail*

        s/ Edward R. Harris
        Edward R. Harris
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO 80202
        Telephone: (303) 294-7002
        FAX: (303) 294-1192
        Edward_Harris@fd.org
        Attorney for Defendant