IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 19-cr-00394-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

PATRICK M. DOYLE,

      Defendant.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO VACATE AND RESET TRIAL DATE AND MOTIONS DEADLINE PURSUANT TO 18 U.S.C. § 3161(h)(7)(A)**

---

This matter is before the Court on Defendant's Unopposed Motion to Exclude Time for the Ends of Justice. (Doc. # 26.) The Court has reviewed the Motion and the case file, and the reasons set forth in the Motion, specifically:

- Defense counsel requires additional time to receive and review discovery materials with Defendant (Doc. # 26 at 5);

- Defense counsel requires additional time to analyze the voluminous discovery materials, prepare pretrial motions, and independently investigate the facts relevant to this case so as to be able to meaningfully advise Defendant (*id.*).

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendant in a speedy trial. It is, therefore,

ORDERED that Defendant's Unopposed Motion to Exclude Time for the Ends of Justice (Doc. # 26) is GRANTED and the Court hereby grants an ends of justice continuance in this case of <u>120 days, which shall be excluded from the speedy trial clock, which currently stands at **December 3, 2019**</u>. It is

FURTHER ORDERED that pretrial motions are due by **February 14, 2020**. Responses are due by **February 28, 2020**. If counsel believes that an evidentiary hearing on the pretrial motions is necessary, a separate Motion for Evidentiary Hearing shall be filed at the same time the pretrial motions are filed. No later than three days after the filing of the Motion for Evidentiary Hearing, both counsel for the Defendant and counsel for the Government shall confer and e-mail Chambers at arguello_chambers@cod.uscourts.gov to set such a hearing. It is

FURTHER ORDERED that the Final Trial Preparation Conference/Change of Plea Hearing set for **October 29, 2019**, is VACATED and RESET to **March 10, 2020, at 3:00 PM**. It is

FURTHER ORDERED **that the five-day** jury trial set to begin on **November 4, 2019** is VACATED and RESET to **March 23, 2020, at 8:30 AM**.

DATED: September 24, 2019

BY THE COURT:

_Christine M. Arguello_
CHRISTINE M. ARGUELLO
United States District Judge

2