**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 19-cr-00394-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

PATRICK M. DOYLE,

      Defendant.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO VACATE AND
RESET TRIAL DATE AND MOTIONS DEADLINE PURSUANT TO
18 U.S.C. § 3161(h)(7)(A)**

---

This matter is before the Court on Defendant's second Unopposed Motion to Exclude Time for the Ends of Justice. (Doc. # 30.) The Court has reviewed the Motion and the case file, and the reasons set forth in the Motion, specifically:

- The Government has only recently produced voluminous discovery materials (Doc. # 30 at 4);

- Defense counsel requires additional time to review the discovery materials with Defendant (*Id.*); and

- Defense counsel requires additional time to analyze the voluminous discovery materials, prepare pretrial motions, and independently investigate the facts relevant to this case so as to be able to meaningfully advise Defendant (*id.*).

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends

of justice served by granting the motion outweigh the best interests of the public and the Defendant in a speedy trial. It is, therefore, ORDERED that:

- Defendant's second Unopposed Motion to Exclude Time for the Ends of Justice (Doc. # 30) is GRANTED and the Court hereby grants an ends of justice continuance in this case of <u>180 days, which shall be excluded from the speedy trial clock, which currently stands at **April 2, 2020**</u>;

- pretrial motions are due by **August 21, 2020**. Responses are due by **September 4, 2020**. If counsel believes that an evidentiary hearing on the pretrial motions is necessary, a separate Motion for Evidentiary Hearing shall be filed at the same time the pretrial motions are filed. No later than three days after the filing of the Motion for Evidentiary Hearing, both counsel for the Defendant and counsel for the Government shall confer and e-mail Chambers at arguello_chambers@cod.uscourts.gov to set such a hearing;

- the Final Trial Preparation Conference/Change of Plea Hearing set for **February 25, 2020**, is VACATED and RESET to **September 15, 2020, at 3:00 PM**;

- the **five-day** jury trial set to begin on **March 9, 2020** is VACATED and RESET to **September 28, 2020, at 8:30 AM**.


DATED: December 9, 2019

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge

2