IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 19-cr-00394-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PATRICK M. DOYLE,

    Defendant.

___

**ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT
AND CONTINUE TRIAL DATES**

___

This matter is before the Court on Defendant's Unopposed Motion to Exclude Time for the Ends of Justice (Doc. # 32). The Court has reviewed this motion and the case file, and the reasons set forth in the motion, specifically:

1. Defense counsel has received additional discovery.
2. Defense counsel needs additional time to review the new discovery and consult with the Defendant.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendant in a speedy trial. It is, therefore,

ORDERED that Defendant's Unopposed Motion to Exclude Time for the Ends of Justice (Doc. # 32) is GRANTED and the Court hereby grants an ends of justice

continuance in this case of <u>180 days, which shall be excluded from the speedy trial clock, which currently stands at **September 30, 2020**</u>.  It is

ORDERED that pretrial motions are due by **December 29, 2020**.  Responses due by **January 12, 2021**.  If counsel believes that an evidentiary hearing on the pretrial motions is necessary, a separate Motion for Evidentiary Hearing shall be filed at the same time the pretrial motions are filed.  No later than three days after the filing of the Motion for Evidentiary Hearing, both counsel for the Defendant and counsel for the Government shall confer and e-mail Chambers at arguello_chambers@cod.uscourts.gov to set such a hearing.

FURTHER ORDERED that the Final Trial Preparation Conference/Change of Plea Hearing set for **September 15, 2020**, VACATED and RESET to **January 26, 2021, at 3:00 PM**.  It is

FURTHER ORDERED **that five-day** jury trial set to begin on **September 28, 2020** is VACATED and RESET to **February 8, 2021, at 8:30 AM.**

DATED:  June 4, 2020

BY THE COURT:

*Christine M. Arguello*
CHRISTINE M. ARGUELLO
United States District Judge

2