IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CASE NO. 19 CR 394-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

PATRICK M. DOYLE,

       Defendant.

_____

**MOTION TO WITHDRAW AS COUNSEL OF RECORD AND FOR THE COURT TO REAPPOINT THE FEDERAL PUBLIC DEFDENDER'S OFFICE TO REPRESENT DEFENDANT**
_____

       **COMES NOW**, Nancy Kardon, retained counsel for defendant Patrick M. Doyle, and pursuant to D.C.COLO.LAttyR 5(b), respectfully requests that she be permitted to withdraw from further representation of Mr. Doyle, and that the Federal Public Defender's Office be reappointed to represent him,

       **AND AS GROUNDS THEREFOR**, counsel states as follows:

1. On August 23, 2019, the Office of the Federal Public Defender was appointed to represent Mr. Doyle in this case.

2. On September 6, 2019, at Mr. Doyle's request, undersigned retained counsel substituted in for the Office of the Federal Public Defender, to represent Mr. Doyle.

3. D.C.COLO.LAttyR 5(b) permits an attorney to withdraw, with approval of the Court, upon a showing of good cause.

4. Good cause exists for the requested withdrawal, and counsel's withdrawal is requested by both Mr. Doyle and counsel. Mr. Doyle wishes to terminate representation by undersigned counsel, and to have this Court reappoint the Office of the Federal Public Defender to represent him.

5. The United States District Court for the District of Colorado has adopted the Colorado Rules of Professional Conduct ("RPC"). See D.C.COLO.LAttyR 2(a).

6. RPC Rule 1.16(a)(3) provides that "where representation has commenced, [a lawyer] shall withdraw from the representation of client if … the lawyer is discharged." Mr. Doyle indicated to counsel that he is discharging counsel from representing him. See RPC Rule 1.16, Comment 4 ("A client has a right to discharge a lawyer at any time, with or without cause.")

7. RPC Rule 1.16(a)(1) provides that "where representation has commenced, [a lawyer] shall withdraw from the representation of client if … the representation will result in violation of . . . other law." At this point, the communication with, and relationship between, undersigned counsel and Mr. Doyle have broken down to the point that undersigned counsel can no longer assist the Mr. Doyle and provide him representation as required under the Sixth Amendment of the United States Constitution.

8. RPC Rule 1.16(b)(7) authorizes withdrawal for good cause. Undersigned counsel maintains that based on the complete breakdown of communication, and breakdown of relationship between counsel and Mr. Doyle, good cause exists for withdrawal in the present case.

9. Communication between counsel and Mr. Doyle has deteriorated to the point that the attorney-client relationship is irreparably damaged and counsel can no longer comply with her duties pursuant to the Sixth Amendment. Counsel cannot communicate with Mr. Doyle and both she and Mr. Doyle believe that effective representation of Mr. Doyle is no longer possible.

10. Undersigned counsel has consulted with AUSA Andrea Surratt on the subject matter of this motion. AUSA Surratt indicated that the government does not object to the relief sought herein and has indicated that in the likely event Mr. Doyle and new counsel need more time to prepare this case for either pre-trial disposition or trial, the government does not object to a continuance of the trial date from the presently scheduled date of February 8, 2021, to a later date in or after June, 2021.

11. D.C.COLO.LAttyR 5(b) provides that a motion to withdraw must state the reasons for withdrawal, unless the statement would violate the rules of professional conduct. RPC Rule 1.6(a), provides that a lawyer shall not reveal information relating to the representation of a client unless the client gives informed consent, the disclosure is impliedly authorized in order to carry out the representation, or the disclosure is permitted by paragraph (b), which cites certain exceptions to the confidentiality requirements. Undersigned counsel submits that additional reasons for the request for withdrawal cannot be disclosed without violating RPC Rule 1.6(a).

12. Mr. Doyle, having been previously declared indigent and afforded representation by the Office of the Federal Public Defender, and his financial circumstances not having changed, is entitled to reappointed counsel.

13. Pursuant to D.C.COLO.LAttyR 5(b) a copy of this motion is being mailed to Mr. Doyle at his place of incarceration.

**NOTICE TO PATRICK M. DOYLE UNDER D.C.COLO.LAttyR 5(b)**

1. The undersigned, Nancy Kardon, withdraws as your counsel of record.

2. If the Court grants this request, until and unless other counsel is appointed to represent you, you personally are responsible for complying with all Court orders and time limitations established by any applicable statutes and rules.

3. Pretrial motions in your case are presently due on December 29, 2020. Your trial is presently set for five days commencing February 8, 2021, at 8:30 a.m. A final trial preparation conference/ change of plea hearing is presently set for January 26, 2021, at 3:00 p.m.

**WHEREFORE**, undersigned counsel, Nancy Kardon, respectfully requests that the Court find good cause exists for granting this Motion, without a hearing, and that she be allowed to withdraw from further representation of defendant Patrick Doyle in this matter, and further, that the Court reappoint counsel from the Office of the Federal Public Defender to represent Mr.

Doyle, and for such other and further relief as to the Court seems just and proper.

Dated this 15th day of November, 2020.

          Respectfully submitted,

          s/ *Nancy Kardon*  (Bar No. 47074
          Attorney for Defendant
          4770 Baseline Rd, Suite 200
          Boulder, Colorado 80303
          Tel. (310) 902-7837
          nkardon@kardonlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 15, 2020, a copy of this Motion was delivered, via the ECF system for the District of Colorado to all parties, and to the defendant Patrick Doyle, at Aurora ICE Processing Center-GEO, 3130 North Oakland Street, Aurora, CO 80010, via U.S. Mail.

                                        s/ *Nancy Kardon*