IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CASE NO. 19 CR 394-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

PATRICK M. DOYLE,

      Defendant.

_____

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD AND REAPPOINTING THE PUBLIC DEFDENDER'S OFFICE TO REPRESENT DEFENDANT
_____

**THE COURT ORDERS THAT**, for good cause shown, Nancy Kardon is hereby withdrawn as counsel of record for defendant Patrick M. Doyle and that the Federal Public Defender's Office is reappointed to represent Mr. Doyle.

DATED:

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 15, 2020, a copy of this [Proposed] Order was delivered, via the ECF system for the District of Colorado to all parties, and to the defendant Patrick Doyle, at Aurora ICE Processing Center-GEO, 3130 North Oakland Street, Aurora, CO 80010, via U.S. Mail.

s/ *Nancy Kardon*