IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-cr-394-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

**PATRICK M. DOYLE**,

Defendant.

## NOTICE OF ATTORNEY APPEARANCE

Martin Stuart of McDermott Stuart & Ward LLP gives notice of his appearance as attorney of record on behalf of Mr. Doyle.

Respectfully submitted,

Dated: November 17, 2020

By: s/Martin Stuart
MARTIN STUART, *counsel for*
*Mr. Doyle*
McDermott Stuart & Ward, LLP
140 E. 19th Ave., Suite 300
Denver, CO 80203
Phone 303-832-8888
mstuart@mswdenver.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of November 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


/s/ Martin Stuart
Martin Stuart