IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 19-cr-00394-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PATRICK M. DOYLE,

    Defendant.

---

**ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT
AND CONTINUE TRIAL DATES**

---

This matter is before the Court on Defendant's Unopposed Motion to Continue Jury Trial and to Exclude an Additional 120 Days from the Speedy Trial Calendar (Doc. # 38).  The Court has reviewed this motion and the case file, and the reasons set forth in the motion, specifically:

1. Discovery in this case consists of over 80,000 pages, plus 8 TB hard drive.
2. Defense counsel needs additional time to review the materials and prepare for trial.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendant in a speedy trial.  It is, therefore,

ORDERED that Defendant's Unopposed Motion to Continue Jury Trial and to Exclude an Additional 120 Days from the Speedy Trial Calendar (Doc. # 38) is

GRANTED and the Court hereby grants an ends of justice continuance in this case of **120 days**, which shall be excluded from the speedy trial clock, which currently stands at **March 30, 2021**.  It is

ORDERED that pretrial motions are due by **June 14, 2021**.  Responses due by **June 28, 2021**.  If counsel believes that an evidentiary hearing on the pretrial motions is necessary, a separate Motion for Evidentiary Hearing shall be filed at the same time the pretrial motions are filed.  No later than three days after the filing of the Motion for Evidentiary Hearing, both counsel for the Defendant and counsel for the Government shall confer and e-mail Chambers at arguello_chambers@cod.uscourts.gov to set such a hearing.

FURTHER ORDERED that the Final Trial Preparation Conference/Change of Plea Hearing set for **January 26, 2021** is VACATED and RESET to **July 15, 2021, at 4:00 PM**.  It is

FURTHER ORDERED **that five-day** jury trial set to begin on **February 8, 2021** is VACATED and RESET to **July 26, at 8:30 AM.**

DATED:  December 4, 2020

BY THE COURT:

*(signature)*
CHRISTINE M. ARGUELLO
United States District Judge