IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-cr-394-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

**PATRICK M. DOYLE**,

Defendant.

### NOTICE OF DISPOSITION

**COMES NOW** Patrick Doyle, by and through Martin Stuart of McDermott Stuart & Ward LLP, and give notice to the Court that the parties have reached a proposed disposition.

Respectfully submitted,

Dated: March 17, 2021

By: s/Martin Stuart
 MARTIN STUART, *counsel for*
 *Mr. Doyle*
 McDermott Stuart & Ward, LLP
 140 E. 19th Ave., Suite 300
 Denver, CO 80203
 Phone 303-832-8888
 mstuart@mswdenver.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day March of 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Martin Stuart
Martin Stuart