IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-cr-394-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

**PATRICK M. DOYLE**,

Defendant.

## OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

Patrick Doyle, by and through Martin Stuart of McDermott Stuart & Ward LLP, respectfully submits the following objections to his presentence investigation report:

1. No objections.

2. While counsel did review Mr. Doyle's presentence investigation report (PSI) with him on October 28, 2021, the Douglas County jail prevented Counsel from providing Mr. Doyle a copy of the report.  As a result, Counsel mailed Mr. Doyle the report later that day. Counsel learned on November 9, 2021, that Mr. Doyle did not receive his PSI in the mail.  It is therefore requested that the Court grant leave to supplement the instant motion once Mr. Doyle has reviewed a hard copy of his PSI.

Respectfully submitted,

Dated: November 9, 2021

By: s/Martin Stuart
 MARTIN STUART, *counsel for Mr. Doyle*
 McDermott Stuart & Ward, LLP
 140 E. 19th Ave., Suite 300
 Denver, CO 80203
 Phone 303-832-8888
 mstuart@mswdenver.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of November 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Martin Stuart
Martin Stuart