# EXHIBIT B

1

0C64MCC1

1   UNITED STATES DISTRICT COURT
1   SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x
2
3   UNITED STATES OF AMERICA
3
4           v.                        09CR1136(WHP)
4
5   SEAN McCARTHY,
5   LARRY WARREN HOUGH,
6              Defendants.
6
7   ------------------------------x
7
8                                    New York, NY
8                                    December 6, 2010
9                                    10:10 a.m.
9
10  Before:
10
11              HON. WILLIAM H. PAULEY III
11
12                                   District Judge
12
13                     APPEARANCES
13
14  PREET BHARARA
14      United States Attorney for the
15      Southern District of New York
15  DANIEL CHUNG
16  ELISHA KOBRE
16      Assistant United States Attorneys
17
17  MICHAEL SPORN
18  SCOTT MICHELMAN
18  JAY RORTY
19      Attorneys for Defendant McCarthy
19
20  JOHN C. MERINGOLO
20      Attorney for Defendant Hough
21
21
22
23
24
25
                SOUTHERN DISTRICT REPORTERS, P.C.
                     (212) 805-0300

2

0C64MCC1

```
 1                (Case called)
 2                THE COURT:  Good morning, I note the presence of the
 3   defendant Mr. McCarthy at counsel table and I note the presence
 4   of Mr. Hough as well.  This matter is on for a hearing.  Are
 5   the parties ready to proceed?
 6                MR. CHUNG:  The government is ready.
 7                MR. RORTY:  We are, your Honor.  There are two
 8   preliminary matters I would like to discuss.
 9                THE COURT:  Go ahead.
10                MR. RORTY:  The government filed a letter with this
11   court Friday afternoon, that is December 3.  I wanted to make
12   sure the court has received that letter.
13                THE COURT:  I have.
14                MR. RORTY:  On Mr. McCarthy's behalf, we filed a
15   pleading, a motion to exclude extrinsic evidence of the defense
16   expert's conduct yesterday afternoon, a motion electronically
17   filed with two affidavits, I wanted to make sure the court
18   received that document.
19                THE COURT:  I have not seen that.  So, if you would be
20   kind enough to hand a copy up, I would appreciate it.
21                (Pause)
22                THE COURT:  I assume I can review this as we proceed
23   or during a recess, but we are not going to get to this matter
24   immediately.
25                MR. RORTY:  I think that's probably appropriate given
```

3

0C64MCC1

1    that the court has not had a chance to review it.  We are
2    prepared to take up the issue at any time the court feels is
3    appropriate.  Perhaps after the break or before Dr. Halpern's
4    testimony would be the best time after the court has had a
5    chance to review our document.
6                THE COURT:  That's fine.
7                You said there was another matter.
8                MR. RORTY:  Before we call our first witness, I would
9    like a few minutes to give the court a road map of what we
10   think will occur over the next couple of days, an introduction
11   to Mr. McCarthy's evidence in this matter.
12               THE COURT:  That's fine.
13               MR. RORTY:  At our previous hearing the government
14   argued that there was no need for this proceeding because in
15   2001, the United States Sentencing Commission heard testimony
16   and took substantial evidence regarding the harms of MDMA.  The
17   government at that point argued that that settled the issue of
18   whether a post-Kimbro policy variance might apply in this case.
19   That argument can now be dismissed because we are having this
20   hearing.  The fact that the commission held proceedings cannot
21   control the issue.
22               The question before this court is whether or not the
23   conclusions drawn by the commission in 2001 are still valid.
24   If they are, then the offense level controls and the guidelines
25   apply.  If those conclusions have been undermined by the decade

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

4

0C64MCC1

1  of science that has occurred since that hearing, we would
2  submit that a variance in this case is necessary and
3  appropriate.
4          As the court  will recall in notes from the papers,
5  the commission based all of its findings resulting in the
6  offense level on a couple of key assumptions.  First, that MDMA
7  is extremely neurotoxic, that it causes cell death.  Second,
8  that MDMA is more harmful than cocaine in several respects.
9          If at the end of this hearing the court concludes that
10 the commission erred in those assumptions and reaching those
11 conclusions, then we would say that pursuant to Kimbro, a
12 variance is necessary and appropriate in this case.  We would
13 be talking then not about whether the court should vary but how
14 far.  If the commission got it wrong, if those assumptions are
15 false, then the offense level is not appropriate and the
16 sentence commensurate with that offense level should not be
17 imposed, there should be a variance.
18         We think based on Dr. Curran's, Dr. Halpern's, and
19 indeed on Dr. Parrott's and Dr. Hanson's, Mr. Hanson's
20 testimony, there will be some consensus that the commission got
21 it wrong and that the question is how far did they get it
22 wrong, how wrong were they, particularly about neurotoxicity
23 and cocaine.  We will then at the end of the hearing be
24 discussing what is the harm of MDMA in relation to cocaine and
25 other drugs and how neurotoxic is it to the extent it is

5

0C64MCC1

1    neurotoxic, that it causes cell death.
2             The court will hear some scientific disagreement with
3    respect to the extent and nature of neurotoxicity and the harm
4    relative to cocaine.  But I suspect that discussion will be
5    predicated on an understanding that the commission got it
6    wrong, that the extraordinary neurotoxicity found by the
7    commission has been disproved, and that MDMA is not more
8    harmful than cocaine.  At the end of the hearing we will be
9    asking the court to vary and arguing that the extent of the
10   variance should find that MDMA is approximately as harmful as
11   marijuana.  But we expect that the scope of that argument at
12   the conclusion of the hearing will simply be about the extent
13   of the necessary variance called for in this case.
14            We are now prepared to call Dr. Valerie Curran.
15            Mr. Michelman will conduct that examination.
16            THE COURT:  Very well.
17    HELEN VALERIE CURRAN,
18        called as a witness by the Defendants,
19        having been duly sworn, testified as follows:
20   DIRECT EXAMINATION
21   BY MR. MICHELMAN:
22   Q.  Could you please tell the court your current title.
23   A.  I am currently professor of psychopharmacology at
24   University College, London.
25   Q.  Could you describe your main job responsibilities in that
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

6

0C64MCC1                        Curran - direct

1  role.
2  A.  I am director of the clinical psychopharmacology unit.  I
3  am an academic.  I have students.  I mainly do research.  I
4  also am a clinical psychologist and a research lead at the
5  national health service, a series of clinics giving drug
6  treatment to addicts.
7  Q.  Could you describe some of your professional associations
8  and activities?
9  A.  Yes.  I am a member of Council of British Association of
10 Psychopharmacology.  I am a member of the U.K. Independent
11 Scientific Committee on Drugs.  I am a member of several other
12 societies to do with addiction.  I am also principal editor of
13 the major journal in the field, unfortunately also called
14 Psychopharmacology.
15 Q.  Could you tell the court what degrees you hold.
16 A.  I have a bachelor's and a master's degree from Cambridge
17 University and a PhD from London University and professional
18 qualifications from the British Psychological Society.
19 Q.  Describe your area of research expertise.
20 A.  My research concerns the cognitive and mood effects of
21 drugs acting on the brain.
22 Q.  Tell us the sources of the funding for your research.
23 A.  Yes.  My current funding is mostly government, mainly the
24 Medical Research Council, also the Economic and Social Research
25 Council in the U.K.  I also get money, small amounts of money

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C64MCC1                    Curran - direct
1    from various charities, including the Beckley Foundation and
2    the Alcohol and Education Research Council.
3    Q.  It sounds like the bulk of your funding is from the
4    government.
5    A.  Yes, nearly all of it.
6    Q.  Do you have any experience testifying in court?
7    A.  I have only been in court twice, once with a mass
8    litigation for the crown against pharmaceutical companies
9    producing benzodiazepine, like Xanax and Valium, where a large
10   case was taken forward against companies that produced them,
11   and the second case was in the case of drug-assisted rape where
12   again I acted on behalf of prosecution.  I have done a lot of
13   legal reports and I also sit on government committees such as
14   the Ministry of Defense Ethics Committee where my expertise on
15   drugs abuse is used.
16   Q.  How long have you researched on MDMA?
17   A.  MDMA, 14 years.
18   Q.  How long have you researched on marijuana?
19   A.  About 12 years.
20   Q.  How long have you researched on ketamine?
21   A.  On ketamine, 11 years.
22   Q.  What types of work have you done on MDMA?
23   A.  I have done studies looking at the variation in the effects
24   of MDMA from the night people take it across the following
25   days.  I have done studies looking at the long-term effects of

8

0C64MCC1                        Curran - direct

1   MDMA in users and especially started looking at what happens
2   when people stop taking the drug and following up for a period
3   of at least a year afterwards to see what happens to their
4   functioning when they have stopped, and those studies have
5   included brain imaging studies.
6   Q.  Briefly describe your work on marijuana or the nature of
7   it.
8   A.  Yes.  My work on marijuana has been looking again at people
9   using it, but also laboratory studies where we administer the
10  active agreement in marijuana, THC.  Our work is particularly
11  focused on how the different ingredients in marijuana affect a
12  person's likelihood for developing psychosis or addiction or
13  memory impairment.  Again, we do brain imaging and other sorts
14  of studies.
15  Q.  Describe the nature of your work on ketamine.
16  A.  With ketamine we use ketamine as a model of psychosis
17  because it produces psychotic effects in healthy people like
18  you and me.  So we do a lot of work in the hospital where we
19  administer it, but we also work with people who take the drug
20  recreationally, and in the U.K. certainly there is a subgroup
21  of addicts to ketamine nowadays.  We work with them and try to
22  help them stop and look at the effects again on memory and
23  brain imaging and mood.
24          MR. MICHELMAN:  Your Honor, the parties have agreed,
25  essentially stipulated that all the witnesses are expert.  I

9

0C64MCC1                           Curran - direct
1    will move into the substance of their conclusions, with the
2    court's permission.
3              THE COURT:  That's fine, Mr. Michelman.
4    Q.  Dr. Curran, I would like to start just in order to give a
5    road map of your testimony to summarize briefly the conclusions
6    you have come to, then we will talk about them in more detail.
7              We have asked you here to discuss the evolution of
8    research regarding MDMA and the harms of MDMA over the last 10
9    years.  We have also asked you to form an opinion about the
10   validity of the science in the 2001 MDMA report to Congress by
11   the U.S. Sentencing Commission.  And we have also asked you to
12   use your expertise across several drugs including marijuana and
13   ketamine to compare MDMA to those other drugs.  I would like to
14   ask briefly about each of your conclusions in those areas.
15             Could you please give us your summary conclusions
16   about the evolution of the field of MDMA research in the past
17   decade.
18   A.  Since 2001, the field has moved on quite a lot.  In 2001,
19   there had been studies that were very influential in that
20   report where monkeys particularly had been given very, very
21   high doses of MDMA and the report was concerned about those as
22   we all were.
23             Since then there have been at least five different
24   kinds of advances.  There have been new studies now where
25   people are followed from the time before they ever used MDMA
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

10

0C64MCC1                    Curran - direct
1    and then reassessed after they used it.  It's been much more
2    informative than a lot of previous studies and had a lot of
3    methodological confounds in part of the 2001 report.  There
4    have been studies on recovery, what happens when people stop
5    using MDMA.
6            There have been a lot more animal studies.  Before
7    2001 virtually all the studies injected toxic, enormous doses
8    of MDMA into the animals, which is not at all like how MDMA
9    users take the drug.  Since 2001 there have been studies trying
10   to make more in animals what humans do, letting animals
11   self-administer MDMA.  There have been two other developments.
12   There has been a whole range of acute studies where healthy
13   people in the labs are given doses of MDMA, often in comparison
14   with alcohol or with marijuana.  So we can be really sure that
15   those are proper studies, placebo-controlled trials.
16           Finally, there's been some advancement as you would
17   expect in technology over the last decade where the imaging
18   tools that we have have got better, how we can see what happens
19   to serotonin in the brain, we have more options, and also the
20   use of technology like hair, for example.  Your hair grows a
21   centimeter a month, and in your hair you can see what drugs you
22   have taken over those months.  So instead of relying on people
23   saying, yes, I did Ecstasy the other night, it might not have
24   been, so you can actually see for sure what drugs that person
25   has taken.

11

0C64MCC1                    Curran - direct

1          So I think all of those together and awareness of the
2    dosage issue unfortunately has changed science opinion since
3    2001.
4    Q.  We will get into each of those concepts a little more
5    later.  Give us your summary conclusion about the harmfulness
6    of MDMA to humans based on the current status of research.
7    A.   On the basis of current state of research, MDMA is harmful,
8    it causes death in a very small number of people, and in the
9    U.K., for example, 10 people a year die from Ecstasy, 22 a year
10   die from cocaine, 187 a year die from heroin, and 150 die on a
11   year in bicycle accidents being run over.  Death is one aspect;
12   it's rare.
13          I have also studies put together would show that in
14   people who are currently using MDMA, they show a small but
15   significant statistically impairment in their memory.  When
16   they give up using, most studies show that impairment is no
17   longer there.  Indeed, when they are currently using, it's so
18   tiny -- do you want me to go into this now.
19   Q.  No.
20   A.  And the brain imaging later.
21   Q.  Do finish your thought.
22   A.  The brain imaging studies have shown while people are
23   taking Ecstasy or MDMA, there is a reduction, a marker of a
24   brain chemical called serotonin which I hope I have time to
25   explain.  Your brain is like an electrochemical soup where

0C64MCC1                    Curran - direct

1   electrical signals are sent down from a nerve cell and to
2   communicate to the next nerve cell in the chain they have to
3   release a chemical.  The chemical that is important with
4   Ecstasy is serotonin.
5           What normally happens is that the brain is a very
6   ecological system.  That serotonin is then taken back into the
7   cell by something called a serotonin transporter.  If you look
8   at the brain of humans who have used Ecstasy, you see a
9   reduction in the serotonin transporters while people are
10  currently using.  Of all the studies that looked at people
11  after they have given up using this drug for a year, that's
12  normalized in 9 out of 10 of the studies.  So we don't think it
13  has long-term effects on the human brain.
14  Q.  Can you give us your summary conclusion about the validity
15  of the science behind the 2001 MDMA report to Congress by the
16  U.S. Sentencing Commission.
17  A.  The validity of the science, a lot of it was based on
18  giving these doses, 5 milligrams per kilogram, to monkeys, also
19  similar doses in rats, twice a day for 4 days.  So if you think
20  about what that means for a human, you are talking about 700
21  milligrams of Ecstasy on each of 4 days.  Now, 95 percent of
22  Ecstasy users take the drug.  They take 100 milligrams,
23  sometimes a bit more, sometimes a bit less, but they take it
24  once or twice a month.
25          So, scientists reflecting back to 2001, will say those

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C64MCC1                    Curran - direct

1   studies were not applicable, it was not valid to generalize
2   from those incredibly toxic doses in animals to humans who use
3   100 milligrams once or twice a month.  It's like trying to
4   extrapolate from giving a young person, making them drink a
5   bottle of whiskey or bourbon a day for 4 days meant something
6   to college students having a few drinks.  It's out of
7   proportion; it became exaggerated.
8   Q.  What is your summary conclusion about the harmfulness of
9   MDMA relative to ketamine and marijuana respectively?
10  A.  I think for various reasons, which hopefully we will go
11  into, the evidence very much says that Ecstasy, MDMA, is less
12  harmful than either ketamine or marijuana.
13  Q.  So let's delve into each of these areas a in a little more
14  detail.  First could you just tell the court generally what is
15  MDMA?
16  A.  MDMA is a stimulant drug which in users the effects are
17  described as what we call the three Es; euphoria, energy, and
18  empathy.  The major pharmacological effects of MDMA is to
19  release serotonin that's stored in the braincells, block its
20  reuptake and also reduce the enzyme, the activity of the enzyme
21  the brain needs to create more serotonin from our diet, so that
22  the massive release on the night someone takes Ecstasy is then
23  followed by a period of a few days where the brain then
24  recreates the same levels.
25  Q.  If I could try help put that in layman's terms, what I hear

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

14

0C64MCC1                    Curran - direct

1   you saying, correct me if I am misunderstanding, is that MDMA
2   causes the brain to release a great deal of serotonin which
3   makes people happy and levels are depleted for a couple of
4   days, and then they return to normal?
5   A.  Absolutely, yes.
6   Q.  Can you describe some of the challenges of studying MDMA?
7   A.  Sure.  If you are studying any medicine particularly, I
8   also work on medicines prescribed in psychiatry, the normal
9   approach, what we call the gold standard, is you do a
10  randomized control trial.  You split say the courtroom in half
11  and give people on the left MDMA every Saturday night for a
12  year, and the people on the right, you give them a placebo, a
13  dummy pill every day for a year.
14          Because it was randomized, I said left and right, I
15  shouldn't have, it was a randomized treatment, then you can
16  presume that everyone was fairly similar to begin with and what
17  effects you observe a year later are actually caused by the
18  drug.  If the drug is illegal, you can't do that, so you have
19  to think of other ways of comparing groups of people who use
20  and don't use to try to understand what the effects of this
21  drug are.
22          That creates a lot of problems because, as you can
23  image, the people who use Ecstasy, I am thinking of all the
24  16-year-olds you know, some of them might be more
25  sensation-seeking, party-going, whatever, and more likely to

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

15

0C64MCC1                        Curran - direct

1   use the drug where others might be much more into baseball or
2   schoolwork and less likely to use the drug.  So when you
3   compare them, the people who are using Ecstasy to the people
4   who are not, you are not comparing like to like because they
5   were different to begin with.
6           There are also problems to doing this because you
7   don't know because if they bought a pill from a dealer and they
8   don't know how much Ecstasy is in it or if it is actually
9   Ecstasy.  The big problem is that 99.9 percent of Ecstasy users
10  also use a wide range of other drugs.  All of them use
11  cannabis, marijuana, sorry, and there is variety of other
12  compounds like cannabis and 95 percent would be using alcohol
13  as well.
14          So when you are comparing the group who used Ecstasy
15  with the group who didn't, you also have to make sure that you
16  are covering those other drugs.  We know that marijuana can
17  cause memory impairment as well.  We know that alcohol has a
18  memory-impairing effect.
19  Q.  I have the heard term confounds used in connection with
20  scientific studies.  Are the types of issues you are describing
21  with the use of other drugs and the preexisting dispositions of
22  the subjects, those would be referred to as confounds?
23  A.  Yes.
24  Q.  You mentioned that in 2001, there were a lot of studies of
25  MDMA done on animals.  Could you tell us what if any drawbacks

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

16

0C64MCC1                    Curran - direct

1    there might be to generalizing from the animal studies to the
2    human studies, to harm to human beings?
3    A.  With the animal studies you can be sure about causation
4    because you are actually giving them the drug and you give them
5    a placebo.  The drawback is, as I was saying, the animal
6    studies before 2001 were all giving these incredibly high toxic
7    doses to animals twice a day for 4 days and injected, which you
8    can't then generalize to a human who uses a pill once or twice
9    a month.  It's a completely different thing.
10              Injecting a drug has different effects from taking it
11   if through the mouth and metabolizing it and absorbing it
12   through the gut and into the brain.  There is also the issue of
13   metabolism.  How humans metabolize MDMA is very different from
14   how rats and monkeys metabolize it which makes generalization
15   not possible directly from one to the other.
16              Some people have argued you can do a thing called
17   interspecies scaling, which is simply an adjustment for weight
18   and it means nothing.  You can't do that.  You have to equate
19   patterns of consumption.  You have to equate how that drug is
20   metabolized.  The metabolites differ across different species.
21   I think the 2001 report took that argument which has since been
22   very, very much criticized and no longer holds.
23   Q.  Can you describe the difference between impairment and
24   brain damage.
25   A.  Impairment usually refers to a functional impairment.  It's

                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

17

0C64MCC1                        Curran - direct

1    an important issue with MDMA because even if you look at the
2    animals studies with rats or with monkeys where they achieved
3    massive depletion of serotonin, like 70 to 90 percent, huge,
4    something you would never see in a human, the rats and monkeys
5    behaved normally.  It didn't have any effect on them.
6             Even if they showed brain damage of the sort that was
7    argued in the monkey studies, there was no impact of that on
8    the monkey or the rat's behavior.  It didn't make them forget.
9    It didn't do anything at all.  They carried on as normal.  So,
10   the brain damage if you like had no functional consequences.
11   Q.  It sounds like there has been a great deal of work in the
12   field in the past ten years and you have described some of the
13   ways in which the field has advanced.  In attempting to get our
14   hands around the body of work that has occurred, what types of
15   reviews of the literature might a scientist look to assess the
16   state of the field as a whole?
17   A.  There is a gold standard which is called a systematic
18   review.  It's the basis in the U.K., probably here too, of all
19   kinds of treatment guidelines for medicine throughout the
20   country.  So there are two systems, the Cochrane reviews and
21   the National Institute for Clinical Excellence, where all
22   guidelines by all doctors in the U.K. have to follow these.
23   These are all based on systematic reviews, whatever the
24   illness, whatever the condition.  That's a gold standard of
25   medicine as well.  It's a way of summarizing the vast body of

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

18
0C64MCC1                    Curran - direct
1   literature and working out what key elements are in the
2   efficacy of different treatments.
3   Q.  Could you explain whether some systematic reviews are
4   better than others?
5   A.  Some systematic reviews are better than others.  It depends
6   on how well they followed the guidelines and how absolutely
7   clear they are about the criteria for selecting which studies
8   to review, analyzing the quality or the stages that you need to
9   integrate in an unbiased way a set of literature.
10  Q.  What is a meta-analysis?
11  A.  Within a systematic review, it could be that many, many
12  different studies have looked for the same outcome.  So often
13  in medicine it's the years you live after being diagnosed with
14  cancer or something.  You can do similar things, say, with the
15  MDMA literature if you take a measure that has been used many,
16  many times by many, many studies.  So for example, how well you
17  remember a list of words, there have been dozens and dozens of
18  studies.  So a meta-analysis allows you to put together all the
19  information you have.  It gives you a lot stronger basis for
20  saying whether there is an effect of the drug or there is not.
21          Not only that, well, it gives you an estimate of how
22  big that difference is.  So if your Ecstasy user is over here
23  and your nonusers are here, is the difference between them this
24  much, this much, you can map it out.  You can also look at all
25  the confounds that would affect those results.
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

```
        0C64MCC1                    Curran - direct
 1   Q.  Are there any particularly good systematic reviews and
 2   meta-analyses in the field of the MDMA literature?
 3   A.  There is one, the Rogers review which looked at the harms
 4   of Ecstasy; basically he asked one question, what are the harms
 5   of MDMA.
 6   Q.  That was one of the papers that you identified and we
 7   submitted to the court?
 8   A.  Yes.
 9   Q.  That was the giant 300-page one?
10   A.  Yes.
11   Q.  Why was that review in particular good?
12   A.  Because it followed the absolute gold standard guidelines
13   for doing a systematic review so, all the criteria for
14   including one study or not including another are clearly laid
15   out and the whole idea is that these reviews are valid, because
16   someone completely indifferent can come along and based on the
17   same information, select the same studies and reach the same
18   conclusions.
19   Q.  Even though it's not a clinical study, its results can be
20   replicated?
21   A.  Absolutely, yes.  Its strength is that it takes into
22   account all the studies that have been done wherever in the
23   world and brings them all together and gives a much more
24   powerful way of looking at possible confounds and helping us
25   understand why perhaps marijuana might interact with Ecstasy in
```

0C64MCC1                    Curran - direct

1   some studies and not others.
2   Q.  In what other ways might the literature be reviewed?
3   A.  The traditional old-fashioned way of doing it was to do
4   what's called a narrative review whereby a person brings
5   together, or several people bring together, things they are
6   thinking about, select studies to include in the review, but
7   don't put down criteria for including them or excluding them.
8   It's more like they include which studies they want and there
9   is no systematic way of reaching conclusions from that because
10  there is nothing laid down in advance.  So they are very
11  whimsical and can be rather biased.
12  Q.  Can you give us an example among the studies that have been
13  submitted to the court of a narrative review of the type you
14  describe?
15  A.  Well, Dr. Parrott submitted a review published in 2001
16  which reviewed 15 years of MDMA research.  That's a narrative
17  review.  He chose the studies that he wished to include.  In
18  fact, there were over 20 of his own studies in there.  That's
19  normal; people are a bit biased toward their own work.  He also
20  included discussion of papers that were not published, of
21  conference abstracts, all things that would never have been
22  allowed into a meta-analysis.
23          For example, in that review, Dr. Parrott very nicely
24  lays out a table of all the studies that have shown a memory
25  deficit in Ecstasy users but he didn't also lay out all the

21

0C64MCC1                          Curran - direct

1   studies that have not shown a memory deficit.  So a narrative
2   review is much more biased; it's not a systematic evaluation of
3   the evidence.
4   Q.  It sounds like it's important to have criteria to decide
5   which studies to include in a review and how heavily to weight
6   them.  What would you describe as some of the hallmarks of some
7   of the best studies in the MDMA field?
8   A.  The hallmarks, and they are exactly very clinistic in the
9   criteria for a systematic review, which are, you very carefully
10  match your groups of Ecstasy users for every other drug that
11  they could have taken and the amounts of Ecstasy used, the age
12  they started using Ecstasy, their educational level, their
13  intelligence, gender, lots and lots of different factors.  I am
14  talking about studies comparing groups.  There are much better
15  designs that can be used.  Do you want me to talk about those?
16  Q.  Sure.
17  A.  Most studies compared one group of Ecstasy users with one
18  group of people who use other drugs but not Ecstasy and then
19  people who use legal drugs.  And there are lots and lost of
20  confounds when comparing those groups.  Other studies that have
21  been done since 2001 have taken a whole group of young people
22  who are not currently using Ecstasy, say when they are 16, 17,
23  and then they follow those same individuals through, and some
24  of them will inevitably start using Ecstasy in that period.
25          That's a very good way of controlling for confounds,

0C64MCC1                    Curran - direct

```
 1   because you have information on all those individuals before
 2   they ever used the drug.  So you can check they are the same
 3   kind of people with a similar intelligence, simple educational
 4   background, similar kind of secure family, similar schools.  If
 5   half of them then use Ecstasy, you can compare one/half with
 6   the other later on.
 7   Q.  That type of study you just described of following a group
 8   of people, the same group of people over a period of time, I
 9   understand that is called a perspective study?
10   A.  Yes.
11   Q.  So you mentioned the hallmarks of the best studies being
12   the controlling for key variables and the perspective study?
13   A.  Yes.
14   Q.  Any others?
15   A.  Yes.  There have been some very nice studies since 2001.
16   For example, there is one in Holland where they started
17   assessing children in 1983 before Ecstasy was ever, before MDMA
18   was ever in use in Holland.  That information on children from
19   age 2, 3, 4, they followed them through for, it was probably
20   age 6 to 9, they followed them through for a period of 16
21   years.
22               What they found was that some of those children, a
23   small percentage, around 9 percent, did actually start using
24   MDMA when they were teenagers.  So they could compare them then
25   with people in the same cohort, and these are big numbers, like
```

23

0C64MCC1                          Curran - direct

1   nearly 2,000 children, who have not used MDMA.  When you do
2   that, what you find is that any sort of problems to do with
3   anxiety or depression, they were actually there in the majority
4   of children before they ever used Ecstasy.  In fact, if you
5   were in a clinical group when you were a child having any
6   anxiety or depression problems, you were 2.2 times as likely to
7   then go on and use Ecstasy.
8   Q.  I infer from what you said earlier about the doses that
9   used to be given to animals, that a good study would also use
10  an appropriate dose of MDMA?
11  A.  Yes.
12  Q.  As of 2001, how many studies are you aware of that met the
13  criteria you have just described, that is, human studies,
14  looking prospectively, controlling for the important variables,
15  and with a dose comparable to what a human would take?
16  A.  There were no human studies like that in 2001.
17  Q.  But today there have been?
18  A.  Today, yes, in Holland again, the large multimillion dollar
19  study called the NextC study that followed people through.
20  Q.  Just for the court's benefit could you identify or spell
21  that out, the NextC study.
22  A.  N-E-X-T-C.
23  Q.  Was that study the source of any of the papers that you
24  submitted to the court?
25  A.  It was; it was the source of the Schilt, et al., paper.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

24

0C6UMCC2                         Curran - direct

1    Q.  So now that we have talked about some of the methodological
2    advances and some of the recent studies, let's talk about what
3    they have actually shown us.  Do the best studies like the
4    NextC study and the Rogers meta-analysis yield similar
5    findings?
6    A.  I think that is what is interesting, given the field and
7    the methodological problem, I think, as scientists, you want to
8    see things coming together and saying the same thing.  And what
9    the meta-analysis says is that there is a small but significant
10   memory deficit in current users.  The Schilt perspective also
11   shows that.  So that kind of increases our confidence that
12   there is something there.  But if you look at both of them,
13   just because it is statistically significant doesn't mean that
14   it has any impacts in the real world.
15            Should I try to explain what statistical significance
16   means?
17            MR. MICHAELMAN:  I will actually ask the Court.  Would
18   that be helpful or does the distinction between statistical
19   significance and size or scope, does that become clear from the
20   witness's testimony?
21            THE COURT:  I think that I have a general sense of
22   statistical significance, but the question here is what is the
23   power of it.  And I think it would be perfectly fine to make
24   further inquiry of the witness and make the record here.
25            MR. MICHAELMAN:  Thank you, your Honor.

25

```
    0C6UMCC2                    Curran - direct
1   BY MR. MICHAELMAN:
2   Q.  So, Dr. Curran, could you describe when you talk about a
3   finding of memory impairment as being statistically significant
4   yet also small at the same time?  Could you describe what those
5   two things mean and how they can be true at the same time?
6   A.  Shall I do it in terms of -- if we look at the actual
7   research that we have been discussing, the meta-analysis by
8   Rogers and the NextC study, they both concur in showing that
9   the size of the memory effect is roughly -- well, in English,
10  if you were given 30 items to get from a store, so you are
11  going shopping, if you used Ecstasy then you would probably
12  forget one of those items.  You would remember 29 out of 30,
13  whereas if you had not used Ecstasy, it is more like 30 out of
14  30.  Those are the effect sizes we are talking about.  We are
15  much more used to talking about memory, talking about growth
16  memory with Alzheimer's and things like this.  But the Ecstasy
17  users in the Dutch studies were showing such a small effect
18  size, this sort of one word out of 30, that people generally
19  feel that it is not going to impact on day-to-day life.
20          You could have like, for example, the Toronto Blue
21  Jays being a certain height and the Yankees being a certain
22  height.  And it could be that just by chance, you look at the
23  difference between the heights in the two teams, and the
24  Toronto Blue Jays are a quarter of an inch smaller, so that
25  would be significant as long as they were more roughly
```

26

0C6UMCC2                          Curran - direct
1   distributed the same.  So it would be specifically important,
2   not significant.  But I am not very good on baseball, but would
3   that mean anything about how they might do in a tournament?  It
4   is a difference between a statistical significance and
5   something actually being meaningful in real life.
6   Q.  Thank you.
7               What do the NextC and Rogers studies tell us about the
8   long-term effects of MDMA on humans?
9   A.  The Rogers meta-analysis simply says that there is a very,
10  very small effect size in memory long-term, meanwhile people
11  are still taking it.
12  Q.  No, I mean, are there any other long-term effects that have
13  been shown by those studies that you have referred to?
14  A.  Yes.  The meta-analysis did show a very, very small effect
15  on symptom checklist.
16  Q.  Could you explain what you mean by that?
17  A.  Questionnaires of people on how anxious or depressed they
18  felt.  It was an even smaller effect there than memory.
19  Q.  Any other long-term effects that were found?
20  A.  No.  It was mostly different kinds of memory they were
21  talking about and then questionnaire measures of mood.
22              THE COURT:  When we speak of long-term effects, Dr.
23  Curran, can you explain what connotes a long-term effect?
24              THE WITNESS:  I think that we can divide it up into
25  the studies that were given the single dose of MDMA in the lab,

27

0C6UMCC2                         Curran - direct

1    so that is quite an acute effect.  And then you have just after
2    someone has taken Ecstasy, you get a little dip in mood so that
3    is another little bit of time.  And if someone has taken
4    Ecstasy for several occasions, then we talk about long-term
5    effects.  Then after that, if that person then stops using the
6    drug, then we talk about recovery or abstinence effect.  So it
7    is a timeline.
8              THE COURT:  Thank you.
9    BY MR. MICHAELMAN:
10   Q.  Actually, that is very helpful, and I would like to follow
11   up.
12             What have the studies you have mentioned, the NextC
13   study and the Rogers meta-analysis told us about the recovery
14   or the persistence of the effects after one stops taking MDMA?
15   A.  Well, the NextC study doesn't really talk to that yet
16   because it is still quite new and it not published and hasn't
17   followed those people through to stopping, so we don't know.
18   The Rogers review done in 2006 had an odd -- what they thought
19   was an odd effect, whereby some studies had shown more of an
20   impairment in ex-users.
21   Q.  I'm sorry.  I may be confused about the date of the Rogers
22   study.  I just want to make sure we are talking about the same
23   one.  The one that I have in my binder is 2009.  I think that's
24   the one that we submitted.  Were there two?
25   A.  I thought it was before that.  The meta-analysis was

                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

0C6UMCC2                      Curran - direct
1    certainly done.
2    Q.  This is "The Harmful Health Effects of Recreational
3    Ecstasy:  A Systematic Review"?
4    A.  Yes.
5    Q.  The copy I have says 2009.
6    A.  Yes.  It might well be, but the studies included in it only
7    go up to 2006 or 7 because you have to take a cut-off before --
8    it is a massive amount of work to do a systematic review, and
9    you have a cut-off date, and you will find it is 2006.
10   Q.  That makes sense.
11          Let's look for specific outcome.  Does any study show
12   a persistent damage over time after a user abstains from
13   Ecstasy?
14   A.  Well, in terms of the neuroimaging studies, Reneman, who is
15   a top brain researcher in Amsterdam, did a review in 2006 and
16   four out of five studies at that point showed recovery in terms
17   of serotonin in the brain.  And since then, there have been
18   another five studies, all showing recovery either with stopping
19   or recovery less steep as people have reduced their dose.  I
20   cannot remember the one study in the Reneman review that hadn't
21   shown it.  I think it is nine out of ten have.
22   Q.  So, in general, somebody could use Ecstasy for a period of
23   time, stop use and their brain would, more or less, return to
24   normal?
25   A.  I don't think their brain was abnormal to begin with, it
                  SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

29

0C6UMCC2                    Curran - direct

1   was just this marker of serotonin transporters that returned to
2   normal.  We don't know if that toxicity -- you don't get the
3   cell death with MDMA.
4   Q.  So in fact they have taken MDMA and they may not have had
5   much of a brain effect to begin with or a brain change whose
6   implications are unclear, and then their brain returns to
7   normal?
8   A.  Yes.  It could have just been, rather than the toxic
9   effect, the brain kind of looks after itself.  It tries to keep
10  homeostasis.  It tries to keep its functions working.  So with
11  any drug, the brain will adapt and down regulate parts of
12  receptors and important aspects of neurons.  And then when you
13  take that drug away, the brain readapts.  So a lot of people
14  would say there's no evidence in humans of toxicity at all
15  because it just looks like a normal response to the brain.
16          If you are in pain, had a major operation and your
17  doctor gives you morphine to help, then your brain is going to
18  adapt its opioid system in terms of receptors in response to
19  that.  And when you come out of hospital and they take you off
20  your painkillers, you are going to have a slight withdrawal
21  problem because your brain is readapting again to the absence
22  of the drug.  So this is a key thing that a lot of the human
23  researchers feel that there is never a toxicity shown, it could
24  simply be neuroadaptation.
25  Q.  Can you compare MDMA to other drugs in terms of
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

30

0C6UMCC2                          Curran - direct

1  neuroadaptations, that is, do humans successfully adapt and
2  return to normal after all drugs or are some -- do some create
3  permanent changes or damage?
4  A.  I think it depends hugely on the drug, hugely on the dose,
5  hugely on how often you take it and probably other factors
6  too -- how vulnerable you are.  We all differ genetically.  We
7  differ in lots of other ways.  So that if you are taking heroin
8  or crack cocaine every day for years and years of your life,
9  you probably get to a point -- we know you get to the point
10 where there is quite severe damage that may never recover.
11 Q.  So MDMA wouldn't be in the same category as drugs from
12 which one can take to the point one doesn't recover?
13 A.  I mean, it is incredibly rare that anyone would use a drug
14 like this every day or heavily.  It is just not the normal
15 pattern.  So you wouldn't get that same damage.  Something like
16 methamphetamine can have clearly toxic effects on the brain
17 that are long-lasting.
18 Q.  Let's talk about another effect sometimes claimed for MDMA.
19 Is MDMA addictive?
20 A.  No.  Categorically.  In virtually all of the sort of papers
21 that have mentioned addiction and there have been several
22 recent ones by Linda Cotler.  The pattern of use of Ecstasy by
23 virtually everyone, 98 percent, is once or twice a month.
24        Last week I was at this drug clinic that I do the
25 research at where we have 1400 people in treatment.  And I said

0C6UMCC2                      Curran - direct

1    to them, this thing has come up for a court case next week.
2    Can you just tell me who in treatment at the moment has a
3    primary Ecstasy problem?  And they just laughed, you know.
4           Even the national treatment figure is less than 1
5    percent ever going with Ecstasy as a primary concern compared
6    to 8 percent with ordinary cocaine, not crack cocaine, and 14
7    percent with cannabis in drug treatment services in the U.K.
8           I mean, I can't imagine someone being addicted, I
9    mean, having treated addicts myself, you take a drug just once
10   or twice a month -- it is like saying if you went out for
11   dinner and had a few too many glasses of wine twice a month
12   with your friends, you are running a risk of addiction.  It is
13   nonsense.
14          The reason this has come up is people have given like
15   questionnaire measures based on what the gold standard is in
16   psychiatry which is called the DSM.  It is the statistical
17   manual for diagnosing anything from depression, schizophrenia,
18   substance abuse.  Now, this doesn't have a category of Ecstasy
19   abuse, quite sensibly because none of us believe it, none of us
20   believe it could be dependent.
21          And even the new version of it that is coming out in
22   2012 won't have a special category of Ecstasy dependence.  But
23   the way you diagnose dependence on other drugs in the DSM is
24   simply to say, is there evidence of tolerance, withdrawal,
25   using more and more often than you wanted to, getting in
                   SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

0C6UMCC2                          Curran - direct
1    trouble with law -- those kinds of things.
2         For abuse, you only need to tick one of those and for
3    dependence you need to tick three.  And we know that with
4    Ecstasy that people increase the dose they take over time so
5    that if they started off taking 75 milligrams, a year later
6    they might be taking 100.  So that is seen as evidence of
7    tolerance.  The other way tolerance is seen is you keep taking
8    the same dose but the effect reduces.  So you would tick off
9    boxes for Ecstasy.  We know the same thing happens with
10   alcohol.  If you take the first time you had a beer, it was
11   probably when you were -- you got to be 21 here -- most people
12   would have a beer at 16.  A small amount of beer then would
13   have had quite a big effect, and a couple of years later, you
14   probably take twice the amount.  So tolerance is something that
15   happens with all drugs and the new DSM V will remove that as
16   being such a major criterion.
17   Q.  You have suggested today overall in your testimony that the
18   harms of MDMA are, though statistically significant, fairly
19   minor.  Are you aware of studies since 2001 that disagree with
20   you, that find greater harms than you have attributed to MDMA
21   today?
22   A.  Yes.  It would absolutely be the odd study here and there.
23   There is some strange study in Hong Kong where they showed big
24   differences, but I think that was an outlier.
25        So you are asking me, are there studies that disagree
                     SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

0C6UMCC2                        Curran - direct
1    that the effects are small?
2    Q.  Right.
3    A.  You have to understand that in this field there is a huge
4    variation in the quality of studies.  Some studies are
5    published in journals that are not very high-ranking and those
6    studies are often most confounded.  But if you concentrate on
7    the quality publications, the quality studies, then I think you
8    never say scientists will agree, but I think that there is a
9    consensus, certainly, that we don't now see MDMA being as
10   impairing -- as we all worried about actually in 2001, and we
11   did worry about the studies that were available at that time,
12   but now we can look back with a much more informed view.
13   Q.  And just to re-emphasize, when you say that some of the
14   studies showing harm would be confounded, you mean not
15   controlling for key variables?
16   A.  For all the important variables.
17   Q.  You spoke about your own view.  It sounds like your own
18   view has evolved since 2001?
19   A.  Yes, because part of the reason that my own work went into
20   the direction of looking at what happens to people when they
21   stop using the drugs was based on the same squirrel monkey
22   study by Ricaurte in 1999, which is a real concern for that
23   review where they have given squirrel monkeys huge doses of
24   MDMA in the way I said before, so twice a day for four days,
25   injected into the monkeys.  And what they have done is they
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

0C6UMCC2                    Curran - direct

1     killed off those monkeys two weeks later and found there was a
2     loss of serotonin in the brain.  And then they left the other
3     half live for seven years later and they found a lot of
4     recovery, but there was still evidence of less serotonin in
5     their brains.
6              So given that millions of people in the U.K., the
7     U.S., throughout Europe and other parts of the world were
8     taking this drug, there was a natural concern that there was
9     something very dangerous here.  But now with all of the work
10    that has gone on in the last decade, we know that that was
11    unfounded, but it was still important to do the work to show
12    that it was wrong.
13    Q.  Right.  Let's move on to the 2001 report to Congress by the
14    United States sentencing commission.  Are you familiar with
15    this report?
16    A.  Yes, I have read it.
17    Q.  And how did you become familiar with it?
18    A.  Because you sent it to me.
19    Q.  I would like to take you through some of the report's
20    claims and see if they still hold up today in light of the
21    current science.
22              The report says that MDMA is "neurotoxic."  How does
23    the report seem to be using that word?
24    A.  I think it is seeming to use the word based exactly on
25    these monkey studies I was just talking about in terms of loss

0C6UMCC2                        Curran - direct

1   of axons.  They are not talking about death of brain cells
2   which is classic neurotoxicity.  It is another kind.
3            What happens, this is a nerve cell.  You get the long
4   slender fiber that comes out of it -- it is called the axon --
5   down which the electric current flows so that the chemical can
6   be transmitted to the next brain cell.
7            What that study in 2001 was showing, it had been kind
8   of clipped, shortened so that they call that axon loss.  And
9   that was their index for neurotoxicity.  We know that even with
10  the same study, that it grows back but sometimes in different
11  tree type patterns rather than in the longer slender pattern.
12  Q.  If I am understanding you correctly, the report referred to
13  the loss of axons --
14  A.  Yes.
15  Q.  -- as its evidence of neurotoxicity but we know today that
16  the axons actually grow back?
17  A.  They grow back but not in the same way, yes, in animals and
18  that is only following neurotoxic dosages.  The 2001 report
19  also had a human study from the wife of the man who did the
20  monkey study showing that in a few Ecstasy users there was a
21  decreased level of these serotonin transporters in the human
22  brain.  That study has been very much criticized since -- I
23  think it was at the time of the review as well.  That study
24  then claimed that there was global loss of serotonin
25  transporters throughout the human brain.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C6UMCC2                        Curran - direct

1          Now, if you look at studies done more recently, for
2     example, a study by Kish which was published in Brain recently,
3     and he controlled a lot of confounds that that original study
4     had never controlled for.  He made sure it was real Ecstasy in
5     the hair.  He made sure that they weren't under the influence
6     of any other drug.  He matched everyone for intelligence and
7     addressed most of the confounds that we have discussed already.
8          And when he did the brain scan of the Ecstasy users
9     versus the others, he did actually find in current users that
10    in two areas of the brain there was a depletion of this
11    serotonin transporter, completely different from what the
12    original study had shown a global across the whole brain.
13         Here we are just talking about two very small effects,
14    the effect on the hippocampus which is what is really important
15    for human memory.  It makes sense in terms of small effect
16    sizes for actual memory performance.  But on studies showing,
17    which Kish refers to, that if you then take people and test
18    them again in the scanner over a year after they have stopped
19    using the drug, there is no difference.
20         So it seems to be now, the evidence as a whole is
21    showing very specific depletion of serotonin transporters in
22    human brains of people currently using, but much, much tinier
23    than was imagined in 2001.  But if you test those same people
24    again after they have given up, there is no difference; you can
25    not tell the difference between them and people who have never

37

```
         0C6UMCC2                      Curran - direct
 1    used MDMA.
 2    Q.  For the record, the Kish study to which you refer is the
 3    study in Brain in 2010?
 4    A.  Yes.
 5             MR. MICHAELMAN:  I will just point out for the Court's
 6    benefit that that is one of the studies that the government
 7    submitted to the Court in advance of this hearing.
 8    Q.  Getting back to the 2001 report, it mentions fatalities,
 9    and you said that MDMA does cause deaths?
10    A.  Yes.
11    Q.  Can you remind us how often it does that?
12    A.  Well, I have the U.K. figures, because the U.K. and U.S.A.
13    figures don't compare because we have different coroner
14    procedures.
15             In the U.K. there are 10 deaths a year that are known
16    to be due to Ecstasy, compared with 22 a year to cocaine and
17    187 a year to heroin and 150 to cycline.  So, yes, it does
18    cause death, but it is relatively rare.  And we know what the
19    problem is.  When it does result in death, it is generally due
20    to hyperthermia or overheating and heat stroke.  And there is
21    one other cause is hyponatremia where sodium levels drop in the
22    blood and that is largely because people have got very hot and
23    drunk too much water and they have swelling in the brain.
24    Q.  The report claims a damage to working memory.  Has that
25    been borne out by the subsequent science?
```

0C6UMCC2                        Curran - direct

1    A.  I think working memory and episodic memory have been the
2    focus, so yes, there is a small effect.  It is not as big.
3    Working memory is keeping information in your head while you
4    are manipulating it.  And, again, there is a very small effect
5    size showing a difference.  And, again, it has not been shown
6    in the more recent studies that have been more better
7    controlled.
8    Q.  What about the term "suicide Tuesday" that the report
9    cites, seemly to indicate that users might be at risk of
10   suicide after they use?
11   A.  It is hilarious.  It was based on my work -- I have never
12   used that term and when I traced it back from the reporter,
13   they said it was the New Yorker magazine.  So it was not a
14   scientific reference.
15           I know that the New Yorker magazine had translated
16   what I was talking about before, but after you take Ecstasy on
17   the night, you get a dip in mood a few days later which I
18   called the mid week glow, and lots of Ecstasy users call moody
19   Tuesday and suddenly the New Yorker was calling it suicide
20   Tuesday -- is all.
21   Q.  But you are not aware then of any studies showing that MDMA
22   users tend to commit suicide several days after use?
23   A.  There is something in the paper that has information about
24   that.  Over the past 11 years there have been six suicides
25   associated with MDMA in the U.K., but that is over 11 years.

39

0C6UMCC2                          Curran - direct

1   Q.  On page 18 of the report it says that MDMA may produce a
2   dysphoria which I take to be a depression, again citing the
3   work of Carl Jansen.  Is that claim well founded?
4   A.  I think at that point in the report it was saying that MDMA
5   can be addictive and produce dysphoria.  And it cites this
6   paper by Jansen which I am sure they have not read because it
7   is a terrible paper.  It has three cases of people they claim
8   to be addicted to Ecstasy.
9           One was an electrician, age 25 who was suffering from
10  posttraumatic stress disorder who used Ecstasy on the weekends
11  and used a bottle of Jack Daniels every day and claimed that
12  the Ecstasy stopped him from getting too drunk on the weekend
13  and counteracted the Jack Daniels.
14          Another one was a son of an alcoholic who was
15  dependent and was being treated for addiction to heroin and to
16  benzodiazapines and had been treated for the past three years
17  and then started injecting MDMA.
18          And the other one was a son of schizophrenic who
19  killed himself when he was 12, and the child was a daily
20  cannabis user who suffered a seizure when he took an enormous
21  amount of pills of Ecstasy in combination with amphetamine.
22          So to me, none of those speak to -- those are
23  problematic people, individuals who need help.  Ecstasy is just
24  one of the issues.  They all have horrendous problems.
25  Q.  So I take it then from what you said, what you told us

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C6UMCC2                        Curran - direct
1   already today that would not be considered a well controlled
2   study?
3   A.  That would not be considered a study.  It wouldn't get into
4   the tabloids.
5           MR. MICHAELMAN:  Just for the record, this is the
6   paper "Ecstasy (MDMA) Dependence" by Carl Jansen, 1999.
7           And for the record, I point out to the Court that that
8   was one of the studies submitted to the Court by the
9   government.
10  BY MR. MICHAELMAN:
11  Q.  So speaking generally now, in hindsight, how would you
12  characterize the conclusions in the MDMA report by the
13  sentencing commission in 2001?
14  A.  The conclusions they made?
15  Q.  Yes.
16  A.  They concluded that MDMA was worse than cocaine because it
17  was neurotoxic, and I think now we can reconsider that and,
18  also, we know that cocaine can be addictive where MDMA, I have
19  never seen any addict so I don't think it is possible, but
20  there will be always be some crazy drug users who uses all
21  sorts of drugs, but I don't think that MDMA is addictive.
22          The other conclusion they were saying was because it
23  was marketed to young school children.  I think the problems --
24  certainly in the U.K. use of Ecstasy has gone out, as in Europe.
25  I think it has gone down a bit in the U.S.  I haven't checked
                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

41

0C6UMCC2                          Curran - direct

1    the epidemiology, but I know in the U.S., the biggest problem
2    emerging among eighth and tenth grade children is much more to
3    do with prescription pills than it had to do with Ecstasy
4    nowadays.
5    Q.  In conclusion, could a reasonable factfinder, familiar with
6    the studies today reach the same conclusion as the 2001 report
7    reached about the harms of Ecstasy?
8             MR. CHUNG:  Your Honor, I object.  The use of the
9    words "reasonable factfinder," vague, legal conclusion.
10            MR. MICHAELMAN:  I will rephrase.
11            THE COURT:  Very well.
12   Q.  Would any reasonable scientist familiar with the studies
13   reach the same conclusion today as in 2001 about the harms of
14   MDMA?
15   A.  I think a well balanced scientist could not reach the same
16   conclusions.
17   Q.  Thank you.
18            I would like to move on to one final topic for which
19   we have asked you here today, the comparison of MDMA to a
20   couple of other drugs you have worked with, marijuana and
21   ketamine.
22            Could you briefly introduce the Court to what is
23   ketamine and what are its principal effects?
24   A.  Ketamine is used medically as an anesthetic but in animals
25   and children.  It produces very profound impairments of memory.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C6UMCC2                         Curran - direct

1    It can induce narcotic-like experiences where it has been
2    taken.  And it can produce dependencies in some users.  Some
3    use recreationally.  Some go on to become dependent on
4    ketamine.
5    Q.  What types of problems are associated with recreational
6    ketamine use?
7    A.  The problems of recreational ketamine use are fairly minor
8    compared to what happens -- it all depends on the dosage and
9    how often.  There are a whole population now in the U.K. of
10   people who get up in the afternoon, start snorting ketamine and
11   carry on doing so until they crash out the next day and again.
12         So people who use recreationally, say, once or twice a
13   month are not having major problems, but those users who are
14   using heavily daily are having a huge amount of problems.
15   Brain imaging studies are showing fairly major changes.  The
16   worst are their memory problems -- forget Ecstasy.  These are
17   really, really large effects, very serious effects that you
18   would predict would really interfere with a person's
19   progression through school or college or in work.
20         And the most damaging effect of ketamine was actually
21   first discovered by a group in Boston where, if you use
22   heavily, it produces a new syndrome called ketamine induced
23   ulcerative cystitis where it actually produces ulcers on the
24   bladder.  And in lots of young people, the bladders have had to
25   be removed.  Some improve when they stop using daily.  So

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

43
0C6UMCC2                    Curran - direct
1  long-terms of heavy ketamine use are really horrendous.
2  Q.  Could you describe the effects briefly of marijuana or
3  cannabis?
4  A.  Marijuana, cannabis is a very variable thing and contains a
5  lot of different things depending on where you are in the
6  world.  But in general, it is well known that cannabis will
7  impair memory, both acutely and, to some extent, in the
8  long-term in a similar way to what we have been talking about
9  with people that use Ecstasy.  But, clearly, cannabis, like
10 ketamine, used daily and heavily can produce a dependence that
11 is different from MDMA in that regard.  And cannabis has other
12 harms if people are smoking joints because you get often not
13 only chemicals in marijuana, but it is often also rolled in
14 tobacco.  You can get respiratory problems.
15 Q.  How would you compare the harms of MDMA to the harms of
16 marijuana and ketamine?
17 A.  MDMA is certainly not as harmful as ketamine for all of the
18 reasons I just outlined.  MDMA and cannabis, well, MDMA doesn't
19 cause dependence where cannabis can, though most people use
20 cannabis recreationally not heavily.  So probably they are
21 similar in terms of harm.
22 Q.  Are there any studies supporting the conclusion that MDMA
23 is not more harmful than either of the other two drugs?
24 A.  Well, there have been studies where they have used
25 something called multidimensional analysis to look at to try to
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

44

0C6UMCC2                        Curran - direct

 1  get a way of comparing all drugs together or all illicit drugs.
 2          I know there was a recent paper in The Lancet which is
 3  the top medical journal showing a U.K. effort to do this where
 4  they rated, using techniques that an American called Larry
 5  Phillips used, and he is a behavioral economist who basically
 6  provides his work for financial organizations and issues like
 7  where to fight radioactive waste control.  And they use this
 8  multidimensional scaling to have a whole bunch of experts rate
 9  20 drugs for, first of all, harms that each of those drugs do
10  to the individual; and, secondly, harms that it does to
11  society.
12          And on the scales of those 20 drugs in terms of harm
13  to the individual, Ecstasy is ranked 17th out of 20, so three
14  from the bottom, in terms of harm to the individual.  The top
15  three, as you would predict, are heroin, crack cocaine and
16  methamphetamine.
17          In terms of harm to society it is even lower.  It
18  ranks 18.  So it is well below marijuana and ketamine and
19  cocaine -- well below that.  It is also well below methadone
20  which is a major treatment for heroin addiction with which it
21  ranks equally with the marijuana equivalency tables.
22  Q.  Do these result that you are just describing in The Lancet
23  study, are they confirmed?
24          I'm sorry.  Let me start again.
25          Have any other papers reached similar conclusions?

```
        0C6UMCC2                    Curran - direct
 1   A.  Yeah.  I think recognizing this issue, it is similar in
 2   lots of different countries.  There is already one that has
 3   been published by the Dutch where they used a similar approach
 4   to also rank the 20 major illicit drugs in Holland.  And the
 5   similarity was amazing -- very, very similar.  That is probably
 6   reflecting the fact that U.K. and Holland have similar issues.
 7   But it shows the validity of this kind of approach.
 8   Q.  Finally, since you have worked with all three substances --
 9   marijuana, ketamine and MDMA -- do these results ranking MDMA
10   lower in terms of harmfulness than the other two conform to
11   your own experience?
12   A.  Definitely, yes.  Ketamine is a really nasty substance.
13              MR. MICHAELMAN:  We have been through a lot of
14   technical material today, and as I wrap up, I would like to
15   make sure that I have your main points, with the Court's
16   permission to conduct a brief summary?
17              THE COURT:  Go ahead.
18   BY MR. MICHAELMAN:
19   Q.  I understand you to have testified that the state of the
20   field has changed quite a bit since 2001 and that many of the
21   other earlier studies were flawed?
22   A.  Yes.
23   Q.  I understand you to have testified that current research
24   shows that MDMA has little persistent effect outside of a small
25   cognitive impartment?
```

```
     0C6UMCC2                    Curran - direct
 1   A.  Yes.
 2   Q.  I understand you to have testified that in the 2001 report
 3   by the U.S. sentencing commission, the harms of MDMA were
 4   overstated?
 5   A.  They probably reflect what was known at the time, but
 6   looking back on them now, yes, they were overstated.
 7   Q.  And I heard you to testify that MDMA is less harmful than
 8   ketamine?
 9   A.  Yes.
10   Q.  And that MDMA is no more harmful than marijuana?
11   A.  That's right too.
12              MR. MICHAELMAN:  Thank you very much.
13              THE COURT:  Let me suggest we take a 10-minute recess
14   and then, Mr. Chung, you will proceed with cross-examination.
15              MR. CHUNG:  Of course, your Honor.
16              THE COURT:  We will take 10 minutes.
17              Dr. Curran, you can step down.
18              Be back in 10 minutes.
19              (Recess)
20              THE COURT:  Cross-examination.
21              MR. CHUNG:  Yes.
22              THE COURT:  Go ahead.
23   CROSS-EXAMINATION
24   BY MR. CHUNG:
25   Q.  Good morning.
```

47

0C6UMCC2                        Curran - cross

1    A.  Good morning.
2    Q.  Professor Curran or Dr. Curran -- how would you like to be
3    addressed?
4    A.  I don't mind.
5    Q.  I will go with Dr. Curran.
6            Dr. Curran, you are the author of a 1997 paper
7    entitled "Mood and Cognitive Effects of MDMA, Weekend High
8    Followed by Mid Week Low," is that correct?
9    A.  Yes.
10   Q.  That was published in an academic journal called Addiction?
11   A.  Yes.
12   Q.  And that journal is what is commonly termed a peer review
13   journal?
14   A.  Yes.
15   Q.  So all of papers that are submitted and published in that
16   journal undergo review by a number of experts in the field?
17   A.  Yes.
18   Q.  In that study -- we are talking about the 1997 study -- you
19   indicated that recreational use of MDMA is widespread, is that
20   correct?
21   A.  It would have been at the time, yes.
22   Q.  So and the purpose of that study was to -- and I am quoting
23   from the article itself -- "examine both the acute and residual
24   effects of MDMA on users' mood and cognitive function," is that
25   correct?

0C6UMCC2                        Curran - cross

1    A.  Yes.
2    Q.  And a number of human subjects participated in that
3    subject, is that correct?
4    A.  Yes.
5    Q.  The first part of that study was to speak to those human
6    subjects at a dance club, correct?
7    A.  Yes.  Or to recruit them, yes.
8    Q.  But you recruited them at a dance club, correct?
9    A.  Yes.  It was an unusual set-up because there had been very
10   little work on MDMA at that point.  And I found a student who
11   came to me because he was a disc jockey in a rave in north
12   London and I saw the possibility that he could set up a
13   laboratory at the rave and take people off the dance floor, if
14   he wanted, to talk to us and be tested in a controlled way.  So
15   that's what we did.
16   Q.  Is it correct that approximately two dozen of those
17   individuals were recruited to participate in the study?
18   A.  Yes.  It was a small study.  It was one of the first, yes.
19   Q.  Now, a dozen of those individuals reported having taken
20   MDMA at the club, correct?
21   A.  Yes.
22   Q.  And then a dozen others reported having only consumed
23   alcohol at that club, correct?
24   A.  Yes.
25   Q.  You administered a number of tests on those two dozen or so
                   SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

49

```
0C6UMCC2                    Curran - cross
 1   subjects at the club, correct?
 2   A.  Yes.
 3   Q.  And those tests were designed to determine their mood?
 4   A.  Yes.  We were looking at mood and cognitive function.
 5   Q.  You first administered those tests at the club in that
 6   laboratory setting that you described?
 7   A.  Yes.
 8   Q.  Then you administered the test again the next day on those
 9   same two dozen subjects?
10   A.  Yes.
11   Q.  And then you administered those tests again about three
12   days, again, on those same 24 individuals?
13   A.  Yes.
14   Q.  And you found that the MDMA users, the dozen or so MDMA
15   users had a significantly elevated mood at the club compared to
16   the alcohol only users, correct?
17   A.  Yes.
18   Q.  But significantly lower mood several days later?
19   A.  Yes.
20   Q.  The mood of some of those MDMA users several days later in
21   fact, you said, qualified as clinical depression, correct?
22   A.  What we --
23   Q.  Yes or no.  I asked you the question.  The mood of those --
24   A.  Yes, yes.
25             THE COURT:  Excuse me.
```

0C6UMCC2                         Curran - cross
1           Dr. Curran, on cross-examination, Mr. Chung is
2   entitled to ask leading questions that call for a yes or no
3   answer.  If you can answer the question yes or no, please try
4   to do so.  If you can't answer it yes or no, tell Mr. Chung
5   that and it will be up to him to decide how to proceed.
6           THE WITNESS:  Thank you.
7           THE COURT:  You are welcome.
8   BY MR. CHUNG:
9   Q.  You also found that the MDMA users, again, the MDMA only
10  users, showed significant problems with paying attention,
11  correct?
12  A.  I think the task was 07 -- which task are you talking
13  about?
14  Q.  I am talking about just generally, upon administering the
15  battery of tests on the subjects, you found, according to your
16  study, that the individuals who only used MDMA had problems
17  with attention?
18  A.  I call it working memory, but if you want to call it
19  attention, fine.
20  Q.  Understood.
21          So there were problems with working memory with the
22  MDMA users?
23  A.  Yes.
24  Q.  You indicated that one of the possible mechanisms for your
25  finding was the depletion of serotonin in the MDMA users?

0C6UMCC2                         Curran - cross

1  A.  Yes.
2  Q.  You also indicated that another possible mechanism for your
3  finding was serotonin neurotoxicity, correct?  I am just
4  talking about this 1997 study.
5  A.  I don't know if I mentioned it there, but it is
6  conceivable, yes.  It could have been that.
7  Q.  Now, you were also the author of a paper entitled "Some
8  Acute Effects of MDMA on Mood, Evidence of Gender Differences,"
9  and that was published in 2002 in the journal entitled
10  Psychopharmacology.  Do you recall that?
11  A.  Yes.
12  Q.  And that is another peer review journal?
13  A.  Yes.
14  Q.  In that published study, you indicated research with
15  animals suggested that serotonin function may be attenuated for
16  a period following a single dose of MDMA, correct?
17  A.  Yes.
18  Q.  Again, that same published study, you indicated that if the
19  same is true in humans, then functions sought to be modulated
20  by serotonin may differ in MDMA users compared with non-users a
21  few days after the drug is taken, correct?
22  A.  Yes.
23  Q.  And that mid week depression in female users was correlated
24  with the amount of MDMA taken, correct?
25  A.  Yes.

52

0C6UMCC2                          Curran - cross

1    Q.  And that MDMA users rated lower levels of aggression than
2    controls on the night of drug use, but significantly higher
3    levels of aggression mid week?
4    A.  Yes.
5    Q.  And that in males, change in aggression correlated with the
6    amount of MDMA taken on the weekend, correct?
7    A.  Yes.
8    Q.  And one of your conclusions was that women are more
9    susceptible than men to mid week low mood following weekend use
10   of MDMA, is that right?
11   A.  Yes, in that paper.
12   Q.  Another conclusion of that paper was that both men and
13   women show increased self-rated aggression upon taking MDMA,
14   right?
15   A.  Yes.  Questionnaire.
16   Q.  You interpreted those results to come from an attenuation
17   of serotonin function for a period following acute use of MDMA?
18   A.  Yes.
19   Q.  In July 2001 -- and I know this was a long time ago -- you
20   attended a conference held by the U.S. International Institute
21   on Drug Abuse entitled "MDMA Ecstasy Research, Advances and
22   Challenges, Future Directions," correct?
23   A.  Yes.
24   Q.  That was at the National Institute of Health campus in
25   Maryland?

53

0C6UMCC2                              Curran - cross

1    A.  Yes.
2    Q.  You made a presentation at that conference?
3    A.  Yes.
4    Q.  In addition to many other researchers in the field of MDMA?
5    A.  Yes.
6    Q.  And Glen Hanson gave the opening remarks at that
7    conference?
8    A.  Yes, he did.
9    Q.  He was the director of the Drug Abuse Institute's division
10   of neuroscience and behavioral research at the time?
11   A.  Glen Hanson?
12   Q.  Yes.
13   A.  He probably was.  I can't remember.
14   Q.  Minor detail.
15            You know Glen Hanson personally?
16   A.  I have met him at conferences, but I don't know him very
17   well.
18   Q.  Your presentation at that conference was about the effect
19   of MDMA on the body's ability to use tryptophan, is that right?
20   A.  That was a study that I reported there, yeah.
21   Q.  But that is a study that you reported at that conference?
22   A.  And then published, yes.
23   Q.  Tryptophan is an amino acid that plays a part in the
24   production of serotonin?
25   A.  Yes.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

54

0C6UMCC2                          Curran - cross

1   Q.  It is more popularly known as what makes people sleepy when
2   they eat turkey, right?
3   A.  That's news to me.
4   Q.  I am just trying to provide some context here.
5             You had conducted research on the interaction between
6   on MDMA and this chemical tryptophan?
7   A.  It was with MDMA users where we challenged them with either
8   enhanced tryptophan, the thing you need in your diet to make
9   serotonin or deplete it, so it was either MDMA users, current,
10  ex or non-users.
11  Q.  Well, thank you for answering my next three or four
12  questions.
13            That research involved three groups of human subjects,
14  right?
15  A.  Yes.
16  Q.  One group was MDMA users, current users, right?
17  A.  Yes.
18  Q.  And the second group was individuals that had stopped using
19  MDMA for more than one year?
20  A.  Yes.
21  Q.  And, third, individuals that had never used MDMA?
22  A.  Yes.
23  Q.  And all of the study participants, as you had indicated
24  before, were given beverages or drinks that contained a large
25  amount of tryptophan?

0C6UMCC2                    Curran - cross

1    A.  They were given drinks either containing a large amount of
2    tryptophan or no tryptophan.  That was the manipulation.
3    Q.  So both, they were provided with both drinks, a tryptophan
4    drink and a no-tryptophan drink, right?
5    A.  Half of each group was given one of the treatments, so half
6    of each group would have been given a drink containing
7    tryptophan as well as all of the other essential amino acids we
8    need in our diet.  The other group were given all the amino
9    acid we need in our diet except tryptophan.
10   Q.  Five hours later after you gave them this variety of
11   drinks, you measured the level of tryptophan in the
12   participants' blood.
13   A.  In the plasma, yes.
14   Q.  Blood is same thing as plasma?
15   A.  Yes, plasma is part of blood.
16   Q.  You found that the ex-users of MDMA showed higher levels of
17   tryptophan in their blood than the non-users or current users?
18   A.  We did, yes.
19   Q.  At the conference, you stated tryptophan should cross the
20   blood-brain barrier to be incorporated in the biosynthesis of
21   serotonin but in ex-users significantly higher levels of
22   tryptophan remained in their blood, is that correct?
23   A.  Yes.
24   Q.  In other words, in these ex-MDMA users, the tryptophan was
25   not being metabolized at normal rates, is that right?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C6UMCC2                    Curran - cross
1   A.  It was being significantly less metabolized than the other
2   two groups.
3   Q.  You also gave the subjects a number of memory related
4   tests?
5   A.  Yes.
6   Q.  Upon administering these tests, you found that the current
7   MDMA users did more poorly than did the non-MDMA users, is that
8   right?
9   A.  I will take your word for it.  I can't remember every
10  detail.  I think that we found that the ex-users were the ones
11  who were impaired.
12  Q.  This was your study, right?
13  A.  Yes.
14  Q.  The ex-users, like you said, did the poorest on the test?
15  A.  Yes.
16
17              (Continued on next page)
18
19
20
21
22
23
24
25

                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

0C64MCC3                    Curran - cross
1   BY MR. CHUNG:
2   Q.  You stated at the conference that there is a clear
3   correlation between blood levels of tryptophan, a functional
4   deficit, and the total dosage and length of time these people
5   used MDMA before they stopped?
6   A.  Yes.
7   Q.  You are the author also of Quitting Ecstasy, an
8   investigation of why people stop taking the drug and their
9   subsequent mental health.  That was published in the 2003 in
10  the Journal of Psychopharmacology?
11  A.  Yes.
12  Q.  Do you remember that paper?
13  A.  Yes.
14  Q.  The Journal of Psychopharmacology, like the other ones --
15  A.  Peer review.
16  Q.  Now in that paper you indicated the regular use of Ecstasy
17  has been associated with depressed mood, anxiety and hostility,
18  but it is not known whether such effects persist after people
19  stop using the drug, is that correct?
20  A.  Yes.
21  Q.  You indicated in that paper the aim of the present study
22  was to examine the reasons why ex-users had stopped using this
23  drug?
24  A.  Yes.
25  Q.  An another aim of the study was to assess these ex-users'
                    SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

```
     0C64MCC3                    Curran - cross
 1   current level of depression, anxiety, anger, and aggression,
 2   correct?
 3   A.  Yes.
 4   Q.  In that study you conducted telephone interviews with
 5   individuals who used to take MDMA on a regular basis but who no
 6   longer use the drug?
 7   A.  That's right, yes.
 8   Q.  The participants were made of up of 66 ex-users, correct?
 9   A.  Yes.
10   Q.  These individuals used to take MDMA regularly but had not
11   taken MDMA for at least about a year?
12   A.  Yes.
13   Q.  Is it true that they have not taken MDMA for on average
14   about three years?
15   A.  If my memory serves, yes.
16   Q.  The participants were then asked about why they had quit
17   taking MDMA, right?
18   A.  Yes.
19   Q.  They also completed questionnaires to assess their mood?
20   A.  Yes.
21   Q.  You stated in that paper that the ex-users, the subjects in
22   your study, could be divided into two groups based on their
23   reason for quitting?
24   A.  Yes.
25   Q.  The first group were those who quit for mental health
```

0C64MCC3                      Curran - cross

1    reasons?
2    A.  Yes.
3    Q.  The second group were those who quit for what you call
4    circumstantial reasons?
5    A.  Yes.
6    Q.  Approximately half of those in that first mental health
7    group scored in the range for clinical depression?
8    A.  Yes, in the mild zone.
9    Q.  For clinical depression?
10   A.  Yes.
11   Q.  In that group, the levels of depression and anxiety
12   correlated significantly with the amount of MDMA that these
13   individuals had taken several years previously?
14   A.  In the mental health group, yes.
15   Q.  You stated in that paper that that finding suggested that
16   users may either be more vulnerable to the adverse effects of
17   MDMA or may have had preexisting mental health problems for
18   which they medicated by using, self-medicated by using Ecstasy?
19   A.  Yes.
20   Q.  So two possibilities you mentioned in that paper?
21   A.  Yes.
22   Q.  But you also concluded that a study showed that some
23   ex-users experienced an impairment to mental health that
24   persisted for years after they stopped using the drug, correct?
25   A.  Yes.  It would make sense to say that if it was a
                     SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

```
0C64MCC3                    Curran - cross
```

1  preexisting problem.
2  Q.  But that wasn't one of your conclusions, correct, that you
3  found among the individuals that participated in the study that
4  a number of them had mental health impairment years after they
5  had last used the drug?
6  A.  Yes, OK.
7  Q.  Dr. Curran, have you reviewed the expert summary, the
8  document of Glen Hanson that was prepared in advance of this
9  hearing?
10  A.  I read it, yes.
11  Q.  It was a 2-page document?
12  A.  Yes.
13  Q.  Did you review the publications that were cited in that
14  summary?
15  A.  Yes, there was the Degenhardt paper.
16  Q.  One of those papers was authored by a research group headed
17  by Fabrizio Schifano?
18  A.  Yes.
19  Q.  Are you familiar with Dr. Schifano?
20  A.  Yes.
21  Q.  You testified during direct examination that approximately
22  ten people in the U.K. per year die of Ecstasy-related causes?
23  A.  That's right; that's exactly the statistic that's in the
24  Schifano paper.
25  Q.  In the Schifano paper, isn't it correct that the study

0C64MCC3                    Curran - cross
 1  found that from 1997 to 2007, approximately 605 people died as
 2  a result of MDMA use?
 3  A.  No, it doesn't say that in that paper.
 4  Q.  It doesn't say that?
 5  A.  No.
 6  Q.  You testified on direct examination that 99.9 percent of
 7  MDMA users use other types of drugs?
 8  A.  Yes.
 9  Q.  Many MDMA users use marijuana?
10  A.  Yes.
11  Q.  Many of them use cocaine?
12  A.  Yes.
13  Q.  Many of them use methamphetamine?
14  A.  Methamphetamine is quite rare in the U.K.
15  Q.  That's what we have been calling throughout this hearing
16  the polydrug use?
17  A.  Yes.
18  Q.  Polydrug use is what's commonly called a confounding factor
19  when it comes to the MDMA studies?
20  A.  It's one of the confounding factors.
21  Q.  It's a confounding factor that you believe subjects a
22  number of MDMA studies to criticism?
23  A.  Yes.
24  Q.  You agree that out in the field in real life, 99.9 percent
25  of MDMA users are polydrug users?
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

```
        0C64MCC3                    Curran - cross
1       A.  Yes.
2       Q.  You are familiar with Andrew Parrott?
3       A.  Yes.
4       Q.  You are aware that he is, among other things, a professor
5       Swansea University in the U.K.?
6       A.  Yes.
7       Q.  You are aware that he has published over 46 peer review
8       articles regarding MDMA?
9       A.  I never counted; I take your word for it.
10      Q.  You discussed one of those papers during your examination,
11      right?
12      A.  Yes.
13      Q.  A 2001 paper entitled, a 2001 survey of literature
14      regarding MDMA?
15      A.  It was a review, yes.
16      Q.  It was published in the Journal of Human
17      Psychopharmacology?
18      A.  Yes.
19      Q.  That is a peer review journal?
20      A.  Yes.
21      Q.  It's a journal that you yourself have quoted in a number of
22      papers?
23      A.  Over the years, a few.
24      Q.  You consider Professor Parrott's, that 2001 paper
25      whimsical?
```

63

0C64MCC3                        Curran - cross

1   A.  I was describing narrative reviews as being whimsical; I
2   wasn't being rude to Dr. Parrott.  For the reasons I stated, a
3   narrative review can be quite biased.
4   Q.  So all narrative reviews are whimsical?
5   A.  I am not saying that.  You have good and bad narrative
6   reviews and good and bad systematic reviews.  You have to judge
7   each by the quality.  But what I was saying if you are
8   reporting the studies that show impairment in memory in MDMA
9   users, then for balance you should also report the studies that
10  don't show an impairment.
11  Q.  You mentioned during direct examination a researcher Thelma
12  Schilt?
13  A.  Yes.
14  Q.  She is, among other things, a professor at the University
15  of Amsterdam in the Netherlands?
16  A.  Yes.
17  Q.  You included one of her papers among the items that you
18  were principally going to rely on?
19  A.  Yes.
20  Q.  That was a paper entitled Cognition in Novice Ecstasy Users
21  with Minimal Exposure to Other Drugs?
22  A.  Yes.
23  Q.  That was a publication the peer review journal, Archives of
24  General Psychiatry?
25  A.  Yes.

64

0C64MCC3                    Curran - cross

1   Q.  Obviously you have reviewed that particular paper?
2   A.  Yes.
3   Q.  Are you aware that one of the conclusions of that paper was
4   that although the performance of the group of Ecstasy users
5   that were part of that study is still within the normal range,
6   that long-term negative consequences of MDMA users cannot be
7   excluded?  Are you aware that that was one of her conclusions,
8   or one of the researchers' conclusions?
9   A.  I don't remember exactly the discussion but I know the
10  result.  The effect of a very well-designed study was that when
11  people, they didn't, the student groups didn't, before they
12  started using Ecstasy, one group started, the other didn't, and
13  when they were retested, the ones who had used Ecstasy recalled
14  half a word less than those who hadn't used Ecstasy.
15              But the discussion kind of did go on to conclude there
16  was a memory impairment.  As I said before, half a word is like
17  saying you forgot one item on your shopping list of 30.  It's
18  not relevant to your day-to-day functioning as a human being.
19  Q.  You agree that this was I think you said a well-designed
20  study?
21  A.  Yes, it was a well-designed study.
22  Q.  Bus you don't remember whether one of the conclusions of
23  the Schilt group was that long-term negative consequences of
24  MDMA use cannot be excluded?
25  A.  That doesn't mean anything.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C64MCC3                        Curran - cross

1    Q.  It doesn't mean anything?
2    A.  Not really.  If you say, it's best to go to the data, the
3    evidence.  Conclusions can be something else.  But the evidence
4    is in that very well-designed study by a very well-respected
5    group of researchers the actual effect was less than half a
6    word.
7    Q.  You are also familiar with the researcher in the field
8    named Maartje de Win?
9    A.  I don't know her; I am familiar with her work.
10   Q.  Do you know she is also a professor at the University of
11   Amsterdam?
12   A.  Yes.  She is part of the group.
13   Q.  She is part of the Schilt group?
14   A.  The van den Brink group.
15   Q.  She conducted numerous studies regarding MDMA, is that
16   right?
17   A.  Yes.
18   Q.  You already testified that you are familiar with Stephen
19   Kish, right?
20   A.  Not personally; I know his very excellence paper in Brain.
21   Q.  He is a professor of pharmacology at the University of
22   Toronto?
23   A.  Yes.
24   Q.  He has conducted a number of studies regarding MDMA?
25   A.  Yes.

0C64MCC3                              Curran - cross

1    Q.  Are you also aware, you don't have to be familiar with him,
2    a researcher named Brian Gallomodo?
3    A.  The name rings a bell.  Remind me of the paper.
4    Q.  Professor and chair of the University of Toledo Medical
5    School Department of Neurosciences?
6    A.  I don't.
7    Q.  You are not aware of him?
8    A.  Not that I can retrieve information now.  I am happy to
9    look at the paper if you want me to look at it.
10   Q.  You were asked a number of questions on direct examination,
11   about whether MDMA is addictive?
12   A.  Yes.
13   Q.  You said categorically, no, it's not addictive?
14   A.  That's right.
15   Q.  In the course of that discussion you mentioned an expert
16   named Cotler?
17   A.  Linda Cotler.
18   Q.  Are you aware or have you reviewed a paper by Cotler and
19   other authors entitled Ecstasy Abuse and Dependence Among
20   Adolescents and Young Adults, Applicability and Reliability of
21   the DSM-IV criteria?
22   A.  I thing that's the Sidney/Miami study I mentioned earlier.
23   Q.  That was published in the Journal of Human
24   Psychopharmacology?
25   A.  OK.  I don't know.

67

0C64MCC3                         Curran - cross

1    Q.  That's the very same journal in which Professor Parrott's
2    2001 review was published?
3    A.  Yes.
4    Q.  In that study, the Cotler study, is it correct that the
5    research group conducted a survey of young adult and adolescent
6    MDMA users?
7    A.  It wasn't a survey; I think it was an interview study.
8    Q.  Interview study.  These individuals, these young and
9    adolescent MDMA users were interviewed by the research group?
10   A.  Yes.  They had a computerized testing system and they
11   offered to people 55 pounds, $55 to come and talk about their
12   use all kinds of drugs.  These were polydrug users, I think 40
13   percent of whom used heroin.  So they are not typical of
14   recreational Ecstasy users.
15   Q.  Are you aware that a conclusion of that 2001 Cotler study
16   was that 43 percent of those who were reported Ecstasy use met
17   the accepted diagnostic criteria for dependence according to
18   the DSM-IV?
19   A.  I am aware of that but it's nonsense.
20   Q.  That's nonsense?
21   A.  Yes, it's nonsense.
22   Q.  Are you aware that those results are, that according to the
23   Cotler group, those results were consistent with similar
24   studies in other countries that suggested a high rate of MDMA
25   dependence among users, correct?

0C64MCC3                    Curran - cross

1   A.  I don't think there are studies, quality studies showing
2   rates of dependence among MDMA users.
3   Q.  You consider this study, this 2001 study nonsense?
4   A.  I think the conclusions are nonsense.  What they did was
5   pay lots of drug users to come along and talk about their drug
6   use in return for money and they filled in, they used the
7   DSM-IV criteria to look at dependence.  But Linda Cotler
8   constructed her own scale of what she called withdrawal, and if
9   you look at her actual results, as I said before, all you need
10  for a DSM-V diagnosis of dependence, is to tick 3 boxes on a
11  whole list of questions, like, have you ever taken more than
12  you intended to, have you ever been in trouble with the police,
13  do you get tolerance, do you get withdrawal.
14          What Linda Cotler did, I am sure in the best hope, was
15  just construct a special withdrawal scale for MDMA.  But as you
16  remember, we were talking before about the midweek effects.
17  What she put on this scale are the midweek effects of Ecstasy
18  that she put on, you know.  If you are thinking about the
19  timeline that the judge wanted before, you know when people
20  take Ecstasy, they are then not going to sleep very well.  They
21  can go 24 hours more without sleep.  Ecstasy is not the type of
22  suppressant that is widely used in obesity.
23          There were lots of midweek effects like slight
24  increase in aggression, decrease in depression.  These are
25  Cotler's withdrawal scale.  Those items were all there.  What

0C64MCC3                          Curran - cross

1    she is doing is picking up the few-days-after effects of
2    Ecstasy.  It's not the withdrawal state you see in people who
3    use drugs in the clinics, people who use drugs every day and
4    then go cold turkey.  And we all know what heroin and alcohol
5    do, that sort of thing.  So Linda Cotler's work has been
6    criticized and I criticize it for that reason.
7            The data I accept, of course, but the conclusions
8    about dependency are not valid and they wouldn't be valid in a
9    couple of years' time anyway because the new DSM categorization
10   will take out many of those criteria.  If you look at the
11   actual participants in those Cotler studies, on average, they
12   were using Ecstasy one to two times per month.  It's nonsense
13   to talk about use of the drug one to two times a month and talk
14   about addiction.  It's common sense.  You don't need to be a
15   scientist.
16   Q.  In your opinion, regular use of Ecstasy once or twice a
17   month is not addictional dependence.
18   A.  Absolutely not.
19   Q.  Absolutely not?
20   A.  Absolutely not.
21   Q.  On direct examination you were asked a number of questions
22   about the 2001 report by the U.S. Sentencing Commission
23   regarding the Ecstasy guidelines?
24   A.  Yes.
25   Q.  You were asked a number of questions about a section in
                     SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

0C64MCC3                    Curran - cross
1    that report regarding the physical effects of MDMA, is that
2    correct?
3    A.  The physical effects?
4    Q.  The effects of MDMA, the harm?
5    A.  The harm of MDMA, yes.
6    Q.  I believe your words were that the commission, you believe
7    that the commission came up with assumptions regarding the
8    physical harms of MDMA?
9    A.  I didn't say anything about assumptions.
10   Q.  That was your testimony, wasn't it?
11   A.  I didn't use the word assumption.  I think what I said was
12   that the commission in 2001 was based on the limited evidence
13   that was available at that point, including very high toxic
14   doses of MDMA given to animals.
15   Q.  You recognize that the commission, again from the report,
16   recognized that the potential toxicity to serotonin neurons
17   have been the subject of some disagreement?
18   A.  Yes.
19   Q.  So the commission acknowledged there was controversy
20   regarding the neurotoxicity of serotonin?
21   A.  Yes.
22   Q.  You also recognize that the commission in that report also
23   acknowledged that another point of controversy surrounding MDMA
24   research literature is whether the loss of serotonin sites or
25   serotonin and the corresponding impairment is permanent?
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

```
       0C64MCC3                     Curran - cross
 1     A.  Yes.
 2     Q.  You acknowledge that the commission realized that there was
 3     a controversy among scientists regarding the permanence or the
 4     lack of serotonin impairment?
 5     A.  Yes.  That was based on the study with monkeys showing
 6     serotonin depletion of seven years.
 7     Q.  At the time in 2001 there was quite of a bit of controversy
 8     regarding these potential or actual physical harms?
 9     A.  Yes, that was acknowledged.
10                 MR. CHUNG:  No further questions.
11                 THE COURT:  Redirect.
12                 MR. CHUNG:  Your Honor, I don't want to assume certain
13     things, it looks like Mr. Rorty is going to be conducting Dr.
14     Curran's redirect examination.  Is that normal practice.
15                 THE COURT:  It's not normal.  Generally, one counsel
16     conducts the examination of a witness, but do you have any
17     objection.
18                 MR. CHUNG:  I don't.  It's a sentencing hearing.
19                 THE COURT:  Fine.
20                 Mr. Rorty, you have license to conduct the redirect.
21                 MR. RORTY:  Thank you.
22     REDIRECT EXAMINATION
23     BY MR. RORTY:
24     Q.  I am going to ask you about a number of studies that
25     Mr. Chung just asked you about.  Why don't we go in the same
```

0C64MCC3                    Curran - redirect

1   order he proceeded in.  Let's discuss the 1997 study regarding
2   recreational use, particularly the weekend high followed by the
3   midweek low; do you recall that study?
4   A.  Yes.
5   Q.  I am sorry, I don't have the full name; can you give us the
6   title of that study?
7   A.  Plus or minus, the last bit, I can't remember the first
8   bit, it was Weekend High Followed By Midweek Low.
9   Q.  Mr. Chung asked you about your finding that survey users
10  when asked about their midweek low reported a condition which
11  was consistent with clinical depression; have I understood that
12  correctly?
13  A.  It was in a very small number of people, mostly in the mild
14  range, but the most important thing is that it was transitory.
15  When we did subsequent studies to go further into the finding,
16  it was only on like day 3 that you find any change in mood at
17  all.  By the following Saturday, nobody was depressed; it was
18  literally just a dip a few days after.  Dr. Parrott's shown
19  exactly the same thing in a publication.  It only lasts for 7
20  days, it's midweek day or two out of 7 days.
21  Q.  To the extent that users experience symptoms consistent
22  with clinical depression, they experience them for a 2-to-3-day
23  period?
24  A.  Yes.
25  Q.  That's all your study showed?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C64MCC3                    Curran - redirect

1   A.  Yes, but on average it's on a very low level of change in
2   mood.
3   Q.  To the extent, what I understand you to say, to the extent
4   they were consistent with clinical depression, it was mild to
5   moderate clinical depression?
6   A.  Yes.
7   Q.  Mr. Chung drew your attention to the conclusions in your
8   study and indicated that it was his understanding that you
9   attributed these effects to, quote, neurotoxicity in that 1997
10  study.
11  A.  My memory --
12          MR. CHUNG:  Your Honor, objection; that's not a fair
13  characterization of the question and answer on
14  cross-examination.
15          THE COURT:  Put a new question to the witness.  I am
16  sustaining the objection as to form.
17  Q.  Did your study conclude that the findings of clinical
18  depression were the result of the neurotoxic effects of MDMA?
19  A.  The conclusion from that study was that either the dipping
20  mood midweek was due to serotonin depletion or to the fact that
21  if you have such a fantastic time, you feel so high and
22  euphoric on Saturday, then anything in comparison is less
23  appealing.  But it also said serotonin neurotoxicity cannot be
24  ruled out based on what was known of the animal work in 1996
25  when I wrote that paper.

74

0C64MCC3                    Curran - redirect

 1   Q.  Your conclusion with respect to neurotoxicity was not a
 2   finding of neurotoxicity --
 3   A.  Not at all.
 4   Q.  -- but the conclusion that it cannot be ruled out?
 5   A.  It can't be ruled out, but to explain both findings,
 6   neurotoxicity wouldn't really help because it's only a
 7   temporary depletion.  Those findings fit much better with
 8   animal and human evidence showing after you take Ecstasy on
 9   Saturday night, your serotonin levels go whoosh and then up
10   again.  I just take that whoosh low and then they are back to
11   normal the next Saturday.  It's a transient effect.
12   Q.  To clarify, temporary serotonin depletion is not the same
13   as neurotoxicity?
14   A.  Not at all, no, it's kind of a normal function of the brain
15   in response to lots of drugs.
16   Q.  If I understood the answer you just gave when you said that
17   neurotoxicity cannot be excluded, that was a reaction in part
18   to then-existing animal studies that through the administration
19   of high toxic doses claimed to find neurotoxicity?
20   A.  Yes.
21   Q.  Can you discuss the meaning of the inclusion of a phrase in
22   a study that a finding cannot be excluded?  What do researchers
23   take from that?  What does it mean to include that finding?
24   A.  It's standard in science and research to try to consider
25   every possible explanation for what you found so every single

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C64MCC3                    Curran - redirect

1   alternative should be there in a balanced discussion so that's
2   why all three explanations are talked about.
3           The toxicity wouldn't explain any dip midweek; that's
4   nothing to do with toxicity.  It fits much better if it's shown
5   not only by Dr. Parrott but also by ourselves many times now,
6   this is just a temporary blip during the week following weekend
7   Ecstasy use.  That can't be neurotoxicity; it has to be a
8   temporary serotonin depletion.
9   Q.  The 2002 gender study, Mr. Chung drew your attention to
10  findings concerning aggression and a comparison between male
11  and female increased aggression.  Did those findings relate to
12  short or long term effects of MDMA?
13  A.  Again, they are exactly the same effect; it's that midweek
14  dip which we found repeatedly in 2002.  It doesn't speak to
15  neurotoxicity; it just speaks to that temporary depletion.
16  Q.  From your 2002 study, would you conclude or do you believe
17  a reasonable researcher could conclude that MDMA causes
18  longterm increase in aggression in either men or women?
19  A.  No.
20          MR. CHUNG:  Objection.
21          THE COURT:  Sustained.
22  Q.  Did you make any findings concerning longterm increases in
23  aggression in that 2002 study?
24  A.  There are two types of measurements that are used about
25  individuals that are called trait measures which are enduring

0C64MCC3                        Curran - redirect
1    features.  Some people are more aggressive than others.  We
2    measure those in ways like aggression questionnaire or we look
3    at corridors like testosterone or whatever else.  Then there
4    are fluctuations that we all as human beings go through.  So
5    even if we are not predisposed to be depressed or predisposed
6    to be aggressive, there might be times when you are stressed,
7    when you are very happy that your mood changes.  Those are
8    called state measures.
9            In our studies of aggression there has been no
10   difference in trait measures between Ecstasy users and
11   nonusers.  So the enduring features about those human beings
12   are not different.  What changes are state aggression.  They
13   are just a blip midweek again.  That's the most consistent
14   finding.
15           MR. CHUNG:  Your Honor, I am not sure the witness's
16   response was responsive to Mr. Rorty's question.  I believe the
17   question was were there any findings with respect to longterm
18   effects from the 2002 study.
19           THE COURT:  You can follow up on recross if you wish.
20   BY MR. RORTY:
21   Q.  Let me move to the 2001 conference presentation regarding
22   tryptophan and the paper which followed.  I understand that you
23   gave a presentation there but you later either just previously
24   or later published a paper summarizing that research.  Before
25   we discuss the effect of tryptophan, I would like to clarify

77

0C64MCC3                        Curran - redirect

1  something both Mr. Michelman and Mr. Chung touched on.  Can you
2  further describe the difference between functional impairment
3  and brain damage?
4  A.  Well, you can have brain damage, for example, if you have
5  been in terrible motorbike crash, the most common cause that I
6  know of, you actually got brain damage.  Areas of the brain
7  have actually been killed off.  The brain is plastic; other
8  areas may take over.  But when you have severe brain damage and
9  cell death, that usually means that your day-to-day life is
10  impaired.  If you have had damage to hippo campos, your daily
11  life will be hugely affected because your memory will be
12  severely impaired, and that would be specifically a permanent
13  effect.
14          If you are talking about a drug like MDMA, no one is
15  talking about cell death.  There is no evidence that MDMA kills
16  braincells.  But there is evidence of damage in the sense we
17  talked about before of the axons being shortened and regrowth
18  being abnormal.  So, in that case, if you want to call that
19  brain damage, it doesn't have any functional effect.  Even in
20  animals who are depleted of serotonin in the brain by 70 to 90
21  percent, they don't have memory problems.  They just behave
22  completely normal.  There are no functional consequences in
23  terms of their daily life.  So brain damage in terms of
24  serotonin axons doesn't mean much if it doesn't affect that
25  human being's existence.

0C64MCC3                         Curran - redirect
1    Q.  A change in the brain does not equate to functional
2    impairment?
3    A.  Absolutely.  Functional impairment is more important for a
4    human's life.
5    Q.  In assessing harms which is of greater significance, brain
6    change or damage or functional impairment?
7    A.  Functional impairment.  Usually the two go together with
8    most forms of structural brain damage.
9    Q.  Let's apply that to your tryptophan study.  My
10   understanding was that you found that tryptophan is less
11   metabolized in ex-users of MDMA?
12   A.  Yes.
13   Q.  Is that a finding that equates to a functional impairment
14   in ex-users?
15   A.  No.
16   Q.  Explain.
17   A.  It's purely, it's only functional impairment; it's just
18   reflecting blood levels of tryptophan which is a standard amino
19   acid that we all need from our daily diet.  It doesn't mean
20   that every functional impairment --
21   Q.  To go back to that distinction, your brain chemistry may
22   have temporarily or permanently changed, but it does not change
23   your ability to function in the world?
24   A.  Absolutely, yes.
25   Q.  Let's move to your 2003 study regarding quitting Ecstasy.
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

0C64MCC3                        Curran - redirect

1   You were asked questions about your conclusion that some
2   ex-users had impairment which persisted for years.  What was
3   the impairment you were describing in that conclusion?
4   A.  That was the study about mood.
5   Q.  Would it help you to recall, it was a higher incidence of
6   subsequent depression?
7   A.  In people giving up using Ecstasy.
8   Q.  Yes, as opposed to people who had never used it.
9   A.  Right.  I am not sure what the question is.
10  Q.  To the extent that you found that ex-users who had given up
11  MDMA had increased subsequent depression following MDMA use,
12  did your study correlate the MDMA use with the subsequent
13  depression?  Do you believe there was a demonstrated
14  correlation between MDMA use and subsequent depression?
15  A.  You are talking about the study where we looked at people
16  who had given up MDMA for different reasons?
17  Q.  Yes.
18  A.  I can't remember the size of the correlation, I am sure I
19  would have done it between Ecstasy use and depression.  I have
20  to have look at the paper again to know the size of it and how
21  much variance that explained.
22  Q.  I want to draw your attention to your discussion of the
23  potential confounding factors of preexisting mental health
24  conditions among those people who had increased depression
25  subsequent to Ecstasy use.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

80

0C64MCC3                        Curran - redirect

1   A.  Yes.  I think that's important because in the early 2000s,
2   it was very difficult to find people in the U.K. who had given
3   up Ecstasy.  In fact, we had to go onto a London TV station to
4   say what we are really looking for is people who are willing to
5   take part in our research who have given up Ecstasy.  I think
6   that that way of sampling was not good because we obviously
7   attracted people who had more time, often they were unemployed,
8   and people who we think may have had more, a bigger
9   representation of people who had some find of kind of mental
10  health problem that they were attributing to Ecstasy.
11          So, the confounds in that study are that you can't
12  rule out preexisting differences in depression, in anxiety.  If
13  you think of not just my research, but of the research of Huizh
14  and of Leib and of other groups, and you put all that together,
15  it definitely now looks like the majority of people who
16  experience anxiety and depression after they have been using
17  Ecstasy, actually in these longitudinal studies where you can
18  look at children and their mental health status, they found 88
19  percent of Ecstasy users who had mental problems had those
20  problems in childhood.
21  Q.  What does that tell you about your own 2003 study and its
22  conclusions?
23  A.  Well, sure, the conclusions were that I couldn't rule out
24  preexisting differences and I couldn't say there was a causal
25  link between using Ecstasy and any anxiety or depression.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

81

0C64MCC3                    Curran - redirect

1   Q.  Let me turn to the Cotler study concerning dependence about
2   which Mr. Chung asked you?
3   A.  Cotler.
4   Q.  You discussed her own withdrawal criteria or metric.
5   Explain that.  Did I understand that in addition to looking at
6   DSM criteria, she created her own metric for whether or not a
7   person was dependent and specifically whether they experienced
8   withdrawal?
9   A.  Yes.
10  Q.  Was that metric drawn from the DSM?
11  A.  No.  In the DSM there isn't, MDMA dependence does not
12  exist, there is nothing in the DSM about MDMA.
13  Q.  Does the DSM contain criteria for dependence on other
14  drugs?
15  A.  Yes.
16  Q.  What other drugs?
17  A.  Most of the abused drugs, heroin, crack cocaine, cocaine,
18  marijuana.
19  Q.  So the authors of the DSM themselves drew a distinction
20  between MDMA and the drugs which have separate dependence
21  criteria?
22            MR. CHUNG:  Objection.
23            THE COURT:  Sustained as to form.
24  Q.  Did the DSM authors draw distinction between MDMA and other
25  drugs in terms of designing criteria for dependence?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

82

0C64MCC3                    Curran - redirect

1   A.  The DSM is only revised every so many years.  In fact, at
2   the moment there is a big debate going on internationally about
3   how addiction is going to be diagnosed in the revision that's
4   due out in 2012.  In fact, I mentioned before in that revision,
5   dependence is going out and they are going to bring back the
6   word addiction really.  So, MDMA is not in the current DSM, but
7   checking with the future DSM, it's not even been considered for
8   inclusion in that.  So I don't think your normal psychiatrist
9   working in the addiction field sees it as an entity at all
10  addictive.
11  Q.  Let's move to your conclusion and discussion of the 2001
12  report.  Mr. Chung asked you about the extent to which the
13  commission acknowledged that in 2001 there was a controversy
14  regarding neurotoxicity.  Based on your earlier testimony and
15  your review of the decade of research since 2001, has that
16  controversy been resolved?
17  A.  About neurotoxicity?
18  Q.  Yes.
19  A.  I think we are nearly there, but in terms of humans,
20  because as I mentioned before, most of the studies looking at
21  humans have shown that there is very focused, small change in
22  serotonin transporters while people are using Ecstasy, MDMA,
23  but the majority of the studies show when people have given up
24  or reduced, then that difference disappears.
25          MR. RORTY:  Thank you.  No further questions.
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

83

0C64MCC3                        Curran - redirect
1              THE COURT:  Any re-cross, Mr. Chung.
2              MR. CHUNG:  No, your Honor.
3              THE COURT:  I have a few questions.
4              Following up on this neurotoxicity question, putting
5      aside the now discredited studies by the court, are there not
6      other studies that indicate the neurotoxic effects of MDMA?
7              THE WITNESS:  If you take changes in the axons in
8      animal brains, then lots of other studies show that there are
9      axonal changes if you give sufficiently high doses.  I think
10     the key thing really is if you, I mean, as I said before, those
11     are really high doses, a bit like giving a bottle of bourbon a
12     day to a 2-year-old then concluding about the effects of
13     alcohol in normal social use.
14             The better monkey studies particularly by Fantegrossi
15     and Banks where the monkeys self-administered, first of all,
16     unlike other addictive drugs, over the 18 months, the monkeys
17     could self-administer, they self-administered less over time,
18     whereas addiction is the opposite; they actually
19     self-administer more.  But more importantly in both those
20     studies where monkeys self-administered, there is absolutely no
21     change in the brain.
22             So more and more it's looking like those early
23     pre-2001 studies giving huge massive doses and the studies done
24     since then, some studies even used 20 to 40 milligrams a
25     kilogram in monkeys, of course, you are going to get toxicity
                        SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300

84

0C64MCC3

1   by those counts, but wherever they have tried to model more the
2   pattern in which humans take Ecstasy, then there has been no
3   change at all in serotonin in the brains of monkeys.
4               THE COURT:  Would it be fair to say that there is an
5   ongoing debate about the neurotoxicity of MDMA.
6               THE WITNESS:  Science never stops in a sense, but I
7   think, you know, I talk a lot to colleagues in Holland and in
8   other places, and I think there is an emerging consensus now
9   that the early studies really make people worry, and looking
10  back on the evidence that's been gathered in the last decade,
11  we now have a much more balanced view.  On the whole, if you
12  look at the quality studies published in high-quality journals
13  and the high-quality meetings that you can go to, there is an
14  emerging consensus.  At least the top persons definitely agree
15  from the van den Brink people in Amsterdam who have done all
16  those recent NextC work, multimillion pound projects, I think
17  we would all agree that the 2001 report was based on available
18  evidence at the time.  What we know now is that the exaggerated
19  fares that were coming from the cohort-based kind of studies,
20  McCann studies were far greater and don't translate to a normal
21  human Ecstasy user.
22              Does that answer your question?
23              THE COURT:  Yes.
24              You have noted in your testimony that MDMA is not
25  addictive.

0C64MCC3

1                THE WITNESS:  Yes.
2                THE COURT:  But didn't the National Institute on Drug
3    Abuse, didn't they come up with a conclusion that something
4    like 43 percent of Ecstasy users, I think I can quote, met the
5    accepted diagnostic criteria for dependence as evidenced by
6    continued use despite knowledge of physical or psychological
7    harm, withdrawal effects and tolerance, close quote.  I would
8    like you to respond to that.
9                THE WITNESS:  That's exactly the study I was talking
10   about.  If you go into the NIDA website, that's exactly what
11   you see, 43 percent meet criteria.  This is in the Linda Cotler
12   study we were talking about that was done in Sydney and Miami.
13   But that is nonsense because the people in that study, there
14   were several hundred, the average use of Ecstasy was once or
15   twice a month.  I was trying to say before that when you are
16   dealing with addiction, you don't talk about addiction in terms
17   of use of a drug once or twice a month.  It's not what the
18   concept means in terms of common sense, let alone science.
19               What that study was showing was that if you take the
20   boxes, Linda Cotler had this DSM criteria, the boxes that were
21   ticked for those criteria, she only needed 3, were first of all
22   tolerance, which is true, like with most drugs, people either
23   increase the dose of Ecstasy they take over time or they
24   experience less effect if they keep on the same dose.  That's
25   absolutely true; tolerance you see.

86

0C64MCC3

```
 1               What the problem was withdrawal because she created
 2    her own scale of withdrawal where the measures were the same as
 3    what happend the night or a few days after taking Ecstasy.  One
 4    interesting thing about the same study is she went back both in
 5    Sydney and Miami to the same people to see if she got the same
 6    effects a week later, to see if it was a reliable instrument,
 7    and it wasn't reliable in one respect.  People changed their
 8    responses and they changed their responses particularly on this
 9    withdrawal scale because the main reason for changing responses
10    was they didn't understand what the question was.
11               So the user had thought about withdrawal as being the
12    aftereffect, whereas withdrawal, when you are talking about in
13    the addiction field, withdrawal is more like the cold turkey
14    you get with heroin or something else.  There has never been an
15    MDMA withdrawal syndrome described.  I think the Cotler studies
16    have been funded by NIDA and so NIDA always publicizes their
17    own work on that site, but categorically I don't believe that
18    people taking a drug once or twice a month have an addiction
19    problem.
20               THE COURT:  At least twice in your testimony you
21    referred to the mortality rate from MDMA to be ten deaths per
22    year in Great Britain.
23               THE WITNESS:  Ten deaths a year due to Ecstasy.
24               THE COURT:  On cross, Mr. Chung asked you about the
25    Schifano study and he asked you whether the Schifano study
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

87

0C64MCC3

1    reported that there were 605 Ecstasy-related deaths between
2    1997 and 2007 and you said in substance, no, the report doesn't
3    say that.  I would like you to clarify this matter because I
4    can show you where the report does say that.
5            THE WITNESS:  Yes.  There is a difference between the
6    number of deaths that are due to Ecstasy and the number of
7    deaths that are Ecstasy-related where Ecstasy had been put on
8    the death certificate.  If you look at that Schifano paper,
9    there are, I think he had two data sources.  One is a very good
10   data source in the U.K., kind of a national data source whereby
11   instead of just going on what it says on the death certificate
12   where Ecstasy could have been listed alongside heroin or other
13   drugs so that would have been counted as Ecstasy-related death,
14   whereas the death was probably due to respiratory depression
15   because of heroin.  That's where that figure comes from is that
16   data set.
17           There is a much better data set which Schifano goes on
18   to talk about which is a data set where all coroners in the
19   U.K. have to send in a detailed report so that it's not just
20   these drugs were found in the blood system or in the tissue of
21   people who were dead after drug or any other kind of incident,
22   but a detailed report by a coroner on every single drug-related
23   death in the U.K.  It's a much more reliable database because
24   lots of people with drugs die of lots of different kinds of
25   drugs.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C64MCC3

1          The figures I was quoting are figures for the ten
2    cases per year, deaths due to Ecstasy are known to be due to
3    Ecstasy, hypothermia and hyponatremia.  In that paper I can
4    show you Schifano has the same thing.  He's talking about over
5    the same period of years.  I just divided that by the number of
6    years.  So Schifano's paper is exactly commensurate with
7    Rogers' paper reviewing deaths.  They both have ten per year
8    caused by Ecstasy rather than just Ecstasy being one of the
9    drugs in the system.  Does that make it clear.
10          THE COURT:  It does.  Thank you.
11          You rely fairly heavily on the David Nutts studies
12    which attempt to characterize the harmfulness of several
13    illicit drugs based on a survey of experts.  In his articles he
14    uses a term that I just love that I would only attribute to the
15    Court of Appeals, Delphic analysis.  Can you tell me whether
16    you think that that's really the appropriate type of a study
17    for this court to take into account.
18          THE WITNESS:  I agree with you; I am a bit skeptical
19    about Delphic analysis.  The paper I was talking about was the
20    2000 paper where he has given up Delphic analysis.  He is using
21    Larry Phillips who is a very prestigious American professor in
22    economics.  He is using his multicriteria division analysis
23    which is a lot less wobbly than Delphic.  It sounds like Greek
24    myth, doesn't it.
25          THE COURT:  For example, the study Development of a

0C64MCC3
1   Rational Scale to Assess the Harm of drugs of Potential Misuse.
2              THE WITNESS:  That was the Delphic one.
3              THE COURT:  Yes.
4              THE WITNESS:  That wasn't the one I suggested.
5              THE COURT:  Then would you agree that the Delphic
6   analysis can't appropriately take the place of scientific data
7   on the harms of Ecstasy?
8              THE WITNESS:  I think the Delphic analysis was a first
9   attempt then got a lot of coverage and other scientists came in
10  and said there is a much better way of doing this and that's
11  what resulted in the more recent paper.
12             THE COURT:  Thank you.
13             Now, do counsel wish to make any further inquiries of
14  Dr. Curran based on the court's inquiries.  Anything from the
15  defendants.
16             MR. RORTY:  Yes, just one question.
17  REDIRECT EXAMINATION
18  BY MR. RORTY:
19  Q.  The court just asked you about the Nutts studies.  I
20  thought I heard you say that you referred to a paper in which
21  Dr. Nutts abandoned the Delphic analysis in favor of this far
22  more reliable analysis.  You said that the good paper, the post
23  Delphic analysis paper was 2000.  That's what you just said.
24  A.  2010.
25  Q.  So, the more recent study, in fact, the study this year in
                   SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

```
0C64MCC3                    Curran - redirect
```

1  which Dr. Nutts ranks drugs, can you say again for
2  clarification where MDMA is ranked in that study, the 2010
3  study which abandoned the Delphic analysis for a more reliable
4  analysis?
5  A.  Yes.  In the reliable analysis, Ecstasy in terms of harm to
6  self ranked 17th at the bottom out of 20; in terms of harm to
7  society, 18th out of 20.
8              THE COURT:  Mr. Chung.
9              MR. CHUNG:  Just a couple.
10             THE COURT:  We will try to finish this.  Typically we
11  break for lunch at 1:00.  We will finish Dr. Curran, then we
12  will break.
13  RECROSS EXAMINATION
14  BY MR. CHUNG:
15  Q.  The court asked you a series of questions about your take
16  on whether there is a debate about the neurotoxicity of MDMA;
17  do you remember those questions?
18  A.  Yes.
19  Q.  You answered some questions about studies that were relied
20  upon by the Sentencing Commission in 2001, right?
21  A.  Yes.
22  Q.  I want to take you back to something you testified about, a
23  study you testified about initially on direct examination by
24  Mr. Michelman about a study on authored by Stephen Kish and a
25  research group at the University of Toronto.  You stated that

91

0C64MCC3                     Curran - recross

1   was an excellent study?
2   A.  Yes.  It controlled many more factors than previous
3   studies.
4   Q.  That was a study published in a journal entitled Brain?
5   A.  Yes.
6   Q.  That's a peer review journal?
7   A.  Yes.
8   Q.  You have had a chance to review that paper?
9   A.  Yes.
10  Q.  That paper, among other things, examined the effects on
11  users of MDMA who had used low dosages or what are commonly
12  termed recreational dosages?
13  A.  Yes.
14  Q.  Isn't it correct that you one of the conclusion, I
15  understand that it's a conclusion not the evidence as you
16  distinguished already, that the low dosages of MDMA might cause
17  damage to neurons that are involved in the generation of
18  serotonin, correct?
19  A.  If he said neurons he means serotonin transporters because
20  that's what we looked at.
21              (Continued on next page)
22
23
24
25

92

```
0C6UMCC4                        Curran - cross
```

1   Q.  I am quoting from the paper itself again, Steven Kish, 2010
2   paper?
3   A.  Yes.  He did a PET study so he was looking at serotonin
4   transporters.
5   Q.  "The suggestion that more distal targets of brain stem
6   serotonergic neurons, including the occipital cortex, might be
7   more susceptible to potential toxic damage from Ecstasy is
8   supported by some limited non-human primate data showing that
9   the cerebral, especially the occipital cortex, is more
10  vulnerable to Ecstasy than striatum in terms of the persistence
11  of serotonin reduction."
12          Do you remember that passage from the article?  I know
13  that it was a long --
14  A.  To be honest, no.
15  Q.  But upon hearing that, is it fair to say that one of the
16  conclusions or one of the suggestions from the Kish study is
17  that low dose Ecstasy can have toxic effects or toxic damage on
18  serotonin generating neurons in the cerebral cortex?
19  A.  Not really.  Kish actually says that, unlike the earlier
20  studies, pre-2001, his study shows there is no global changes
21  in the brain, that they are very much specified to two areas he
22  showed, the hippocampus --
23  Q.  My question is focused on those specific areas of the
24  brain.  I agree with you.  I tend to agree with you that he
25  doesn't speak to global change in the brain --

0C6UMCC4                     Curran - cross

1    A.  No, very specific changes.
2    Q.  And to what specific areas of the brain?
3    A.  Specific to the hippocampus and occipital cortex.
4    Q.  And the occipital cortex is part of the cerebral cortex of
5    the brain?
6    A.  Yes.
7    Q.  And is it correct that the cerebral cortex makes up the
8    lion's share of the brain?
9    A.  Yes, the --
10   Q.  About 90 percent?
11   A.  In what terms?
12   Q.  Just in terms of the size of the brain?
13   A.  The cerebral cortex is kind of a convoluted area.  If you
14   rolled out your cerebral cortex, it would be like a huge
15   tablecloth going from back all around there.
16   Q.  I doubt it will be that large.
17   A.  I am sure it will.  And it is the thickness and whatever
18   the count and the folds what differentiates humans from
19   animals' brains.  It is the cerebral cortex that folds in and
20   out much more, so we have a much greater area.  If you roll out
21   a rat brain, you are talking about a postage stamp.
22   Q.  It is a large part of the brain, right?
23   A.  Yeah.
24   Q.  Just in terms of volume?
25   A.  Yeah.  I don't know how much it weighs compared to the

```
0C6UMCC4                    Curran - cross
```

1  other bits, but the most important part of the cerebral cortex,
2  if you are looking cross-species is that our foreheads come
3  forward, whereas monkeys tend to go back.  And these are the
4  latest of the evolved bit of the cortex response for executive
5  functioning and for higher level intelligence in the human
6  beings.  But the occipital back there isn't as important, but I
7  think --
8  Q.  OK.  Just a couple of questions about the 2010 Nutt
9  study --
10  A.  Yes.
11  Q.  Now, you had a chance to review the paper that was
12  generated in the Lancet Journal as a result of Nutt's exercise
13  in that study?
14  A.  The 2010 paper, yes.
15  Q.  Reading directly from that Lancet publication, are you
16  aware that the method employed by the participants in that
17  study was -- I am reading directly from the publication --
18  "members of the Independent Scientific Committee on drugs,
19  including two invited specialists met, in a one-day interactive
20  workshop to score 20 drugs on 16 criteria."  Were you aware of
21  that?
22  A.  Yes.
23  Q.  By the way, were you one of the participants?
24  A.  No.  I was not around at the time, but I am a member of
25  that committee.

0C6UMCC4                     Curran - cross
1  Q.  So you recognize that they sat down for one day and then
2  came up with the analysis?
3  A.  Yes.  They had previously developed the criteria.
4  Q.  But in terms of analyzing the drugs against this
5  multi-criteria decision analysis, they took one day to do it?
6  A.  It took a lot longer with the advisory council, misuse of
7  drugs, to formulate the criteria on which drugs should be
8  evaluated and --
9  Q.  My question was --
10 A.  In terms of application you are right.  Larry Phillips came
11 along and gave a whole day, and people completed the task in
12 eight hours, yes.
13 Q.  Eight hours?
14 A.  I wasn't there, but I presume it was about that -- eight to
15 ten hours.
16            MR. CHUNG:  Thank you.
17            No further questions.
18            THE COURT:  Anything further, counsel?
19            MR. MICHAELMAN:  No thank you.
20            THE COURT:  With this 2010 article, the 2010 Nutt
21 study, is it your view that it is appropriate to survey experts
22 as is done in the Nutt 2010 study in lieu of collecting
23 objective evidence?
24            THE WITNESS:  It is very hard.  There is no perfect
25 way of comparing 20 illicit drugs.  So the way they decided to
                   SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

0C6UMCC4                    Curran - cross

1   start was to bring in experts from all different viewpoints of
2   different drugs and experts who had a wide range of experience,
3   so it just wasn't someone who knew the heroin world or
4   whatever, but it was people who had a broad understanding.
5            I'm sorry.  What was the question again?
6            THE COURT:  That study is another survey of experts?
7            THE WITNESS:  Yes.
8            THE COURT:  In that sense, it is not so different from
9   the Delphic analysis that you were talking about before, is it?
10           THE WITNESS:  Well, I think it is because it is a much
11  more objective method.  And the Dutch people who did the same
12  thing, the same expert committees came up with pretty much the
13  same thing.  We also did an Internet study of 1500 users and
14  asked for their view on the same criteria.  And they came up
15  with pretty much the same thing as well.
16           So there is no perfect way of doing it.  The marijuana
17  equivalence is a way of saying the drugs are ranked like this
18  as well.  There is objective data used where you can, for
19  example, in the multi-criteria decision-making, you are using
20  objective index called the lethal dose of a drug, so we know
21  that that is defined as the ratio of a normal dose of a drug to
22  the lethal, so that is a number.  So wherever there is
23  objective data -- and we have lethal dose on every drug because
24  that is required by all sorts of government bodies -- so for
25  lethal dose, that is a completely objective part of that and

97

0C6UMCC4                    Curran - cross
1    that was fed directly in.  So where there is objective
2    evidence, it is fed directly in, but there is going to be
3    something of a value judgment between experts about things that
4    we don't have objective evidence on.
5             There is no study comparing all 20 drugs in one
6    population that could be meaningfully done.  And so the next
7    best way of doing it is to get experts to rate, to see if users
8    also rate it the same, see if different countries come up with
9    a similar kind of framework.  I don't know what would happen if
10   we compared it to the marijuana equivalency, there might be
11   differences, but different countries have different drug
12   problems, so you would need to have it reflect things that
13   changed over time.
14            THE COURT:  The sentencing commission in its report to
15   Congress compared cocaine and MDMA.  It said cocaine was a
16   stimulant but MDMA was both a stimulant and a hallucinogen.  Do
17   you have a comment on that observation by the Sentencing
18   Commission to Congress?
19            THE WITNESS:  Yes.  They are both stimulants.  The
20   reason that they put that in 2001 that MDMA was also a
21   hallucinogen was that if you look at the structure of the
22   molecule, it has some similarities to mescaline, I think.  But
23   in terms of its effects, there have been a few recent studies
24   where they have given MDMA in the laboratory to healthy people
25   and the hallucinogenic qualities are not really classic

98

0C6UMCC4                      Curran - cross

1    hallucinogenic.  They are not like LSD.  They were a
2    heightening of sensitivity to light and sound and color.
3               So it is not hallucinogenic, it is more of a
4    perceptual kind of enhancement.  You don't see things when you
5    are on MDMA that are not there, unlike all of the other
6    hallucinogens.  Also, hallucinogens as a class are not
7    addictive.  So in comparison with cocaine, I think Ecstasy is
8    more of a stimulant like cocaine.  That's why some people want
9    to call it an entactogen or an empathogen, to separate it out
10   as unique class.
11              It also concluded that cocaine -- I mean, if I was
12   comparing MDMA with cocaine, I would be more worried about
13   cocaine addiction which is an issue among some people.
14              THE COURT:  All right.  Thank you, Doctor.
15              Any further inquiries?
16              MR. RORTY:  One follow-up to the Court's question
17   regarding the commission's characterization of MDMA as a
18   stimulant and a hallucinogen.  In assessing harm, if something
19   has both -- let's accept for the moment that MDMA is a
20   hallucinogen.  I understand your answer, but I am going to ask
21   you to assume for purposes of this question that it has
22   hallucinogenic properties.  Does the fact that one drug fits in
23   two categories make it inherently more harmful or is it doubly
24   harmful because it has two kinds of effects?
25              THE WITNESS:  I can't imagine why.  Alcohol is a
                      SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

```
        0C6UMCC4                    Curran - cross
 1  stimulant in small doses and a depressant in others.  I don't
 2  know that is relevant, really, to thinking about it.
 3              MR. RORTY:  Thank you.
 4              THE COURT:  Anything further, Mr. Chung?
 5              MR. CHUNG:  No, thank you.
 6              THE COURT:  Dr. Curran, you are excused as a witness.
 7  You may step down.
 8              (Witness excused)
 9              THE COURT:  We will take our luncheon recess.
10              We will reconvene at 2:30.
11              (Luncheon recess)
12
13              (Continued next page)
14
15
16
17
18
19
20
21
22
23
24
25
```

100

0C6UMCC4b

<pre>
 1                    A F T E R N O O N   S E S S I O N
 2                                          2:30 p.m.
 3              THE COURT:  Is Dr. Halpern going to be the next
 4     witness?
 5              MR. MICHAELMAN:  Yes.
 6              THE COURT:  This Court has had an opportunity to
 7     review the memorandum submitted by defendant McCarthy.
 8              Does either side wish to be heard further before the
 9     Court rules?
10              MR. RORTY:  Yes, your Honor, briefly.
11              I would ask the Court to recognize a couple of aspects
12     about this motion.  The relevant impeachment in this case
13     should, at most, include the two alleged false statements by
14     Dr. Halpern and exclude those collateral matters that do not go
15     to credibility and are not relevant to this hearing.
16              I think that because of Dr. Halpern's status as an
17     expert witness and the nature of this inquiry, the relevant
18     scope of impeachment is very different than it would be for a
19     fact witness in this case.  The false statements go to
20     credibility.  We understand they will be admitted and Dr.
21     Halpern will answer questions about that.  The remaining
22     information, I do not believe can possibly serve to impeach his
23     scientific findings.  Because he is testifying to scientific
24     opinions, he is in a very different position than a fact
25     witness at trial or, indeed, at sentencing.
</pre>

0C6UMCC4b

```
 1              In support of our position, although, of course it
 2    does not have precedential value, I think it is relevant to the
 3    Court's decision that the government took exactly the same
 4    course in a fairly recent case in which Dr. Halpern testified
 5    in the District of Oregon.  As here, on the eve of
 6    Dr. Halpern's testimony, the government made a virtually
 7    identical proffer.
 8              Judge Owen Panner in the District of Oregon excluded
 9    not only the conduct to which we object, the substance of the
10    grand jury investigation, but also the false statements
11    themselves.  We are concerned, as I know we all are, with the
12    Court's time and the efficiency of this hearing.  You have
13    allocated a limited time.  And consider in balancing the
14    prejudicial effect and the probative value and judicial
15    efficiency, I think that all of those considerations add up to
16    the exclusion of the extrinsic evidence of the collateral
17    matter concerning Dr. Halpern's status as a grand jury witness
18    and his role in that investigation, but permitting Mr. Chung --
19    and we don't disagree -- to impeach Dr. Halpern with two
20    alleged false statements.
21              THE COURT:  Anything from the government, Mr. Chung?
22              MR. CHUNG:  A brief response, your Honor.
23              I think that, first of all, the underlying conduct
24    that was in our factual proffer is part and parcel of the false
25    statements that were made by Dr. Halpern to government agents.
```

102

0C6UMCC4b

1   And, really, the underlying conduct itself speaks to
2   Dr. Halpern's credibility as an expert witness.  They go to his
3   bias.  They go to his background, how his previous research
4   efforts in hallucinogenics were funded, from what sources and
5   what part he played in obtaining those funding sources.
6           Now, our case here, our proceeding here is worlds
7   apart from the District of Oregon case where Dr. Halpern
8   testified.  That case was about a religious group that was
9   seeking an exemption from the Controlled Substances Act to be
10  able to use a particular hallucinogen as part of their
11  religious practices.  Dr. Halpern was one among several
12  witnesses in that case, and the issue in that case was whether
13  that religious group could use that substance under the -- I
14  believe it is the Religious Freedom Restoration Act.  In Judge
15  Panner's decision, there was no opinion or reasoning, at least
16  on the record, offered for his decision.
17          In this proceeding here, the purpose of the proceeding
18  is to figure out or at least to inform the Court about the
19  physical effects of MDMA and perhaps, more squarely, the state
20  of the scientific debate about physical effects of MDMA.  Your
21  Honor is going to hear from four witnesses.  They all have
22  published studies about MDMA.  They all have their conclusions
23  or their opinions about the scientific debate.  Just because a
24  witness is an expert does not mean he or she is immune from
25  credibility issues.  And where the credibility issues go

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C6UMCC4b

1    straight to why or are probative of why the witness takes a
2    certain position, we believe that evidence is admissible as
3    impeachment.
4            MR. RORTY:  One further comment, if I may, in response
5    to Mr. Chung's point.  He indicated, I believe, that he
6    believes that the evidence is relevant in part because it goes
7    to the funding for Dr. Halpern's research.  The proffer does
8    not allege that Dr. Halpern took money from a person involved
9    in drug activity and used it for his research.  It is
10   completely attenuated from that.  What it says is that he took
11   money from a foundation.  And it alleges that he knew that that
12   foundation had received money from a person involved in drug
13   trafficking.
14           And I would proffer that Dr. Halpern's testimony would
15   be that he did not use any of the money which he received from
16   Mr. Carr, the individual described in the investigation, to
17   fund any of his research.
18           I would also note that, just in terms of taking up the
19   Court's time on a collateral matter, on Friday we requested
20   that documentary evidence which the government would use to
21   substantiate this proffer, Mr. Chung declined to provide any of
22   that evidence.  And in the event that we go into this matter, I
23   am very concerned that we would have the right, either during
24   or subsequent to cross-examination, to review those materials
25   and then we might have to ask for a recess in order to prepare

0C6UMCC4b

1    to address what I think is an extremely attenuated issue in
2    this case.
3             THE COURT:  Counsel, Federal Rules of Evidence 608(b)
4    provides, in pertinent part, that specific instances of the
5    conduct of a witness may in the discretion of the Court, if
6    probative of truthfulness or untruthfulness be inquired into on
7    cross-examination of the witness concerning the witness's
8    character for truthfulness or untruthfulness.
9             "Misconduct involving violations of the narcotics laws
10   is not an act involving dishonesty or untruthfulness and,
11   therefore, may not be inquired into under Rule 608(b)."  And I
12   am quoting the Eighth Circuit in United States v. Turner, 104
13   F.3d 217, 223, and also relying on United States v. Williams,
14   822 F.2d 512, 517 (Fifth Circuit 1987).
15            Here, the specific acts that the government seeks to
16   introduce involve alleged violations of the narcotics laws and
17   do not concern Dr. Halpern's character for truthfulness or
18   untruthfulness.  However, the government is permitted to
19   inquire into the alleged false statements made by Dr. Halpern
20   in response to an inquiry by the government.
21            In the end, credibility is always an issue and,
22   therefore, we are not going to get into the collateral matters,
23   but on the truthfulness or lack of truthfulness of statements
24   made to the government, the government can inquire on
25   cross-examination.

0C6UMCC4b

1        MR. CHUNG:  Your Honor, may I ask just a brief
2    question?
3        There are two basic areas of criminal activity that we
4    proffered were committed by Dr. Halpern.  There were
5    violations, involvement in LSD trafficking and there was
6    laundering of LSD trafficking proceeds which, according to our
7    proffer, Dr. Halpern accepted through research institutes to
8    fund his own research efforts and facilitated to fund other
9    research efforts.  As the Court is aware, our position is that
10   that background, that past criminal activity with respect to
11   money laundering, goes to the heart of Dr. Halpern's
12   credibility, specifically, his bias.
13       I just wanted a clarification from the Court as to
14   whether the Court's ruling with regard to a controlled
15   Substance Act violation also applies to the money laundering
16   activity.
17       THE COURT:  It does.  We want to move forward on the
18   merits of what this hearing is about.  I will let you challenge
19   him on his credibility, but I don't want to hear evidence about
20   what went on with alleged money laundering by the doctor.  I
21   think you can ask him how his research is funded.  If you want
22   to, you can explore that area.  But when we get there, I will
23   rule if you pose a question that is objected to.  All right.
24       MR. CHUNG:  Understood.
25       THE COURT:  Will the defendants call Dr. Halpern?

                 SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

0C6UMCC4b

```
 1              MR. MICHAELMAN:  Yes.
 2   JOHN HAIM HALPERN,
 3        called as a witness by the defendants,
 4   having been duly sworn, testified as follows:
 5   DIRECT EXAMINATION
 6   BY MR. MICHAELMAN:
 7   Q.  Good afternoon, Dr. Halpern.
 8   A.  Good afternoon.
 9   Q.  Could you state your current position or positions, please?
10   A.  Yes.  I am the director of the Laboratory for Integrative
11   Psychiatry at McLean Hospital and associate psychiatrist at
12   McLean Hospital and assistant professor of psychiatry at
13   Harvard Medical School.
14   Q.  What are your main job responsibilities in those roles?
15   A.  My main job responsibilities include furthering the
16   research goals of my laboratory which is on the effects of
17   hallucinogens in man, as well as the training of medical
18   students and residents and postoperative fellows and providing
19   clinical psychiatry services within the hospital, as well as
20   private practice.
21   Q.  Could you share any other professional associations or
22   activities?
23   A.  I am a member of the American College of Psychiatrists, and
24   I am board certified in general psychiatry and recently
25   recertified.
```

```
        0C6UMCC4b                    Halpern - direct
 1      Q.  What degrees do you hold?
 2      A.  I hold my bachelor degree in biological sciences from the
 3      University of Chicago, and my medical degree from the State
 4      University of New York.
 5      Q.  Could you please describe your area of research expertise?
 6      A.  My area of research expertise is the use and abuse of
 7      hallucinogens and the way in which they are used in a culture.
 8      It is mostly focused on the impact of this drug use in humans.
 9      Q.  Where do you get the funding for your study?
10      A.  Over the years, the largest amount of money that has come
11      to me has been from the National Institutes of Health and,
12      specifically, the National Institute on Drug Abuse.  I have
13      also received money from some foundations and from some private
14      donors.
15      Q.  As the Court is aware, we submitted a draft that is about
16      to be published of one of your papers for the Court's
17      consideration in this case.  Where did you receive funding for
18      that study?
19      A.  That study was funded from the National Institute on Drug
20      Abuse for five years, actually, when Dr. Hanson was national
21      director of NIDA.
22              THE COURT:  What is the title of that study, if it has
23      a title at this point?
24              THE WITNESS:  It is on long-term neurocognitive
25      consequences of Ecstasy abuse.
```

0C6UMCC4b                        Halpern - direct

1              THE COURT:  Thank you.
2    BY MR. MICHAELMAN:
3    Q.  Have you been retained as an expert witness before?
4    A.  I have.
5    Q.  Can you describe by whom and in what types of cases?
6    A.  Certainly.
7              I was retained in a capital murder trial in Florida as
8    an expert witness in which the defendant's use of LSD played
9    prominently in that trial.
10             I was retained in a family court matter of a divorce
11   case in which one parent is a native American who follows the
12   ways of the native American church and wanted to let his son
13   participate in a peyote ceremony and the divorced mother did
14   not.  I filed an amicus curiae brief in a matter that went to
15   the Supreme Court.
16             I was also an expert witness in a case that was just
17   mentioned, the Church of the Holy Light of the Queen v. the
18   Department of Justice that was heard in Judge Panner's
19   courtroom in Oregon.
20             And I think in approximately 2006 I was retained by
21   the Department of Justice in a criminal case in the Eastern
22   District of New York.
23   Q.  So I have heard you have received a great deal of funding
24   from the federal government.  You have been retained as an
25   expert by the federal government.  Have you done any other

0C6UMCC4b                    Halpern - direct
1  expert work for the federal government?
2  A.  Yes.  I have participated in several workshops for the
3  National Institute on Drug Abuse, twice in one of the work
4  groups that votes on providing grants from the National
5  Institutes of Health, and I have also participated in some
6  development projects for native American researchers that was
7  earlier this year.
8  Q.  When did you begin your work in MDMA?
9  A.  Separate from my training and clinical experience and
10 dealing with people who struggle with substance abuse in terms
11 of research, approximately eight years ago.
12 Q.  What types of studies have you done?
13 A.  So I have spent five years doing a research study looking
14 at the long-term neurocognitive consequences of Ecstasy, from
15 recruiting within a very specific population of all night dance
16 party goers, some of whom use only Ecstasy -- or almost only
17 Ecstasy -- versus people who actually don't use any drugs at
18 all.  That is my NIDA-funded study.
19        And then I have another study in which we are
20 furnishing MDMA in the study as MDMA-assisted psychotherapy as
21 a research tool for dying cancer patients.  So I am the
22 principal investigator of that study and I am not actually
23 administering the MDMA myself.
24 Q.  Has all of your work been with human subjects, or do you
25 work with animals as well?

110

0C6UMCC4b                        Halpern - direct

1   A.  All of my work has been with human subjects.
2   Q.  Can you describe the work you have done involving cocaine
3   during your career?
4   A.  Yes.  I, again, in addition to my work as a practicing
5   clinical psychiatrist, I administered cocaine source from NIDA
6   looking at the effects of cocaine on the endocrine system and
7   for acute immune response to the exposure to cocaine.
8   Q.  For the record, once again, NIDA is the National Institute
9   on Drug Abuse that you referenced earlier?
10  A.  That's correct.
11  Q.  Dr. Halpern, as you just heard from the argument and the
12  judge's ruling, the government has sought to put before the
13  Court allegations that you lied to the government on two
14  different occasions, one in connection with your application
15  for certification as a Schedule I researcher and second in a
16  proffer session as a cooperating witness.  And I would like to
17  ask you about each of those briefly.
18        Could you explain the circumstances of the incident
19  regarding the Schedule I certification?
20  A.  Yes.  I had testified in the grand jury and was instructed
21  by my lawyer to never disclose that I had participated in the
22  proceedings of a grand jury where I might reveal anything that
23  was spoken in there, if it is in a public setting.  Sadly, when
24  the field investigators for my Schedule I application asked
25  this -- basically went to this question, it was in a public

0C6UMCC4b                    Halpern - direct

1    setting and I denied and I regret that.  I had thought that it
2    would have been clarified up in a private interview, but that
3    didn't happen.
4    Q.  So just to clarify, the field investigators were government
5    field investigators?
6    A.  They were field investigators of the DEA.  I was told that
7    I should assume that they are aware of this matter and that
8    they may ask about it.
9    Q.  And who told you that you should assume their awareness?
10   A.  My lawyer.
11   Q.  Then they asked you about your involvement in the
12   investigation and you denied it on the advice of counsel?
13   A.  That's correct.
14   Q.  You said this occurred in a public setting.  Can you tell
15   us who else was present when the question was asked?
16   A.  It was asked in the middle of a very busy pharmacy of a
17   hospital, so there are lots of people walking by in a public
18   place.  It was not sitting down in a private office, me and the
19   investigators.
20   Q.  Did the study for which you were seeing the Schedule I
21   certification ultimately go forward?
22   A.  Yes.
23   Q.  Did it go forward with you as principal investigator?
24   A.  Yes.
25   Q.  But not with you as the Schedule I registrant?

112

0C6UMCC4b                          Halpern - direct

1    A.  That's correct.
2    Q.  Can you explain how that came to be?
3    A.  In this matter, the DEA is not required to -- there is no
4    deadline of response, and this is a study with dying cancer
5    patients.  And while we are waiting to get some answer from the
6    DEA, I even had a couple of potential participants in the study
7    die, so months were going by.  So it was recommended to me
8    actually from the DEA office that handles Schedule I
9    registrations that things would move faster if I had one of my
10   colleagues on my treatment team instead apply.  And so rather
11   than wait further for an answer, whether it will be approval or
12   an order to show cause, I withdrew my application and one of my
13   colleagues applied and another set of interviews happened and
14   then it was approved.
15   Q.  And his application still named you as the principal
16   investigator?
17   A.  Yes.
18   Q.  And it was granted?
19   A.  Yes.
20   Q.  Since that incident, the federal government has retained
21   you as an expert witness?
22   A.  Yes.  To the best of my recollection, I believe that the
23   Eastern District of New York hired me after that incident, yes.
24   Q.  So you are not quite sure about this?
25   A.  Not quite sure at the time.

                    SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

0C6UMCC4b                        Halpern - direct

1    Q.  Fair enough.
2           Since that incident, the federal government, through
3    NIDA, the National Institute on Drug Abuse, has continued to
4    fund your work on MDMA?
5    A.  It did.
6    Q.  With regard to the second issue, the proffer sessions as a
7    cooperating witness in an investigation, can you describe the
8    circumstances in which the government has alleged that you were
9    dishonest?
10   A.  Yes.  It is an extremely scary position to be in.  I had
11   the very foolish notion of leaving out information about my
12   childhood best friend, the full extent of my childhood best
13   friend's involvement in that investigation, and so I was not
14   truthful in those earlier -- in those first initial proffer
15   sessions.  But I completely regret doing that, and I did make
16   it right and rectified what I had failed to do as originally
17   promised to them.  So full disclosure of everything eventually
18   did occur.
19   Q.  And it was, again, after that event that you were retained
20   as an expert witness and continued to be funded by NIDA, is
21   that correct?
22   A.  Yes, that's correct.
23   Q.  Thank you, Dr. Halpern.
24          THE COURT:  Mr. Michaelman, before you move into a
25   substantive area, and I sense you are done with this area of
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

0C6UMCC4b                        Halpern - direct
1  inquiry at the moment.
2               MR. MICHAELMAN:  I am.
3               THE COURT:  We are going to take a very short recess
4  because I have the privilege of having the chief judge from the
5  bankruptcy court in Chicago in my courtroom, and I am going to
6  say hello to him for a couple of moments.
7               We will take five minutes.
8               (Recess)
9
10              (Continued on next page)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

                        SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300

0C64MCC5                    Halpern - direct

1               THE COURT:  Mr. Michelman, you may proceed.
2               MR. MICHELMAN:  Thank you, your Honor.
3       BY MR. MICHELMAN:
4       Q.  So moving to the substance of the focus of the hearing on
5       the harms of MDMA, as I did with Dr. Curran, I would like to
6       ask you to state in summary for the court your conclusions on
7       the main topics we have asked you here to discuss today.  Those
8       are the evolution of the field, the harmfulness of MDMA, and
9       the 2001 report.  So, taking those in order, could you give us
10      your summary conclusion about the evolution of the field of
11      research into MDMA over the past decade.
12      A.  Since the 2001 report, a tremendous amount of work,
13      research has occurred.  That has given us much more information
14      than was available back in 2001.  So, yes, that information now
15      informs us that would identify that 2001 report as being out of
16      date and excessively harsh in its conclusions.
17      Q.  Just tick off briefly the ways in which you think the field
18      has changed since 2001.
19      A.  I can think of globally about five different areas in which
20      things have improved since then.  We know, we have much more
21      specific and accurate imaging techniques than the type of neuro
22      imaging studies than that occurred back at the time of that
23      report.  We have much more data about cognitive function in
24      users and former users.  We have information on types of biases
25      that can occur in subjects themselves, so-called stereotypic

116

0C64MCC5                        Halpern - direct

1   threat.  People may believe they have been harmed when in
2   objective data they have not.
3           We have data on knowing that the estimation of dose in
4   animal models was quite excessive back over a decade ago.  That
5   has been changed in more recent research.  Finally, we now have
6   data on close to 400 human subjects now that have been
7   administered MDMA in clinical research.
8   Q.  Finally, give us your summary conclusion about the
9   harmfulness of MDMA in general, what the current scientific
10  research shows.
11  A.  MDMA can be quite harmful, it is by no means a benign drug,
12  but the risk for harm is modest at best.  So a tremendous
13  amount of data in the interim has shown it not to be the type
14  of severely damaging and destructive drug as either described
15  or predicted back in 2001.
16  Q.  Let's go into each of these areas in more detail.  To take
17  the changes in the field of research first, you said the field
18  has changed in five ways.  I would like to walk you through
19  each of these.  Let's start with brain imaging.  How has the
20  field changed with regard to improvements in brain imaging
21  technology.
22  A.  The type of compound that's used to identify the serotonin
23  transporter, the way the serotonin is released from neurons in
24  the brain has become much more specific than originally used.
25  The compounds that were used back then are not used anymore.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C64MCC5                    Halpern - direct
1    That's one of the important ways that it's changed.
2    Q.  By back then you mean in 2001?
3    A.  That's correct.
4    Q.  So today, in a brain imaging study we might see things more
5    clearly than we would have a decade ago?
6    A.  That's exactly what I mean.
7    Q.  If I could take you then to the issue of what you call the
8    stereotypic threat which I believe you said was a bias in users
9    to report more harm than can be verified scientifically.  Can
10   you talk about what we learned in that area?
11   A.  There are a few different ways this may occur.  If you put
12   on an advertisement saying we are going to do a study looking
13   at the harms from Ecstasy, you may get people selecting
14   themselves for volunteering because they have this belief that
15   of course they have been harmed.  That may not be reflective of
16   what their real performance is.
17            In fact, we have seen research done showing that some
18   MDMA users will say that they have memory problems, but then
19   when we objectively test them on this, the types of memory
20   problems they have, we don't realize this.  I am referring to
21   the work by Dr. Gillander Bettie and Dr. Harriet Dewitt at the
22   University of Chicago.  Dr. Bettie's PhD dissertation in fact
23   was on this.
24   Q.  If we could turn now to the area of cognitive impairment,
25   you had mentioned that had changed as well.  What types of
                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

0C64MCC5                         Halpern - direct

1    problems were believed to exist with respect to MDMA and
2    cognitive impairment 10 years ago.
3    A.  Quite pointedly, much research was focusing in on verbal
4    memory deficits.  That was the phrase that was most commonly
5    encountered back then.  So, what we have learned since that
6    time is that some of the verbal memory deficits are actually
7    related to associated mental health problems.  People who have
8    psychiatric illnesses like depression and anxiety and
9    untreated, their cognitive performance will be impaired.
10            Earlier studies did a very poor job of controlling for
11   mental illness, but there are other problems with the research
12   design back then.  We heard a lot earlier this morning about
13   the use of confounds, the methodological flaws in the studies.
14   There are numerous ones when it comes to the evaluation of
15   cognitive performance of MDMA users.
16   Q.  Could you list some of those?
17   A.  Some of those types of confounds include an inadequate time
18   from last use of drugs to the time of testing or inadequate
19   control for sleep.  Some studies would have these people
20   recruited from all-night raves, frequently partying through the
21   night, we know that sleep impairment or lack of sleep will
22   degrade performance then a comparison group of college kids who
23   are sleeping well or there is no use of drug testing.  There
24   wasn't even hair testing used or available back then that we
25   now can employ or the use of screening of the urine from

119

0C64MCC5                    Halpern - direct

1  metabolites in MDMA to control for even immediate recent use of
2  MDMA before testing.
3          There were quite importantly the majority of those
4  studies were done with very small numbers of people and so the
5  statistical power, the strength of the findings were impaired
6  by having small numbers of people getting a large battery of
7  tests.  And also quite concerningly was this strategy of
8  employing polydrug users who didn't use Ecstasy versus polydrug
9  users who did use Ecstasy.  Then we are supposed to assume that
10 this complex blending of drug use can be dealt with in this way
11 by comparing polydrug users, ones who have taken Ecstasy and
12 the other group that has not.
13 Q.  Let me follow up on a couple of specific instances.  You
14 mentioned the use of hair and urine testing.  I infer from what
15 you said that you were referring to researcher's ability to
16 verify the subject had or had not taken the drug within the
17 time they were supposed to have?
18 A.  That's correct.
19 Q.  With regard to the polydrug use, you mentioned that the way
20 of controlling for that in the past was have a polydrug Ecstasy
21 user group and a polydrug non-Ecstasy user group.  Today are
22 there are groups that compare Ecstasy users who don't use any
23 other drugs with people who don't use any drugs at all?
24 A.  There have been a few.  Dr. Curran mentioned a couple of
25 them, and in addition there is my own NIDA-funded research that

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C64MCC5                      Halpern - direct

1    specifically sought out relatively pure Ecstasy users for
2    enrollment.
3    Q.  Then in general, you now named a number of factors that
4    were not adequately controlled for 10 years ago, would you now
5    say that those factors are better controlled in more and more
6    recent studies?
7    A.  Yes.
8    Q.  Moving on to dose, could you explain how the scientific
9    understanding of the appropriate dose to use in MDMA studies
10   has changed?
11   A.  It's now believed that in animal studies, a comparable
12   human dose by bodyweight should be used in these animal studies
13   of approximately 1 to 2 milligrams MDMA per kilogram
14   bodyweight.  When you look at animal studies, for example,
15   where that dosage is used, we do not find these same results as
16   were achieved in these earlier studies with doses that's were
17   40 times greater than that.
18   Q.  You also mentioned the administration of MDMA to subjects
19   in clinical trials.  Could you elaborate on that.
20   A.  There have been a variety of studies in which MDMA has been
21   directly administered to human subjects.  I believe roughly now
22   about 400 humans have been administered it.  All of that any
23   reported serious adverse events or worse in those participants.
24   On top of this in the last year, there is a study published in
25   which MDMA was used experimentally for post traumatic stress

121

0C64MCC5                        Halpern - direct
1    disorder reporting positive results.  And there is my study
2    also in which MDMA is administered to human subjects, so far
3    also no serious adverse events or reportable adverse events
4    have occurred.
5    Q.  These have all been FDA-approved studies where they have
6    been in the United States?
7    A.  Yes.
8    Q.  Have they all been in the United States or some in other
9    countries as well?
10   A.  Some occurred in other countries as well.
11   Q.  What's the difference between a neurological change and a
12   functional consequence, a distinction we heard discussed in the
13   earlier testimony?
14   A.  We have neurological changes throughout the life cycle and
15   certainly after medicines are administered that go into our
16   brains, for example.  But just because there is a change
17   doesn't mean, brain change does not automatically translate to
18   brain damage.  So, when we take a medicine that affects the
19   brain, the function consequence can overall be desirable, but
20   there can be side effects as we know, as I know as a physician,
21   some of which are not desirable.  So, both the good results and
22   the bad results are both functional consequences of taking a
23   substance.
24   Q.  When you try to assess the harm of a drug are you looking
25   at whether there has been a change in the brain chemistry

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

122

0C64MCC5                        Halpern - direct

1   primarily or whether there are deleterious functional
2   consequences?
3   A.  This may come from my focus as a physician.  I am looking
4   in terms of clinical health what are the consequences
5   functionally in this person's daily life, in their emotional
6   life, in their work life.  That's where the greatest traction
7   is in discussing claimed benefits versus potential harms,
8   particularly if I am working with somebody who has a history of
9   drug dependence and trying to help them evaluate what their
10  drug use is doing to them.
11  Q.  So, in light of all these changes in the field that you
12  have discussed, what does the recent literature show us about
13  the harms of MDMA?
14  A.  The recent literature does identify harms from MDMA use,
15  even death when taken in an excessive amount.  That being said,
16  for the vast majority of people who wind up taking Ecstasy,
17  MDMA, illegally the harms appear to be quite modest and
18  time-limited.
19  Q.  Tell us about your own recent paper and what you found,
20  actually, first, your methodology and then your conclusion.
21  A.  So, we have done the study twice.  We published in 2006 our
22  pilot data on some 40 individuals, two groups of individuals
23  all recruited from the same all-night dance scene.  One group
24  doesn't use Ecstasy or any other drugs.  The other group has
25  focused only on using Ecstasy and has had little or no exposure

0C64MCC5                    Halpern - direct
1    to other drugs including tobacco and alcohol.
2            That deals with the issue I mentioned earlier trying
3    to compare these polydrug users, how about we try to avoid it
4    completely.  The methods of this earlier pilot study and the
5    later larger one which is the impress manuscript is exactly the
6    same.  We also insist on at least 14 days from last drug use at
7    time of neurological testing.  Subjects provide a hair sample
8    so we test back for the last 3 months for drug use, including
9    specifically for MDMA.  We do a Breathalyzer to make sure they
10   are not doing cognitive testing while there is any alcohol in
11   their system.
12           We collect a urine sample to make sure there is no
13   MDMA metabolites since it won't show up in the hair if they
14   just took it in the prior three days.  That's the purpose of
15   getting the urine test.  We also do spot tests for other drugs
16   of abuse at time of neurological testing.  We also tested for
17   very carefully on issues of depression and anxiety, a very
18   comprehensive battery of psychiatric evaluation structured and
19   semi-structured in interview form, a neurological exam
20   performed on all individuals.
21           These were some of the refinements to this work that
22   address a number of the confounds that had been existing in the
23   prior literature.  Of course, we are publishing on a much more
24   robust number of individuals too.
25   Q.  What did your work conclude?
                    SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

0C64MCC5                    Halpern - direct

1   A.  When you look at comparing the MDMA users overall versus
2   the nonusers, on all of the cognitive tests there are no
3   statistically significant differences.  When we split the group
4   of users into two groups, moderate users who have used MDMA 20
5   up to 55 times and heavier users who have used MDMA more than
6   55 times in their life, and we compare this to the nonusers,
7   again the moderate users, no differences.  On the heavy users,
8   there are only a few measures, some statistically significant,
9   decreases in performance, but they are still globally
10  functioning in the normal rage of cognitive performance.
11          I might also add that some of those tests there is
12  overlap in some of these cognitive tests.  Were it to signify
13  something more ominous, these other tests measures that did not
14  even show statistical significance should, and they didn't.
15  Q.  Are there some studies out there in the field that have
16  shown that MDMA does cause significant harm even after 2001?
17  A.  Yes.
18  Q.  Does the existence of those studies suggest to you that the
19  overall state of the field is in doubt or that the evidence is
20  equivocal about the harms of MDMA?
21  A.  These studies, I think it's important to try to collect
22  them together, take a look at what can we learn from looking at
23  all of these studies in comparison.  So we heard a little bit
24  about this from Dr. Curran this morning.  I also cited
25  Dr. Rogers' 2009 paper, his comprehensive meta-analysis of

0C64MCC5                    Halpern - direct

1    research on the harms from MDMA, and those conclusions overall
2    show that the deficits are rather mild or modest in nature.  I
3    agree with that assessment.
4    Q.  If I understand you correctly, you are not saying that
5    there is no debate in the field about precisely what it does,
6    but when the field is viewed as a whole, there is definitely a
7    trend towards the view that the --
8             MR. CHUNG:  Objection; leading.
9             THE COURT:  Sustained as to form.
10   Q.  Are you suggesting that all of the debates regarding the
11   effects of MDMA are settled?
12   A.  I am not.  MDMA, I think when we are looking at the type of
13   extreme damage that was described or predicted back in the 2001
14   U.S. sentencing report to Congress, that there is a fairly
15   strong consensus of opinion that those types of damages are not
16   being realized in the population of users, but there is still
17   ample debate when it comes to where the significance or where
18   we will find these kinds of mild to modest changes.  But over
19   the big picture stuff that there is going to be this horrible
20   type of damage, we have got another decade of data that has
21   just failed to realize those types of predictions.
22   Q.  You said a minute ago that some of the early predictions
23   had not been realized in terms of what has been seen in the
24   population.  What do you base that conclusion on?
25   A.  If we look at, for example, public health measures that

0C64MCC5                    Halpern - direct
1   survey for drug use or emergency room visits, for example, the
2   drug abuse warning network which surveys emergency room visits,
3   we are looking at maybe 15,000 emergency room visits in which
4   MDMA played a role in the last year or two per year in the
5   United States versus I believe 500,000 for cocaine.
6            When we look at the national household survey of drug
7   use put out by the Substance Abuse and Mental Health Services
8   Administration, we find that the numbers of people that have
9   been using cocaine, the number of people that have been using
10  MDMA, again there is this huge gap.  Much more people using
11  cocaine
12  Q.  Does the fact that more people are using cocaine suggest
13  that the emergency room visits that have been documented might
14  be proportional.
15  A.  No, they are not proportional.  It's a much greater
16  percentage of people using cocaine are resulting in emergency
17  room visits than the number of people that are using MDMA that
18  result in emergency room visits for MDMA.
19  Q.  So to make sure I understand this right, more people use
20  cocaine?
21  A.  Yes.
22  Q.  And a higher percentage of those people end up in the ER
23  because of that?
24  A.  That's right, in comparison to MDMA, yes.  Sorry for the
25  awkward explanation.

127

0C64MCC5                    Halpern - direct

1    Q.  Let's move on to discuss the 2001 report.  Are you familiar
2    with the 2001 MDMA report to Congress by the U.S. Sentencing
3    Commission?
4    A.  I am.
5    Q.  How did you become familiar with the report?
6    A.  I have a vague recollection of reading it way back when it
7    was issued and of course I reviewed it with great care in
8    preparation for this case furnished from you.
9    Q.  One of the report's main conclusions is that MDMA is more
10   harmful than cocaine.  Is that correct?
11   A.  No.
12   Q.  Why not?
13   A.  Cocaine, especially as I have seen from my own clinical
14   experience, this last year, I helped run a partial program for
15   substance abusers in early recovery, people with mental health
16   problems and substance abuse coming to a day program
17   intensively to focus on their substance problems.  For a whole
18   year I ran a team doing this.  I can't even count how many
19   people I had to work with who had primary cocaine problems, but
20   I can tell you not one of them had a primary Ecstasy problem.
21          In talking with colleagues and residents' experience,
22   it's quite comparable.  With MDMA, we don't find people
23   reporting to emergency rooms and to psychiatric practices
24   seeking treatment for MDMA abuse or theoretical MDMA
25   dependence, but we do with cocaine.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C64MCC5                        Halpern - direct

1   Q.  What types of problems would you see in the cocaine users?
2   A.  Well, cocaine users after many years of abuse and heavy
3   use, run the risk of heart attack, of stroke, of death from
4   that, and many other problems, problems relating to having poor
5   nutrition, their mental health and physical health.  We can do
6   a standard CAT scan of the brain that can show evidence of
7   strokes in the brain from their repeated longstanding cocaine
8   use.  But I have never seen any imaging of an MDMA abuser
9   showing a lesion in the brain attributable to MDMA.  I don't
10  know of any publications that show that either.
11  Q.  Then on both measures that we have discussed today, both in
12  terms of the neurological changes in the brain and functional
13  consequences, would you say that cocaine is more harmful than
14  MDMA?
15  A.  Yes.
16          MR. CHUNG:  Objection.
17          THE COURT:  Sustained but next question.
18          Try not to lead the witness.
19          MR. MICHELMAN:  I understand.
20  Q.  The report says that MDMA compares unfavorably to cocaine
21  because whereas cocaine is a stimulant, MDMA is both a
22  stimulant and a hallucinogen.  In your opinion is that a
23  scientifically sound way to compare the two drugs?
24  A.  When I read that statement in the sentencing report, it
25  really made me scratch my head.  It almost read like this was

0C64MCC5                    Halpern - direct

1  supposed to be some sort of arithmetic; cocaine gets a score of
2  one, it's a stimulant and then MDMA gets a score of two because
3  it's a stimulant and a hallucinogen, one plus one equals two.
4  No, that's not using good science.
5  Q.  Let's return to the types of harms we talked about,
6  neurological changes and functional consequences.  Does the
7  fact of being a stimulant and a hallucinogen mean MDMA has
8  greater functional consequences for the user than cocaine?
9             MR. CHUNG:  Objection.
10            THE COURT:  Overruled.
11 A.  No.  Merely stating descriptive adjectives to a substance
12 does not by and of itself offer objective proof of danger.
13 Q.  Does the fact that MDMA is a stimulant and a hallucinogen
14 mean that it is likely to have greater neurological
15 consequences for the brain than cocaine?
16 A.  No, it does not.
17 Q.  The report also claims that MDMA is neurotoxic.  What do
18 you infer the report means by that term?
19 A.  It was my impression that it meant that axonal death or
20 destruction of a portion of the nerve, of nerve cells.
21 Q.  By this definition from what we know today is MDMA
22 neurotoxic?
23 A.  No.
24 Q.  Explain why not, how we know that.
25 A.  If we give lethal or near lethal doses of MDMA to animals,

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

130

0C64MCC5                    Halpern - direct
1   you will see damage to the brain, but when you give doses in
2   the range of typical human use, animal studies of 1 to 2
3   milligrams per kilogram bodyweight mentioned earlier, these
4   sorts of changes are not realized.  That's a very critical
5   point.  In using human dosing we don't see this type of harm.
6   In fact, we see no differences in these imaging studies and
7   amount of serotonin transporters in the brain.  We see, when we
8   do find it, we find recovery.  On top of it, these sorts of
9   brain changes are known to occur in a number of medications
10  that have been FDA-approved, such as SSRI antidepressants, for
11  example.
12  Q.  You discussed the importance of getting the dose ratio
13  right.  For the court's benefit, I know among the studies
14  submitted to the court, I believe there was one that, I
15  shouldn't lead you, for the court's benefit, were any of the
16  studies submitted to the court ones that dealt with the
17  appropriate dosing level in MDMA studies?
18           MR. CHUNG:  Objection; appropriate dosage level.
19           MR. MICHELMAN:  I suggest witness is an expert and can
20  speak --
21           THE COURT:  Overruled.  We can drill down on it
22  depending on what his answer is.
23  A.  Could you repeat the question, I apologize.
24  Q.  Do you recall if any of the studies that were submitted to
25  the court addressed the issue of appropriate dosing levels in
                    SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

0C64MCC5                        Halpern - direct
1    MDMA studies?
2    A.  Yes.  The Baumann paper from 2007, I believe focused in
3    very clearly about this issue of 1 to 2 milligrams per kilogram
4    bodyweight versus much higher doses administered, and doses of
5    1 to 2 milligrams per kilogram specifically stating that the
6    type of harms or evidence of neurotoxicity were not realized.
7    Q.  Why was 1 to 2 milligrams per kilogram an appropriate dose
8    according to Professor Baumann?
9    A.  Because that is approximately the dosage range that most
10   humans consume MDMA.
11   Q.  The 2001 report was also concerned with changes to the
12   serotonin system.  Serotonin is something we have heard a lot
13   about today.  Can you give your view on whether the report's
14   concerns about the serotonin system have been borne out by the
15   scientific research that has occurred since 2001?
16   A.  Yes.  What was predicted back then, this concern that the
17   serotonin system would be permanently damaged, there were
18   public health messages including that maybe people would no
19   longer respond to antidepressant treatment because of this, or
20   there would be a whole generation of people that will be
21   afflicted with depression because of damage to their serotonin
22   system.  None of this has been realized in the intervening
23   years, either from direct research, public health surveys, or
24   from my own clinical practice and observation.
25   Q.  Let's talk about some of the other risks in the report.

132

0C64MCC5                      Halpern - direct
1   The report is concerned that MDMA raises the heart rate, is
2   that correct?
3   A.  Yes, MDMA will raise heart rate.  So will coffee; caffeine
4   will do that too.
5   Q.  The report is concerned that MDMA induces, quote, a strong
6   urge to repeat use, unquote.  Is that finding justified?
7   A.  That finding is absolutely not justified.  Their own
8   reference to support that contention was referring to a website
9   www.heroin.org which they themselves in the footnote refer to
10  as offering a compendium of science, pseudoscience and lore,
11  quote unquote.  That's the only reference they offered for that
12  contention.
13  Q.  The report itself cited this website and described it that
14  way?
15  A.  That's right.
16  Q.  The related question that was the subject of some
17  discussion earlier, is MDMA addictive?
18  A.  In the classical sense of addiction, no.  There may be
19  periods of compulsive use.  The vast majority of users do not
20  become physiologically dependent or drug-seeking and go into a
21  lifestyle of drug use and that alters their life forever like
22  we find with cocaine or heroin dependence or alcoholism for
23  that matter.
24  Q.  The report sites concerns about fatalities; do fatalities
25  occur as a result of MDMA use?
                   SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

133

0C64MCC5                          Halpern - direct

1   A.  Yes, fatalities have occurred sadly, but it appears if you
2   look at the number of pills consumed or the number of people
3   using MDMA, even under an illegal situation, very few, very,
4   very few wind up dying.
5   Q.  Then there is a concern with depression discussed a few
6   different times in the report, and they refer to it a few
7   different ways, suicide Tuesday.  Does MDMA cause depression?
8   A.  I do not believe MDMA causes depression.  In order to make
9   a diagnosis of clinical depression, you must remain clinically
10  depressed for at least two weeks straight.  Most of these
11  research studies that showed midweek blues do not ever publish
12  saying there was persistent depression of two weeks' duration,
13  that's one.
14         Two, my NIDA-funded research, we also inquire very
15  carefully about people's mood after using Ecstasy and the
16  duration of the effect from it, do they get depressed from it,
17  and my next paper will focus on that data.  In there, what we
18  found is that people before they ever used Ecstasy, people with
19  histories of depression or anxiety or family histories of
20  depression or anxiety in primary relatives, these are the
21  people almost all of whom will wind up saying they will have a
22  day or two of depressive mood after use.  People who don't have
23  that history are much, much less likely to ever even describe
24  post-Ecstasy use as causing depression.
25  Q.  So, in sum, could an objective scientist familiar with the

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C64MCC5                    Halpern - direct
1  studies today affirm the report's conclusion that MDMA is more
2  harmful than cocaine?
3  A.  If they are not, if they are aware of all of the current
4  literature that's been published, I don't believe that would be
5  possible for them to reach such a determination.
6  Q.  Could such an objective scientist again assuming
7  familiarity with all of the scientific studies today affirm
8  that MDMA causes brain damage?
9  A.  No.
10 Q.  In sum, would you say the state of the debate has shifted
11 since 2001?
12 A.  Yes.  We have a better understanding of the harms from
13 MDMA.  There are harms from MDMA.  Anything can be used or
14 abused.  But the types of ominous conclusions as contained and
15 summarized in that report are no longer accurate.
16           MR. MICHELMAN:  Thank you very much.
17           THE COURT:  Cross-examination, Mr. Chung.
18           MR. CHUNG:  Mr. Kobre will be conducting the
19 examination.
20           MR. KOBRE:  With the court's permission, I would like
21 to position myself over here.
22           THE COURT:  Wherever is going to work best.
23           MR. KOBRE:  Thank you, your Honor.
24 CROSS EXAMINATION
25 BY MR. KOBRE:

0C64MCC5                    Halpern - cross

1   Q.  You have heard of Andrew Parrott, right?
2   A.  Yes.
3   Q.  You are aware that Professor Parrott is currently a
4   professor in the department of psychology at Swansea
5   university?
6   A.  Yes.
7   Q.  You are aware that Professor Parrott is on the editorial
8   boards of several journals?
9   A.  Yes.
10  Q.  That those journals include a journal by the name of
11  Current Drug Abuse Reviews?
12  A.  I was not aware of that.
13  Q.  A journal, Drug and Alcohol Dependence?
14  A.  Yes.
15  Q.  And he is on the editorial board as well of a journal
16  called Human Psychopharmacology?
17  A.  I am now.
18  Q.  An another journal called Journal of Psychopharmacology?
19  A.  Yes.
20  Q.  You are also aware that Professor Parrott has published
21  more than 50 peer review papers specifically regarding the
22  effects of MDMA, is that right?
23  A.  I am not sure because this morning I remember hearing that
24  he was the authorize of 43 such articles.
25  Q.  I don't recall that was what was said.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C64MCC5                      Halpern - cross

1    A.  I know he is very well published in his field, yes.
2    Q.  You are aware of Dr. Glen Hanson?
3    A.  Yes, of course.
4    Q.  You are aware that Dr. Hanson is currently a tenured
5    professor in the department of pharmacology and toxicology at
6    the University of Utah?
7    A.  I well remember when he was recruited to the University of
8    Utah after his tenure at NIDA, yes.
9    Q.  He was an acting director of NIDA from 2001 to 2003, right?
10   A.  Yes.
11   Q.  Dr. Hanson has published more than 20 peer review papers
12   specifically regarding the effects of MDMA, right?
13   A.  That sounds about approximately right.
14   Q.  You also heard of Stephen Kish we have been talking about?
15   A.  Yes, the University of Toronto professor.
16   Q.  Professor Kish published in a number of peer review
17   journals?
18   A.  Of course.
19   Q.  Including a journal called Brain, right?
20   A.  Yes.
21   Q.  According to the resume you provided you have published a
22   total of two peer review journal articles specifically about
23   MDMA, is that right?
24   A.  That's correct.
25   Q.  You are in the process of conducting a study regarding the

                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

137

0C64MCC5                        Halpern - cross

1   use of MDMA to treat anxiety in patients with cancer, right?
2   A.  That's correct.
3   Q.  That study involves administering actual doses of MDMA to
4   subjects in a laboratory environment, right?
5   A.  In a laboratory setting, yes.
6   Q.  You are conducting that study in your capacity as a
7   researcher at McLean University?
8   A.  At Harvard Medical School, Harvard University at McLean
9   Hospital, yes.
10  Q.  You have in the past received funding for that study from
11  an organization called MAPS, right?
12  A.  The study of administering MDMA?
13  Q.  Yes.
14  A.  We received a small amount of money to help with the
15  initial protocol design but the actual funding for the study
16  has no MAPS involvement whatsoever.  It's funded by one donor,
17  I mentioned private donors, this who I was thinking of, a
18  billionaire benefactor, Mr. Peter Lewis.
19  Q.  You have received, there has been funding for that study
20  from an organization called MAPS, right?
21  A.  That's correct.
22  Q.  MAPS stands for Multidisciplinary Association for
23  Psychedelic Studies, right?
24  A.  Yes.
25  Q.  In fact, you received thousand dollars of dollars from MAPS

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

138
0C64MCC5                    Halpern - cross
1  in connection with the anxiety study, correct?
2  A.  There were I think approximately thousands but probably not
3  more than $20,000 over the time of that initial time.
4  Q.  You received money from MAPS in connection with other
5  studies that you performed as well, right?
6  A.  The only other funds that I received from MAPS was to help
7  complete data from my NIDA-funded career development ward that
8  took me to the Navaho Nation looking at the long-term cognitive
9  consequences of the religious use of peyote by native American
10 citizens.  The bulk of that funding was still provided by NIDA.
11 Some funding was provided by MAPS.
12 Q.  MAPS' public goal is to develop psychedelics and marijuana
13 into prescription medicines, right?
14 A.  That's correct.
15 Q.  In fact, developing MDMA into an FDA-approved prescription
16 medicine is MAPS' top priority?
17 A.  I am not a representative of MAPS, but it's my general
18 impression that's true.
19 Q.  MAPS was founded by an individual named Rick Doblin?
20 A.  Yes, Dr. Doblin founded MAPS.
21 Q.  Doblin is currently the executive director of MAPS?
22 A.  Dr. Doblin is the director of MAPS.
23 Q.  In fact, you have attended various MAPS events with Doblin,
24 is that right?
25 A.  I have attended some of his events, yes.  I have spoken at
                    SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

0C64MCC5                    Halpern - cross

1   some of those events, yes.
2   Q.  You attended the burning man festival with Doblin in 2005?
3   A.  It may have been last year but I did go to help as an
4   arranger for the burning man organization, to help with people
5   who have gotten in trouble with their drug use.
6   Q.  That is with Doblin, he was there as well at that time?
7   A.  No, he came at the very end of the event for a few days.
8   Q.  Doblin's publicly professed goal is to help develop legal
9   context for the beneficial uses of psychedelics and marijuana,
10  right?
11  A.  That is I think what you just asked me, yes, the idea is to
12  lawfully and legally explore the development of a substance for
13  its therapeutic prescription purposes, yes.
14  Q.  In fact Doblin publicly advocates the legalization of
15  psychedelics and marijuana for personal growth for otherwise
16  healthy people, is that right?
17  A.  I think that may be his personal opinion.
18  Q.  In order to administer MDMA as part of your anxiety
19  studies, you had to obtain approval from the Drug Enforcement
20  Administration?
21  A.  That was one of many agencies, I shouldn't say many
22  agencies, there is an institutional review board, there is the
23  administrators and senior faculty at the university and the
24  hospital, of course, very importantly, the Division of Public
25  Health of the Commonwealth of Massachusetts.

0C64MCC5                      Halpern - cross

1   Q.  The reason why you had to secure Drug Enforcement
2   Administration approval was because MDMA is a Schedule I drug,
3   right?
4   A.  Correct.  The only lawful way to administer a Schedule I
5   substance in a research setting is to apply for a researcher's
6   registration both from the state in which you hope to perform
7   such research and federally from the Drug Enforcement
8   Administration.
9   Q.  In addition to getting personal approval from the Drug
10  Enforcement Administration, you also, you or the sponsor of the
11  study also had to file a form with the Food and Drug
12  Administration, right?
13  A.  That's correct, and I filed it as an investigator/sponsor
14  and received FDA number 76770 for the study.
15  Q.  The form you filed with the FDA stated that MAPS and its
16  founder Rick Doblin would be the monetary sponsors of the
17  study, is that right?
18  A.  That's not correct.  Initially, they hold their own, this
19  is an IND number from the FDA, they hold number 63384 I believe
20  and they can then as a sponsoring agency use that IND number
21  for sponsored research.  When we decided to not have MAPS'
22  involvement at all, then I was instructed to file my own
23  independent of MAPS' application to FDA, and that's what
24  occurred for 76770.
25  Q.  What I am referring to is when the form was initially filed

```
       0C64MCC5                    Halpern - cross
1   with the FDA, it stated that MAPS and its founder Rick Doblin
2   would be the monetary sponsors of that study, is that correct?
3   A.  That is correct.
4   Q.  You mentioned before that MDMA is a Schedule I drug?
5   A.  Correct.
6   Q.  And Drug Enforcement Administration has classified MDMA as
7   a drug that has a high potential for abuse with no recognizable
8   medical use in treatment in the United States, right?
9   A.  There is a very strange history, of course, behind the
10  registration of MDMA as a Schedule I drug.  It was in fact when
11  there were findings of fact by a DEA administrative law judge,
12  it was recommended to be placed into Schedule III and was
13  overruled.
14  Q.  I am asking you is it the case that Drug Enforcement
15  Administration has classified MDMA as a drug that has a high
16  potential for abuse with no recognized medical use in treatment
17  in the United States?
18  A.  Yes, they have classified that.  I am sorry, I
19  misunderstood your question.
20  Q.  In 2005, you applied for a Schedule I researcher's
21  registration from the DEA, right?
22  A.  Correct.
23  Q.  You filed that application specifically so that you could
24  perform research using MDMA, right?
25  A.  Correct.
```

142

0C64MCC5                     Halpern - cross

1   Q.  One of the reasons you applied was so you personally could
2   administer MDMA to subjects in the study, right?
3   A.  It was so, yes, I could just do the research that I was
4   trained to do.
5   Q.  Specifically so that you personally could administer that
6   drug to subjects, right?
7   A.  Yes.
8   Q.  Because without the Schedule I registration you could not
9   legally administer the drug to others, right?
10  A.  Of course, that's true.
11  Q.  Without the registration you couldn't even possess the drug
12  legally?
13  A.  I myself personally may not have any physical possession of
14  the substance, that's correct.
15  Q.  You did not disclose on your application for that Schedule
16  I registration that you had been involved prior that he had
17  been previously involved in a Drug Enforcement Administration
18  investigation, right?
19  A.  I am unaware of an application form that asks me to do
20  that.  We just fill out a very basic form then there is more
21  specific questions that would occur in a field interview.
22  Q.  As part of the application process as well you were
23  interviewed by Drug Enforcement Administration representatives
24  at your office, right?
25  A.  At my office and on hospital grounds, so in private and in

                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

143

0C64MCC5                        Halpern - cross

1   public places, yes.
2   Q.  That was at McLean Hospital?
3   A.  Yes.
4   Q.  This meeting took place on March 10, 2005?
5   A.  That sounds like the correct date.
6   Q.  At the meeting, a DEA representative asked whether you had
7   ever been involved in a DEA investigation, right?
8   A.  Correct.
9   Q.  You stated no, right?
10  A.  That's correct.
11  Q.  The agent asked yet again, so no one has been asked yet
12  again whether you have ever been involved in a prior
13  investigation?
14  A.  To my best recollection this question was asked once, and
15  as I described earlier, it was asked in this very busy public
16  setting of a busy pharmacy, not in my office privately.
17  Q.  You recall being asked once whether you ever had been
18  involved in a DEA investigation, right?
19  A.  In essence, yes.
20  Q.  Your answer at that time was no, right?
21  A.  That's correct.
22  Q.  But in fact, you had been involved in a DEA investigation,
23  right?
24  A.  That's correct.
25  Q.  In fact, you were not only involved in the DEA

0C64MCC5                    Halpern - cross
1  investigation, you were the target of the investigation, right?
2  A.  This is a legal term that I would refer to my lawyer about.
3  As far as I know, it was an investigation for the prosecution
4  of Mr. Picard and the people who were put on trial.  But if you
5  tell me that I was, then I will accept it.
6  Q.  The investigation involved an investigation into not only
7  Mr. Picard's criminal activity but into your criminal activity,
8  isn't that right?
9          MR. RORTY:  Your Honor, objection.  I would refer the
10 court to the government's proffer with respect to this subject.
11 The proffer indicates Dr. Halpern represented to DEA personnel
12 that he had never been involved in a DEA investigation.  The
13 nature of the involvement goes beyond the court's order and
14 indeed the government's own proffer.
15         MR. KOBRE:  The extent of the misrepresentation
16 obviously, one of the major factors is the extent of Dr.
17 Halpern's involvement in that investigation.  So, the
18 government would request just --
19         THE COURT:  I am going to permit the witness to answer
20 this question, but we are not going to have a mini trial on Dr.
21 Halpern's involvement in another proceeding.
22         Do you have the question in mind.
23         THE WITNESS:  I guess repeat it please.
24 BY MR. KOBRE:
25 Q.  You knew at the time that the DEA investigation that you

0C64MCC5                        Halpern - cross

1  had been involved in was an investigation not only into the
2  criminal activity of others, but into your own criminal
3  activity.
4  A.  Not only was I aware of that, my lawyer told me that these
5  investigators that were coming to the hospital would know about
6  it.  I was instructed to not disclose anything publicly about
7  what had just transpired in a grand jury.
8                  (Continued on next page)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

0C6UMCC6                          Halpern - cross

1   Q.  As part of that investigation, you met with DEA agents on
2   at least seven occasions, right?
3   A.  That's correct.
4   Q.  You not only met with DEA agents, but on several occasions,
5   you met with Assistant United States Attorneys from the
6   Northern District of California, isn't that right?
7   A.  Yes.
8   Q.  One of those several occasions, when you met with DEA was
9   on November 30, 2000, right?
10  A.  I can't recall my memory of the exact date.
11  Q.  On that occasion, you claimed to have no knowledge that
12  Picard was involved in LSD trafficking, right?
13  A.  If that was the first such meeting, I may have stated that.
14  I think I did, and that was not true, and I absolutely made
15  clear that that was a mistake, that was not true to those
16  investigators later.
17  Q.  In fact, on that occasion you told the DEA agents that you
18  had no knowledge that Picard was involved in any criminal
19  activity at all?
20              THE COURT:  Sustained.
21              Move on to something else.
22              MR. KOBRE:  Just one moment.
23              THE COURT:  Take your time, Mr. Kobre.
24              Is this an appropriate time to take a short recess?
25              MR. KOBRE:  I am OK continuing, your Honor.

147

0C6UMCC6                          Halpern - cross
1              THE COURT:  Fine.
2    BY MR. KOBRE:
3    Q.  Dr. Halpern, you stated on your resume that you received a
4    research grant award from an organization known as the Heffter
5    Research Institute, right?
6    A.  That's right.
7    Q.  And Heffter institute provided support for your research
8    into the cognitive effects of substance abuse in native
9    Americans, right?
10   A.  No, that's not right.  They provided funding for my
11   research on the cognitive performance of native Americans who
12   have lawful access to the non-drug sacramental use of peyote.
13   Q.  And the subjects of this study were members of the native
14   American church, right?
15   A.  That's correct.
16   Q.  The study was to determine the cognitive effects of peyote
17   on those individuals, right?
18   A.  That's correct.
19   Q.  And the study ultimately led to the publication of an
20   article, right?
21   A.  That's correct.
22   Q.  And that article was published in 2005, right?
23   A.  That's correct, in a peer review journal.
24   Q.  The Heffter Research Institute is located in Santa Fe, New
25   Mexico, right?

```
       0C6UMCC6                    Halpern - cross
 1     A.  Yes.
 2     Q.  And one of the goals of the Heffter Institute is developing
 3     knowledge regarding the safe use of classical hallucinogens, is
 4     that right?
 5     A.  I believe so, yes.
 6     Q.  In another one of those meetings with the DEA agents, one
 7     of those meetings took place on March 26, 2001.  Do you recall
 8     that?
 9     A.  There were so many meetings, but I will take your word that
10     it was on that day.
11     Q.  At that meeting, you told agents of the DEA that you
12     received two grants from the Heffter Institute, right?
13     A.  I think so.
14     Q.  And you told them that the first grant was issued in 1998,
15     right?
16     A.  That sounds right.
17     Q.  And that grant was for $30,000, right?
18     A.  That's correct.
19     Q.  And it was a grant related to your peyote study?
20     A.  That's right.
21     Q.  And peyote is another Schedule I controlled substance?
22     A.  False.  False.  Just absolutely false.  It is a Schedule I
23     drug of abuse and a Schedule I controlled substance for
24     everybody else, but for native American who have limited
25     sovereignty it is not a Schedule I drug.
```

0C6UMCC6                          Halpern - cross

1   Q.  I did not ask you for native Americans, I asked you if
2   peyote was a Schedule I controlled substance.  Is that true?
3   A.  For everybody but the people that are using peyote that I
4   was studying, in that context, it was a Schedule I drug.
5   Q.  And peyote is a hallucinogen, right?
6   A.  For outside of the scope of my research in that matter,
7   yes.
8   Q.  I am only asking you, is peyote a hallucinogen?
9   A.  Yes.
10  Q.  And LSD is hallucinogen, right?
11  A.  Yes.
12  Q.  And MDMA is a hallucinogen, right?
13  A.  MDMA is currently scheduled in the Controlled Substances
14  Act as a hallucinogen but, scientifically, it doesn't meet the
15  full definition of "hallucinogen."
16  Q.  But it has hallucinogenic properties?
17  A.  It has some, yes.
18  Q.  You in fact did receive a $30,000 grant from the Heffter
19  Institute?
20  A.  I did.
21  Q.  And that was in 1998?
22  A.  That's right.
23  Q.  On March 26, 2001 when you met with agents of the DEA, you
24  initially told them that you had no knowledge of the origins of
25  that money, is that right?

0C6UMCC6                          Halpern - cross

1           MR. RORTY:  Objection, your Honor.  I believe that
2      this goes beyond the terms of the Court's order and the
3      government's proffer.
4           MR. KOBRE:  Your Honor, it directly goes to another
5      misrepresentation of Dr. Halpern, directly.
6           MR. RORTY:  I would note that in the government's
7      proffer is the description of alleged criminal conduct.  That
8      proffer includes acceptance of money from a research agency and
9      describes the circumstances of the acceptance of those funds.
10     In the government's proffer concerning false statements to
11     agents and prosecutors, the description of the false statements
12     is simply the nature and extent of his involvement with
13     individuals who were involved in the manufacture and
14     trafficking of LSD.
15          MR. KOBRE:  And that is exactly where this line of
16     questioning is proceeding.
17          THE COURT:  It is taking on the hallmarks of a mini
18     trial.
19          Move on.
20          I am going to sustain the objection.
21     BY MR. KOBRE:
22     Q.  Dr. Halpern, you yourself have used drugs on multiple
23     occasions, isn't that right?
24          MR. RORTY:  Objection.  Relevance.
25          MR. KOBRE:  Your Honor, it goes to bias of the
                         SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300

151

```
0C6UMCC6                    Halpern - cross
 1   witness.
 2              THE COURT:  Sustained.
 3   Q.  Well, Dr. Halpern, you testified before that on March 10,
 4   2005, you met with interviewers from the Drug Enforcement
 5   Administration, right?
 6   A.  Yes.
 7   Q.  And that was in connection with your application to become
 8   a Schedule I researcher, right?
 9   A.  No, to become a Schedule I registrant.
10   Q.  Correct.  Is that right?
11   A.  Yes.
12   Q.  After that meeting, four days later on March 14, 2005, you
13   called a DEA investigator regarding your application to become
14   a Schedule I researcher, right?
15   A.  That's correct.
16   Q.  And that was just four days after the agents had
17   interviewed you at your office, right?
18   A.  Correct.
19   Q.  You had learned by that point that the DEA investigators
20   believed that you had lied to them at the interview, right?
21              MR. RORTY:  Your Honor, I am going to object again,
22   beyond the scope of the government's proffer and covering
23   ground that I believe has been well covered in this
24   examination.
25              THE COURT:  Where are you going, Mr. Kobre?
```

0C6UMCC6                      Halpern - cross

1          MR. KOBRE:  Your Honor, it goes to bias of the
2    witness.  It is not a very lengthy line of questioning.
3          THE COURT:  How is it relevant whether he learned at
4    that point four days later that government agents believed he
5    lied to them at the interview?
6          MR. CHUNG:  Your Honor, if I may?
7          THE COURT:  Go ahead, Mr. Chung.
8          MR. CHUNG:  On direct examination, Dr. Halpern
9    testified that there was a reason for lying, that he answered
10    no to the DEA investigators' question of were you involved in a
11    DEA investigation?  His reason, his testimony was that his
12    lawyer had instructed him or advised him that the investigators
13    would know and that he could, in effect, misrepresent to the
14    investigators that he had not been involved in that DEA
15    investigation.
16          This line of questioning, and it will be a limited
17    line of questioning, is intended to rebut that testimony.
18          MR. RORTY:  I just heard the government proffer that
19    this line of questioning was to bias.
20          THE COURT:  I am going to permit this limited inquiry.
21          Go ahead, Mr. Kobre.
22    BY MR. KOBRE:
23    Q.  Dr. Halpern, you had learned by that point that the DEA
24    investigators believed that you had lied to them at the
25    interview, right?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

153
0C6UMCC6                          Halpern - cross
1    A.  Yes.
2    Q.  And during the phone conversation, you tried to convince
3    them that they had misunderstood you, right?
4    A.  Or that I had misunderstood them.
5    Q.  But just several days earlier, as you testified before,
6    they asked you a clear question, have you ever been involved in
7    a DEA investigation, right?
8    A.  That is not the phrase that they used.  You are creating a
9    question that they did not ask.
10   Q.  Well, you just testified earlier that they asked you
11   whether you had ever been involved in a DEA investigation?
12   A.  They inquired whether there was an investigation.  I don't
13   recall it being asked the way you are phrasing it.  So I guess
14   that I should --
15   Q.  Now, in this phone conversation, you tried to convince them
16   that it was all a misunderstanding, right?
17   A.  Indeed.
18   Q.  And you told them that you don't want anyone in the DEA to
19   think that you are not doing what you should be doing, right?
20   A.  There was no reason for me to lie to them or deceive them
21   with the intent of providing them misdirection.
22   Q.  You then asked the interviewer during this phone
23   conversation how high they wanted you to jump?  Do you recall
24   saying that?
25   A.  Absolutely.  And what I meant by that was that I had every
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

154

0C6UMCC6                        Halpern - cross
1    interest in doing this research by the book.
2    Q.  Now, you then withdrew your application to become a
3    Schedule I researcher with the DEA, right?
4    A.  I eventually withdrew my application for registration, for
5    Schedule I.
6    Q.  And another researcher applied, right, for DEA
7    registration?
8    A.  Correct.
9    Q.  But that was for precisely the same study as you had
10   originally applied, right?
11   A.  Yes.
12   Q.  The research protocols stayed the same?
13   A.  That's right -- no.  It was modified to make it extremely,
14   extremely clear that this other investigator would be in charge
15   of all of the responsibilities involving the handling of MDMA
16   and that I would not be.
17   Q.  Right.  So the only thing that changed about the study was
18   the name of the researcher?
19   A.  No.  The only thing that changed was that that task was
20   then added to one of my research colleagues.
21   Q.  Under the new application, you were not to have any access
22   to the MDMA, right?
23   A.  That's what I wrote, yes.
24   Q.  That's correct?
25   A.  Yes, that's correct.
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

155

0C6UMCC6                        Halpern - cross

1  Q.  So the bottom line is, since you do not have a Schedule I
2  registration, you are not permitted to dispense MDMA as part of
3  the study, right?
4  A.  I am not permitted to physically dispense it, but if I
5  enroll a subject in my study, then indirectly I guess I am.
6  Q.  Physically --
7  A.  Physically, I don't want to go anywhere near touching it.
8  Q.  When conducting a drug study, particularly of a
9  hallucinogen, it is your position that the researcher must take
10 the drug himself or herself in order to conduct the research,
11 right?
12 A.  That's not written into my protocol to do something like
13 that, no.
14 Q.  No.  I am asking you, is it your position that a
15 researcher, when conducting a study, a drug study, particularly
16 of a hallucinogen, the researcher must take the drug him or
17 herself in order to properly conduct such research?
18 A.  No.
19 Q.  Well, in 2008, do you recall that you gave an interview to
20 a paper called The Phoenix?  Do you recall that?
21 A.  I do.
22 Q.  In that interview you discussed your research on the
23 effects of peyote on members of the native American church?
24 A.  Yes.
25 Q.  And in that interview you were asked if you yourself had

156

0C6UMCC6                        Halpern - cross

1  ever tried peyote?
2  A.  Yes.
3  Q.  You said you did take peyote and you would not have been
4  able to do the research if you had not, do you recall that?
5  A.  Of course.
6  Q.  Your study regarding MDMA cancer patients was originally
7  funded by MAPS, right?
8  A.  It was initially funded by MAPS.
9  Q.  But MAPS no longer funds the study as you testified before,
10  right.
11  A.  That's correct.
12  Q.  MAPS no longer funded the study because McLean Hospital
13  refused to allow the study to go forward due to the involvement
14  of MAPS, right?
15  A.  During the short tenure of one president of McLean, it was
16  his individual decision to no longer accept funds from MAPS --
17  one individual, not McLean.
18  Q.  But you couldn't conduct the study at McLean so long as
19  MAPS was funding it, right?
20  A.  That's correct.
21  Q.  As a result, MAPS directed one of its major donors to fund
22  the study instead, right?
23  A.  Yes.
24  Q.  And that study is funded by, as you mentioned before, an
25  individual named Peter Lewis?
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

0C6UMCC6                        Halpern - cross

1    A.  Correct.
2    Q.  Since 1991, Lewis has contributed $5 million to the ACLU
3    you fight drug laws, right?
4    A.  I have no knowledge of that.  I don't know.
5    Q.  Well, Lewis has made large contributions to drug
6    legalization campaigns throughout the United States?
7    A.  I don't follow this man's pattern of donations.  I know he
8    is a philanthropist.
9    Q.  You are aware that he has given a great deal of money to
10   MAPS, right?
11   A.  Actually, I am not.  The only major donation that I knew
12   that he was going to make was actually potentially to my study,
13   and then he wound up donating it directly to me.
14   Q.  So it is your testimony today that you don't know that
15   Lewis donated money to MAPS?
16   A.  I am sure that he has, I just don't know the amount.
17   Q.  And you are aware that Lewis was chairman of the board of
18   the Marijuana Policy Project?
19   A.  I knew that he had involvement in the Marijuana Policy
20   Project.  And the only other thing that I know was that he was
21   the biggest donor to the Guggenheim Museum.
22   Q.  Now you testified earlier that you have written a total --
23   not written -- you have published a total of two peer review
24   journal articles specifically concerning MDMA, right?
25   A.  I have also published -- yes, yes.

```
       0C6UMCC6                    Halpern - cross
 1     Q.  Specifically --
 2     A.  Peer review or journal articles?
 3     Q.  Peer review journal articles?
 4     A.  Yes, two.
 5     Q.  One of those studies was published in 2004, right?
 6     A.  I believe so.
 7     Q.  That was your initial study regarding MDMA, right?
 8     A.  I think it was 2006.
 9     Q.  And the other, there was another study that has not yet
10     been published about MDMA that we talked about earlier, the
11     2010 study?
12     A.  Correct.
13     Q.  And the 2010 study is entitled "Residual Neurocognitive
14     Features of Long-term ecstasy Users with Minimal Exposure to
15     Other Drugs," right?
16     A.  Yes.
17     Q.  And your 2004 paper was entitled "Residual
18     Neuropsychological Effects of Illicit MDMA in Individuals with
19     Minimal Exposure to Other Drugs," right?
20     A.  Yes.
21     Q.  In your 2010 study, one of the tests used was called
22     revised strategy applications test, right?
23     A.  Yes.
24     Q.  That is the RSAT?
25     A.  Yes.
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

159

0C6UMCC6                    Halpern - cross

1   Q.  You found in your 2010 study that Ecstasy users had a
2   significant deficit on that test, right?
3   A.  They had a statistically significant difference.
4   Q.  Well, you concluded in that study that the proportion of
5   "brief items on the RSAT was strikingly and significantly lower
6   in heavy Ecstasy users," is that right?
7   A.  That's right.
8   Q.  Your 2004 paper states that it provides evidence that
9   "heavier and/or more prolonged MDMA use may be associated with
10  residual cognitive deficits," correct?
11  A.  That's right.
12  Q.  In your 2004 study, the median lifetime episodes of MDMA
13  use among the MDMA user group was 60, right?
14  A.  That sounds correct.
15  Q.  In your 2010 study, the median lifetime episodes of MDMA
16  use in the MDMA user group was 43.5, right?
17  A.  That's right.
18  Q.  So the median lifetime episodes of MDMA use among MDMA
19  users was nearly one-third less in your 2010 study than it was
20  in your 2004 study, right?
21  A.  That's correct.  It sounds right.
22  Q.  Now, in your 2010 study, the median number of days since
23  last Ecstasy used when tested for the Ecstasy user group was
24  121, right?
25  A.  Correct.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C6UMCC6                          Halpern - cross

1   Q.  In your 2004 study, the median days since last Ecstasy use
2   when tested for the Ecstasy user group was 65 for heavy users,
3   right?
4   A.  That sounds correct.
5   Q.  So the median days since last Ecstasy use when tested for
6   the Ecstasy user group in the 2010 study was approximately half
7   that in the 2004 study, is that right?
8   A.  Yes.
9            MR. KOBRE:  Nothing further.
10           THE COURT:  Redirect examination?
11           MR. RORTY:  I have no questions on redirect.
12           Thank you.
13           THE COURT:  I have a couple of questions.
14           What are the neurological physical effects of cocaine
15  as opposed to MDMA?
16           THE WITNESS:  Well, I think the most glaring example
17  of contrasts would be in evidence of stroke, of lesions in the
18  brain that can be visualized on an imaging.  Cocaine is
19  basically constrictive; it will cut off the supply of blood.
20  And through heavy and excessive use, this can actually cause
21  tiny strokes that wouldn't even be known by the patient over
22  time, but through many, many years of use, you will see that on
23  imaging, you will see that a lot of these heavy users -- and
24  this sort of thing is not found in MDMA users.
25           I also did neurological examinations of subjects in my

0C6UMCC6

1   NIDA funded study because of concerns of these early claims of
2   Parkinson's like disease or abnormal movements in Ecstasy
3   users, and so I thought it would be important to do a
4   neurological exam on all of these people to see if I could
5   illicit that, and I didn't on any of the subjects in the study.
6           THE COURT:  How do the harms of marijuana compare to
7   MDMA?
8           THE WITNESS:  I think the harms from marijuana come
9   quite often because people who get into problem use, it can
10  persist and become daily users, repetitive users, heavy users.
11  Many patients that would become marijuana dependent and smoke
12  daily for decades, but I have never met any patient who abused
13  MDMA, Ecstasy come to me and say, oh, yeah, I have been a daily
14  user of MDMA for the last year.  So that is the difference in
15  types of problems from it.
16          I think what makes it so hard to compare one drug with
17  another is the pattern of use, pattern of abuse, the dosage
18  range that they use.  In some ways, we could say that MDMA is
19  more dangerous than marijuana, for example, the dose predicted
20  to be lethal in marijuana is much, much higher than it is with
21  MDMA.  It is only theoretical in marijuana.  It is estimated to
22  be eight kilograms consumed at once.  So I don't think that
23  there are any cases in the literature of marijuana overdose
24  cause of death but, of course, we do have that from Ecstasy.
25          So depending on what part of the toxicity we are

                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

162

0C6UMCC6

1    looking at, what part of harm we are looking at, one may be
2    perceived as more potentially dangerous than the other, but I
3    believe Dr. Curran drilled down to what would be the most
4    accurate assessment, that for the majority of users consuming
5    MDMA on one or two times a month, it is probably much less
6    dangerous than the chronic consumption of marijuana.
7            THE COURT:  It terms of the trend of MDMA use, can you
8    characterize what your studies have revealed between 2001 and
9    today?
10           THE WITNESS:  Thank you for asking that question,
11   because when I originally proposed my study to the government,
12   there was a large scene of Ecstasy exclusive users in the
13   Greater Salt Lake City area and by the time of my funding, my
14   case finder who I worked very closely with, couldn't find the
15   same abundant number of people.  It made it much harder.
16           So I had promised NIDA that we would get over 200
17   subjects, but my final data set, that is the one that is in the
18   Impress paper, and you will notice that the number is smaller
19   because this population dried up.  It was much harder to find
20   them.  So by that measure, the trend, I directly experienced in
21   the collection of this data was that the use actually went
22   down.
23           THE COURT:  To what do you attribute that?
24           THE WITNESS:  In part, it has to do with the social
25   mores of the area.  We heard earlier testimony that 99.9
                        SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300

163

0C6UMCC6

1   percent of Ecstasy users are polydrug abusers.  And here you
2   have a study of a number of people that are pure Ecstasy users.
3          Salt Lake City is the headquarters of the Church of
4   Latter Day Saints, and it is very clear that the use of alcohol
5   is forbidden, and drugs like marijuana have been clearly
6   forbidden.  And this filtered into the mores of the culture of
7   the area.
8          I actually interviewed people born and raised
9   atheists, but their parents and themselves have never even
10  tried alcohol once in their lives, and this happened a number
11  of times -- something that I think I very rarely encountered
12  elsewhere in the country.  But it was quite a public campaign
13  against MDMA, and it became quite clear that MDMA is forbidden.
14  It was not on the forbidden list for the Church of Latter Day
15  Saints for a long time and then it was.  So the experience and
16  the instructions to stay away from this drug was better
17  absorbed by the community.  I think that was one part of the
18  reason why it changed.
19          THE COURT:  Are you familiar at the current time with
20  what the national trends are in terms of the use of MDMA?
21          THE WITNESS:  I am.
22          THE COURT:  What are they?
23          THE WITNESS:  There is very good year-to-year surveys
24  that come out of the University of Michigan, Monitoring the
25  Future Study which is funded by NIDA.  And what we see is a

0C6UMCC6

1    trend of modest use amongst teenagers.  Look at the Sanchez
2    study, the national survey of drug use, the use of
3    hallucinogens has been low or stable.  In some years it trended
4    up a little bit, but it has never grown exponentially year to
5    year.
6              THE COURT:  Earlier on, I think on cross-examination,
7    you described MDMA as being on Schedule I as a hallucinogen.
8    And you said it had some hallucinogenic properties.  What is
9    the distinction, if any, that you are drawing there?
10             THE WITNESS:  The important one is that when people
11   take what we term a classical hallucinogen like mescaline or
12   LSD, there is a loss of control, a loss of ego-control, this
13   dissolving of sense of self.  This does not occur under the use
14   of MDMA.  So people under the influence of MDMA are still aware
15   of who they are, and the type of impulsivity that they do is
16   not based on that they have lost their sense of self.  This
17   does occur from classic hallucinogens.  It does not occur with
18   this drug, MDMA.
19             THE COURT:  Is there a debate today among researchers
20   as to whether or not MDMA is in fact a hallucinogen?
21             THE WITNESS:  I think there is a consensus that the
22   use of either empathogen -- or entactogen is the more accurate
23   term -- and when we look at peer review publications, I think
24   we will see a trend year to year of more use of that term.  It
25   is very difficult in this field to use the term "hallucinogen"

0C6UMCC6

1  in and of itself because even the drugs that are labeled
2  classical hallucinogens do not induce hallucinations typically,
3  so this definition is one that is wrought with a lot of
4  complications.  But, scientifically, we are still labeling it
5  this way, even though we understand it is not very accurate.
6       THE COURT:  In looking at the paper that you are about
7  to publish, you find little evidence of decreased cognitive
8  performance in MDMA users, correct?
9       THE WITNESS:  Correct.
10      THE COURT:  But you also state in that paper -- and I
11  am quoting now, I think, "This finding contrasts with many
12  previous findings including our own."That suggests to me that
13  there is an ongoing debate and no clear consensus, but would
14  you comment on what you meant there?
15      THE WITNESS:  When we were referring to other
16  research, we really were referring to much of what you heard in
17  my testimony today which is that the type of excessive deficits
18  that were reported in small studies not found.  And when we
19  were referring to ourselves, we are referring to the one
20  earlier publication in which we found deficits suggestive of
21  impulsivity on the Revised Strategic Application Test where we
22  did not replicate those findings.
23      Those results, by the way, on that one specific
24  measure are all within the range of normalcy.  The test was
25  actually designed for people with traumatic brain injury, so we

0C6UMCC6

1    don't even have a good sense of when this type of test is
2    applied in drug abuse.  It is a relatively test.  It is a task
3    demanding task.  I can quickly tell you what it is.  It is hard
4    to do.
5           You are given only 10 minutes and you have one pile of
6    papers where you have to add up the number of items, another
7    pile where you have to draw a copy of a complicated diagram
8    and, a third pile where you write down like a phrase that's
9    above it.  And if on any given page, if you see a frowny face,
10   you are not supposed to write anything on that page.  And we
11   tell you that whether the task is easy, moderately difficult or
12   very difficult, they are all going to be scored the same, go.
13   You will see papers flying all over the place.
14          The point is to see if can you figure out the strategy
15   that is going to get you to do it the best.  Part of the
16   trick -- we don't even tell people -- the first two pages that
17   you do, we are not even going to score it.  You see some people
18   carefully filling out the first few pages, and they are not
19   getting what needs to be done to get the highest possible
20   score.
21          So in an earlier study with a much smaller number of
22   individuals, some of the heavy users did worse.  And we thought
23   it was an example of impulsive decision-making and not the best
24   strategy.  And we are still left thinking it may be that these
25   very heavy users, that there was something impulsive about them

0C6UMCC6

1   to begin with probably before they ever took the Ecstasy.  And
2   that's whether the limitation would work, so we want to repeat
3   this test more in this population.
4           THE COURT:  This morning we talked at length about
5   David Nutt's studies, and what is your assessment of those
6   studies by David Nutt?
7           THE WITNESS:  I believe I also cited the 2010 paper to
8   the Court also.  I think Dr. Nutt's report is quite relevant
9   because it is not just a collection of talking heads voting
10  their opinion.  These are all very serious scientists that had
11  to think very carefully about how we were going to fill out
12  these measures when they came for the actual gathering.
13          Rather than go with the prevailing desired opinion
14  probably for a man in his position, he bravely forged ahead and
15  let the chips fall where they may -- what a good scientist
16  should do -- and he paid the price of losing his position even
17  for just stating the facts as he clearly saw them with his
18  colleagues.  I think it is a very important paper for the Court
19  to consider.
20          THE COURT:  How does the age profile of MDMA users
21  compare to other drugs such as cocaine, marijuana or
22  methamphetamines?
23          THE WITNESS:  I think most people who have taken
24  Ecstasy have tried marijuana, in general, before MDMA.  And so
25  an older group of people are using MDMA -- late teens, college

0C6UMCC6

1   years, early adulthood, and then the use tapers off.  So it is
2   much more unusual for me to interview people in their 30s or
3   40s who have used MDMA.  But marijuana use may persist, and
4   those that start using cocaine and methamphetamine, well, it
5   won't matter at what age they start, if they are using it, they
6   will quite often relapse to it later in life too.
7            THE COURT:  The sentencing commission in its report
8   reflected the fact that MDMA was targeted at the youth.  Do you
9   agree with that?
10           THE WITNESS:  I don't agree with that.  It appears to
11  be a misunderstanding of the subculture of these all night
12  dance parties.  In 2001, there was a tremendous amount of
13  public outcry and Anti-rave Act came out.  The term "rave" was
14  something new.  Obviously, dance parties will attract younger
15  people.  And yet unlike other drug using populations, this
16  group of users welcomes non-users.  So for me to do this study
17  that we have heard about today, to find a large group of people
18  who don't use any drugs at all is remarkable in comparison to
19  my experience of using other drug using people.
20           For example, I handed out flyers at one of these all
21  night dance parties to try to get people to come to my study
22  and I saw this young man dancing with glow sticks and looking
23  wrapped up into himself.  And he shows up at my study, and I
24  thought, for sure, this is an Ecstasy guy.  And it turns out
25  that he just came back from mission.  He has never used any

0C6UMCC6

1    drugs in his life, but he just loves dancing and he loves being
2    accepted from people that are different from him.  I will never
3    forget that, because I am not used to seeing that when I have
4    worked in detox centers and longer-term residential programs
5    for drug abusers.  It is different.  It is what is attracting
6    people is not the Ecstasy use, it is the entire environment
7    that they are enjoying.
8         THE COURT:  Thank you, Dr. Halpern.
9         Do counsel have any questions that they would like to
10   pose in light of the Court's inquiry of the witness.
11        Defendant first.
12        Mr. Michaelman.
13        MR. MICHAELMAN:  Yes, your Honor.
14        THE COURT:  Why don't you stand up and take the
15   podium.
16   REDIRECT EXAMINATION
17   BY MR. MICHAELMAN:
18   Q.  Dr. Halpern, the judge asked you about your discussion of
19   the discrepancy between a couple of different studies that you
20   yourself noted in the 2010 paper.  Could you characterize the
21   extent or the range of the debate among different studies?  How
22   big of a disagreement are we talking about here in terms of
23   studies of cognitive impairment?
24   A.  The disagreement is over the types of mild decreases in
25   cognitive performance whether or not -- they may be

0C6UMCC6                    Halpern - redirect

1    statistically significant, but are they functionally
2    significant, just in that sphere?  I think, in general, there
3    is consensus that there is evidence of severe brain damage now.
4    There is no debate about that anymore.  We are just not seeing
5    that.  The debate is in the area of these mild performance
6    decrements that do not appear to be functionally significant.
7    Q.  We have heard today and in questions asked by the
8    government that there was some acknowledgment in the 2001
9    report that there was some debate even then.  Would you compare
10   the range you have just described about the debate about
11   cognitive impairments from MDMA?  Can you compare that to the
12   type of debate that might have been going on in 2001?
13   A.  Yes.  Very clearly, the debate as presented in the report,
14   I think they are to be commended for acknowledging that type of
15   debate, but that debate does not exist today.  The evidence of
16   severe neurocognitive impairments, I think that you can see it
17   in the comprehensive meta-analysis report of Rogers of 2009.
18   It just doesn't hold water anymore.  It is not like that
19   anymore, that extensive range of debate.
20             MR. MICHAELMAN:  Thank you, Doctor.
21             THE COURT:  Mr. Kobre.
22             MR. KOBRE:  Just briefly.
23             THE COURT:  Go ahead.
24   RECROSS EXAMINATION
25   BY MR. KOBRE:

```
        0C6UMCC6                    Halpern - recross
 1   Q.  Dr. Halpern, in your 2010 paper, your criteria was designed
 2   to exclude non-Ecstasy drug use as much as possible without
 3   being so strict so as to excessively reduce the participant
 4   pool, right?
 5   A.  That's correct.
 6   Q.  Now, most Ecstasy users use other drugs as well, right?
 7   A.  Yes, that's true.
 8            MR. KOBRE:  Nothing further.
 9            THE COURT:  Anything further, Mr. Michaelman?
10            MR. MICHAELMAN:  No, your Honor.
11            THE COURT:  Very well.
12            Dr. Halpern, you are excused as a witness.  You may
13   step down.
14            (Witness excused)
15            THE COURT:  Do you have another witness here at this
16   juncture we can get started?
17            MR. RORTY:  Your Honor, the defense has no further
18   witness.  I assume that question was addressed to the
19   government.
20            THE COURT:  It was addressed to both parties.  I was
21   certainly was under the impression that the defense has no
22   further witnesses.
23            Does the defense rest?
24            MR. RORTY:  Yes.
25            THE COURT:  Does the government have witnesses to
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300
```

172

```
        0C6UMCC6                    Halpern - recross
 1   call?
 2                MR. KOBRE:  Yes, your Honor.
 3                We call Professor Andrew Parrot.
 4                THE COURT:  We will work until 5 o'clock, and we will
 5   resume.
 6                Is that acceptable to the government?
 7                MR. KOBRE:  Yes, Judge.
 8                THE COURT:  And to the defense?
 9                MR. RORTY:  Yes.
10    ANDREW CHARLES PARROTT,
11       called as a witness by the government,
12    having been duly sworn, testified as follows:
13   DIRECT EXAMINATION
14   BY MR. KOBRE:
15                THE WITNESS:  I am Andrew Charles Parrot.
16                I am a professor at the University of Swansea in the
17   United Kingdom.
18                THE COURT:  You may inquire, Mr. Kobre.
19   Q.  Good afternoon, Dr. Parrott.
20   A.  Good afternoon.
21   Q.  Dr. Parrot, can you just tell the Court just a bit about
22   yourself, where you are from and just a bit about your personal
23   background?
24   A.  I am British, born in London, but now in Swansea in Wales,
25   working at the University of Swansea for the past six years.
```

0C6UMCCF                    Parrott - direct
1    Before that I was at the University of East London.
2    Q.  Let's start back a bit.
3            Where did you do your undergraduate studies?
4    A.  That was at University of Durham in north of England.
5    Q.  Did you receive any particular awards or honors at Durham?
6    A.  I got a 2.i degree and I was one of the two highest
7    students.
8    Q.  Then did you pursue your doctoral studies?
9    A.  Yes.  I got a research studentship at the University of
10   Leeds.
11   Q.  What is a research studentship?
12   A.  This was funded by the Medical Research Council and they
13   give out a limited number of these studentships for people to
14   study for a PhD.
15   Q.  Among those at Durham, how many Medical Research Council
16   studentships were given out?
17   A.  Well, two students from Durham were given these.  One was
18   at London and one was at Leeds, and it was given by Leeds
19   rather than by Durham.
20   Q.  Just, again, where did you receive your doctorate from?
21   A.  My doctorate was from the University of Leeds, yes.
22   Q.  What is your current position?
23   A.  I am a professor at Swansea University.
24   Q.  Can you please summarize for the Court your current major
25   areas of research?
                    SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

174

0C6UMCCF                    Parrott - direct

1   A.  Well, for the past 18 years, I have been studying Ecstasy,
2   particularly in recreational users.  Before that I studied
3   cigarette smoking and a range of other drugs.
4   Q.  Before you were a full professor at Swansea, where were
5   you?
6   A.  I was at East London, I joined there in the mid 1980s as a
7   senior lecturer and promoted to reader and then professor.
8   Q.  What did you study at the University of East London?
9   A.  That again was drug use.  I have been studying various
10  types of drug use for many years now.
11  Q.  Before that you were at the University of East London?
12  A.  I was working for the Ministry of Defense in the U.K. in
13  their Institute of Naval Medicine where we were looking at the
14  effects of sea sickness drugs on naval personnel.
15  Q.  And did that work involve work for the British government?
16  A.  Yes.  It was a British government funded study.
17  Q.  You mentioned earlier you conducted research for
18  approximately 18 years regarding Ecstasy or MDMA.
19  Approximately how many papers have you published specifically
20  regarding MDMA?
21  A.  I think that's a matter of debate, but I think it is
22  roundabout 50.  I haven't counted it recently, I am afraid.
23  Q.  Thank you.
24  A.  I think it is 47 to be conservative, I guess.
25  Q.  Were all of those published in peer review journals?

```
     0C6UMCCF                    Parrott - direct
 1   A.  Those, yes.
 2   Q.  Can you describe a little bit more specifically the main
 3   areas of your research concerning MDMA?
 4   A.  I started various areas, particularly news and cognition,
 5   the effects on feeling states and then cognition, I published
 6   one of the first studies looking at memory in Ecstasy users,
 7   and we published several studies in that area.
 8   Q.  Can you give the Court some examples of some of the
 9   journals you published in?
10   A.  Psychopharmacology, Drug and Alcohol Dependence, Human
11   Psychopharmacology, European Journal of Psychopharmacology--
12   all of the major psychopharmacology journals.
13   Q.  Have you received any awards relate to your MDMA research?
14   A.  Yes.  I received two awards.  One was in 1999 by the
15   British Association of Psychopharmacology.  And I was given
16   their annual journal prize.
17   Q.  Was that with respect to a specific research paper?
18   A.  Yes.  That was the paper where we published results of one
19   of the first studies to find memory deficits in young Ecstasy
20   users compared with young age match controls.
21   Q.  You mentioned you had received two such awards?
22   A.  Yes.  The same award was awarded to Helen Fox and myself as
23   her supervisor in 2002.
24   Q.  What was that?  Was that also with regard to a specific
25   search paper?
```

0C6UMCCF                    Parrott - direct

1   A.  That was another Ecstasy research paper.  Basically by that
2   time we had published a number of papers looking at the memory
3   deficits of Ecstasy users.  We were also interested in why some
4   Ecstasy users reported problems and others didn't.  So we split
5   the sample into two subgroups depending upon whether they
6   reported problems or not.  So half of the group were people who
7   reported they had had problems with Ectasy and the other group
8   reported they hadn't.
9   Q.  When you said "problems," what kind of problems were you
10  referring to specifically?
11  A.  Well, the question is very simple.  It said, have you
12  developed any psychopharmacological problems as a result of
13  taking Ecstasy.
14  Q.  And the results?
15  A.  Some said yes, they had.  Others said no, they hadn't.  We
16  then gave everyone our usual battery of memory tests and what
17  we found was that there was no differences between the two
18  subgroups.  Then when we split the group into dosage levels, we
19  found significant defects related to dosage.  So for heavy
20  users who used over 100 times, reported the worst problems on
21  two particular tests.  That was spatial memory and the logical
22  thinking test.
23  Q.  Let's move on a bit, and then we will come back to this a
24  little bit later.
25  A.  The basic thing was that both groups reported that.  So

0C6UMCCF                    Parrott - direct
1   even those who reported problems had that.
2   Q.  Professor Parrot, are you on the editorial board of any
3   journals?
4   A.  Yes.  Drug and Alcohol Dependence, Human
5   Psychopharmacology, Journal of Psychopharmacology, and the
6   other one I have forgotten.  I think it was mentioned earlier,
7   Current -- it used to be a web-based journal -- it is a fourth
8   journal anyway.
9   Q.  Are you an academic reviewer for any peer review journals?
10  A.  Yes.  Over the years, I have reviewed for a large number of
11  journals.  I think it is about 30 about now.
12  Q.  Before we sort of get into the substance, can you give the
13  Court a brief background regarding the physical makeup of the
14  compound that is MDMA?
15  A.  MDMA as is stimulant.  It is methylenedioxymethamphetamine
16  derivative, so it is similar to the parent compound which is a
17  powerful stimulant drug, but interestingly, it has got what is
18  called a ring substituted, methylenedioxymethamphetamine
19  derivative, and that makes it somewhat different from
20  methamphetamine.  In particular, it affects serotonin rather
21  than, preferentially, a dopamine.
22  Q.  Before we discuss the current knowledge regarding the
23  effect of MDMA upon humans, I want to ask you, Professor
24  Parrott, how if at all the state of scientific knowledge
25  regarding the effects of MDMA has changed since 2001?

0C6UMCCF                    Parrott - direct

1    A.  Well, basically, the deficits reported in 2001 have been
2    confirmed in subsequent research.  In addition to that, we
3    discovered a number of new areas of deficits which were not
4    known during 2001.
5    Q.  Have the studies that have been performed since 2001
6    controlled for what you have heard before discussed here as
7    confounding factors?
8    A.  Well, many of the studies before 2001 were interested in
9    particularly polydrugs confounds.  When I reread my paper
10   published in 1998, I had written half a paragraph on the
11   potential compound of cannabis as a potential confound to MDMA.
12   And I discussed several papers which had been looking at that
13   as a confound.  So people were aware of polydrugs confounds
14   before 2001.
15   Q.  And there were papers that specifically controlled for
16   those confounding factors?
17   A.  Well, they talked about it.  They debated it.  In
18   subsequent years, the studies are certainly becoming more
19   sophisticated in their attempts to investigate this as a
20   potential issue.
21   Q.  Have any of the psychobiological deficits associated with
22   MDMA that were known in 2001 been called into question by
23   studies since that time?
24   A.  No.  All of the deficits reported in 2001 have been
25   subsequently confirmed by later studies.

0C6UMCCF                    Parrott - direct

1   Q.  Have there been recent studies with respect to the
2   neurotoxic effects of MDMA?
3   A.  One particularly good study is the Kish study which is
4   probably one of the best today with the different factors and
5   it has a very large sample size.
6   Q.  If you could tell us a little bit about the methodology and
7   the results that Kish found?
8   A.  Well, they had two samples.  One was 49.  The other was 50.
9   So they had known users of Ecstasy and Ecstasy users.  And they
10  put them through a standard sophisticated PET imaging
11  neuroimaging test, and they found deficits in all regions of
12  the cerebral cortex which as Val Curran described is the major
13  part of the brain in humans.  And the other area which was
14  affected was the hippocampus.
15  Q.  When you say "deficits," can you just explain a bit?
16  A.  Well, they found reductions in the serotonin transporter
17  density which had been described earlier.  And then the
18  cerebral cortex varied from minus 19 percent in some regions
19  to, I think it was around about minus 40 percent in other
20  regions.  And they also found a deficit in the hippocampus, but
21  I can't remember what percentage that was.
22  Q.  What does it mean to say that there was a reduction in
23  serotonin transporter?
24  A.  As Val Curran described, this is the distal axon terminal.
25  Basically, the Raphe nuclei which is the base of the brain, you

0C6UMCCF                    Parrott - direct
 1   have serotonin neurons and they spend out very long thin axons
 2   to the distal parts of the brain.  So these are thought to be
 3   very sensitive to damage.  And then when you do these staining
 4   of the cerebral cortex, you find there is a reduction in the
 5   number of these serotonin transporters in the brains of the
 6   Ecstasy users.
 7   Q.  So what is the reduction in the serotonin transporters mean
 8   for the health of the axons?
 9   A.  Well, in functional terms, Kish also looked at memory
10   performance in their users, and they found that the memory
11   schools were impaired, so it was a functional aspect.  I recall
12   they also found a correlation between these measures.
13   Q.  You mentioned before that Kish was one of the better
14   studies.  Can you just describe why you think Kish was a
15   particularly good study?
16   A.  Well, it is a very long paper to read.  Brain is a very
17   prestigious journal.  It has to be an extremely good study to
18   be published in there.  And they looked at so many potential
19   confounds in their subject selection and their analysis.  For
20   instance, they looked at the effects of other drugs.  In
21   particular, they looked at the potential confounds of
22   methamphetamine, the parent compound.  And they concluded that
23   some of their users had used methamphet and others hadn't and
24   they split.  They found that the imaging deficits, serotonin
25   deficits were present in both groups.  So they concluded it

0C6UMCCF                    Parrott - direct

1   wasn't methamphetamine use that led to the serotonin deficits.
2   It was the MDMA deficits.
3   Q.  So what does the Kish study mean for the question of
4   neurotoxicity, whether MDMA causes neurotoxicity?
5   A.  It is very clear evidence that Ecstasy users are suffering
6   from neurotoxicity in higher brain regions and the hippocampus
7   which is responsible for memory.
8   Q.  You mentioned that since 2001, some studies have been
9   confirmed, some of the deficits have been confirmed, but you
10  also mentioned that there have been some new areas of
11  dysfunction that have been discovered.  Can you tell us a
12  little bit about those?
13  A.  One area that was not recognized in 2000 is prospective
14  memory, and the first reports were published in 2001.
15  Prospective memory is remembering to do something in the
16  future.  So if you arranged to meet somebody at 5 o'clock for a
17  drink and you forget to turn up, that is a failure of
18  prospective memory.  So prospective memory is very important
19  for organized intellectual activity.  The first reports of
20  deficits published in 2001 and then subsequent group studies
21  have confirmed this in a number of trials.
22  Q.  Are there any other new areas of dysfunction that have been
23  found since 2001?
24  A.  Well, one area is in visual performance.  There are two
25  Australian groups who recently linked together who found some

0C6UMCCF                        Parrott - direct

1   subtle differences in visual illusions in Ecstasy users
2   compared to controls, and they relate this to deficits in the
3   occipital cortex which is the region in the back of the brain
4   responsible for visual processing.
5   Q.  Is there any particular reason why a deficit in the
6   occipital cortex would be particularly relevant?
7   A.  Well, it is important for vision.  There is another study
8   published in 2005 where again they reported visual deficits.
9   So it is only two groups, so it is very new area, basically.
10  Q.  You have heard described three or four sort of
11  chronological time periods that have been studied with respect
12  to MDMA, sort of an on drug period, then sort of followed
13  within the next week and then sort of a chronic effect.  So I
14  would like to just walk through these three areas.  If we could
15  just start with the on drug effects.  Could you briefly
16  describe sort of on drug effects on humans?
17  A.  It releases serotonin, so it is a very powerful stimulant.
18  You have arousal, increase in blood pressure, heart rate,
19  breathing rate.  In mood terms, you can get very mood
20  intensification.  The predominant moods tend to be positive.
21  You get feelings of euphoria.  But you can also get negative
22  feelings, for instance, an increase in anxiety and tension
23  which, again, is not typical of many synapse stimulant drugs.
24  Q.  What is serotonin syndrome?
25  A.  Serotonin syndrome was first described in medications which

```
      0C6UMCCF                    Parrott - direct
 1    lead to increased serotonin.  And you had occasional reports of
 2    persons suffering from serotonin syndrome which is due to too
 3    much serotonin.  And in particular, some of the effects include
 4    overheating, confusion, also psychomotor aspects, repetitive
 5    psychomotor actions.  And if you give serotonin symptom lists,
 6    there are reports of many users are probably experiencing a
 7    mild form of the serotonin syndrome and, occasionally, you get
 8    people more moderate and more severe aspects.  And this is when
 9    they need hospitalization to reverse the hyperthermia.
10    Q.  Can MDMA use cause death?
11    A.  It does cause death, unfortunately, yes.
12    Q.  Can you describe how that would happen?
13    A.  The two main forms of acute death, one is hyperthermia.
14    This is where people overheat and their bodies overheat and
15    that can cause an acute hyperthermic or overheating reaction.
16    There are some deaths which have been talked about.
17           The other cause of death is hyponatremia.  And
18    basically when MDMA is taken, it can heat up the body and,
19    presumably, the brain as well, although that is a presumption.
20    And you get this increase in hyperthermic activity.  People
21    feel hot.  They also feel thirsty because they are feeling hot.
22    They are sweating.  Many Ecstasy users feel this hyperthermic
23    response.  So they drink water instead.  And in addition, you
24    get confusion so people often are confused about how much water
25    they have drunk.  So what can happen then, is they've got too
```

184

0C6UMCCF                    Parrott - direct

 1    much water in their body fluids.
 2              In addition, MDMA stimulates for release of what is
 3    called the antidiuretic hormone.  I said that slowly.  It is
 4    antidiuresis.  So it is against weeing or peeing.  So this
 5    means you wee less and you accumulate more fluids in your body.
 6    So coupled with that, you can have this dangerous acute
 7    reaction of hyponatremia.
 8    Q.  You referred before to some of the cognitive effects that
 9    MDMA can have in an on drug user.  Have you personally
10    performed any studies regarding those cognitive effects in an
11    acute user?
12    A.  Sorry.  I missed that.
13    Q.  You mentioned before that MDMA could have some cognitive
14    effects in an on drug -- when a person is on MDMA.  Have you
15    personally done any such study?
16    A.  Yes.  We have tested recreational Ecstasy users at dance
17    clubs and raves.  In a 1998 paper we tested recreational
18    Ecstasy users using what was then an Apple message pad which
19    was then an early portable micro-computer I guess it was
20    superseded by more modern devices, but in 1998, it was state of
21    the art.  It had a screen and we gave tests to people at the
22    club.  One of the tests was a visual scanning test and the
23    other was a memory test.  And what we found was, the Ecstasy
24    users were impaired on the visual scanning tests while at the
25    club and then compared with baseline and then they recovered

```
        0C6UMCCF                    Parrott - direct
 1   two days later.  So it had an acute effect in impairing visual
 2   scanning.  We gave interviews to people as well, and they
 3   reported they found it difficult to focus on the task.
 4           THE COURT:  Is this a convenient spot to suspend for
 5   the evening?
 6           MR. KOBRE:  Yes, it is, your Honor.
 7           THE COURT:  Dr. Parrot, I am going to ask you to step
 8   down, sir.  You are excused.  And we will resume tomorrow
 9   morning at 10 a.m.
10           Have a good evening, sir.
11           (Witness excused)
12           THE COURT:  Are there any matters that counsel want to
13   raise before we conclude for the evening?
14           Any issues from the government?
15           MR. CHUNG:  Not from the government.
16           MR. RORTY:  Not from the defense.
17           THE COURT:  We have the completion of Dr. Parrot and
18   one other witness?
19           MR. CHUNG:  Yes.  Dr. Hanson after Dr. Parrot.
20           THE COURT:  There are no deadlines, but what is
21   counsel's best estimate of when we might conclude the taking of
22   evidence tomorrow?
23           MR. CHUNG:  We estimate for Dr. Parrot another hour
24   and a half of direct examination and, obviously, I don't know
25   how long cross-examination is going to take.  I can say that
```

```
     0C6UMCCF                    Parrott - direct
1    for Professor Hanson, it will be equal length, about hour and a
2    half to two hours of direct.
3             THE COURT:  So we will definitely be working into the
4    afternoon, if not through it tomorrow and I have got the day
5    cleared.  So we will work from 10 tomorrow morning.
6             MR. SPORN:  Is this a good opportunity for me to
7    request that the hearing be transcribed pursuant to CJA?
8             THE COURT:  Yes.  You will complete a voucher.  I will
9    sign it.  You can get it straight away, because I am going to
10   invite the parties to make a further submission to me based
11   upon the transcript here.  So you can request this on an
12   expedited basis.
13            I will see you tomorrow at 10 a.m.
14            Have a good evening.
15            (Proceedings adjourned until 10 a.m., December 7,
16   2010)
17
18
19
20
21
22
23
24
25
```

187

```
 1                    INDEX OF EXAMINATION
 2    Examination of:                           Page
 3    HELEN VALERIE CURRAN
 4    Direct By Mr. Michelman  . . . . . . . . . . .5
 5    Cross By Mr. Chung . . . . . . . . . . . . . .46
 6    Redirect By Mr. Rorty  . . . . . . . . . . . .71
 7    Redirect By Mr. Rorty  . . . . . . . . . . . .89
 8    Recross By Mr. Chung . . . . . . . . . . . . .90
 9    JOHN HAIM HALPERN
10    Direct By Mr. Michaelman . . . . . . . . . . 106
11    Cross By Mr. Kobre . . . . . . . . . . . . . 134
12    Redirect By Mr. Michaelman . . . . . . . . . 169
13    Recross By Mr. Kobre . . . . . . . . . . . . 170
14    ANDREW CHARLES PARROTT
15    Direct By Mr. Kobre  . . . . . . . . . . . . 172
```

```
16
17
18
19
20
21
22
23
24
25
```

                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

188

```
0C7UMCC1
```

1   UNITED STATES DISTRICT COURT
1   SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x
2
3   UNITED STATES OF AMERICA
3
4              v.                          09CR1136(WHP)
4
5   SEAN McCARTHY,
5   LARRY WARREN HOUGH,
6              Defendants.
6
7   ------------------------------x
7
8                                    New York, NY
8                                    December 7, 2010
9                                    10:10 a.m.
9
10  Before:
10
11              HON. WILLIAM H. PAULEY III
11
12                                    District Judge
12
13                    APPEARANCES
13
14  PREET BHARARA
14      United States Attorney for the
15      Southern District of New York
15  DANIEL CHUNG
16  ELISHA KOBRE
16      Assistant United States Attorneys
17
17  MICHAEL SPORN
18  SCOTT MICHELMAN
18  JAY RORTY
19      Attorneys for Defendant McCarthy
19
20  JOHN C. MERINGOLO
20      Attorney for Defendant Hough
21
21
22
23
24
25

                    SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300
```

189
0C7UMCC1

```
 1                (Hearing resumed)
 2                THE COURT:  Are there any preliminary matters that the
 3     parties wish to raise?
 4                MR. RORTY:  No, thank you.
 5                MR. CHUNG:  Not from the government.
 6                THE COURT:  I have one.  Thinking about this last
 7     evening, this Court has granted the application of
 8     Mr. Michaelman and Mr. Rorty to appear pro hac vice in
 9     connection with this hearing on behalf of the defendant
10     Mr. McCarthy.
11                Mr. McCarthy, I would like to hear from you that you
12     consent to their serving as counsel, advocating on your behalf
13     here during the course of this hearing.  I note that you are
14     joined by the counsel who the court has appointed for you,
15     Mr. Sporn, but he is decidedly taking a backseat to the conduct
16     of this hearing.
17                So my question to you, Mr. McCarthy, is do you consent
18     to having Mr. Michaelman and Mr. Rorty represent you in
19     connection with this hearing and the conduct of this hearing?
20                DEFENDANT McCARTHY:  Yes, your Honor, I do.
21                THE COURT:  Yes, Mr. Sporn.
22                MR. SPORN:  Before you go to the next point, the Court
23     should be aware that this was not a matter that was not
24     discussed with Mr. McCarthy.  He was on board with this from
25     the beginning.
```

0C7UMCC1

```
 1              THE COURT:  I am confident that it was.  I also
 2    thought that I may have previously had this discussion with
 3    Mr. McCarthy in open court, but in looking at a prior
 4    transcript, it appears to me that I may not have.  So I just
 5    want to make it clear here on the record.
 6              MR. SPORN:  Thank you.
 7              THE COURT:  In addition, for the sake of the record,
 8    Mr. Meringolo, does your client join in this application that
 9    Mr. McCarthy is making?
10              MR. MERINGOLO:  Yes, he does, your Honor.
11              THE COURT:  I take it that if at any point during the
12    course of the hearing that you have any interest in asking a
13    question of one of the witnesses, that you will alert me to
14    that fact?
15              MR. MERINGOLO:  Absolutely.
16              THE COURT:  And that yesterday you had no questions
17    that you wanted to pose to any of the witnesses?
18              MR. MERINGOLO:  I did not.
19              THE COURT:  Very well.
20              I think that we are ready then to resume then with
21    Dr. Parrot.
22              Good morning, Doctor.
23              You may take a seat.
24              Do you understand, Dr. Parrot, that you continue to be
25    sworn as a witness under oath in this proceeding now on trial?
```

191

0C7UMCC1

```
 1              THE WITNESS:  I do.
 2              THE COURT:  Counsel, you may inquire.
 3              MR. KOBRE:  Thank you, your Honor.
 4    ANDREW CHARLES PARROTT,
 5        recalled as a witness by the government,
 6    having been previously duly sworn, testified as follows:
 7    DIRECT EXAMINATION (Continued)
 8    BY MR. KOBRE:
 9    Q.  Dr. Parrott, have you had an opportunity to review a
10    document dated May 2001 by the United States Sentencing
11    Commission titled "Report to the Congress, MDMA Drug Offenses,
12    Explanation of Recent Guidelines Amendments"?
13    A.  Yes, I have read it.
14    Q.  How did you come to review that document?
15    A.  You sent me the document.
16    Q.  Now, I am going to read you from a portion of the document
17    titled "Health Hazards."  Have you reviewed that portion of the
18    document?
19    A.  Yes, I have read that section.
20    Q.  There is a statement in there that says the following.  It
21    says:  "Finding from multiple scientific studies describing
22    symptoms of acute toxicity from MDMA use, including mental
23    status changes, hyperthermia and other symptoms associated with
24    serotonin syndrome" -- I skipped a little portion of that.  Let
25    me just back up again.
```

192

0C7UMCC1                        Parrott - direct

1               "A comprehensive review of the scientific literature
2       reports findings from multiple scientific studies describing
3       symptoms of acute toxicity from MDMA use, including mental
4       status changes, hyperthermia and other symptoms associated with
5       serotonin syndrome."
6               Can you comment on that statement?
7       A.  I would agree with that statement.
8       Q.  Does that statement refer to some of the acute effects of
9       MDMA that you talked about yesterday?
10      A.  It certainly refers to some of the acute effects of MDMA
11      and related to the serotonin syndrome, yes.
12      Q.  I want to take you to another statement in that same
13      section of the report.  The statement says that the brain scan
14      comparison of MDMA users with non-users indicated that users
15      had a significantly reduced number of serotonin transporters
16      throughout the brain and that the magnitude of the loss was
17      associated with greater use of the drug.  Do you agree with
18      that statement?
19      A.  Yes, I agree with that statement.
20      Q.  Could you talk briefly -- and you may have done this a
21      little bit yesterday -- but if you could just talk briefly
22      about some of the scientific literature that supports that
23      statement?
24      A.  Well, there have been a number of brain imaging studies and
25      they have been reviewed by Cowan in 2007.  And Cowan concluded

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C7UMCC1                          Parrott - direct

1   that one of the most consistent findings of the imaging studies
2   on Ecstasy users was a reduction in serotonin transporter
3   density in the higher brain regions.
4   Q.  What does that mean a reduction of serotonin brain
5   transporter density?
6   A.  Serotonin cell at the base of the brain stem, the Raphe
7   nuclei, isn't damaged, the cell remains alive.  However, it
8   sends very fine axon terminals to the higher brain regions.
9   And these are measured by PET scans and other imaging devices
10  in terms of the distal axon terminals.  And the model is that
11  these are lost, these are damaged to a certain extent in
12  Ecstasy users and that you get a reduction of these in the
13  higher brain regions.  That's also what Cowan concluded.
14  Q.  Was Cowan a review paper?
15  A.  Cowan was a review paper, yes.
16  Q.  Can you tell us about some particular individual studies
17  that found the phenomena that you are referring to, the damage
18  to the axon?
19  A.  Well, Cowan reviewed many studies until 2007 and found a
20  fairly consistent finding.  But more recently, Kish -- which we
21  mentioned briefly yesterday -- has confirmed this again in
22  probably one of the best controlled studies that has been
23  published so far.  It is very large study, and they have
24  controlled for many potential confounds.  As they describe in
25  the paper, they tried to control for every confound they could

```
0C7UMCC1                    Parrott - direct
```

1    look at and still found deficits.
2    Q.  Was Kish a study involving human subjects?
3    A.  Yes.  It was human subjects, and I think it was two sample
4    sizes, 49 and 50.  One was a control, non-users, and the other
5    was Ecstasy polydrug users.
6    Q.  In the Kish study, what sort of dosages were the subjects
7    taking?  What sort of dosages of MDMA had the subjects in Kish
8    taken?
9    A.  Well, the Kish paper in its introduction said it aimed to
10   test an average user of Ecstasy.  And the average number of
11   tablets was around about 200, but there was a range.
12   Q.  When you say 200, do you mean the lifetime episodes of use?
13   A.  I would have to check the paper.  I know I have a figure of
14   200.  I am not quire sure if these tablets were lifetime
15   episodes, I would have to check the paper for that.  That is my
16   recollection, anyway.
17   Q.  Was the Kish paper referring to subjects whose use of MDMA
18   you would say was fairly typical?
19   A.  The Kish paper, in its introduction, aims to get, as they
20   say, an average user, so it was a range of user, but that was
21   their intention.
22   Q.  Are there any particular prior neuroimaging studies similar
23   to Kish that you can tell us about?
24   A.  Well, the Reneman group has undertaken studies, Sentel,
25   McCann -- they have all published studies.  It is really not my

0C7UMCC1                    Parrott - direct

1    area of expertise, but I have read the papers.  And there seems
2    to be a fairly consistent finding that there is a reduction in
3    density of these serotonin transporters in many of these
4    studies.
5    Q.  Thank you, Professor Parrott.
6            I am going to read you another statement from the
7    Sentencing Commission report that I referred to earlier, and I
8    am going to ask you to comment on it.
9            THE COURT:  If you would just tell me what page you
10   are reading.
11           MR. KOBRE:  Yes, your Honor.  I am referring to page
12   9, right now, the last paragraph on it.
13           THE COURT:  Thank you.
14   BY MR. KOBRE:
15   Q.  In the third sentence of that paragraph, it says that users
16   demonstrated significant impairments in visual and verbal
17   memory.
18   A.  Sorry.  What paper was this, again?
19   Q.  I am referring now to the Sentencing Commission report?
20   A.  Sentencing Commission, sorry.
21   Q.  Sure.  It says that users demonstrated significant
22   impairment in visual and verbal memory.  I want to ask you
23   first about verbal memory.
24           Can you tell the Court about some studies and what has
25   been found with regard to MDMA use and its effect on verbal

196

0C7UMCC1                    Parrott - direct

1   memory?
2   A.  Well, a number of studies have investigated verbal memory
3   and many of them have found deficits in Ecstasy users, so it is
4   a fairly consistent finding across many studies -- not all.
5   Q.  Before maybe we turn to some of those studies, can you
6   define what is verbal memory?
7   A.  Well, a typical verbal memory task would be to give
8   somebody what is called a super span task, that is a span of
9   words longer than you can normally memorize, typically, 15 or
10  16 words.  So an average person might well recall 10 or so, and
11  then and you see if the Ecstasy user can also remember that
12  number or remembers more or less.
13  Q.  Can you describe some of the research regarding verbal
14  memory and the effect of MDMA on verbal memory?
15  A.  Well, one of the most widely used tests is the Rey Auditory
16  Verbal Learning Test, RAVLT, and this consists of giving the
17  reader a list of 16 words and then asking them to recall them.
18  Then the list is given again and they are given a second
19  recall.  Then given a third time and again, often to five
20  times, and you measure how many words they recall.  And,
21  typically, you get a slight increase with each repetition of
22  list.
23  Q.  There was some talk yesterday about a paper by Rogers.  Can
24  you describe whether Rogers investigated the effect of MDMA on
25  verbal memory?

197
0C7UMCC1                    Parrott - direct
1    A.  Sorry.  Is this for Rogers review?
2    Q.  That's the paper --
3    A.  The meta-analysis?
4    Q.  Yes.  I think that's the paper that Dr. Curran referred.
5    A.  Yes.  There are two Rogers.  There is a Rogers et al.
6    meta-analysis.  So the Rogers et al. meta-analysis was
7    published in 2009 and they looked at many different studies
8    which had used the Rey Auditory Verbal Learning Tests.  And I
9    think they found there were about nine studies.  There was
10   quite a difference in findings across studies.
11          A couple of the studies found no indication of
12   performance impairment in the Ecstasy users, indeed, slightly
13   better performance -- it wasn't significant -- in the Ecstasy
14   users compared with controls.  One of the studies, I think,
15   though, performance was very similar.  And the other studies
16   spoked relative decrements and several of these studies showed
17   significant decrements.
18          Rogers et al. then undertook a meta-analysis which was
19   described by Val Curran yesterday which is basically reducing
20   all of the studies to a simple common denominator and then
21   seeing what is the average effect.  When they did this, they
22   concluded that over all these different studies, there was a
23   significant decrement in the Ecstasy users compared with
24   controls.
25   Q.  Does that mean that there was a decrease in the number of
                 SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

0C7UMCC1                    Parrott - direct

1   words that the MDMA users were able to recall?
2   A.  Yes.  They recalled less words.
3   Q.  We heard testimony yesterday from Dr. Curran that the
4   decrease in some of the studies, the number of words that were
5   decreased, that it was relatively a mild effect.  Could you
6   comment on that?
7   A.  Again, there was tremendous variation between studies.
8   Some studies found small deficits.  Others found larger
9   deficits.  So there was variation.
10  Q.  Could you describe a study that has found a large deficit,
11  what you would consider a large deficit?
12  A.  Well, I can't recall which of the Rey papers found a large
13  deficit.  As I say some of the studies found larger deficits.
14  I cannot remember which ones found the larger deficits.
15  Q.  Are there any papers outside of the Rogers review that also
16  studied verbal memory and its effect on MDMA?
17  A.  There is a very good paper by Gouzoulis-Mayfrank published
18  in the year 2000 that is in the Journal of Neurology,
19  Neurosurgery and Psychiatry, I believe.  They did a very well
20  controlled study in that they had 28 Ecstasy users.  And we
21  have heard already, Ecstasy users are often polydrug users.
22  And round about 24 or 25 of these also used cannabis.  So they
23  then generated a matched control group of cannabis users where
24  they tried to match the use of cannabis across all
25  participants.  So the cannabis user group actually had four or

0C7UMCC1                    Parrott - direct

1  five people who had never taken cannabis, simply is they
2  matched as closely as possible the Ecstasy users.  And then
3  they had a third group who were the clean group, the control
4  group who had never taken either cannabis or Ecstasy.
5          And they give them a German version of the Rey
6  Auditory Verbal Learning Test which is slightly different.  It
7  only has 15 words and, obviously, German words, so it was not
8  included in Rogers meta-analysis.  They found significant
9  deficits in the Ecstasy users compared with the cannabis users.
10  And, also, they found that the cannabis users were not impaired
11  compared with the control group.  So this was really quite a
12  nice benchmark study for showing basically the effects of
13  Ecstasy rather than cannabis.
14  Q.  Are there any studies -- I am looking at verbal memory in
15  Ecstasy users after a period of abstinence?
16  A.  Yes.  Morgan looked at verbal memory.  This wasn't the Rey
17  Auditory Verbal Learning Test he used.  This was a Rivermead
18  paragraph and, basically, the Rivermead task is where you are
19  given a short paragraph with round about 21 pieces of
20  information.  And then you are asked to recall that, write the
21  story back down again.  And then it is scored in a standard
22  format for how many items of information you recall.
23          In the Rivermead paragraph recall test, Morgan, in
24  that paper in 2002 -- this was published in the Journal of
25  Psychopharmacology, they had four groups.  They had the control

0C7UMCC1                     Parrott - direct

1   users.  They had a polydrug user control group.  They then had
2   a current Ectasy user group.  And they had a former Ecstasy
3   user group who had stopped using Ecstasy for at least six
4   months on an average -- the average quit time was two years.
5            And my recollection of the paragraph recall test was
6   that the controls recalled about 8.9 items; the polydrug about
7   7.5; the current Ecstasy, I think, was round about 6; and the
8   former Ecstasy users, round about 4.5 items of information.  So
9   in fact their recollection of information was really quite a
10  lot higher.
11  Q.  To summarize, if you compare the non-user control group
12  with the former Ecstasy user group, they were able to get about
13  half --
14  A.  Probably 55 percent, 60 percent, something like that, yeah.
15  Q.  And these were users who have been abstinent for how long?
16  A.  I would say the criterion was six months, and the group
17  mean was two years.
18  Q.  So what does that imply to you about whether the effect of
19  MDMA has some permanency?
20  A.  Well, certainly that group seemed to show quite an enduring
21  deficit in their memory.
22  Q.  You described just a moment ago, what you called the
23  Rivermead behavioral test?
24  A.  Rivermead, yes.
25  Q.  Did Rogers also perform a meta-analysis with respect to

201 of

```
      0C7UMCC1                    Parrott - direct
 1    that test of verbal memory?
 2    A.  Yes.  Rogers does have a review 2009, and it was a similar
 3    number of studies.  I can't recall how many exactly, but it was
 4    round about seven, eight, nine studies used for Rivermead.
 5    Again, it was the meta-analysis and, again, they found a
 6    variation in findings.  Some studies didn't find a deficit and
 7    others did.
 8              In matters of meta-analysis, they did it on two
 9    groups.  One was the current users.  And there the
10    meta-analysis, they didn't find significant effect.  There was
11    lower performance in the Ecstasy users, but it didn't reach
12    significance.
13              They then did a separate analysis on the four studies
14    which had looked at former users.  And that included the Morgan
15    study -- that was one study, three others were included as
16    well.  In their meta-analysis, they showed that all four
17    studies showed significant impairments in the former users and
18    that the overall effect was significant.
19    Q.  So what do all of these results sort of lead you to
20    conclude with regard to the effect of Ecstasy on verbal memory?
21    A.  Certainly in term of the Rivermead test, it indicates the
22    memory effects are enduring.
23    Q.  Professor Parrott, we have spoken about verbal memory.  Can
24    you tell the Court what is prospective memory?
25    A.  Prospective memory is remembering something in the future.
```

0C7UMCC1                    Parrott - direct

1    It is a more complex form of memory in that if you arrange to
2    meet somebody at 5 o'clock on the evening -- I think I briefly
3    described it yesterday evening.  If you are meeting somebody at
4    5 o'clock and you forget to turn up, then that is a failure of
5    prospective memory.
6              Prospective memory is more complicated because it
7    involves both planning, so it is thought to involve frontal
8    aspects like remembering that at 5 o'clock you have to meet
9    somebody and then a memory component that you have to remember
10   what it is you have to do, that you have to meet such and such
11   in a particular place.  And prospective memory has been studied
12   in Ecstasy users.
13   Q.  Is there a consensus of scientific opinion regarding how
14   repeated use of MDMA affects a human's prospective memory?
15   A.  There are several studies which have looked at this and
16   they have generally found deficits in prospective memory.  The
17   first studies were by Heffernan et al. in 2001, and then a
18   study by Rendell 2007.
19   Q.  Just to be clear, these studies that we are talking about
20   now, we are not talking about acute studies.  Are we talking
21   about after the person is no longer on the drug?
22   A.  Typically, they will have a one-week washout.  That's a
23   typical description for many of these studies.  That would be
24   an average for most of the research in this area.  Some have a
25   shorter period, some have a longer.

203

0C7UMCC1                    Parrott - direct

 1          THE COURT:  I don't understand that term.  Can you
 2   explain to me what you meant when you say a one-week washout?
 3          THE WITNESS:  If you took Ecstasy on a Saturday, then
 4   seven days later you could then be tested.  And the theory is
 5   that you no longer have the drug in your system but, also, that
 6   you will no longer be suffering the withdrawal effects that we
 7   talked about yesterday, the mid week blues, the low levels of
 8   serotonin.
 9          THE COURT:  How long does Ecstasy remain in someone's
10   system where it would be detectable?
11          THE WITNESS:  That is a complicated question because
12   it is metabolized into other drugs such as MDMA, but it is
13   generally quite a rapidly acting drug.  It is fairly quite
14   rapidly metabolized, so it has peak effects for three, four
15   hours, and then the effects start to wear off and you will have
16   reducing amount of drug in your system.
17          The tail of any drug metabolism is very long, so you
18   have a peak and long tail, so you may well have small amounts
19   of drug in your system for quite a period.  But in terms of
20   peak effects, that is thought to be fairly short for Ecstasy.
21   However, one crucial factor is that, as Val Curran noted
22   yesterday, you have problems days afterwards because your
23   tryptophan hydroxylase takes time to recover.  So it takes a
24   while for your serotonin system to recover after taking the
25   drug.  That's why you need a washout period to try to make sure

0C7UMCC1                    Parrott - direct

1   that you are not testing the recovery effects of the drug.
2            THE COURT:  Thank you.
3   BY MR. KOBRE:
4   Q.  In terms of prospective memory, I think your testimony was
5   that it is affected by MDMA, and you were starting to tell us
6   about some of the studies.  Before we get there, which part of
7   the brain would generally be implicated in prospective memory?
8   A.  The two parts of the brain are generally thought to be the
9   hippocampus which is very important to memory and also the
10  frontal lobes which are important for planning.  And so it is
11  thought that prospective memory is particularly involved in
12  both functions.
13  Q.  Can you tell us some of the research that has been done
14  regarding the effect of MDMA on prospective memory?
15  A.  Well, Rendell has probably taken the most comprehensive
16  study.  That was published in Psychopharmacology in 2007.
17  Rendell et al.  And they had a virtual game board task.
18           Basically, Rendell is not really psychopharmacology.
19  He comes from a prospective memory background, so he is more of
20  a cognitive psychologist.  And he developed this game board
21  which consists of throwing dice and going round the board five
22  times to represent five days.  And as you go around the board,
23  you have to remember to do certain things and respond to
24  certain cues.  So you have a cue on the board which you will
25  pass.  As you pass that cue, you know that you have to do

0C7UMCC1                    Parrott - direct

1    something.  So the question is, do you remember to do that
2    thing when you pass the cue.  So the board doesn't tell you
3    what to do; it just gives you the cue for doing that action.
4    So it may well be that you pass cues and fail to do the task.
5    So that's a failure of prospective memory.
6            They had three groups.  They had non-user controls.
7    They had what they call light intermittent Ecstasy users.  And
8    these were people that typically used once a month or less, so
9    it is not very frequent users.  And they had a second group who
10   typically use twice a month or more, so they were seen as more
11   the moderate to heavy to regular users.
12           One of the benefits of this task is they generated
13   lots of prospective memory scores, which means it was a very
14   sensitive test.  When they analyzed the data, they found that
15   the low intermittent Ecstasy group was significantly impaired
16   compared with the non-user controls.  And then when they looked
17   at heavy Ecstasy users, they were significantly impaired when
18   compared to the controls and to the intermittent group.  So
19   they had very nice dose-related data.
20   Q.  Just to clarify, these were effects were observed off
21   drugs, after a period of some days?
22   A.  In this particular study, because Rendell was not a
23   psychopharmacologist, their particular criterion for abstinence
24   wasn't a good one.  I think they said they had to be drug free
25   for either one day or two days.  I can't remember.  And they

0C7UMCC1                    Parrott - direct

1   didn't differentiate between drugs.  Many studies say you have
2   to be free of alcohol for one day or cannabis for two days, but
3   free of Ecstasy for seven days.
4           This particular study, because they were not
5   particularly sophisticated psychopharmacologists, they had not
6   done that.  So that is a potential criticism of the study,
7   however, if you look at the user pattern of the Ecstasy users,
8   if they are using once a month or less, it is unlikely that
9   they would have taken the drug in the days afterwards.
10  Q.  I think you described some other research also regarding
11  prospective memory, other studies that were done?
12  A.  There have been other studies Heffernan et al. has tested
13  this.  And they found it both on questionnaires, so if you
14  asked Ecstasy users do you suffer from memory problems, what
15  you tend to find is a significant increase in reports of
16  prospective memory deficits in the Ecstasy uses.  Heffernan et
17  al. also used a video game.  And in that study they also
18  reported deficits.
19  Q.  Do the finding you referred to in Rendell and Heffernan,
20  what do those sort of findings imply for functioning in every
21  day life?
22  A.  Well, to give you one practical example, I actually
23  supervise lots of students doing projects.  And many years ago
24  when we first started out, my research student said to me, we
25  are having problems.  The controls are turning up for the

0C7UMCC1                    Parrott - direct
1   appointments and the Ecstasy users keep on missing
2   appointments.
3           I said, well, it is just because they lead chaotic
4   lifestyles or something like that.  And I didn't think much
5   more about that.  But then when the Heffernan papers came
6   through, first reporting prospective memory deficits in Ecstasy
7   users, the penny dropped, and I suddenly realized why the
8   Ecstasy users in particular were missing their appointments.
9           So now when I supervise my project students, I get
10  them to phone up, I get them to a mobile phone number and I say
11  to them, phone them up before the test to make sure that they
12  are going to turn up to save wasting time.
13  Q.  Thank you.
14          What is executive functioning?
15  A.  Executive functioning is thought to be one of the highest
16  aspects of human activity.  It is planning, it is strategic.
17  It is problem solving -- all of these higher functions.
18  Q.  Is there a consensus of scientific opinion regarding how
19  repeated use of MDMA affects an individual's executive
20  functioning ability?
21  A.  Yes.  There have been a number of studies conducted in this
22  area, and this is now thought to be the other area, in addition
23  to memory, where Ecstasy users often report impairments.
24  Q.  Can you describe some of the research regarding executive
25  functioning?

0C7UMCC1                          Parrott - direct

1    A.  Well, one of the first studies was undertaken by Michelle
2    Wareing in the British Journal Psychology published in 2000.
3    And she found a significant deficit in a task which is a
4    strange task to describe.  It sounds very simple, but it is
5    actually quite sensitive.  And it is called random letter
6    generation.  So you are asked every few seconds to generate a
7    letter.  And then on a regular period you generate another
8    letter.  And you are not supposed to repeat letters or do it in
9    strings or have consecutive letters.  And it is actually quite
10   difficult.  Many people can do it at a rate of one letter every
11   four seconds, but the fun starts when you start giving the task
12   more rapidly, the two seconds and one second.  Wareing did this
13   in their study, and they found that the Ecstasy users were
14   impaired and some of them found difficulty with the task.
15   Q.  Just to clarify, again, we are talking about an off drug
16   observation?
17   A.  These were Ecstasy users off of drugs, yes.
18   Q.  Have those findings of Wareing regarding executive
19   functioning, have they been confirmed in later studies?
20   A.  Well, various executive functions -- do you want me to talk
21   about another type of executive function?
22   Q.  If they relate to a later study -- later after Wareing, I
23   believe you mentioned was in 2000?
24   A.  Right, yes.  My recollection of Rogers review is this is
25   one of the areas they looked at.  And, again, my recollection

0C7UMCC1                    Parrott - direct

1   is they did find executive frontal problems were significantly
2   impaired over a range of studies.  Again, there is variation in
3   findings but, on average, they found a deficit.
4   Q.  I think you mentioned before that executive functioning is
5   somehow related to logical reasoning?
6   A.  That is right.
7   Q.  Can you describe some of the research about how MDMA
8   affects a user's ability to engage in logical reasoning?
9   A.  Well, Fisk et al. published a paper in 2004 that is in the
10  Journal of Psychopharmacology, and they looked to Ecstasy users
11  versus controls.  And they gave what is called an Aristotelian
12  syllogism test.  It is along the lines of if A -- some of A are
13  B and some of B are C, are all A, B or all A, C -- sorry, it is
14  not very accurate, but it is along those lines and you have a
15  series of these problems.
16         Now, on this particular study, they trained all of the
17  participants on this logical problem solving beforehand and
18  then they gave them on the basic problem solving, and then they
19  gave them tests to see how good they were at this particular
20  problem solving procedure.  And they found a significant
21  deficit in the Ecstasy users.
22         One problem was, the deficits in this particular study
23  were not just related to MDMA; they were related to other drugs
24  as well, so they couldn't offer firm conclusion about the role
25  of other drugs, although when they analyzed it, they said that

0C7UMCC1                    Parrott - direct

1    the strongest relationship was with Ecstasy.
2    Q.  Did they analyze the data using statistical methods?
3    A.  Yes.
4    Q.  Were they able to sort of using statistical methods control
5    for use of other drugs?
6    A.  As I said, what they found in this particular study was
7    this particular logical reasoning was associated not only with
8    Ecstasy but other drugs such as cocaine and amphetamine.
9    Q.  Professor Parrott, so far we have talked about verbal
10   memory, prospective memory, executive functioning, logical
11   reasoning.  There is one sort of area further in this section
12   that I would like to cover which is social intelligence, and if
13   you could tell the Court what that is?
14   A.  There is a paper by Rey et al. that is published in Journal
15   of Psychopharmacology in 2006 and they tested both executive
16   functions in Ecstasy users, and they gave what is called a
17   social intelligence questionnaire, which is a questionnaire
18   developed by other researchers.  And it looks at subtle
19   processes which underlie social interactions such as, do you
20   find it easy to understand other people's emotions -- that sort
21   of quotation is the sort of question covered in that
22   questionnaire.
23          What they found was that the Ecstasy users reported
24   deficits in that questionnaire.  And when they controlled for
25   other drug use, they found that the deficits remained after

211
0C7UMCC1                    Parrott - direct
1   controlling for these other drugs.
2   Q.  So was it their conclusion that the deficits were related
3   to Ecstasy?
4   A.  In their theoretical discussion, they hypothesized that it
5   may well be an aspect of this higher planning, higher executive
6   processing that was the hypothetical explanation for their
7   finding.
8   Q.  Just returning now to the Sentencing Commission report on
9   page 9, and the statement of the report that Ecstasy users
10  demonstrated significant impairments in visual and verbal
11  memory, do these findings that you have talked about until now,
12  do they speak to that statement?
13  A.  Yes.  In recent studies there have been a number of studies
14  which have confirmed these sorts of memory deficits.
15  Q.  I want to read you another statement from the Sentencing
16  Commission report.  And now I am referring again on page 9 to
17  the last line on that page and it talks about a conclusion
18  among reports that MDMA use may impair a subsystem termed
19  working memory.  Could you comment on that statement?
20  A.  Well, again, working memory was what I talked about with
21  Michelle Wareing related to executive functioning, and so
22  working memory does seem to be impaired.
23  Q.  And then referring to the top line on page 10 of the
24  Sentencing Commission report:  "It talks about the fact that
25  these deficits in working memory, this form of disturbance it
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

212

0C7UMCC1                    Parrott - direct

1    calls it, is likely related to the well recognized neurotoxic
2    potential of Ecstasy."  Do you agree with that statement?
3    A.  I'm sorry.  Could you read that again?
4    Q.  I will read you the entire statement which is:  "It talks
5    about a conclusion among some groups that MDMA may impair a
6    subsystem termed working memory and that this form of
7    disturbance is likely related to the well recognized neurotoxic
8    potential of Ecstasy."  Could you comment on that?
9    A.  Certainly memory is associated with deficits -- the Kish et
10   al. study showed that there was an association between the
11   serotonin transporter loss and then memory impairments.  I am
12   not sure that the Kish et al. had a working memory study in
13   their report.  I will have to check on that.  But certainly
14   many groups found working memory deficits and verbal memory
15   deficits.  Certainly many groups have talked about it in
16   theoretical terms as reflecting this memory loss.
17   Q.  Is MDMA addictive?
18   A.  It is generally perceived as non-addictive in certain light
19   initial users it displayed very minimal addictive properties,
20   so it is probably one of the least addictive drugs, however, if
21   you look at heavy users, they start to display many of the
22   classic signs of drug addiction or drug dependence.
23   Q.  Can you describe some of the studies that have been done
24   with regard to dependence on MDMA.
25   A.  Well, Topp et al. published an Australian government in

0C7UMCC1                    Parrott - direct

1   19987 where they concluded that there was a syndrome of Ecstasy
2   dependence, but it was untypical of other drugs.  So, again, it
3   was only showed in a minority of users.
4           And this was developed in later reports by Bruno et
5   al. published in the Journal of Neuropsychology in 2008.  They
6   interviewed or surveyed -- I can't remember if it is a
7   questionnaire or an interview -- about 1,500 people and they
8   found 20 percent of the sample reported a symptom severity
9   dependence scale score of 4 or more which they took to indicate
10  MDMA dependence.
11          They then split the sample into two subgroups, the 80
12  percent who didn't report symptoms of this criterion and 20
13  percent who did.  And they found that the dependence was
14  associated with greater lifetime use and greater intensity of
15  use.  So, for instance, were people taking the drug more than
16  once a week, and if they were, that was associated with
17  dependence.
18  Q.  So in looking at those studies is there a significant --
19  A.  If I can correct that, the actual score on questionnaire
20  was in the past six months have you taken Ecstasy more than
21  once a week.  So those people that tick yes to that were more
22  highly proportioned in the dependence group.
23  Q.  In looking at those studies, is dependence a significant
24  issue in MDMA?
25  A.  Once people move up the usage scale, then they start to

0C7UMCC1                    Parrott - direct

1    develop more of the classic signs of dependence.
2            One of the reasons Ecstasy is far less dependent
3    producing than other drugs is its long time scale.  With drugs
4    like cocaine, you can take cocaine quite frequently and have
5    effective hits.  And this is less so than MDMA where you need
6    this washout period to take it again.
7            So there is a study by Hopper et al. published in
8    2006.  I cannot remember the journal, but it was one of the
9    standard peer review journals, and they looked at symptoms of
10   craving for Ecstasy.  And they gave people a little
11   microcomputer to keep on them.  And this computer beeped at
12   certain times and they had to report whether they were craving
13   for Ecstasy.
14           And what this group found was minimal craving
15   throughout most of the study.  So when people beeped most of
16   the time, they had no Ecstasy craving, however, what they found
17   was, craving started to develop on the afternoon of the evening
18   when they are planning to take the drug.  And the craving then
19   built up in the few hours before intended use.
20           So it is a very unusual drug, but it does have some
21   aspects of dependency, but it is very unlike the classic drugs.
22   Q.  But there are users who experience dependency on the drug?
23   A.  Once people become very heavy users, they can display quite
24   marked dependency and very repeated use.
25   Q.  Is there data on the percentage of people who become

0C7UMCC1                    Parrott - direct
1   heavier users?
2   A.  To that level of extreme dependence, I think it is probably
3   quite unusual.  I don't know of any percentage figures.
4   Q.  Professor Parrott, I want to read you another statement
5   from the Sentencing Commission report.
6           I am now referring to page 10, the first full
7   paragraph and it states:  "That another point of controversy
8   surrounding the MDMA research literature is whether a loss of
9   the serotonin sites and the corresponding impairment is
10  permanent."
11          I want you, if you can, to comment on the question of
12  whether the functional aspects -- that we have been discussing
13  earlier, the impairments to memory -- whether there is any
14  research discussing whether those are permanent?
15  A.  Well, this is still very much a wide open question, but the
16  Morgan study I quoted earlier is one of the very few studies
17  which has looked at this.  And certainly they have data on the
18  former users that suggest that their memory impairments were
19  enduring, but that obviously needs to be developed in further
20  studies.
21          There is another by paper by Zakzanis published in
22  2006.  I can't remember the journal offhand but, again, it is
23  very small study and they were following up Ecstasy users over
24  time.  And what they found was that those Ecstasy users who
25  carried on using tended to continue to develop memory problems,

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

216

0C7UMCC1                         Parrott - direct
1    whereas those that quit, they either remained or the memory
2    performance improved.
3            So there's variation in findings.  It is really far,
4    far too early.  We haven't got the adequate data to answer that
5    question.
6
7            (Continued on next page)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

217

0C74MCC2                     Parrott - direct
1   BY MR. KOBRE:
2   Q.  Would it be fair to say that there is data in both
3   directions?
4   A.  Yes, Morgan would be in one direction; Zakzanis would
5   indicate some recovery, yes.
6   Q.  Did Zakzanis indicate whether the recovery actually brought
7   the users back to baseline?
8   A.  My recollection of the scores was the scores often moved
9   towards the baseline.  I don't seem to recall that they reached
10  the score they had earlier.  I would have to check the paper.
11  Q.  Mr. Parrott, have there been any studies regarding the
12  chronic effects of MDMA upon the human immune system?
13  A.  This is an area of interest.  The animal literature shows
14  that MDMA is a very powerful suppressant on the immune system.
15  Connors in 2004 published a review in this area.  Most of the
16  review was focused on the animal literature.  It showed that
17  MDMA didn't reduce the immune system.  They then quoted some
18  studies.  In the Connors review they looked at some studies by
19  an Italian group Pacifici et al. they published a series of
20  studies looking at immuno reactions in Ecstasy users.  They
21  found impairments on some of these measures.
22  Q.  What sort of impairments, what were they looking at?
23  A.  They took blood samples, like lymphocytes, white blood
24  cells, natural killer cells.  These were important for fighting
25  natural killer cells, I suppose an accurate name.  Their job is

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

218

0C74MCC2                    Parrott - direct

1   to attack and kill foreign substances.  You also got
2   neutrophils which they also investigated.  They found that
3   there was a reduction in these natural killer cells in Ecstasy
4   users.
5   Q.  Were those studies performed while the subjects were on
6   MDMA?
7   A.  These were prospective studies followed over time.  I can't
8   recall if they are absent users or former users.  The blood
9   samples were taken off-drug.
10  Q.  Off-drug?
11  A.  Yes, off-drug.  They also cited our paper which is perhaps
12  the only humans paper on this where we asked users, have you
13  suffered coughs and colds.  What we found was a dose-related
14  instance.  This a study we published in 2002 in human
15  psychopharmacology.  This is an Internet survey of several
16  hundred Ecstasy users.  The heavier Ecstasy user group reported
17  significantly more instance of this problem then the novice
18  users with the modest group, intermediate.  I think it was 35
19  percent of the heavy group reported this problem, but that was
20  just self-reports.
21  Q.  Can you tell the court what is cortisol?
22  A.  Cortisol is an important neurohormone.
23  Q.  Have there been any studies, we talked about the effects of
24  MDMA on serotonin, have there been any studies regarding the
25  effects of MDMA on human cortisol levels?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C74MCC2                    Parrott - direct

1    A.  Basically if you administer an acute dose of MDMA in the
2    laboratory, you will get an increase in many hormones for a few
3    hours.  Cortisol is one of those.  Daumann and Verkes published
4    a review in 2006 and they reviewed 12 studies which looked at
5    the effects of acute doses of MDMA upon cortisol.  They showed
6    that in 11 of those studies you got an increase in cortisol.
7    The 12th study didn't find an increase but that was of a low
8    dose of MDMA.
9            So, in laboratory it certainly induces a consistent
10   increase in cortisol.  We have done two studies where we looked
11   at cortisol in recreational users.  These were users who went
12   clubbing on Ecstasy one weekend; on the other weekend, they
13   agreed to go clubbing to the same club with the same friends,
14   same group of friends, same club, same day, but not take
15   Ecstasy.  We published that study in 2008 in the Journal of
16   Neuropsychobiology.  Interesting, the range of variables, and
17   one of the most surprising findings we found was this increase
18   in cortisol which was 800 percent.  I talked to neurohormone
19   people and they said this increase in cortisol is really quite
20   a dramatic increase.
21   Q.  You said 800 percent?
22   A.  800 percent.
23   Q.  Describe what sort of long-term health effects can result
24   from an increase of cortisol to that degree?
25   A.  Cortisol is known to be involved in many functions,

0C74MCC2                        Parrott - direct

1   cognitive.  Basically cortisol, if I can digress slightly, is
2   important for homeostasis.  Homeostasis is our normal bodily
3   control.  In the normal body we have a cortisol, an endogenous
4   cortisol rhythm.
5           So a few hours before we wake our cortisol system
6   kicks into action and we start about 5, 6 in the morning to
7   have an increase in cortisol.  So by the time we wake at 7:00,
8   the cortisol system is already getting us ready for action.  It
9   peaks after one or two hours, then it tails off and remains
10  stable for the rest of the day.  So cortisol is important for
11  getting us up, getting us awake, getting us alert in the
12  morning, then it remains stable over time.  So that's
13  endogenous rhythm.
14          The other side of cortisol is what's called reactive
15  homeostasis.  This is when we have stressors to the bodily
16  systems which we have to face.  If we face a stressful
17  situation like walking down a dark alley and you are afraid or
18  the dust bin is knocked over and you have this fear reaction,
19  then your cortisol reaction will kick into gear.  It also
20  occurs during marathon running, endurance sports, high
21  temperature.  It's thought to be a bodily reaction to coping
22  with stress.
23  Q.  Repeated stresses of this nature, what kind of long-term
24  health effects if any could there be?
25  A.  When cortisol is released from your body, it stimulates

221

0C74MCC2                     Parrott - direct
1   what's called a symphoneumatic action, so this is activity in
2   the symphosympathetic nervous system which is the autonomic
3   nervous system responsible for being active and alert.  It's
4   thought that we need a balance between sympathetic activity and
5   parasympathetic activity because parasympathetic activity is
6   the opposite and that needs bodily repair.  We repair muscles
7   during relaxation.  When we are in the couch potato mode, our
8   body is repairing itself.  When we are in the sympathetic mode,
9   then the body is being stressed.
10          One of the theories of cortisol is it's involved in
11   stress.  Hans Sile first wrote about this in 1951.  Stress is
12   essentially a physical reaction.  It's where the body is having
13   to cope with demands about above the normal.  So the theory is
14   if we are having lots of stress, that's bad for us in the
15   long-term.  So the theory is that MDMA is inducing in regular
16   Ecstasy users regular periods of bodily stress and these may
17   well be related to the long-term effects of the drug.
18          If I can add to that, Connors in his review said that
19   MDMA can be regarded as a chemical stressor upon the immune
20   system.  That's a direct quote from his 2004 review.
21   Q.  You mentioned that with respect to some of the cognitive
22   studies there was some variation in findings.  Can you tell the
23   court, since 2001 have there been any studies or reviews done
24   to explain these variations in findings?
25   A.  I missed that question.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C74MCC2                    Parrott - direct

1   Q.  When you were talking earlier about some of the cognitive
2   effects of MDMA, you mentioned there was some variation in
3   findings, some papers had variation in findings.  Have there
4   been any studies since 2001 to explain these variations in
5   findings?
6   A.  In 2006 I published a review paper because I was
7   particularly interested in the variation findings, so in that
8   review paper --
9   Q.  Is that one of the six papers --
10   A.  Yes.
11   Q.  -- that were submitted to the court?
12   A.  Yes.  I was particularly interested in why there was such a
13   variation in findings, as other people have testified in some
14   studies you don't get deficits, in other studies you do.  In
15   this review I attempted to look at the factors trying to
16   explain this.  I found several factors.
17   Q.  Tell us what some of the factors were?
18   A.  One important factor was acute dosage, so those that have a
19   large acute dose tend to have more problems in days afterwards
20   than a lower initial dose.  So acute dosage is one factor.  A
21   second very crucial factor is cumulative, a lifetime dose.
22   Many studies who test quite light Ecstasy users don't find
23   deficits; those who test heavy users do find deficits.
24            Another is the function being assessed.  In terms of
25   cognition, we know that certain aspects of cognition are

223

0C74MCC2                         Parrott - direct

1    adversely affected, particularly memory, frontal planning
2    tasks.  Other aspects like system tension tasks tend not to be
3    impaired.  Another crucial factor is polydrug use.  This has
4    been an enduring question in the literature for many years now.
5    Since before 2001 people were talking about the effects of
6    cannabis and also other stimulants.
7              So in that paper, I looked at this in detail.  I
8    showed that in some studies of Ecstasy and cannabis users,
9    cannabis was the main drug responsible for the deficits.  Then
10   in another group of studies of cannabis and Ecstasy users,
11   Ecstasy was associated with the deficits but not cannabis.
12   Then in another bunch of studies, because there were probably
13   30, 40 of these studies, it was both drugs.
14   Q.  How do you reconcile those studies?
15   A.  I looked at the studies and tried to tease out what factors
16   were there.  One of the key factors was probably the relative
17   use of each drug.
18   Q.  What do you mean by that?
19   A.  How much, if you were a heavy user of both drugs, a light
20   user of one drug and a heavy user of the other drug.  For
21   example, Croft et al., they published the first study in 2001
22   shock that in Ecstasy cannabis users, the deficits were related
23   to cannabis and not Ecstasy.  Their users of cannabis were
24   10,000 times lifetime, whereas the use of Ecstasy was 40.
25             Croft et al. published another study in the same year,

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C74MCC2                    Parrott - direct

1  2001, I think it was on a psychophysiological measure.  There
2  the Ecstasy users used an average 283 times, although I stand
3  corrected on that, the use of Ecstasy, use of cannabis was I
4  recall I think 2.2 joints a week, again I stand corrected.
5  Anyway it was light use of cannabis versus a lot heavier use of
6  Ecstasy.  In that study, they found the deficits related to
7  Ecstasy rather than cannabis.
8  Q.  Just to sum up, there are several factors that can explain
9  the variation in the studies and one of them is, with respect
10  to polydrug use, the relative use of the various drugs?
11  A.  That's right.  I also looked at the co-effects of
12  stimulants and there are a number of potential confounds, and
13  again, I found a variation in findings.  In some studies they
14  were important confounds.  I think I mentioned the Fisk study
15  in physiological reasoning.  There the other stimulant drugs
16  were crucial confounds.  In other reports, they looked at this
17  and found they were not confounds.
18          If I can cite one of those studies, Fox et al., 2002.
19  She was my research student.  She did a study where she matched
20  the Ecstasy users and cannabis users, sorry, she had Ecstasy
21  users who were also cannabis users.  The control group was
22  quite nicely matched on cannabis use.  She found deficits
23  related to the Ecstasy, so she controlled for cannabis in the
24  design.  She then also looked at the co-effects of other drugs
25  such as amphetamine and cocaine because the Ecstasy users were

225

0C74MCC2                         Parrott - direct

1    using those drugs.  She showed that the deficits remained after
2    controlling for those potential confounds.
3    Q.  After looking at all these factors what does your 2006
4    paper tell us about MDMA and how it affects?
5    A.  The main conclusion is it was complex.  Do you want me to
6    elaborate?
7    Q.  Briefly.
8    A.  In study after study, MDMA has been shown to be associated
9    with various tremendous variation in findings.  Some studies
10   shows co-influence of other drugs because all these drugs are
11   powerful.
12   Q.  Are you familiar with the study by David Nutt in 2010
13   titled Drug Harms In the U.K, a Multi Criteria Decision
14   Analysis?
15   A.  Yes.
16   Q.  Do you agree with the result of that paper?
17   A.  No.
18   Q.  Why not?  First talk about methodology.
19   A.  Can I talk about it in relation to his 2007 paper as well
20   or not, just 2010.
21   Q.  Start with 2010.
22   A.  David Nutt concludes that alcohol is the most damaging
23   drug.  I agree.  In my 2004 textbook, Understanding Drugs and
24   Behavior, in the chapter on alcohol, I say that alcohol is the
25   most damaging drug known to mankind.  So if we are taking the

0C74MCC2                    Parrott - direct

1    amount of damage caused to humans by drugs, alcohol is
2    definitely number 1.  But what Nutt seems to be confusing in
3    this paper is overall damage to society and relative damage by
4    a drug.  So, I read in a newspaper article by Nutt, who was
5    asked to comment about this review, he said even if only 10
6    percent of alcohol drinkers have problems, that's still an
7    enormous cost to society.
8            So Nutt seems to be suggesting that 90 percent of
9    alcohol use can be OK without causing particular problems.  So
10   only 10 percent of alcohol users are suffering problems.  So,
11   in his paper, he doesn't seem to be talking about effects of
12   drugs; he seems to be talking about the effects to society.
13   There I agree alcohol is high.  But he then talks about drugs
14   and their relative harm.  He says alcohol is therefore one of
15   the most harmful drugs.  It's not.  It's actually one of the
16   safest drugs.  If you look around this room, I guess most of us
17   are probably regular alcohol drinkers.  I guess most of us have
18   been drinking alcohol 30, 40 years.  We can probably drink
19   alcohol for another 20, 30 years.  Most of us in this room
20   won't be adversely affected; 10 percent may well be.  But it's
21   relatively a benign and social drug.
22   Q.  Can the same be said for MDMA?
23   A.  Certainly not.  Nor for cocaine, nor for cannabis, nor for
24   methadrone.  He puts methadrone down as low.  He puts CAT,
25   which is cathinone, down as a drug of low harm.  He has

0C74MCC2                    Parrott - direct

1   confused overall harm for society versus the actual specific
2   effects of a particular drug.
3   Q.  Does Nutt make any claims about MDMA that you wish to
4   comment on?
5   A.  In his 2007 paper, he compared MDMA with various other
6   drugs.  He said that MDMA was the 18th drug on the list of harm
7   for 20 drugs in all.  To reach that conclusion, he rated every
8   drug on 9 harm scales.  To take one example of those scales,
9   one was a relative pleasure scale.  So every scale was given a
10  score from zero to 3.0.  Nutt gave heroin a maximum pleasure
11  score of 3.0.  He gave smoking a cigarette a pleasure score of
12  1.9 I seem to recall.  And the pleasure score for MDMA, I think
13  was 1.6.  But again these figures may be wrong.
14          Certainly, Nutt gave a lower pleasure score for MDMA
15  than smoking a cigarette which to my mind is amazing, but it
16  was important, in that the high score, on the pleasure score,
17  Nutt recognized that the most pleasurable drugs, like cocaine,
18  heroin, methamphetamine, are most damaging.  So a high score in
19  pleasure was taken to add to the overall harm score.  He seemed
20  to have artificially given MDMA a very surprisingly low
21  pleasure score which contributes to its low harm potential.
22          Another question he asked about was injection
23  potential.  Again he said opiates and cocaine 3.0.  MDMA, he
24  gave a score of zero.  Yet there are two or three papers
25  documenting MDMA injections in Ecstasy users.  So MDMA should

228

0C74MCC2                          Parrott - direct

1   have had a higher score from zero.  But again, it contributed
2   to the artificially low score.
3   Q.  The 2010 paper by Nutt, do you agree with that paper?
4   A.  No.
5   Q.  Are you familiar with the summaries of testimony that were
6   provided for the defense?
7   A.  I have read those, yes.
8   Q.  I will read some statements from those summaries of
9   testimony.  I am going to ask you whether you agree or disagree
10  and just to comment.  This from the summary of Dr. Curran,
11  proposed summary of testimony of Dr. Curran.  It says here,
12  according to the best recent studies of the effects of MDMA in
13  humans, the drug's effects are relatively mild and not
14  permanent.  Do you agree or disagree?
15  A.  No.  I disagree.
16  Q.  It further states in the summary of Dr. Curran's proposed
17  testimony that the drug, while the drug results in impairment
18  of human users' verbal memory, the drug's effects wear off over
19  time and deficits in brain chemistry do not persist?
20  A.  Again, I disagree.
21  Q.  It further says in the summary of Dr. Curran's testimony
22  that current studies suggest that much of what was in the
23  report, the sentencing report, assumed to be lasting brain
24  damage is reversible temporary impairment?
25  A.  Again, I don't see, it's a very open question as to how

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C74MCC2                    Parrott - direct

1    enduring it is.  It's very difficult to answer that.
2    Q.  Dr. Curran's summary of proposed testimony concludes that a
3    reasonable scientist familiar with the research today could not
4    reach the same overall conclusion as the 2001 report with
5    regard to its assessment of the harms of MDMA.  Do you agree
6    with that?
7    A.  No, I don't.  I have organized a number of conferences on
8    MDMA in recent years and nearly every paper is presenting
9    deficits.  These were all by reputable scientists.
10   Q.  I am going to Dr. Halpern's proposed testimony as related
11   in the summary of testimony.  It says here that Dr. Halpern's
12   proposed testimony would be that recent prospective studies on
13   humans have not found significant changes in serotonin systems
14   over time or evidence of permanent damage.
15   A.  I disagree.  I think the Kish study is a very good
16   indication of damage.  As to the question of permanence, that's
17   still difficult to answer.
18   Q.  Dr. Halpern's proposed testimony also says that, it takes
19   issue with the report, the sentencing submission report
20   statement that MDMA produces cognitive impairment and it says
21   here that recent studies show, according to Dr. Halpern, that
22   verbal problems are less associated with Ecstasy use than with
23   other preexisting factors.
24   A.  I don't agree with that.
25               MR. KOBRE:  One moment, your Honor.
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

```
        0C74MCC2                    Parrott - direct
 1               THE COURT:  Take your time.
 2               (Pause)
 3               MR. KOBRE:  Nothing further, your Honor.
 4               THE COURT:  Cross-examination.
 5               THE WITNESS:  Your Honor.
 6               THE COURT:  We are going to take a short recess right
 7      now for a few minutes.  You may step down.  We will reconvene
 8      in about five minutes.
 9               (Recess)
10               THE COURT:  Cross-examination, Mr. Michelman.
11               MR. MICHELMAN:  Thank you, your Honor.
12      CROSS EXAMINATION
13      BY MR. MICHELMAN:
14      Q.  Do you agree that MDMA is less harmful than cocaine?
15      A.  No.
16      Q.  But you wrote that in 2009 and again in 2010, didn't you?
17      A.  Overall, if you combine crack cocaine and cocaine, crack
18      cocaine is more damaging, nasal cocaine so less damaging, so it
19      depends if you are combining the two.
20      Q.  Just taking powder cocaine then, you are saying it's more
21      harmful than powder cocaine?
22      A.  It's difficult, it's even-ish.  Cocaine is worse on
23      addiction and MDMA is worse on energetic-related damage.
24      Q.  We discussed the David Nutt study In Atlanta from 2007.
25      You had a paper published by Addiction Today called Myth
```

```
     0C74MCC2               Parrott - cross
1    Busters in which you critiqued David Nutt's article?
2    A.  It wasn't my title.  I wrote the article.  The
3    journalist --
4    Q.  I won't hold you to the title but I would like to hold you
5    to this quote.  One of the things you do in Myth Busters is you
6    rescore the drugs that Dr. Nutt considered and you rescored
7    them using what you term the revised scores based on the
8    empirical literature?
9    A.  Right.
10   Q.  In David Nutt's original study, the 2007 study, he rated
11   cocaine the second most harmful out of the group of 20?
12   A.  Right.
13   Q.  He rated MDMA 18th, yes or no?
14   A.  Yes.
15   Q.  You write with revised scores based on empirical
16   literature, MDMA becomes the fifth most harmful drug.  It's
17   still below cocaine?
18   A.  Yes.
19   Q.  Just to confirm that, you wrote in 2009, also discussing
20   Nutt, in response to BBC journalist Mark Easton in Addiction
21   Today, when I rescaled these scores using scientific data, then
22   MDMA emerged as the fifth most harmful drug on this list, lower
23   than heroin and cocaine.  I will stop there.  You go on to
24   discuss other Class A drugs.
25   A.  That's correct.
```

232

0C74MCC2                          Parrott - cross

1  Q.  So then you would agree that MDMA is less harmful than
2  cocaine?
3  A.  Than overall cocaine, yes.
4  Q.  You agree generally that MDMA is not addictive?
5  A.  No, I said it has addiction potential.
6  Q.  Potential, but actually I think you said it was one of the
7  least addictive drugs?
8  A.  Yes.
9  Q.  In fact, you began by saying it was not addictive then you
10 discussed some ways in which it might theoretically possibly be
11 addictive?
12 A.  As I explained earlier, yes.
13 Q.  You noted some dependence based on study in which the
14 question was asked whether someone had taken Ecstasy more than
15 once a month?
16 A.  I am confused by that question.
17 Q.  One of the studies you cited in support of a possibility of
18 addiction, asked the question whether the users had taken it
19 more than once a month, is that correct?
20 A.  I am not sure which study you are referring to.
21 Q.  I was reading my notes from your cross-examination.  Do you
22 believe that taking Ecstasy more than once a month is
23 indicative of addiction?
24 A.  I don't remember saying that in my testimony.  I remember
25 saying that those who scored high on the dependence scales

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C74MCC2                        Parrott - cross

1   score, 20 percent of dependence users reported that they took
2   Ecstasy more than once a week in the previous six months.
3   Q.  But your overall conclusion is that it's not addictive but
4   it has a potential for addiction?
5   A.  It's not addictive in light novice users.  Once people up
6   the usage and they became heavy users, then they show
7   dependence.
8   Q.  Let's talk about the heavy user.  I noticed throughout your
9   testimony you broke down, you broke users down between heavy
10  and more light or moderate users, right?
11  A.  Yes.
12  Q.  Now, wouldn't we expect to see more damage from any drug if
13  used heavily?
14  A.  Yes.
15  Q.  Wouldn't we expect to see more damage from any medication,
16  even a prescription medication if used heavily?
17  A.  If it's a safe medication, hopefully not.
18  Q.  Would you agree that most substances one could overuse them
19  to the point that it would become dangerous?
20  A.  I am sure we could.
21  Q.  Even drugs that would be harmless or practically harmless
22  in lower moderate doses?
23  A.  I am sorry, I am lost again, a bit lost here.
24  Q.  You would agree that heavy doses can be toxic or harmful
25  even for substances that are not harmful if taken in a low or

0C74MCC2                     Parrott - cross

1   moderate dose?
2   A.  I am sure that's true of many substances.
3   Q.  We spoke a lot about confounds and controlling for key
4   variables?
5   A.  Right.
6   Q.  One of the confounds you noted that was important to
7   control for in the MDMA context is the use of multiple drugs
8   which we also referred to as polydrug?
9   A.  Correct.
10  Q.  Is it also important to control for preexisting conditions
11  or family history of subjects?
12  A.  It depends on the study.  It depends what you are
13  investigating.
14  Q.  Can you elaborate on that.
15  A.  If you are looking at how drugs affect people with
16  problems, then you need to include them.  A drug may well make
17  people with problems worse.
18  Q.  If you want to rule out that the drug has caused a problem,
19  you need to control for the possibility of a preexisting
20  problem?
21  A.  If that's what you are investigating, yes, you would often
22  do that.
23  Q.  Wouldn't you always want to do that?
24  A.  Well, if you are looking, that's an example of is MDMA
25  causing depression.  You could look at two studies, one which

0C74MCC2                     Parrott - cross
1  looked at Ecstasy users who had no depression, such as McCann
2  does.  They screen out people with problems, with any problems.
3  Then they found that they did develop depression.  You might be
4  interested in how MDMA may be effecting depression with people
5  with clinical problems in which case you would include them.
6  Q.  Unless you are investigating the effects on people with
7  preexisting problems, you would try to exclude for the
8  preexisting problems?
9  A.  As I said it depends upon the study, yes.
10 Q.  Would you also want to control for bias in the selection of
11 the subjects?
12 A.  Yes.
13 Q.  I assume the best way to study effects on humans is to
14 study, to perform MDMA studies on humans themselves; would you
15 agree with that?
16 A.  I guess so, yes.
17 Q.  Could you tell us in your own words what a prospective
18 study is?
19 A.  A prospective study is following up people over time.
20 Q.  Is that generally considered one of the better methods to
21 discover the effects of a drug?
22 A.  Some people believe prospective studies are the best.  I am
23 great believer in cross-sectional.  Generally it's seen as a
24 better standard, yes, prospective, for answering different
25 questions, but in many instances, yes.

0C74MCC2                      Parrott - cross
 1   Q.  You would agree that the NextC study is a prospective
 2   study?
 3   A.  That's right.
 4   Q.  That would be particularly valuable in studying the harms
 5   of MDMA?
 6   A.  Yes.
 7   Q.  Is MDMA safe in your view to use in therapeutic studies to
 8   investigate its possible benefits for medicinal purposes?
 9   A.  Probably but inadvisable.
10   Q.  It's not a good idea?
11   A.  I wrote a paper on this in 2007 where I discussed the pros
12   and cons.  My conclusion was it's probably not advisable.
13   Q.  I would like to clarify a term we have been using
14   throughout the day, actually throughout yesterday, the word
15   acute.  Describe what we mean scientifically when we talk about
16   an acute effect.
17   A.  An immediate effect.  In MDMA terms, it's a few hours after
18   taking.
19   Q.  Acute doesn't mean serious, necessarily, just immediate?
20   A.  Sorry?
21   Q.  Acute doesn't speak to the severity of an effect, just the
22   fact that it's immediate?
23   A.  It's time-related, yes.
24   Q.  I would like to talk about the sources that you submitted
25   to the court in advance of this hearing in support of your

```
0C74MCC2                    Parrott - cross
```

1   testimony.  Obviously you referred to a great many sources
2   during the course of your testimony.  But you submitted six to
3   the court in advance.  These were your own study from 2001,
4   Human Pharmacology of Ecstasy, excuse me, Human
5   Psychopharmacology of Ecstasy, the Jansen study, Ecstasy MDMA
6   Dependence, the Topp study from 1999, Ecstasy Use in Australia,
7   your own study from 2006, MDMA in Humans, your own study from
8   2006, MDMA in Humans?
9   A.  The review paper.
10  Q.  Yes.  Your own 2009 study regarding cortisol?
11  A.  Correct.
12  Q.  The 2010 Kish study regarding brain imaging?
13  A.  Right.
14  Q.  I assume you submitted these studies because you found them
15  representative of what you consider a good indication of the
16  state of the scientific field today?
17  A.  Originally I submitted about 24 studies but my counsel said
18  I had to reduce them.
19  Q.  As did all the experts.
20  A.  Which was a difficult choice.  I was trying to give an
21  illustrative overview.  I had to drop some very good articles
22  and include some qualitative articles just to give a flavor.
23  Q.  But the six you picked you are pretty confident those give
24  a good overview?
25  A.  They give an overview, yes.

```

238

0C74MCC2                          Parrott - cross

1    Q.  A good one or just anyone?
2    A.  Pretty good, yes.
3    Q.  Three of the six articles were actually published in 2001
4    or earlier, is that correct?
5    A.  If you say so.  Yes.
6    Q.  I listed Jansen 1999, Topp 1999, you 2001, you 2006, you
7    2009, and Kish 2010?
8    A.  Right.
9    Q.  We have half 2001 or earlier, half later?
10   A.  Right.
11   Q.  Do you think the pre 2001 studies still have a really
12   strong bearing on what we know about Ecstasy today?
13   A.  Yes.  All information to a scientist is useful, yes.
14   Q.  In your 2001 paper, Human Pharmacology of Ecstasy, you
15   noted that there was a well-known reticence on the part of
16   journals to publish findings of no harm from Ecstasy; I am
17   paraphrasing.  Is that correct?
18   A.  That's what I wrote, yes, I believe it's still true.
19   Q.  Given that, one might expect the literature to be skewed
20   towards findings of harm, to overrepresent papers in which harm
21   is found?
22   A.  It depends on the size of the study.  If it's a small
23   study, not finding significance, a journal is likely to throw
24   it out.  If it's a large study with a large sample size, a
25   journal is likely to accept it even if it's nonsignificant, as

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C74MCC2                    Parrott - cross

1  in the most recent paper by John Halpern.  It was a big sample
2  size; therefore, it's accepted.  Had that study with
3  nonfindings been a small sample size, the journal would have
4  probably rejected it.
5  Q.  With the small sample size studies with findings of harm,
6  the journal might well have accepted?
7  A.  I think that's probably a bias, I guess; that would be my
8  guess, yes.
9  Q.  How does that affect the conclusions you gave us earlier on
10  your direct that there is evidence going both ways on a lot of
11  questions?  Does that concern you in light of the bias that
12  there is evidence going both ways but maybe there are some
13  things left out?
14  A.  If I can answer that indirectly, Rodgers et al. looked at
15  sample size as a bias factor.  They concluded that the sample
16  size was not affecting their conclusions.
17  Q.  So you think the Rodgers meta-analysis did a pretty good
18  job of synthesizing this?
19  A.  They are a bunch of statisticians so they should have done
20  a good job, yes.
21  Q.  Getting back to some of the papers you submitted to the
22  court, the Jansen paper from 1999, that considered fairly
23  extraordinary cases.  It was three case studies, right?
24  A.  Yes.
25  Q.  One of the case studies was an individual who indulged in
                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

240

0C74MCC2                    Parrott - cross
1    binges lasting from Thursday to Monday, he was continuously
2    awake during that time, and he also used cocaine and marijuana?
3    A.  Right.
4    Q.  The second case study involved an individual who injected
5    MDMA 4 times a day and also used heroin and benzodiazepine
6    regularly?
7    A.  Right.
8    Q.  The third case study was an individual who had post
9    traumatic stress disorder and tended to take 25 to 30 tablets
10   of MDMA per weekend?
11   A.  Right.
12   Q.  25 to 30 MDMA tablets per weekend, that's unusually large?
13   A.  It's very large, yes.
14   Q.  The Jansen paper was basically considering outliers?
15   A.  I guess statisticians would call them outliers; I don't
16   believe the people themselves would call themselves outliers.
17   Q.  The 1999 Topp study you put before the court involved a
18   group one-third of whom had been defined by the authors as
19   engaging in, quote, binging patterns, which the authors defined
20   as using on a continuous basis for 48 hours without sleep?
21   A.  Right.
22   Q.  Many of the sample were polydrug users?
23   A.  Yes.
24   Q.  In fact, within the past six months, 82 percent of the
25   sample had used amphetamines, 68 percent LSD, 40 percent
                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

```
        0C74MCC2                    Parrott - cross
 1      cocaine, and 17 had used heroin?
 2      A.  Right.
 3      Q.  You wouldn't consider that a study that controlled well for
 4      polydrug use.
 5      A.  It's an example of high-end users.  I think I had 329
 6      showing for a large number of people using MDMA in a pretty
 7      chaotic pattern, yes.  To throw your question back, if they are
 8      outliers, it's a large number.
 9      Q.  The folks in the Topp study, many of whom binged, many of
10      whom regularly used other drugs, you are saying they are
11      outliers but there are a lot of them?
12      A.  I am saying there are lots of Ecstasy users at the heavy
13      end of the scale.  As you move up the Ecstasy usage pattern,
14      you tend to use more multiple drugs.  So a lot of the heavy end
15      users move to a more chaotic pattern.
16      Q.  I would think it would still be hard to separate out the
17      effects of MDMA itself when you have this, as you put it,
18      chaotic pattern of use going on with all those other drugs?
19      A.  Sorry, rephrase that.
20      Q.  Wouldn't be it be difficult to separate out the effects of
21      MDMA when there are so many other drugs going on and such heavy
22      use?
23      A.  In the Topp study, it would.  In fact, they didn't give
24      cognitive tests or anything.  It's simply a just very
25      descriptive study of the problems reported by these users.  The
```

0C74MCC2                    Parrott - cross
1    ecstasy users reported 8 physical problems on average and 4
2    psychological problems which they attributed to Ecstasy.  These
3    are the heavy end of the Ecstasy usage scale and they chose
4    people using Ecstasy which they themselves state is associated
5    with a wide range of problems.
6    Q.  Would you say that scientific studies are more probative
7    when the measures are conducted by scientists rather than
8    self-reported?
9    A.  These were interviews with psychologists, so these were
10   interviews.  The studies were funded by the Australian
11   government so the criteria were quite straight.  My
12   recollection is that it was detailed interviews of users, I
13   seem to recall.
14   Q.  That doesn't quite answer my question.
15   A.  Structured interviews, that's my recollection of how I did
16   it.
17   Q.  That doesn't quite answer my question.  What I am looking
18   for is from a scientific perspective, wouldn't you put more
19   stock in a study where the scientists actually ran tests,
20   whether cognitive tests or brain imaging or other types of
21   scientific measures rather than simply asking people how they
22   felt?
23   A.  If you are interested in neuroimaging you do a neuroimaging
24   study.  If you are interested in cognition you do a cognitive
25   study.  If you are interested in what problems people are

243

0C74MCC2                     Parrott - cross
1   reporting you give them structured interviews.
2   Q.  All this study shows us is that people who use heavily and
3   use other drugs in the meantime report a lot of problems?
4   A.  They report a lot of problems which they attributed to
5   Ecstasy.
6   Q.  That wasn't scientifically verified; that was just their
7   own view of the matter?
8   A.  It's what they said, yes.
9   Q.  I would like to move on to some of your discussion of the
10  acute effects of MDMA, the immediate affects as you testified?
11  A.  Right.
12  Q.  You mentioned something called serotonin syndrome which you
13  described as meaning too much serotonin in the brain?
14  A.  Yes.
15  Q.  You said many users experience that?
16  A.  Right.
17  Q.  And you said it's usually mild?
18  A.  Right.
19  Q.  So when someone uses MDMA there is a temporary serotonin
20  spike then there is a return to normal?
21  A.  There is probably a decrease in a few days afterwards, but
22  then back to normal after 7 days probably.
23  Q.  Thank you for the correction; I will rephrase.  When users
24  use Ecstasy, what you mean by serotonin syndrome is there is a
25  temporary uptick in serotonin then there is a decrease in
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

244

0C74MCC2                    Parrott - cross

1   serotonin, then about a week after use, it returns to normal?
2   A.  Yes.  So the syndrome refers to the acute period which is a
3   few hours after taking Ecstasy when you've got a boost in
4   serotonin.  That's when people feel hot, often feel confused.
5   They display psychomotor aspects which hit the serotonin
6   syndrome checklist which was developed before Ecstasy was on
7   the scene.
8   Q.  So, as a result of this serotonin syndrome, basically you
9   feel hot, you feel dizzy, you've got some motor coordination
10  problems?
11  A.  That sort of thing, yes.
12  Q.  Let's talk about cortisol.  You mentioned that another of
13  the acute affects of MDMA is a sharp rise in cortisol?
14  A.  Right.
15  Q.  Cortisol is a chemical in the body that's associated with
16  stress?
17  A.  Yes.
18  Q.  There are other things besides MDMA that can lead to a rise
19  in cortisol?
20  A.  Right, yes.
21  Q.  Social stress might lead to cortisol?
22  A.  All sorts of stress, yes.
23  Q.  Let me rephrase that.  Social stress might lead to a rise
24  in cortisol?
25  A.  Yes.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C74MCC2                    Parrott - cross

1    Q.  Testifying in court might lead to a rise in cortisol?
2    A.  Yes.  I am glad you are not measuring my cortisol level
3    now.
4    Q.  Mine too.  An 800 percent increase in cortisol sounds like
5    a lot?
6    A.  I think it is, yes.
7    Q.  Exercise, would that increase your cortisol?
8    A.  Yes.  If you put somebody on a bicycle odometer which is
9    one of the bikes you see in New York where people are
10   exercising and pedal as fast as you can, physiologists call it
11   exercise to exhaustion, so instruct somebody to cycle as fast
12   as you can for 20 minutes, that's a standard physiological test
13   they use in physiology labs.  The cortisol rise will be about
14   150 percent if you are not a very good cyclist.  If you are a
15   fit cyclist, it will be about 80 percent.  I cite that study in
16   one of my papers.
17             (Continued on next page)
18
19
20
21
22
23
24
25

0C7UMCC3                    Parrott - cross

1    Q.  How about a marathon runner after running a marathon, how
2    high would you imagine his cortisol?
3    A.  I am not sure.
4    Q.  Could it get as high as 800?
5    A.  I am not sure.  I have not seen the data.
6    Q.  Is it possible that MDMA is not the only thing that
7    produces the rise in cortisol of the dimension that you
8    described?
9    A.  I have talked to a couple of hormonal people at a
10   conference and they say it is a pretty extreme, because I
11   didn't know that much about cortisol before I started looking
12   into it so I started to check with some other people.
13   Q.  I didn't know either.
14            But it goes away?
15   A.  Sorry?
16   Q.  The rise in cortisol goes away?
17   A.  Yes.  We measured for recovery in 24 hours after and it had
18   recovered.
19   Q.  You used the term "chemical stressor" to refer to MDMA in
20   relation to its cortisol --
21   A.  I think I am quoting Connors 2004.
22   Q.  So MDMA like exercise, stress, testifying in court raises
23   your cortisol and then it goes back to normal?
24   A.  Yes, it will do that.
25   Q.  Now, I would like to make sure I understand one of the sort

247

0C7UMCC3                         Parrott - cross

1    of general statements that you made last night at the beginning
2    of your testimony.
3            You testified that all of the deficits reported in
4    2001 have been confirmed by subsequent studies?
5    A.  As far as I am aware, I think they have, yes.
6    Q.  Let's talk about what that means.  Does that mean that
7    there is some line in some study somewhere that suggested
8    perhaps the deficit was still there, or do you mean by that
9    something more robust?
10   A.  Well, in science, you don't look at the individual trees,
11   you look at the forest and sort of get an impression.  And I
12   think my impression is that those statements from 2001 have
13   been confirmed in general terms.
14   Q.  You have also written that the effects of MDMA are
15   exacerbated by environmental factors?
16   A.  That's right.
17   Q.  So MDMA alone doesn't necessarily cause all of the problems
18   associated with MDMA?  Are you sure you can really separate the
19   problems associated with MDMA from environmental factors and
20   other relatively common confounds like the use of other drugs?
21   A.  For instance, if we are talking environmentally, in the
22   study I cited earlier, 2008 Parrott et al., Neuropsychobiology,
23   we had the Ecstasy users go to a rave and dance, and the only
24   drug allowed was alcohol, I think, possibly cannabis -- I have
25   to think about that, but definitely not to have any stimulants

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C7UMCC3                    Parrott - cross

1  and their cortisol levels were not significantly altered by
2  partying.
3  Q.  It is interesting though, in your 2006 paper, Dancing Hot
4  on Ecstasy --
5  A.  Right.
6  Q.  -- I apologize.  I am sure I am leaving out the longer
7  subtitle, you list as important factors in some of the MDMA
8  associated problems you found, lifetime use of Ecstasy, hot and
9  crowded conditions and the use of other drugs?
10  A.  Right.
11  Q.  So there are really lots of contributing factors to the
12  problems you described as coming from Ecstasy, according to
13  your own work?
14  A.  There are lots of drug factors that interact with Ecstasy,
15  for instance, alcohol increases the pleasure rating of Ecstasy.
16  So there are reasons why people co-use drugs.
17  Q.  You also wrote in 2006 in a study called "Problematic
18  Versus Non-Problematic MDMA Ecstasy Use" -- bear with me.
19  A.  Sorry.  2000 and -- is that 2001?
20  Q.  Bear with me.
21       2006 article that you co-authored called "Problematic
22  Versus Non-Problematic" --
23  A.  Was that Soar, et al.?
24  Q.  Let me check.
25       Yes.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C7UMCC3                        Parrott - cross
1    A.  That was written by one of my research students.
2    Q.  S-O-A-R.
3    A.  That's right.
4    Q.  And the other authors are Turner and you?
5    A.  Right.
6    Q.  So you are familiar with that paper?
7    A.  I haven't read it in a while, but I was a co-author, yes.
8    Q.  I would like to quote from it, and I hope you will bear
9    with me.
10          On page 421, you say:  "The current study supports the
11   idea that problematic Ecstasy use may be due to premorbid
12   vulnerability in individuals, i.e., in those individuals that
13   report problems associated with their Ecstasy use.  The data
14   indicated that a greater number of problematic Ecstasy users
15   reported previous psychiatric history and were more likely to
16   have a family history of psychiatric illness compared to
17   non-problematic Ecstasy users, thus premorbid psychiatric
18   differences may have contributed to these Ecstasy related
19   problems."
20   A.  That's what we found in that study, yes.
21   Q.  When you say premorbid, what you do you mean?
22   A.  Before taking the Ecstasy.
23   Q.  So preexisting?
24   A.  Preexisting, yeah.
25   Q.  So basically you are saying that a number of the problems
                 SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

0C7UMCC3                    Parrott - cross
 1  associated with Ecstasy may well be due to problems that
 2  existed in the subjects before they took the Ecstasy?
 3  A.  In that study we found that, yes.  What we found was that
 4  they had problems after Ecstasy, but they also had problems
 5  before.  The crucial question is, what has happened to their
 6  problems.
 7  Q.  Then in the 2006 "MDMA in Humans" review that was submitted
 8  to the Court for this hearing, you pointed out that it was
 9  difficult to separate the consequences of marijuana use from
10  the consequences of MDMA use because 90 percent of MDMA users
11  also used marijuana?
12  A.  It is difficult, yes, and there is high co-usage, yes.
13  Q.  You also wrote just this year in an article entitled
14  "Procedural and Declarative Memory" -- and again I apologize if
15  that's not the full title --
16  A.  That is Blagrove et al.?
17  Q.  That's correct.
18          You write on page 10:  "This association of recent
19  Ecstasy MDMA use with poor declarative recall was only
20  significant for participants who also reported having used
21  other illicit drugs 24 to 48 hours prior to testing."
22  A.  Yes.  We found that, yes.
23  Q.  So it sounds to me like, as a whole, a lot of the research,
24  including the recent research finding problems with Ecstasy has
25  been confounded by polydrug use and preexisting conditions?

251

0C7UMCC3                          Parrott - cross

1    A.  Yes.  That's what I reviewed from 2006 when I concluded
2    there my review that cannabis was an important co-drug, that it
3    had very complex modulator effects on MDMA.  Cannabis could
4    have had adverse effects.  MDMA could have had adverse effects,
5    and they often occur together.  So cannabis and MDMA interact
6    together in very complex ways, yes.
7              In the Blagrove paper we also found MDMA related
8    deficits which were not explained by the cannabis.  But some
9    were -- it is complicated.
10   Q.  Sure.
11             Now, one of the papers you placed heavy reliance on in
12   your testimony today is the Kish 2010 brain imaging --
13   A.  Right.
14   Q.  We heard all of the experts who testified rely on Kish, so
15   he is a pretty respected researcher?
16   A.  The study we cited was evidence, yes, we focused on that
17   study.
18   Q.  Sure.
19   A.  What is interesting is that Kish in 2002 he published a
20   review where he was very quiet skeptical, he raised a question
21   as to whether it was MDMA, so it is quite interesting that he
22   has now published this paper showing quite very solid evidence
23   for deficits.
24   Q.  So in the Kish paper -- I would like to read you a quote
25   and ask you if you agree with his conclusion and

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

252

0C7UMCC3                    Parrott - cross

1    characterization.  He writes that most Ecstasy users reported
2    "the typical acute effects of Ecstasy, including increased
3    sociability and hyperthermia and features of a drug
4    discontinuation withdrawal system sometimes severe, occurring
5    one or more days after cessation of drug use and that resolved
6    within a week"?
7    A.  Yeah.
8    Q.  So that is a fairly typical acute experience of an Ecstasy
9    user, you would agree?
10   A.  Yes.  It seems to be described in fairly standard ways,
11   yes.
12   Q.  So the typical Ecstasy user has increased sociability, gets
13   hotter, a few days later has a temporary withdrawal feeling but
14   then returns to normal?
15   A.  Yes.  That would be good summarization, yes.
16   Q.  Pardon me for one moment while I find my place in my notes.
17       You have testified today that MDMA is neurotoxic?
18   A.  Yeah.  According to the neuroscience papers I have read it
19   is, yes.
20   Q.  That's the case over the long-term or just temporarily?
21   A.  As I say, that is still to be resolved.  That issue, it is
22   not clear how long -- we need to replicate the Kish study with
23   people who have been drug free for a while to see.
24   Q.  But --
25   A.  In functional terms, as I mentioned earlier, there is a

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

253

0C7UMCC3                    Parrott - cross

1   Morgan study, a Zakzanis study.  It is a wide open question,
2   but there are indicators that they are enduring over time.
3   Q.  You wrote a paper in 2007 entitled "Ecstasy versus
4   Alcohol"?
5   A.  Right.
6   Q.  And referring to serotonergic neurotoxicity, you said that
7   there is evidence for structural recovery following drug
8   cessation?
9   A.  Yes.  That relates to the Reneman paper where they found --
10  I think they reviewed six studies or five studies.  And I think
11  in four of the five, there was a correlation between duration
12  of abstinence and degree of serotonin loss.
13          So in all of those studies, they showed serotonin loss
14  but it was less in those who had been abstinent for the longest
15  period.  That is my understanding of the Reneman review.
16          So that, again, it doesn't show recovery because all
17  of those studies showed deficits.  So all of the studies showed
18  serotonin marker deficits.  But the degree of deficit seemed to
19  be associated so --
20  Q.  I just heard you say that it didn't show recovery, but in
21  your paper you wrote:  "There is evidence for structural
22  recovery following drug cessation."
23  A.  Yes.  So in the Reneman paper, there is this correlation,
24  so that the longer you have been off it, the less damage you
25  still have in your system.

254

0C7UMCC3                         Parrott - cross

1           So the suggestion from Reneman, which I believe I was
2    probably using for that statement, was that there may well be
3    some recovery.  But, crucially, in those studies, even those
4    which are showing recovery, there was still impairment.
5           So there is indication from that literature that there
6    may well be recovery, although people are still impaired.
7    Basically, it is a wide open question.
8           We can't give particularly good evidence on that.  It
9    is all suggestive.
10   Q.  It sounds to me like we are really narrowing down the
11   spectrum of harms here.  It used to be, we thought there was a
12   great deal of neurotoxicity and now we recognize there is
13   recovery and maybe just a small deficit remains?
14   A.  Well, the animal literature has always been clear that if
15   you stop getting MDMA, you will get what Val Curran described
16   as pruning.  So you get resurgence of axon and dendrites near
17   to the Raphe nuclei cell.  But as Val Curran noted, you don't
18   get the full axon regeneration.
19          So the animal literature suggests there should be some
20   degree of recovery, although it would suggest you won't get
21   full recovery.
22   Q.  So you agree then, just yes or no, that contrary to what
23   was believed in 2001, we now know there is a good deal of
24   recovery with respect to the axons?
25   A.  We certainly don't know that, no.

0C7UMCC3                        Parrott - cross

1    Q.  I'm sorry?  Didn't you just say that?

2    A.  You said a good deal of recovery?  I said that the evidence

3    was that there was an association between time of abstinence

4    and degree of impairment, but even in that, the users were

5    still impaired.  So it is an association of relative.  It is

6    not a good deal of recovery.

7    Q.  So there --

8    A.  Most were still impaired.

9    Q.  We now know that there is some degree of recovery?

10   A.  From the Reneman conclusions, that would suggest some

11   degree of recovery.  Many people believe that biological

12   systems should show some degree of recovery.

13   Q.  Contrary to what was believed in 2001?

14   A.  No.  The animal literature prior to 2001 suggested that

15   when animals stopped being given MDMA, you get a degree of

16   recovery, but not permanent.  That was known prior.

17   Q.  So is it your testimony then that the scientific

18   understanding of MDMA changes on the brain is essentially the

19   same as it was in 2001 or worse?

20   A.  It is very -- it is similar, but more sophisticated.  So in

21   2001, the hypothesis was that MDMA would be causing serotonin

22   damage in humans, and there were a couple of studies indicated

23   that.

24            Since 2001, there's been a number of studies reviewed

25   by Cowan, reviewed by Reneman.  And Cowan said that the most

256

```
0C7UMCC3                     Parrott - cross
```

1    consistent finding is a reduction of serotonin transporter
2    density.  So Cowan's review is that there are a number of
3    studies confirming serotonin loss in the higher brain regions.
4    Kish is consistent with that.  It is slightly better in a few
5    ways, but it is very consistent with findings over the last 10
6    years.
7    Q.  Let's hang on for a second, though.  You said it was
8    slightly better, so you would agree that the degree of
9    serotonin transporter loss has been shown to be less than it
10   was thought in 2001?
11   A.  No.  No.
12   Q.  That's curious because --
13   A.  The Kish study shows reductions of 20 to 40 percent in
14   different cortical brain regions, 50 percent loss in the
15   insular which is an important brain region.
16   Q.  Let me quote to you from Kish:  "We did not find a global
17   massive reduction of brain SERT finding as reported in the
18   first SERT imaging study of Ecstasy users," citing McCann,
19   1998.
20   A.  He then discusses the reasons for that.  And he also
21   discusses why he didn't replicate Buchert et al. in 2002 or
22   2004 where Buchert found reductions in an area called the
23   limbic, the striatum.
24   Q.  That's all well and good, but what I heard him to be saying
25   was -- and if you could tell me yes or no, am I correct -- am I

0C7UMCC3                    Parrott - cross

1   correct that Kish found less SERT finding deficits than had
2   been understood in 2001, yes or no?
3   A.  I would have to check the McCann paper.  I would have to
4   check that.
5   Q.  Do you disagree with this statement from Kish:  We did not
6   find a global, massive reduction of brain SERT findings as
7   reported in the first SERT imaging study of Ecstasy users by
8   McCann?
9   A.  Yes.  I agree with that statement.
10  Q.  So then it follows, does it not, that more recent brain
11  imaging has shown less SERT depletion than was understood to be
12  the case in 2001?
13  A.  No.  Because Buchert found reductions in the striatum.
14  Q.  But Kish didn't?
15  A.  Well, to answer your question.  Buchert, after 2001, found
16  reductions in the striatum.  Kish discusses that study and
17  says, for reasons, it is probably because Buchert had heavy
18  users.
19          Kish then hypothesizes that their moderate users, it
20  was affecting the highest brain regions.  They were not
21  affecting the limbic system because Buchert had higher users
22  and McCann had the highest users.
23          So the two studies showing the most intense of Ecstasy
24  users, showed regions, not only the brain cortex, but also the
25  limbic system.  And that's what McCann reported in '98.

0C7UMCC3                          Parrott - cross
1   Q.  So now what I hear you saying is that Kish's work isn't of
2   that much value because he didn't replicate McCann or the other
3   fellow Buchert.
4               MR. KOBRE:  Objection.
5               THE COURT:  Sustained as to form.
6   Q.  Are you saying that the Kish study is problematic because
7   it failed to replicate the deficits found earlier?
8   A.  No, not at all.  It is not problematic.  They discuss why
9   they didn't find reductions in the striatum, which they
10  predicted.  And they say it may well be because their users
11  were less heavy users than those in Buchert and those in
12  McCann -- the Buchert post 2001 and the McCann pre 2001.  So
13  2001 is an artificial distinction.
14  Q.  Sure.  But what I am getting at, is Kish found less damage
15  than previous studies, yes or no?
16  A.  No.  Some previous studies found less.
17  Q.  Kish found less damage than some previous studies?
18  A.  Than Buchert and McCann, yes.
19  Q.  In 2001, was McCann the major brain imaging study that had
20  been published on MDMA?
21  A.  I think there was the study -- was it when was that
22  published.  I am not sure.  Sempel was one of the earlier
23  studies, and the McCann --
24  Q.  McCann was pretty well known?
25  A.  McCann was, I believe, the first of the neuroimaging

0C7UMCC3                         Parrott - cross
1    studies.  I may be incorrect on that, but that's my belief.
2    Q.  Kish also notes, quoting from Kish -- referring to another
3    recent study he says it "suggests that any drug-induced SERT
4    reduction might be reversible."  So again evidence for not
5    long-term damage?
6    A.  Yes.  Most biologists believe that when you get rid of it,
7    you will have biological recovery to an extent.  It is a
8    general biological principle.
9    Q.  So let's talk about neurocognitive functioning.  You talked
10   a lot about that on your direct?
11   A.  Right.
12   Q.  In neurocognitive functioning, would it be fair to
13   categorize all of the following areas as subfields of
14   neurocognitive functioning:  Executive function and logic,
15   prospective memory, verbal memory and working memory?
16   A.  Right.
17   Q.  You have described in detail for us today a handful of
18   studies finding problems?
19   A.  Right.
20   Q.  But as you yourself noted, in some of the studies you
21   yourself cited, there were problems with the controls.
22             I am sorry.  Let me start that question over.
23             But as you yourself noted, in some of the studies you
24   yourself cited, they failed to control for important variables?
25   A.  There is always issues over control, yes.
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

260

0C7UMCC3                    Parrott - cross

1   Q.  In fact, you said that the prospective memory study by
2   Rendell failed to insure that the Ecstasy users tested had been
3   drug free through what you have termed the washout period of
4   about a week?
5   A.  No.  The Rendell study only asked people to be drug free, I
6   think, it was for one day or two days -- which is a very naive
7   request.  Most drug studies specify the drugs, don't drink
8   alcohol for a day, don't smoke cannabis for two days, don't
9   take stimulant drugs for a week.
10  Q.  So Rendell failed to insure that participants were drug
11  free --
12  A.  In their instructions, as I say, they are very light users,
13  either less than once a month in one group, more than twice
14  every month in the other group.  So it is unlikely that they
15  tested someone in that washout period, although it is a
16  possible issue with that.
17  Q.  So we sort of have to make a leap here that they had
18  been -- that the subjects went through the washout period?
19  A.  I cannot imagine a research assistant bringing someone into
20  the lab who has just taken the drug.
21  Q.  One of your examples of an executive function and logical
22  reasoning study, the Fisk study, you noted that there was a
23  failure to control for polydrug users?
24  A.  Not a failure to control for.  When they looked for
25  polydrug, they found, I think, it was use of cocaine and

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C7UMCC3                    Parrott - cross
1  amphetamine were also influential in being associated with the
2  logical reasoning impairments, yes.
3  Q.  Did you say that these neurocognitive impairments were
4  long-term or acute?
5  A.  In the Fisk study, they were all current users, but they
6  were drug free when tested.
7  Q.  In general, is it your testimony that the neurocognitive
8  impairment is a long-term consequence?
9  A.  Yes.
10 Q.  But as you noted in your testimony, there are some reports
11 of unimpaired performance?
12 A.  Right.
13 Q.  Including some of your own studies, in fact, in a 2002
14 paper called --
15 A.  Is that --
16 Q.  "Neuropsychological Evidence" by Fox?
17 A.  Fox, et al., 2002, Psychopharmacology.
18 Q.  That's right.  You noted that "Ecstasy users remained
19 unimpaired on most measure of pre-frontal function," is that
20 right?
21 A.  Yes.  That was an unusual study.  And Helen Fox found
22 deficits in the temporal lobe.  What she did is a very
23 interesting study.  She did the CANTAB, the Cambridge Automated
24 Neuropsychological Test Battery, which is a standard battery of
25 cognitive tests.  And she linked up with Barbara Sahakian from

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

```
0C7UMCC3                    Parrott - cross
```

1   Cambridge University who had profiles for cognitive test
2   profiles for various people with various forms of brain
3   damage --
4   Q.  I'm sorry, Doctor.  Just for reasons of time, could we just
5   get a yes or no:  Ecstasy users remains unimpaired on most
6   measures of prefrontal functioning, yes or no?
7   A.  Yes.
8   Q.  And more recently, you suggested in your 2006 paper, "MDMA
9   or Ecstasy:  The Contemporary Human -- I don't have the full
10  title -- "and Animal Perspective," you stated, "On many
11  assessment measures, performance levels remained unimpaired
12  even in heavy users."  Yes or no?
13  A.  Yes.
14  Q.  And in your 2006 review, "MDMA in Humans," which you have
15  submitted to the Court on page 148, you state:  "The literature
16  provides extensive evidence of unimpaired neuropsychological
17  biological functioning," yes or no?
18  A.  Yes.
19  Q.  In your 2010 paper on procedural and declarative memory,
20  you stated:  "The procedural memory performance of recent and
21  abstinence, Ecstasy and MDMA users did not differ from
22  controls."  Yes or no?
23  A.  Yes.
24  Q.  So you have also said in your testimony that there is
25  evidence going both ways on a lot of things?

0C7UMCC3                    Parrott - cross

1    A.  Yes.
2    Q.  Including it sounds like neurocognitive functioning?
3    A.  Yes.
4    Q.  So isn't it best then in evaluating this large body of
5    literature with some times disparate results, to use a
6    meta-analysis like Rogers?
7    A.  Exactly, yes.
8    Q.  Now, Rogers concludes -- and this is from the executive
9    summary -- "The evidence we identified for this review provides
10   a fairly consistent picture of deficits in neurocognitive
11   functioning for Ecstasy users compared to Ecstasy naive
12   controls.
13            Although the effects are consistent and strong for
14   some measures, particularly verbal and working memory, the
15   effect sizes generally appear to be small when single outcome
16   measures were pooled, the mean scores of all participants
17   tended to fall within normal ranges, yes?
18   A.  Right.
19   Q.  And on direct -- I believe this was last night -- you
20   testified that Kish found memory impairments?
21   A.  Right.
22   Q.  But again quoting from Kish:  "Nevertheless, most Ecstasy
23   users had few cognitive complaints after the acute effect and
24   the drug withdrawal phase had passed and user values generally
25   fell within the normal control range, is that correct?

0C7UMCC3                    Parrott - cross

1   A.  If you are reading out, yes.
2   Q.  He goes on to state, again from page 1793, both of these
3   last two quotes:  "The observation of normal or close to normal
4   performance on cognitive testing is consistent with much of the
5   Ecstasy literature."  Yes?
6   A.  Yes.
7   Q.  So it sounds to me like Rogers, who we have all agreed has
8   done a full review of the literature encompassing thousands of
9   studies and Kish seem to agree that -- and Kish, we have all
10  noted is respected, and all of the experts we have relied on,
11  everyone seems to agree overall, there are pretty slight
12  neurocognitive effects, would you say that?
13  A.  I think they agree that consistently significant effects,
14  significant overall.
15  Q.  When you say significant, you mean statistically
16  significant?
17  A.  Yes.
18  Q.  But slight in terms of amount?
19  A.  Within the normal range in that people can still function
20  within broadly normal limits, although they are impaired.
21  Q.  You seemed to testify otherwise, based on your own review
22  of the literature in 2006.  Do you think there's a discrepancy
23  between your 2006 work and the Rogers and Kish conclusions we
24  have just discussed?
25  A.  Well, what Rogers did is took all of the studies together

0C7UMCC3                    Parrott - cross

1    and averaged them.  So one of the strange things I found was
2    that the dosage -- they were simply throwing all of the data
3    into a great big pool and saying what is the mean score.
4             So in average terms, you have this slightly impaired
5    average user.  What I was doing and what most reviewers do --
6    the Rogers review is atheoretical.  They have no theory.  That
7    is statisticians -- they are simply taking averages from
8    everything.
9             What I was doing in my 2006 review is saying, we have
10   this variation in findings.  Why have we got this variation in
11   findings?  So I was taking a theoretical approach to try to
12   explain the variance, which Rogers didn't attempt to do.
13   Q.  What do you mean by theoretical approach?  You had a theory
14   and you were trying to confirm it?
15   A.  As I said earlier, I was looking at what are the factors
16   explaining the differences between studies.  Why did Croft et
17   al. in 2001 find two very different studies findings between
18   their two studies.
19            And I said it may well be because one study had very
20   heavy cannabis users and the other study had very heavy Ecstasy
21   users.  And that may well explain why one study found Ecstasy
22   related deficits, the other study found cannabis related
23   deficits.
24            So in terms of the average user, people that use very
25   little to people that use a lot, the average effect over

0C7UMCC3                    Parrott - cross

1    everyone will be significant but not particularly marked.  On a
2    heavier user, the literature suggests, with lifetime cumulative
3    Ecstasy use, you are more impaired.  So the literature suggests
4    the effect is stronger in those that use the drug more in their
5    lifetime.
6    Q.  So once again we are back to the point that, as with most
7    drugs, if you take a lot of them they can be damaging when a
8    small to moderate dose would not?
9    A.  As with Kish, those with more serotonin loss showed worse
10   memory.
11   Q.  So yes or no, you agree that it is simply the case that
12   higher use correlates with more harm?
13   A.  Yes.
14   Q.  And that is typical of most drugs?
15   A.  Of many drugs, yes.
16          MR. MICHAELMAN:  Thank you very much.
17          THE COURT:  Redirect examination.
18          MR. KOBRE:  Yes, your Honor.  Thank you.
19   REDIRECT EXAMINATION
20   BY MR. KOBRE:
21   Q.  Professor Parrott, on cross-examination counsel asked you
22   about addiction and dependence on MDMA.  Now, are there ways in
23   which MDMA causes dependence?
24   A.  In heavier users, they report difficulties going without
25   the drugs.  Some of them say they want to quit using the drug
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

0C7UMCC3                    Parrott - redirect

1    but still use it.  Some users report spending too much time
2    thinking about the drugs or planning to use it.  And these were
3    reports from the Bruno study in 2008.
4    Q.  Are there users of MDMA that are heavy users?
5    A.  Yes.
6    Q.  What do you consider to be a heavy user?
7    A.  Well, the Bruno study has a table on this.  Describing the
8    group who had problems.  I can't recall the details of the
9    table, but they were heavier users compared with the group who
10   didn't show this dependence syndrome.  So some of them were
11   using Ecstasy more than once a week.
12   Q.  Did the Bruno group administer MDMA like in a laboratory
13   environment or were they taking people who had actually used
14   MDMA prior?
15   A.  It was a survey of 1,500 people who were drug free when
16   interviewed.
17   Q.  So some of those 1,500 were heavier users?
18   A.  Yes.  I can't recall from their table.  The only one that I
19   can recall was, I think 60, 70 percent reported using Ecstasy
20   more than once a week, at least once in the past six months and
21   their lifetime usage, I recall, was heavier than those, but I
22   cannot recall the figure.
23   Q.  Can you give a sense of what percentage of users would be
24   heavier users versus lighter users?
25   A.  What percentage?

0C7UMCC3                    Parrott - redirect

1   Q.  Or just give a general sense of how frequently or
2   infrequently we would find a heavier user?
3   A.  Well, all of the studies define heavier user in different
4   ways.  It is a very sensible question, but I am afraid I cannot
5   give an estimate.
6   Q.  You mentioned earlier the Morgan study.  Does the Morgan
7   study have a definition of heavier or less heavy user?
8   A.  Morgan simply looked -- Morgan strictly looked at former
9   users v. current.  I cannot remember what usage data he had in
10  that study.
11  Q.  You testified on cross-examination about the cognitive
12  studies.  Now, the study that you referred to on direct, the
13  cognitive studies showing cognitive deficits, were those
14  deficits only showed in heavy users?
15  A.  I'm sorry.  Which studies?
16  Q.  You talked about a number of cognitive deficits about
17  memory and what counsel referred to.  He sort of lumped them
18  all together, the memory and executive function?
19  A.  Right.
20  Q.  Were those deficits only found in heavy users?  Are those
21  studies all specifically with regard to heavy users?
22  A.  No.  You often find dose related effects.  So in the Fox et
23  al., 2001, that is the paper where we got the prize from the
24  British Association for Psychopharmacology.  We found that
25  there was an increase in level of problems that you stepped up

0C7UMCC3                    Parrott - redirect

1   the dosage scale.  So the light users were marginally worse
2   than the non-users.  Then the moderate users were better off
3   than the heavier uses who were further impaired.
4   Q.  It sounds like many of these studies actually involved some
5   heavy users?
6   A.  Many studies have done, yes.
7   Q.  And these were all studies where the subjects were drawn
8   from the general population of Ecstasy users, is that right?
9   A.  Yes.
10  Q.  So would it be fair to say that there are enough heavy
11  users to go around to provide --
12  A.  I see what -- yes.  In the Fox study, we took a three-way
13  split to allocate the groupings into three fairly equal sized
14  groups -- that's my recollection anyway.
15  Q.  What I am getting at.  You testified that in all of these
16  studies or many of these studies, were groups of heavy users?
17  A.  Yes.  In the Fox et al. study about a third of the users --
18  that was my recollection -- and that was the finding using over
19  100 times lifetime.
20  Q.  So is heavy use of Ecstasy rare?
21  A.  No.
22  Q.  Heavy use of Ecstasy is not rare?
23  A.  No.
24  Q.  Now, Professor Parrott, is it particularly important in
25  trying to get at the practical effects of MDMA, is it

```
        0C7UMCC3                    Parrott - redirect
1  particularly important to control for what you refer to as
2  premorbid psychiatric issues?
3  A.  If you are looking at psychiatric problems, yes.  You want
4  to know, do they exist before or not, as part of your
5  investigatory procedures.
6  Q.  My question is, if we are trying to assess the harm of
7  MDMA, is it important to look at both people with prior
8  psychiatric problems and people who did not have prior
9  psychiatric problems?
10 A.  Yes.  You have different types of study.  As I mentioned
11 before, the McCann study looked at people without prior
12 diagnoses, and they found that taking Ecstasy led to -- it was
13 associated with depression.  And they said it was associated
14 with binge use, so using Ecstasy for more than 12 hours was
15 associated with later depression.  And they screened out
16 anybody with a prior psychiatric problem in that study.  Also,
17 it is very crucial because MDMA is used by people with
18 psychiatric problems.  It is crucial to know what effects, you
19 know, to test that population.
20 Q.  Why is that important?
21 A.  Well, because some Ecstasy users have prior problems so we
22 want to know, you know.
23 Q.  What?
24 A.  We want to know what is happening to those people.  Is it
25 worsening problems?  Are the problems not getting worse?  Are
```

271

0C7UMCC3                      Parrott - redirect

1    they getting better.  That is why it is important.
2    Q.  Are there some studies showing that Ecstasy can actually
3    worsen prior psychiatric issues?
4    A.  I can't recall any that has looked at that.  There are
5    studies in psychiatric hospitals where they have looked at use
6    of drugs and problematic drugs in the U.K.
7            It is a big problem, the usage of all recreational
8    drugs by people with prior psychiatric problems.  But it is
9    actually very difficult to conduct such studies because of
10   clinical, ethical reasons.
11   Q.  What you are saying, the question about whether Ecstasy use
12   can worsen or somehow interact with prior psychiatric problems,
13   that question has not yet been answered in scientific
14   literature?
15   A.  It would be nice to be able to look at that.  I cannot off
16   the top of my head recall such a study.  They may well exist,
17   but at the moment I can't recall any.
18   Q.  Would it be a problem if Ecstasy use worsens prior
19   psychiatric problems?
20   A.  If that was found, it would be a problem, yes.
21   Q.  Now, counsel on cross asked you about some of the articles
22   that were submitted to the Court, some of the six articles.
23   What were your criteria for choosing those articles?
24   A.  Well, I have been criticized for choosing the Jansen
25   article, and I couldn't decide whether to include the Bruno

0C7UMCC3                    Parrott - redirect
1  article which is in Australia on the sample of 1500 versus the
2  case study.  But I included the case study because it
3  illustrates the sort of intensive usage you do find in some
4  people at the extreme end of the spectrum.  So it shows that
5  MDMA is problematic for people at the heavy end who are using
6  it in a very problematic way.
7  Q.  And these people at the heavy end, putting aside Jansen,
8  sort of just heavier use, what's been talked about heavier use
9  in the papers, how commonly does that occur?
10  A.  It is quite rare because most people quit using the drug
11  before that stage.
12          What you tend to find is people have a honeymoon
13  period when they start taking the drug, where it is very few
14  problems.  And then they go through a stage of intensifying
15  their use, they have a chronic tolerance.
16          Then they either decide to quit because it is causing
17  more problems than gains, or they carry on using, in which case
18  they need to move up to the heavy end of the usage spectrum,
19  and then they will often use it with multiple other drugs.
20  Q.  During the period of intensifying use, would those people
21  be considered heavy users?
22  A.  Yes.
23  Q.  Does that happen pretty commonly?
24  A.  As I say, it is one of those drugs which is very strange in
25  that people tend to take it less frequently over time.  This

```
0C7UMCC3                    Parrott - redirect
```

1   has been found in a couple of studies, which is very unusual
2   for drugs.
3        So what seems to be happening, they are developing
4   more problems.  They are developing more problems.  They then
5   develop these desires to have the drug, but they are having
6   problems with the drug.  So have this balancing effect of
7   cost-benefit ratio so they are taking it less frequently, but
8   still go back to using.
9        It is very strange for a drug to be used less
10  intensively over time.  Most users then quit although some
11  people will continue intensifying their usage.
12       We tested one such person, and that was published in
13  Soar et al.  My research assistant tested someone who used very
14  heavy Ecstasy for three years.  It was massive problems.  They
15  have been abstinent for seven years, and they still have these
16  problems.  They had wide-ranging problems.  In the intervening
17  years they were heavy users of multiple drugs.  So it is a very
18  chaotic pattern.
19  Q.  You mentioned on cross-examination that lots of Ecstasy
20  users are at the heavy end of the scale?
21  A.  I'm sorry?
22       MR. MICHAELMAN:  Objection.  Mischaracterizes his
23  previous testimony.
24       THE COURT:  Why don't you just put a question to the
25  witness.

0C7UMCC3                    Parrott - redirect
1   BY MR. KOBRE:
2   Q.  In your study about cortisol that we discussed on direct,
3   you were asked on cross about whether that cortisol effect goes
4   away, it is only there in acute stage.  What are the long-term
5   effects, though?  Are there long-term effects of the acute
6   cortisol increases?
7   A.  There is a study by Gerra et al. -- I think it is 2002 --
8   which looked at cortisol levels in drug free, abstinent Ecstasy
9   users, and I think they found a deficit in users.  But I think
10  they also replicated the study on other occasions and didn't
11  find a deficit.  So it is unclear about the long-term effects
12  on cortisol.
13  Q.  I think you were asked on cross-examination whether these
14  increases in cortisol are just like exercise.  Are the
15  increases in cortisol that you found in your study as a result
16  of MDMA use, are they similar to the ones that are typically
17  found in exercise?
18  A.  No.  They are far stronger.  And one of the problems of
19  MDMA is that it tends to stimulate release of all
20  neurohormones.  You get a release of testosterone.  You get a
21  release of progesterone, prolactin -- a whole range of hormones
22  are increased by acute MDMA.
23  Q.  Counsel asked on cross-examination about your testimony
24  that sort of the harms that were associated with MDMA before
25  2001 having been confirmed.  Were there studies subsequent to

```
0C7UMCC3                    Parrott - redirect
1   2001 confirming, for example, the cognitive deficits that you
2   testified to?
3   A.  Yes.  Many studies since 2001 have found cognitive
4   deficits.
5   Q.  And those are studies specifically to determine whether
6   MDMA use -- were those studies specifically to determine
7   whether MDMA use impairs cognitive ability?
8   A.  Yes.  There have been lots of studies saying there is an
9   association between Ecstasy use and cognitive deficits, yes.
10  Q.  Professor Parrott, you were also asked about the effect of
11  environmental factors?
12  A.  Right.
13  Q.  Is it important -- are the effects of environmental factors
14  important when looking into the harms of MDMA?
15  A.  Yes.  There's an animal study.  I cannot remember the
16  authors now, but they found when laboratory rats were given
17  MDMA, it is more re-enforcing in the heat, in other words, the
18  rats button press more for the drug.
19  Q.  Turning to the humans, if we are interested in determining
20  how harmful MDMA is to humans, is it important to look at
21  humans in the typical environment in which MDMA is used?
22  A.  I believe it is, which is why we do those studies.
23  Q.  Why is that?
24  A.  If MDMA is more enforcing in the heat, the theory is that
25  Ecstasy users may find more pleasure when they become hotter.
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C7UMCC3                      Parrott - redirect

1   So it is not just the drug itself, it is the drug plus the
2   heat.  So it may well be the reason for the association between
3   MDMA and raves is that raves provide the ideal environmental
4   conditions to boost the effects of the drug.
5           Obviously if you are boosting the effects of the drug,
6   that may well have an acute increase, but it may well lead to
7   problems later.  And that is what we have found in a study we
8   published in 2006 in the journal Human Psychopharmacology
9   called Dancing Hot on Ecstasy.
10  Q.  So actually in assessing the harms of MDMA, is it actually
11  more important to assess them in the environment this which
12  MDMA is typically used?
13  A.  I think it is probably more damaging in the hot
14  environments of raves than it is in the laboratory.  What we
15  found there was that people who danced continuously or felt hot
16  reported more problems the days afterwards.
17  Q.  You were asked about the Soar et al. study?
18  A.  Right.
19  Q.  And could you describe what the methodology and the
20  conclusions of that study were briefly?
21  A.  I hadn't read that study for many years, so I am afraid I
22  can't answer that.
23  Q.  Professor Parrott, I think you spoke with counsel about the
24  question of whether there is recovery to the serotonin neurons.
25  Can you explain whether there is recovery and whether recovery

0C7UMCC3                          Parrott - redirect

1  proceeds to baseline, whether there is full recovery, how that
2  occurs?
3  A.  It is my understanding, based on the Reneman review of
4  2006, people were still impaired.
5  Q.  Is that in each of the studies that Reneman looked at?
6  A.  My recollection of Reneman review was that they found
7  consistent finding for damage.
8  Q.  Does that imply anything to you with regard to whether
9  there is recovery at the baseline?
10  A.  As I say, the studies have yet to be performed to follow up
11  users over many times, but certainly the studies covered in
12  various views which are on current users or people who have not
13  used for a fairly moderate period of time rather than long
14  period of time, show that the deficits are there.
15  Q.  You mean that the deficits remain?
16  A.  The deficits are there for the limited period of time that
17  people have studied.
18  Q.  Could you tell us how, with respect to the deficits in
19  serotonin transporter and the axon damage, has there been any
20  kind of significant change in the scientific consensus of
21  scientific opinion prior to 2001 versus after 2001 and up to
22  the present?
23  A.  Well, prior to 2001, the evidence is very limited, but
24  since then, the broad general findings have been confirmed.
25  Q.  And those findings are?

0C7UMCC3                        Parrott - redirect

1    A.  That reduced serotonin in the cerebral hemispheres in many
2    studies and some studies also show deficits in the subcortical
3    deficits of the limbic system, but not all studies show that.
4    Q.  I think that you were asked about Kish and your conclusion
5    that Kish didn't find a global decrease in SERT.  What does
6    that mean?
7    A.  Well, in Kish's discussion he said, we predict to find
8    deficits in the striatum, which is a part of the limbic system.
9    They didn't find that, and they were surprised by that because
10   Buchert had found that and McCann had found that.
11            So they then looked at the McCann and Buchert papers,
12   and they hypothesized that it may well be because Buchert and
13   McCann had used heavier users and that there are a couple of
14   sentences in the Kish report which says that there were some
15   indications in the Kish study that their heavy users may well
16   have had the start of a deficit in the striatum, but they
17   didn't present any data, it was just a sentence in the
18   discussion.
19   Q.  Did Kish find that other parts of the brain were affected?
20   A.  Kish found that all areas of the cerebral cortex were
21   affected and the hippocampus.  So those were the two brain
22   areas but, obviously, the cerebral cortex is the vast majority
23   of the brain.
24   Q.  What Kish found was there were some parts of the brain that
25   were not affected but other parts were certainly affected?

0C7UMCC3                        Parrott - redirect

1   A.  Yes.  So the traditional areas for deficits were confirmed
2   in the Kish study.  And one finding they found was that the
3   insular which is a very small part of the brain in the region
4   between the frontal cortex and the temporal lobes.  It is a
5   tiny area.  The reduction there was 51 percent, which is a very
6   big reduction.
7          And they say that is important for awareness, which I
8   was intrigued by because in the Helen Fox study published in
9   2001, we found that Ecstasy users had memory problems and
10  reported that they didn't have problems related to Ecstasy.  So
11  when I saw that, I was quite intrigued as to whether that might
12  explain some of the Fox findings.
13  Q.  Counsel also asked you about some of the neurocognitive
14  studies and whether they controlled for confounding factors.
15         Let me just run through very quickly the sort of the
16  major areas that we talked about and ask you about whether
17  there are studies with respect to each of them that did sort of
18  control for polydrug use.
19         Verbal memory?
20  A.  They have investigated it, yes.
21  Q.  They have controlled for polydrug use?
22  A.  They have investigated the effects of polydrug use and find
23  the deficits despite controlling for polydrug use.
24  Q.  Is the same true for prospective memory?
25  A.  I believe Heffernan has controlled for that, yes.  And the

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C7UMCC3                    Parrott - redirect

1    Reneman study had co-use of cannabis as a co-variant because
2    they were heavy users of cannabis, and in Reneman they
3    controlled for co-variants but the deficits still remained with
4    respect to memory, yes.
5    Q.  Executive function?
6    A.  I am sure there have been studies.  I can't recall --
7    Q.  I think that you were asked on cross-examination about the
8    Fox study.  Could you just explain the methodology of Fox and
9    what was actually found in that study?
10   A.  Fox et al., 2001 I have already talked about.  This is Fox
11   et al., 2002.  And she had the very good idea of comparing the
12   cognitive profiles of Ecstasy users versus those with brain
13   damage.  And so she linked to Barbara Sahakian from Cambridge
14   University who had given the CANTAB, Cambridge Automated
15   Neuropsychological Test Battery to various groups of brain
16   damaged patients at Cambridge University.  And they had
17   different profiles for people with different areas of brain
18   deficits.
19           And when Helen did her 2002 study published in
20   Psychopharmacology, she found the deficits of the Ecstasy users
21   were similar to those with temporal lobe damage.  That is the
22   area of the brain which was the side which was responsible for
23   memory, closely linked with hippocampus action.  But she didn't
24   find deficits in tasks, frontal deficits, which we had expected
25   but that didn't occur in that study.

0C7UMCC3                      Parrott - redirect
1   Q.  But she did find some deficits?
2   A.  She found deficits similar to those with people with
3   temporal lobe brain damage, yes.
4   Q.  Counsel asked you about your 2006 review paper?
5   A.  Yes.
6   Q.  In that paper, counsel sort of related that you had
7   provided some examples in that paper of evidence showing lack
8   of impairment?
9   A.  Right.  In the 2006 review.
10  Q.  But did you cite studies in that paper showing impairment?
11  A.  Oh, yes.
12  Q.  So really what was the purpose in writing the paper?
13  A.  It was to try to look at some theoretical reasons why we
14  have such variance in findings.  As I think I mentioned
15  earlier, a lot of the papers could be explained in terms of
16  whether people were light or heavy users and, also, the
17  co-various drugs were often modulated for findings in very
18  complex ways.
19  Q.  The cognitive deficits that we have talked about this
20  morning, would they have an effect on people's everyday lives?
21  A.  I am afraid so, yes.  I have mentioned the prospective
22  memory.  If I can give a sort of case report --
23  Q.  Can I just ask, because counsel related that some of the
24  findings were that there was significant impairment,
25  significant statistically, but still within normal range.

```
0C7UMCC3                    Parrott - redirect
```

1    A.   Right.
2    Q.   Can you comment on that?
3    A.   If I can give an example, in 1999, when we were still at
4    the early stage of doing these studies, we had someone phone up
5    the laboratory and said they wanted to be tested.  My research
6    assistants were busy and they could only come in the evening,
7    so I stayed behind at the office and met this Ecstasy user and
8    his girlfriend.  And he was very interesting.  I ended up
9    interviewing him for a couple of hours.
10            He was a regular user of Ecstasy, had used for a
11   couple of years and he then went on holiday, and he used
12   Ecstasy every night, and he took it and partied.
13            I don't know if I am allowed to swear in court, but he
14   said to me, "I woke up one morning and realized that I had
15   fucked my brain up" -- direct quote.
16            I said, what do you mean by that?
17            He said, well, I just couldn't remember anything.  And
18   he said, I was really scared.  And over the ensuing days, my
19   memory came back.  But since then I have not taken Ecstasy.
20            I said, how long ago was that?
21            He said nine months.
22            I said, why did you come to see us today?
23            And he said, well, my girlfriend has been nagging me
24   to see somebody because he kept on having these severe memory
25   lapses.

0C7UMCC3                        Parrott - redirect

1              And I said, why did you come to see me what made you
2    come?
3              He said, last week I was at a business meeting.  And
4    he runs a music business with a friend and they had a business
5    colleague come and chat with them.  And he said he greeted them
6    at the door, put out his hand, went to shake his hand and said,
7    hi, my name is - and he had forgotten his own name.
8              And he then said my name is Bob -- and he had
9    forgotten his own name -- which is a friend of his business
10   partner.  So Bob looked at him, and the guy shaking his hand
11   looked at him and as he said to me, I didn't get the contract.
12   But he said, then I realized I had problems.
13             So I tried to interview him.  I tried to offer him
14   help.  I offered him to come back, but he wanted instant -- he
15   said, can you solve my problems?  I want you to solve it?
16             I explained I couldn't.  So if he had come back, I
17   would try to link him up with psychiatry and a therapy group,
18   try him with memory strategies, etc., but he didn't come back,
19   although I had urged him to.
20             That's the most severe example.  And it was then that
21   I realized that these memory problems can be quite marked.
22   They were just not trivial.  Some people are suffering.
23   Q.  So does the fact that somebody's memory may sill be within
24   the "normal" range, does not that mean it does not have any
25   practical effect on their practical day-to-day abilities?

0C7UMCC3                    Parrott - redirect
1    A.  Certainly in some people it does have practical adverse
2    effects.  I also asked him about cannabis.  He tried it and he
3    didn't like it.  He said that the only drug he took regularly
4    was Ecstasy.  He liked Ecstasy, but he wasn't a polydrug user.
5              MR. KOBRE:  Just one more moment.
6              THE COURT:  Take your time.
7              MR. KOBRE:  Nothing further, your Honor.
8              THE COURT:  Mr. Michaelman, do you have more than a
9    few questions on recross?
10             MR. MICHAELMAN:  Not more than a few.
11             THE COURT:  Then why don't you proceed now.
12   RECROSS EXAMINATION
13   BY MR. MICHAELMAN:
14   Q.  Dr. Parrott, just briefly, on the question of heavy users
15   which is discussed on the redirect, just because heavy users
16   are available for studies doesn't mean that whoever comes to
17   the studies is necessarily representative of users in the
18   population as a whole, correct?
19   A.  Yes.
20   Q.  Just to reiterate something you said on redirect, you
21   actually don't know what percentage of users are heavy users?
22   A.  No.
23   Q.  Finally, just on the issue of controlling for preexisting
24   conditions such as psychological problems, if a study has not
25   controlled for preexisting psychological problems and then test
                    SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

```
        0C7UMCC3                    Parrott - cross
1       users and then finds harms, we don't know whether the harm
2       comes from the use or the prior psychological problems, is that
3       fair to say?
4       A.  Yes.
5                   MR. MICHAELMAN:  Thank you.
6                   THE COURT:  Anything further?
7                   MR. KOBRE:  No, your Honor, thank you.
8                   THE COURT:  Dr. Parrott, I have some questions for
9       you, but I think that I am going to put them to you after our
10      luncheon recess.  Are you able to return after the luncheon
11      recess?
12                  THE WITNESS:  Yes.
13                  THE COURT:  Can we resume at 2:10, take a somewhat
14      shorter --
15                  MR. MICHAELMAN:  Of course, your Honor.  I would even
16      be fine with starting at 2.
17                  THE COURT:  What about the defendants?
18                  MR. RORTY:  2 o'clock is fine.  That will help insure
19      that we conclude today.
20                  THE COURT:  Obviously, if it is necessary for us to
21      work beyond 5 o'clock to complete the hearing, we will do so
22      because I am sure that these folks have schedules and planes to
23      catch, among other things.
24                  MR. CHUNG:  That they do.
25                  THE COURT:  At this juncture, do the defendants
```

```
        0C7UMCC3                    Parrott - cross
 1      anticipate recalling either of your experts at the conclusion
 2      of the government's presentation?
 3                  MR. RORTY:  Not at this juncture, but that is subject
 4      to Professor Hanson's testimony.
 5                  THE COURT:  Then we will take an abbreviated lunch.  I
 6      will see you all at 2 o'clock.
 7                  You may step down.
 8                  (Witness excused)
 9                  (Luncheon recess)
10
11                  (Continued on next page)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

287

```
0C74MCC4                    Parrott
```

```
 1                         AFTERNOON SESSION
 2                           (2:00 p.m.)
 3              THE COURT:  Dr. Parrott, prior to your engagement by
 4    the government in connection with this matter, were you
 5    familiar with the Sentencing Commission report to Congress in
 6    2001?
 7              THE WITNESS:  No, your Honor.
 8              THE COURT:  You have reviewed the Sentencing
 9    Commission report?
10              THE WITNESS:  Right.
11              THE COURT:  The Sentencing Commission placed
12    significant weight on studies by George Ricaurte.  Have those
13    studies been discredited?
14              THE WITNESS:  There was one study by Ricaurte in
15    Science which was retracted where he reported dopamine
16    neurotoxicity and that was retracted, yes.
17              THE COURT:  Is there any other science that's cited in
18    the Sentencing Commissions report that does not hold true today
19    from your perspective?
20              THE WITNESS:  No.  I believe the main conclusions are
21    consistent.
22              THE COURT:  In preparing for your testimony here, have
23    you become familiar with the sentencing guidelines?
24              THE WITNESS:  I have had seen them, yes.
25              THE COURT:  You understand that there is a methodology
```

0C74MCC4                    Parrott

1    utilized by the Sentencing Commission for determining
2    equivalent drug weights for the purposes of imposing sentence?
3              THE WITNESS:  Right.
4              THE COURT:  Do you recall in the report that the
5    Sentencing Commission said it shows a greater penalty structure
6    for MDMA than for powder cocaine?
7              THE WITNESS:  Right.
8              THE COURT:  The Sentencing Commission did so for three
9    principal reasons which I would like to ask you about.  The
10   first reason that the Sentencing Commission proffered was, and
11   I will quote, unlike MDMA, powder cocaine is not neurotoxic.
12   Do you agree with that conclusion?
13             THE WITNESS:  I have not studied cocaine so I can't
14   really answer that.  I don't believe cocaine is neurotoxic, but
15   I have not looked at that literature.
16             THE COURT:  In your work with MDMA have you become
17   familiar with the marketing of MDMA?
18             THE WITNESS:  I have not really done research into
19   that, no.
20             THE COURT:  The second reason that the Sentencing
21   Commission offered to Congress was that powder cocaine is not
22   aggressively marketed to youth in the same manner as MDMA.  I
23   take it that you are not in a position to express any opinion
24   at all with respect to that point?
25             THE WITNESS:  Yes, I cannot.

0C74MCC4                    Parrott

```
 1              THE COURT:  But can you tell me something about what
 2   the age profile is for a typical MDMA user?
 3              THE WITNESS:  Typically late adolescence early
 4   adulthood.
 5              THE COURT:  How does that compare to other drugs,
 6   especially cocaine?
 7              THE WITNESS:  In the U.K. I think the target audience
 8   is fairly similar.
 9              THE COURT:  The Sentencing Commission offered as its
10   third reason that powder cocaine is only a stimulant but MDMA
11   acts not only as a stimulant and a hallucinogen.  Do you recall
12   reading that?
13              THE WITNESS:  I read that, yes.
14              THE COURT:  You heard Dr. Halpern's testimony
15   yesterday that the notion that a stimulant plus a hallucinogen
16   means something more than just a stimulant?
17              THE WITNESS:  Right.
18              THE COURT:  Do you agree that the fact that MDMA is
19   both a stimulant and a hallucinogen is a matter of significance
20   in comparing it to cocaine?
21              THE WITNESS:  Its main effects are as a stimulant.
22   The hallucinogenic properties are really quite mild.
23              THE COURT:  Would you characterize MDMA as a
24   hallucinogen?
25              THE WITNESS:  As I say, it can have hallucinogenic
```

```
         0C74MCC4                    Parrott
 1   properties but they are very mild compared with the standard
 2   hallucinogens.  I would characterize MDMA as a stimulant and
 3   energetic stressor rather than a hallucinogen.  I think those
 4   aspects are quite mild.
 5               THE COURT:  How many doses per gram are there in a
 6   gram of MDMA?
 7               THE WITNESS:  How many tablets?
 8               THE COURT:  Yes.
 9               THE WITNESS:  In the U.K. it's thought to be around
10   about 70 milligrams per tablet.
11               THE COURT:  Is that the average, about 70 milligrams?
12               THE WITNESS:  That's the estimate.
13               THE COURT:  As part of your work have you ever
14   conducted any chemical analysis on tablets to determine what
15   the weight composition of MDMA is?
16               THE WITNESS:  No.
17               THE COURT:  Does an Ecstasy user typically take only
18   one Ecstasy pill?
19               THE WITNESS:  No.  They take one as the first instance
20   typically, but then they typically increase their dosage.  So,
21   regular users may well take 2 or 3 tablets.  As they become
22   heavier they might take 6 tablets.  Occasionally people take 10
23   or more.
24               THE COURT:  Would they take those tablets all at one
25   time?
```

0C74MCC4                    Parrott

1           THE WITNESS:  It varies.  Generally they take them
2   successively.  Heavy users might take a couple of tablets to
3   start with then one a few hours later, one after that
4   successively.  They also take MDMA powders, particularly if
5   they are experienced users.  That's in a larger amount.
6           THE COURT:  Can you tell me how many doses there are
7   in a gram of cocaine?
8           THE WITNESS:  No, I am afraid not.
9           THE COURT:  How about marijuana?
10          THE WITNESS:  Again, I am not sure.
11          THE COURT:  In determining the harm posed by MDMA, is
12  it appropriate in your view to consider emergency room visits
13  or deaths associated with the use of the drug?
14          THE WITNESS:  Yes, that could be a factor, yes.
15          THE COURT:  In your view is cocaine more dangerous or
16  less dangerous than MDMA?
17          THE WITNESS:  The problem with cocaine is it's far
18  more addictive than MDMA.  The problems of cocaine use is far
19  more apparent.  It's basically what you see is what you get
20  with cocaine.  You see problems.  MDMA is a far more subtle
21  drug, so the dangers of MDMA are more pervasive on a wider
22  range of functions.  But people will be impaired in various
23  things but it won't be as severe as many of the problems of
24  cocaine, particularly in terms of addictiveness.  It's a
25  difficult question to answer.

292

0C74MCC4                    Parrott

1          THE COURT:  I understand it's a difficult question; I
2    have to press you on it.
3          THE WITNESS:  Right.  We have done a recent survey
4    where cocaine use has become more prevalent in the U.K., just a
5    couple very small studies, very small end.  We asked people,
6    cocaine users and Ecstasy users, the same set of questions.  In
7    this study the damage and acute effects of the drugs are quite
8    similar.  They both reported memory problems.  But the midweek
9    problems were more marked in the Ecstasy users.  I think MDMA
10   has more enduring effects over time, particularly in recovery.
11         But there is large literature showing cocaine is more
12   addictive and its addictive properties in that aspect make it
13   more problematic.  Some of our Ecstasy users in the interviews
14   conveyed problems getting into work on Monday, stuff like that,
15   which you tend to get in connection with cocaine and with MDMA,
16   but it's duration of the recovery period.
17         THE COURT:  Have you familiarized yourself with some
18   of the studies that have been submitted to the court showing
19   that the number of emergency room visits relating to cocaine
20   far exceed the number associated with MDMA?
21         MR. MICHELMAN:  I have seen that literature.  One
22   aspect of that is MDMA is often taken at raves and you often
23   get triage at raves so you have paramedics attending raves.
24   The burning man festival was mentioned earlier, so you have
25   medics there.  It may well be a fair number of MDMA users visit

```
        0C74MCC4                    Parrott
 1   the paramedics then rest and then recover in that medical sense
 2   which is possibly not recorded on hospital data.  That may be a
 3   factor; I don't know.
 4              THE COURT:  You mention in your testimony that MDMA's
 5   properties may be enhanced by heat?
 6              THE WITNESS:  Right.
 7              THE COURT:  By being in a warm place?
 8              THE WITNESS:  Right.
 9              THE COURT:  Are there any studies that have compared
10   whether there is more MDMA use in a warmer climate or during
11   the summer as opposed to the winter?
12              THE WITNESS:  I don't know those studies.
13              THE COURT:  The defendants' experts have argued that
14   MDMA fatalities are rare.  Do you agree with that?
15              THE WITNESS:  Yes.
16              THE COURT:  In determining the harm posed by MDMA, is
17   it appropriate to consider the potential for addiction?
18              THE WITNESS:  Yes.
19              THE COURT:  There was also reference to a study that
20   you conducted of ranking the drugs by the degree of harm and
21   would you just report to me what it was that you concluded in
22   that study about MDMA in comparison to cocaine?
23              THE WITNESS:  Cocaine was ranked second.  I ranked
24   MDMA fifth in that paper.
25              THE COURT:  What were the other drugs you ranked if
```

294

0C74MCC4                    Parrott
1   you can recall from one up to five.
2               THE WITNESS:  I would have to check the paper.  It
3   included things like tobacco, CAT, which is a herbal stimulant,
4   methadrone I think was another one.  I don't think we had
5   methamphetamine, but I can't recall anymore.
6               THE COURT:  Dr. Curran testified that the prevailing
7   consensus regarding the neurocognitive effects of MDMA is that
8   MDMA causes relatively minor but statistically significant
9   neurocognitive effects.  Do you do agree with that?
10              THE WITNESS:  In light and moderate use the effects
11  are significant and quite mild; in heavy users they are
12  slightly stronger.
13              THE COURT:  When you use the word significant there,
14  you are referring to statistical significance --
15              THE WITNESS:  Yes, I mean --
16              THE COURT:  -- or not.  Tell me what you are referring
17  to.
18              THE WITNESS:  Well, both.  So, it is statistically
19  significant, but it does have everyday lifetime implications.
20  So, for instance, with respect to memory, if you are missing
21  appointments with your boss, your boss is not going to be too
22  happy, and so it has everyday implications.  It may not be
23  major implications but it certainly is going to adversely
24  affect your lifestyle if you are missing a proportion of future
25  memory appointments.
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

295

0C74MCC4                    Parrott

1              THE COURT:  Yesterday Dr. Curran analogized it to
2    having a grocery list with 30 items and forgetting one item --
3              THE WITNESS:  Right.
4              THE COURT:  -- at the end of the day and she
5    characterized that, let me characterize it as minimal.  I think
6    she said that it fell within the normal range of functioning.
7    My question for you is do you agree with that analogy by Dr.
8    Curran that the cognitive impairments, while they are there and
9    they are statistically significant, they still fall within the
10   range of normal everyday functioning?
11             THE WITNESS:  If I can cite and reply the Morgan study
12   that looked at former users.  They controlled to record 8.5
13   items of information.  The former Ecstasy users in that study
14   reported 4.5 items of information.  That was a fairly
15   substantial relative deficit.  Certainly interviewing Ecstasy
16   users, they do report practical implications of memory loss is
17   adversely affecting their everyday life.
18             THE COURT:  Do you agree with Dr. Halpern's testimony
19   yesterday that the brain changes noted in MDMA users are
20   comparable to FDA-approved SSRIs?
21             THE WITNESS:  No.
22             THE COURT:  Can you explain why not.
23             THE WITNESS:  I think that the deficits, if you got
24   these deficits in a prescription medicine, it would never be
25   passed.  We focus on the neurocognitive.  There are other
                      SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300

296

0C74MCC4                    Parrott

1   deficits.  One thing we have not mentioned is sleep apnea.  In
2   a study by McCann, she recorded an increase of sleep apnea in
3   young Ecstasy users and sleep apnea is traditionally a disorder
4   of middle-aged overweight predominantly males.  And they found
5   it in young not-overweight Ecstasy users.
6           The thoracic surgeons involved in the study were not
7   surprised.  They said serotonin is involved in the control of
8   breathing, including breathing during sleep.  That's a genuine
9   practical problem for youngsters.  It's not just cognition.
10  It's the Connors immune incompetence.  It's the reduction in
11  efficiency of white blood cells, those sorts of things,
12  hormonal changes.  MDMA is a very powerful drug; it affects a
13  whole range of neurotransmitters.  We focused on serotonin.  It
14  also stimulates dopamine and that has adverse effects.
15          So it's a very different drug from cocaine.  It's very
16  different to quantify.  The effects of MDMA are more subtle.
17  In my assessment they are more pervasive because of a general
18  lowering of cognition and bodily functioning.  In a recent
19  study, Scully et al. published 2010, which was looking at hair
20  analyses primarily, we asked about happiness ratings in Ecstasy
21  users and they were lower than the controls.  This fits in with
22  the earlier study of Parrott and Lasky whereas the weight
23  Ecstasy users take and you may feel better, paradoxically over
24  the week they feel worse because the positive effects last a
25  few hours, the negative effects last a few days.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C74MCC4                    Parrott

1        If you've got a regular Ecstasy user their overall
2   moods are overwhelming.  In the same study we found high stress
3   levels in Ecstasy users, self-reported stress.  So this regular
4   stress, energetic stress of regular MDMA use is leading to a
5   range of subtle but damaging effects upon human functioning.
6   It's not just neurocognition; it's other everyday happiness,
7   sleep, occupational problems have been related, interpersonal
8   problems.  Also when you become a heavy user, aspects of
9   dependency, people spend too much time.
10        In the conference paper in Australia, the conference I
11   organized in Australia this summer, there was a paper by a user
12   group.  They reported financial problems, that they were
13   spending so much money on Ecstasy that when eventually they
14   quit in their mid to late 20s, they didn't have the money, they
15   hadn't got any savings because they had been spending their
16   money on Ecstasy over those period of years.  As they became
17   tolerant, they were spending more and more of their money on
18   the drug.  So it's a wide range of issues to consider.
19        THE COURT:  There also has been testimony from various
20   witnesses about recovery.  What is the prevailing consensus
21   regarding recovery of the brain in years following MDMA use?
22        THE WITNESS:  This isn't really my area.  I have been
23   reading this area before this meeting, so I am rather limited
24   on the papers.  I have not really read the papers on recovery.
25   But talking to Valerie Curran at lunch, she said there were

0C74MCC4                    Parrott

1   papers indicating recovery.  I am not really aware of those
2   papers.  But I was more aware of the paper showing damage, the
3   Kish paper.  I think that's something I would like to clarify
4   for myself.
5            THE COURT:  On cross-examination today you talked
6   about studies and sample sizes where if there is a harmful
7   effect that's reported, it may be more likely that a smaller
8   study will be published than if a similar-sized study did not
9   show any harmful effects.  My question is do you find that that
10  is true with respect to all drug studies?
11           THE WITNESS:  I think that's true with any scientific
12  trial.  If you have a small sample size, any journal is likely
13  to reject it; they like a larger sample size.
14           THE COURT:  I appreciate that point.  I am moving to
15  the next point which was that it's more likely that a smaller
16  sample-sized study would be published in a journal if it showed
17  a negative or harmful effect as opposed to a similarly sized
18  study that didn't showed such an effect.
19           THE WITNESS:  There is a statistical reason for that
20  in that it's called the power of the effect.  If you have a
21  small sample and you show an effect, that means you have a
22  genuine validity of that study to generate the finding.  If you
23  have a small sample and you don't defect the effect, it may
24  well be because statistically there is not enough power in that
25  design.  So there is a reason why you would have a biased

```
          0C74MCC4                    Parrott
 1   publication rate for small studies.  They are more likely to
 2   accept positive results rather than negative for that
 3   statistical reason.
 4             THE COURT:  Thank you, Dr. Parrott.  Do counsel have
 5   any questions they would like to pose to Dr. Parrott in view of
 6   the court's inquiry.
 7             MR. MICHELMAN:  We have a few, your Honor.
 8             THE COURT:  All right.
 9   RECROSS EXAMINATION
10   BY MR. MICHELMAN:
11   Q.  You mentioned that the 70 milligram dose was the usual dose
12   for a tablet?
13   A.  Right.
14   Q.  A human might begin with one dose or maybe over the course
15   of night take 2 or 3?
16   A.  Right.
17   Q.  So in terms of a measurement we have talked about over the
18   course of the last two days, milligrams per kilogram, what
19   would one tablet of 70 milligrams translate to in terms of
20   milligrams per kilogram in an average human?
21   A.  I need pen and paper to work that out.  Sorry, 70
22   milligrams, I guess 70 kilograms, an average person --
23   Q.  70 kilograms is about 150, 160 pounds?
24   A.  Yes.  We are bit smaller in Europe.
25             THE COURT:  We supersize everything over here.
```

300

0C74MCC4                    Parrott - recross

1   Q.  About 1 milligram per kilogram would be a typical human
2   dose?
3   A.  Yes.
4   Q.  The judge asked you about conclusions in the 2001 report
5   and whether they hold true.  Some of the science there relied
6   on animal studies where the animals were given much higher
7   doses in terms of milligrams per kilogram; 10, 20 milligrams
8   per kilogram.  Would you agree that those doses are no longer
9   representative of average human use?
10  A.  If you use interspecies scaling, the standard
11  pharmaceutical formula, then the dosage would be within that
12  range.  But there are some studies since that, I can't recall
13  the names, but a paper published in 2006 or 2007 by animal
14  researchers where they had used lower doses with animals and
15  they found deficits with the animals with lower doses.
16  Q.  In terms of the propriety of the dosing, you are aware that
17  the principles of interspecies scaling used by Ricaurte and
18  others around 2001 have come under serious criticism?
19  A.  I believe the same interspecies scaling formulas are still
20  used by the pharmaceutical industry today as they were then; I
21  don't think they have changed.
22  Q.  In spite of criticism by Dr. Baumann of NIH?
23  A.  I am not aware of that, my understanding.
24  Q.  You mentioned with respect to the ER data that that might
25  be useful to consider in terms of the harms of MDMA but that we

301

0C74MCC4                    Parrott - recross
 1   couldn't rule out the possibility that Ecstasy users would be
 2   attended to by paramedics rather than emergency rooms?
 3   A.  Right.
 4   Q.  But that's just really speculation on your part?
 5   A.  It was a paper by Suy et al., a Dutch group who went to a
 6   as massive Dutch rave in 1999.  They had a triage, medical
 7   triage.  They treated about 150 people at the rave.  I think
 8   they reported that none of those people needed then to go to
 9   hospital.  So the triage of a rave was dealing with the
10   problems.
11   Q.  Are there any studies then showing the degree to which
12   potential emergency room visitors out of an MDMA user
13   population would be diverted to triages at raves and then not
14   go to an emergency room?
15   A.  I don't know of other systematic surveys.  I just know that
16   it's a fairly common phenomenon at raves to have these medical
17   facilities.
18   Q.  You mentioned the Morgan study to discuss cognitive
19   impairment.  What is the date of that study?
20   A.  Morgan, 2002, I think.
21   Q.  On cross-examination you spoke highly of the NextC study
22   which was a large prospective human study in the Netherlands
23   published in 2007?
24   A.  Thelma Schilt, yes.
25   Q.  So that's a pretty good study?

302

0C74MCC4                    Parrott - recross

1   A.  Yes.
2   Q.  I believe that's where Dr. Curran got her one item out of
3   the grocery list of 30 words from?
4   A.  I think in that study, I am not sure where she got the one
5   in 30; it may well be that study.
6   Q.  The later human prospective study supports Dr. Curran's
7   conclusion that the effect would be as slight as one item out
8   of 30?
9               MR. KOBRE:  Objection.
10              THE COURT:  Sustained.
11  Q.  Would the Schilt paper support the notion that an Ecstasy
12  user might only forget one item out of the list of 30?
13              MR. KOBRE:  Objection.
14              MR. MICHELMAN:  On what grounds.
15              THE COURT:  No.  Sustained as to form.
16  Q.  Are you familiar with the Schilt study?
17  A.  Yes.
18  Q.  In your view would the Schilt study support the conclusion
19  that an MDMA user might forget only one item out of a grocery
20  list of 30?
21              MR. KOBRE:  Objection.
22              THE COURT:  Overruled.  He talked about another study.
23  He talked about a study on direct and on my examination where
24  there were 8.5 items and an Ecstasy user only could remember
25  4.5.  We have had testimony about this grocery list and it's in
                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

565d16001b81b330

0C74MCC4                    Parrott - recross
1    the study.  I think he can comment on it.
2            MR. KOBRE:  I think the witness testified that he
3    didn't really recall the contents of the Schilt study.
4            THE WITNESS:  I do recall the Schilt study.
5            THE COURT:  There we are.
6    A.  The Schilt study involved youngsters, I think 16 and 17
7    year-olds, and they used 3 tablets.  So, after 3 tablets, if
8    they have a memory loss of one word is quite impressive.
9    Q.  But that's what the study showed?
10   A.  Yes.
11   Q.  My final question is about the possibility of long-term
12   cognitive impairment.  You mentioned you believe Ecstasy does
13   cause functional cognitive impairment in individuals.  You gave
14   us examples, some anecdotes from your own experience where
15   study participants might forget to turn up for studies or
16   forget their own names.  Are there any studies supporting this
17   phenomenon or are you just relying on those anecdotes?
18   A.  Again, the Morgan study which I cited earlier would be
19   empirical support.
20   Q.  For long-term?
21   A.  For long-term.  These are former users who recalled on
22   average 4.5 items of information compared with the controls who
23   recalled on average 8.5.
24   Q.  You would stand by that in spite of the Schilt study?
25   A.  They are independent studies; they are unrelated to each
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

304

```
0C74MCC4                    Parrott - recross
```

1   other.  They both have got their own function, yes.  The Morgan
2   people had used a lot more Ecstasy.
3   Q.  That's interesting.  So would you consider the Morgan
4   participants heavy users?
5   A.  They have been using, yes, I can't remember whether they
6   were users.  I think it was just a one standard use group.  It
7   was one group of former users.
8   Q.  Had they been heavy users?
9   A.  I can't recall their criteria in the paper.
10              MR. MICHELMAN:  Thank you.
11              MR. KOBRE:  Just one.
12  Q.  Has the Morgan study been called into question at all or
13  been discredited?
14  A.  No.
15              MR. KOBRE:  That's all.
16              THE COURT:  Thank you.
17              You may step down.  You are excused.S.
18              (Witness excused)
19              THE COURT:  Would the government call its next
20  witness.
21              MR. CHUNG:  The government calls Glen Hanson.
22   GLEN ROY HANSON,
23        called as a witness by the Government,
24        having been duly sworn, testified as follows:
25  DIRECT EXAMINATION

```

305

0C74MCC4                         Hanson - direct
1    BY MR. CHUNG:
2    Q.  Tell us about yourself; tell us about your education.
3    A.  I have a PhD in pharmacology and toxicology that was
4    received at the University of Utah.  I have a DDS degree, a
5    doctorate in dental surgery, that I received at UCLA.  I did a
6    postdoctoral fellow at NIH in neuropharmacology.  I am
7    currently a full professor, a tenured professor at the
8    University of Utah, director of the Utah Addiction Center,
9    senior advisor to the director of the National Institute on
10   Drug Abuse at NIH, which is the National Institutes of Health
11   in Washington, D.C.
12   Q.  National Institute on Drug Abuse otherwise known as NIDA?
13   A.  NIDA, that's correct.
14   Q.  What other affiliations have you had with NIDA?
15   A.  I was director of the division of neurobiology and
16   behavioral science research and I was the acting director of
17   the institute from 2001 to 2003.
18   Q.  What is NIDA?
19   A.  NIDA is a federal agency.  It's one of the NIH institutes.
20   It has the charge or mission to fund research from very basic
21   molecular genetic-type of research all the way up to clinical
22   or translational research with the intent of identifying issues
23   and biologies and hopefully therapeutics that would be useful
24   in treating problems associated with drug abuse.
25   Q.  Is it true that NIDA is the single biggest funding source
                       SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

306

0C74MCC4                         Hanson - direct
1   for those subject areas that you just catalogued?
2   A.  That's correct.  NIDA funds approximately 85 percent of the
3   research that relates to substance abuse in the world.
4   Q.  What are your general areas of research?
5   A.  My particular specialty are the psychostimulants in
6   particular.  We research amphetamine or phenylethanolamine
7   drugs.  So that would be amphetamine, methamphetamine, MDMA or
8   Ecstasy, and analogs associated with those drugs.  We also look
9   at cocaine and we have done research on PCP, heroin, and we are
10  also interested in some neurobiological things that relate to
11  diseases such as schizophrenia and Parkinson's Disease.
12  Q.  When did you start researching MDMA in particular?
13  A.  We became interested in MDMA in 1985, '86, when the first
14  epidemic of Ecstasy abuse was occurring that started in Europe
15  and had moved across the ocean.  We were seeing a significant
16  use by young adult populations.  Because of its apparent
17  relationship, molecular relationship to the amphetamines, we
18  were interested in what it might look like as pharmacology and
19  its short and long term effects on neurosystems.
20  Q.  You have been researching MDMA for the last 25 years?
21  A.  That's correct.
22  Q.  Have you published any studies or papers relating to MDMA's
23  physical effects?
24  A.  In 25 years I would hope we got something on it.  Yes, we
25  have published 30 to 40 papers that have been in scientific
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

0C74MCC4                         Hanson - direct
1   peer reviewed journals.
2   Q.  Are you yourself on the editorial boards or boards of any
3   peer reviewed journals?
4   A.  Yes, I review for many of the top pharmacology and
5   neurobiological journals.
6   Q.  As you probably heard there has been quite a bit of
7   testimony and questions about the sentencing guidelines here as
8   they relate to MDMA.  Are you familiar with the sentencing
9   guidelines or just generally familiar with what they are?
10  A.  I am.  I read the document that you provided and I have had
11  previous experience with the process early on.
12  Q.  Is that the May 2001 Sentencing Commission report regarding
13  MDMA drug offenses?
14  A.  That's correct.
15  Q.  Let's go over that report which you had an opportunity to
16  review.  Have you ever, did you ever testify in front of the
17  commission or Congress regarding this very topic, MDMA drug
18  offenses?
19  A.  I have testified concerning the effects of MDMA, its
20  pharmacology and the status of the science at the time.
21  Q.  When was this?
22  A.  This was 2001 and 2002.
23  Q.  There are a couple, a handful of excerpts that I am going
24  to read almost word for word.  I ask you to comment on them.
25  On page 8 of the document, the first full paragraph, and the

308

0C74MCC4                    Hanson - direct
1    third sentence of that paragraph:
2              A comprehensive review of the scientific literature
3    reports findings from multiple scientific studies describing
4    symptoms of acute toxicity from MDMA use, including mental
5    status changes, hyperthermia, and other symptoms associated
6    with a serotonin syndrome.
7              That a was long sentence, but do you agree at the time
8    in 2001 that that was statement was true?
9    A.  Yes.
10   Q.  How about now; is that statement true?
11   A.  Yes.
12   Q.  What is a serotonin syndrome?
13   A.  A serotonin syndrome is, as syndromes go, a constellation
14   of effects that could be caused because of a serotonin system
15   that is, I wouldn't say nonfunctional but it's functioning in
16   an abnormal way.  In this case it is likely because of enhanced
17   serotonin action, and so serotonin systems throughout the body
18   are doing things that under normal physiological conditions
19   they wouldn't be doing and can associated with cardiovascular
20   responses, with pulmonary responses, or with responses in the
21   brain.
22   Q.  Serotonin syndrome, in other words, it's not just one
23   thing, but as you said, it's a constellation of effects on the
24   body?
25   A.  That's correct.

0C74MCC4                         Hanson - direct

1    Q.  Let's goes over what is in that constellation.  Let's start
2    with hyperthermia.  Can you describe how MDMA relates to
3    hyperthermia or causes hyperthermia?
4    A.  Serotonin pathways are important in the thermal regulatory
5    process, probably to the hypothalamus.  The hypothalamus is a
6    center of controlling autonomic systems.  Autonomic systems are
7    those that respond to environment.  They help the individual
8    body adapt to the environment.
9    Q.  Is the hypothalamus part of the brain?
10   A.  Yes, it is.  So something that disrupts serotonin which has
11   input into the hypothalamus, one could imagine would interfere
12   with how the body adjusts to the environment and that would
13   include temperature.  So when we talk about hyperthermia caused
14   by drugs like MDMA and actually the same sort of thing happens
15   with other amphetamines as well, so it's not unique in that
16   property.  But what happens is if you are in a hot environment
17   the body has difficulty cooling down because that thermal
18   regulatory system has been interfered with, so the body
19   temperature goes up, and if it's not dealt with, it can be
20   became fatal or at least it can become pathologic.
21   Q.  Based on your understanding of MDMA use and MDMA's physical
22   effects on the body, why is it significant that hyperthermia is
23   experienced in hot or elevated temperature situations?
24   A.  I am not quite clear, why is it significant in terms of
25   what happens to the person?

0C74MCC4                          Hanson - direct
1   Q.  Yes.
2   A.  Well hyperthermia when it's mixed with Ecstasy or MDMA,
3   this is a combination that results in the traditional serotonin
4   damage that has been associated with Ecstasy use.  If you don't
5   have hyperthermia, then you don't see serotonin damage.  It's
6   pretty much that simple.  In fact, in laboratory animals, if we
7   take animals and put them in a very cold environment and we
8   expose them to very, very high doses of serotonin, you don't
9   get serotonin toxicity or damage.  So, one would suspect that
10  the same thing applies to humans, that is, the higher the
11  environment, the higher the body temperature, the more
12  sensitive the individual becomes to the effects of MDMA and its
13  potential consequences on neurosystems.
14  Q.  Based on your research of MDMA do you have an understanding
15  as to whether there is a typical setting in which MDMA is used?
16  A.  It's typically used or certainly commonly used in the rave
17  setting or the club scene where there is lot of dancing,
18  temperature oftentimes is elevated, and there is physical
19  exertion and heat that's generated by all of the bodies and by
20  the increased motion and activity of the individual.
21  Q.  Let's move on to another effect that you testified was part
22  of the serotonin syndrome, cardiovascular effects.  What sorts
23  of cardiovascular effects are included in this serotonin
24  syndrome?
25  A.  Serotonin also again through the hypothalamus and other

0C74MCC4                    Hanson - direct

1   mechanisms can alter the sympathetic nervous system.  In the
2   case of MDMA, you not only have the serotonin piece, but you
3   also have the norepinephrine piece which is a critical factor
4   in sympathetic systems.  For this reason you see a fairly rapid
5   and significant increase in blood pressure, in heart rate, in
6   pulse, the beats, number of beats per minute of the heart, and
7   as I said, this occurs fairly quickly to a level where you
8   would describe this person as being hypertensive if you didn't
9   know that they had been using Ecstasy.
10  Q.  As a result of heightened blood pressure and pulse, what
11  kinds of ultimate cardiovascular effects have been observed?
12  A.  They have seen arrhythmias, heart attacks, strokes that
13  have occurred in individuals that have used Ecstasy.
14  Q.  Are effects on the liver part of the serotonin syndrome or
15  can they be?
16  A.  It can be, yes.
17  Q.  What kinds of effects have been observed on the liver in
18  connection with serotonin syndrome?
19  A.  There has been damage to the liver, you have what they call
20  liver enzymes that show up when there has been damage that has
21  occurred.  These liver enzymes can go up, suggesting that some
22  degeneration or problems have taken place in the hepatic
23  structure.
24  Q.  One of the items listed in the 2001 report are mental
25  status changes.  Can you elaborate on that being part of the

312

0C74MCC4                        Hanson - direct

1   serotonin syndrome?
2   A.  Serotonin we know is a major role player in emotions and in
3   moods.  Many of our antidepressant drugs base their therapeutic
4   efficacy on the fact that they change serotonin systems.  Here
5   again it's not surprising if you have disrupted normal
6   serotonin functions, that it may have an impact on the mood
7   both in terms of when the serotonin comes out immediately after
8   you take the drug and then the consequences or what we would
9   call a withdrawal or rebound effect afterward.
10  Q.  Another statement in the 2001 report, still on page 8, last
11  paragraph, first sentence:  The potential toxicity to serotonin
12  neurons, however, has been the subject of some disagreement.
13  At the time in 2001, was that true in your observation?
14  A.  Yes.
15  Q.  How about now?
16  A.  The disagreement piece?
17  Q.  Yes.
18  A.  Yes, there is certainly some disagreement.
19  Q.  Potential toxicity of serotonin, I will cut to the chase;
20  we have been talking about neurotoxicity?
21  A.  Correct.
22  Q.  What is neurotoxicity?
23  A.  Toxicity to neurosystems and generally we focus on the
24  brain as being an example; there could be other neurosystems as
25  well.  My definition, I think a fairly generic definition of
                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

0C74MCC4                      Hanson - direct

1   toxicity implies that normal function has been compromised.  If
2   it's an acute toxicity, it has been compromised for a short
3   period of time; if chronic, it's compromised for a long period
4   of time.
5   Q.  Does neurotoxicity include, as you describe it, a potential
6   disruption in the production of serotonin?
7   A.  That's true.
8   Q.  Or some disruption in serotonin transporters or SERTs?
9   A.  Yes, that would certainly be neurotoxic.
10  Q.  Would neurotoxicity include disruption to the nervous
11  system itself?
12  A.  Yes.
13  Q.  How about what we have learned throughout the hearing as
14  axons; would neurotoxicity include effects on axons as well?
15  A.  Yes, it would.
16  Q.  What is an axon?
17  A.  An axon is fiber process that comes from the cell body of
18  the neuron or the principal braincell and it extends to its
19  target in the brain, that's usually going to be another neuron,
20  and it's the business end of the cell, that is, its
21  responsibility is to make sure that the connection is to the
22  proper place, and then when what we call neurotransmitters,
23  these are chemical messengers that are released from the
24  neurons.  They are managed at the end of the axon, a region we
25  call the terminal.  They are managed both in terms of their

0C74MCC4                          Hanson - direct

1    synthesis, their turnover, their release, and their reuptake.
2    Q.   The statement itself:  The potential toxicity to serotonin
3    neurons however has been the subject of some disagreement.  You
4    testified that you believe that was true back in 2001, the date
5    of this report, and that it's true today.
6    A.   Correct.
7    Q.   Could you describe the major issues in the disagreement as
8    to potential toxicity?
9    A.   I don't think there is any disagreement about its potential
10   to cause neurotoxicity.  That's very obvious.  It happens when
11   you administer it to animals.  That happens regardless what
12   species.  Obviously you don't have studies where you are
13   allowed to go in and administer high doses of Ecstasy and then
14   go in and dissect the brain and do molecular analysis.  We are
15   confined to using the tools that we have that won't inflict
16   harm or potential danger to the human and that's basically
17   imaging.  Very crude, it's getting better, but it's still very
18   crude, and it restricts the kinds of questions we can ask about
19   the underlying mechanisms.
20          The bottom line is can Ecstasy be neurotoxic.  It can.
21   It can be neurotoxic in a petri dish.  If I were to just take
22   Ecstasy and put it on top of braincells, if they were serotonin
23   braincells, you would see a neurotoxic effect.  It's even
24   neurotoxic if I were to put it directly onto tryptophan
25   hydroxylase which is an enzyme that synthesizes serotonin, it

0C74MCC4                    Hanson - direct

1    will decrease that activity and it will do it very rapidly.
2    And it does these things through an oxidating process.  It
3    turns out that the amphetamines in general and Ecstasy in
4    particular has the potential to generate reactive oxygen
5    species.
6    Q.  What is a reactive oxygen species?
7    A.  It's a molecule that is looking for an electron or it is
8    oxidizing its targets and so what it does is it disrupts normal
9    molecular functioning, it can interfere with energy production,
10   it can damage DNA, genetic material.  So if it's not controlled
11   and if it happens at a level that's too intense, it can
12   certainly compromise a cell's function or even in the extreme,
13   kill the cell.
14   Q.  You testified earlier that neurotoxicity includes not just
15   disruption of serotonin, serotonin transporters, but
16   disruptions to the cell itself as well as the axon?
17   A.  Correct.
18   Q.  Has it been substantiated or at least suggested that MDMA
19   has an effect on the axon, the actual neuron?
20   A.  The implication comes from evaluating the protein SERT or
21   serotonin transporter.  As I said, it's a fairly crude way of
22   doing the analysis but at this point it's about the only way we
23   have.  This transporter protein is only found in serotonin
24   neurons.  So if the amount of the protein goes up or if it goes
25   down, we assume that changes have taken place inside of the

0C74MCC4                    Hanson - direct

 1  neuron, and we make an assumption that if it goes down, that we
 2  have lost pieces of that braincell.  I guess if it went up, you
 3  would assume that we have gained pieces.
 4           So it's a very simplistic analysis of quantitative
 5  changes in that protein.  We use that as our way of assessing
 6  in live people whether their serotonin systems have been
 7  changed.
 8  Q.  Give some examples of studies, preferably recent studies,
 9  that have set forth that indication that you just described
10  that because of fluctuation in serotonin transporters, there is
11  a suggestion or an assumption that damage to the axons has been
12  done?
13  A.  The more recent studies, they have been talked about
14  considerably up to now, is the Stephen Kish study where he
15  looked at, we call it a ligand, it's a molecule that
16  selectively binds to that SERT protein, and he observed in low
17  to moderate Ecstasy users that there were decreases in this
18  transporter in brain regions, the hippocampus and in some
19  cortical regions.
20  Q.  Any other studies you can think of at this moment?
21  A.  Well, there are a bunch of McCann studies which we talked
22  about.  That group continues to do research and continues to
23  show those same kinds of changes.  So there have been a number
24  of individuals who found that there are these shifts in the
25  transporter levels using brain imaging, path and SPECT imaging.

317

0C74MCC4                        Hanson - direct
1   Q.  You are aware of the Netherlands NextC study?
2   A.  Yes.
3   Q.  You are familiar with a couple of the authors or
4   participants in that research?
5   A.  The de Win, yes.
6   Q.  Have you reviewed papers that have come out of the NextC
7   study?
8   A.  Yes, I have.
9   Q.  Have any of those papers spoken to this topic you just
10  described?
11  A.  They have and they actually used some other strategies,
12  imaging strategies.  They used MRS, magnetic resonance
13  spectroscopy.  This is an imaging technique that looks at other
14  measures, more generic measures, not selective serotonin
15  measures, but they were interested in a measure of glial or
16  non-neuronal cell function.  They were interested in also blood
17  flow, volume of blood flow where blood was going, and they were
18  interested in looking at measures of what we call light matter.
19  That would reflect myelin or non-neuronal or glial cells as
20  well.  Then they did, they also did a SERT ligand with the
21  serotonin transporter.
22  Q.  Is that similar to what happened in the Kish study?
23  A.  It's a different ligand.  It's been an issue of how
24  selective these ligands are, do they only bind to the serotonin
25  or do they bind to other targets or what is the background

318

0C74MCC4                        Hanson - direct
1   noise.  Some of these earlier ligands were fairly noisy, so it
2   was hard to pick out what was selective binding and what was
3   just nonspecific binding.
4   Q.  To be clear, a ligand is basically a tool for researchers
5   that will show, that will attach to serotonin transporter
6   chemicals?
7   A.  Correct.  Then the ligand has a radioactive emitter so that
8   you can pick it up on your imaging technology and you can see
9   where it is so you get a single vision of intensity that has an
10  anatomical component to it so you can see where and quantify.
11  Q.  Another statement in the 2001 report, page 9, the first
12  full paragraph, second sentence, this is an observation from
13  one particular research study:  The brain scan comparison of
14  MDMA users with nonusers indicated that users had a
15  significantly reduced number of serotonin transporters
16  throughout the brain and that the magnitude of the loss was
17  associated with greater use of the drug.
18          That's a statement in 2001?
19  A.  Correct.
20  Q.  Are you aware of studies that came to this particular
21  observation back in 2001?
22  A.  Probably mostly based on the McCann studies.
23  Q.  How about today, have there been studies that have observed
24  these particular phenomena?
25  A.  Again, I think they have been cited.  There tends to be

0C74MCC4                        Hanson - direct

1   this dose response phenomenon, that is, the heavy users, the
2   more intense the history of using Ecstasy, the greater the
3   likelihood of seeing these markers change, and one would
4   suspect that the longer the duration of the change, whether
5   it's permanent or not, but those discussions are still being
6   had.
7   Q.  You predicted the next excerpt in the 2001 report, page 10,
8   first full paragraph, first sentence:  Another point of
9   controversy surrounding the MDMA research literature is whether
10  loss of these serotonin sites and corresponding impairment is
11  permanent.
12          Back in 2001, I know you have had a chance to read
13  this 2001 report, did that point of controversy actually exist?
14  A.  It did.
15  Q.  How about now?
16  A.  It still exists.
17  Q.  Describe just the nature of the controversy; what are
18  people talking about here?
19  A.  Well, in some cases they are comparing apples and oranges,
20  so on one hand there is the discussion about the recreational
21  use and almost by definition that means low dose, 1 to 2 tablet
22  kind of use where you are getting maybe 1, 1-1/2 milligrams per
23  kilogram of the drug versus intense use where somebody maybe is
24  taking 4, 5 tablets, getting up to around 5 milligrams per
25  kilogram of the drug.

320

0C74MCC4                        Hanson - direct
1          And those two groups may present in very different
2     ways and it's going to be a sliding scale.  It's not going to
3     be black and white.  You are going to find a lot of gray
4     between those extremes and that gray is going to vary on a
5     number of principles, for example, the environment.  I already
6     mentioned that whether there is damage or not depends a lot on
7     how high the body temperature goes.
8          That's going to be dependent on the environment,
9     whether it's an environment that's got an air conditioner and
10    all the windows are open and you are in the mountains and there
11    is a cool breeze or whether you are in downtown New York in the
12    middle of the summer and the air conditioner is gone.  So
13    that's going to change.
14               (Continued on next page)
15
16
17
18
19
20
21
22
23
24
25

0C7UMCC5                      Hanson - direct

1  A.  So that is going to change and then it is also going to
2  change also based on other factors like are there other drugs
3  in the body, is the individual bringing other vulnerabilities
4  to the issue or the experience.
5          We are not talking about genetics, and genetics have
6  not really been studied relative to MDMA very much, but it
7  certainly has relative to methamphetamine toxicity, and
8  genetics seems to play an important role.  And my guess is that
9  it is playing that role here.
10         So there are a lot of variables that are happening.
11 And at the end of the day, you get a group of people who are
12 low users and you don't see a significant change.  And you say
13 the drug seems to be not particularly dangerous.
14         And somebody else gets another group, just as
15 legitimate research, but all of these other potentiating
16 factors are in place and they see a change and they say, look,
17 it has the potential for causing some significant damage.
18 Q.  Now, the point of controversy here is identified in that
19 sentence was, whether the loss of the serotonin sites, the
20 neurotoxicity and the impairments were permanent.
21         At the time of the 2001 report, was there evidence or
22 was evidence offered that neurotoxicity and those impairments
23 were temporary?
24 A.  I would say more could be permanent or could be temporary,
25 again, based on what your subjects look like.

                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

0C7UMCC5                        Hanson - direct

1              At the time we had somewhat limited -- I shouldn't say
2    limited -- we had been looking at the drug for almost 15 years
3    in this country, but still is 15 years permanent?  Is 20 years
4    permanent?  It depends how long you live as to what permanent
5    is and how permanent is defined.
6              The implication, the data that was present suggested
7    that it was going to be long lasting in some users.  Whether
8    you call that permanent or not, it certainly seemed to be a
9    possibility for some people.
10   Q.  But is it fair to say that there were studies or data at
11   the time in 2001 that in certain relatively lower dosages, the
12   effect of the neurotoxicity and the impairment was not long
13   lasting?
14   A.  Yes.  There was discussion on both sides.  There was
15   discussion, look at some, it seems to be long and even profound
16   and in others it seemed to be minimal and temporary.
17   Q.  I am going to go back in this report to page 8, last
18   paragraph, second sentence:  A leading researcher in MDMA
19   toxicity studies and the focus of some of the controversy has
20   performed numerous studies on both animals and humans and,
21   again, I will cut to the chase.  That researcher is George
22   Ricaurte.
23             Do you know George Ricaurte?
24   A.  I do know Dr. Ricaurte.
25   Q.  And do you know that the Sentencing Commission did consider

0C7UMCC5                    Hanson - direct

1   his research in deliberating over the sentencing guidelines?
2   A.  Yes, they did.
3   Q.  Are you aware of a study or a publication by Dr. Ricaurte
4   and his research team entitled "Severe Dopaminergic
5   Neurotoxicity in Primates after a Common Recreational Dose
6   Regimen of MDMA," published in Science in 2002?
7   A.  I am.
8   Q.  Have you reviewed that particular publication?
9   A.  I have certainly read it in some detail.
10  Q.  Were you acting director of NIDA at the time that that
11  publication was issued?
12  A.  I was.
13  Q.  Are you aware that that publication was retracted?
14  A.  Yes, I am.
15  Q.  When you first read the publication -- actually, was it in
16  published form when you first read it?
17  A.  I may have seen a preprint of it.  I can't remember, but it
18  was soon after it was published if not just before.
19  Q.  What was your reaction to it?
20  A.  It did not correspond with my experience researching this
21  drug.
22  Q.  Can you just tell us generally what the article and
23  publication was about?
24  A.  Well, it talked about Ecstasy also being a dopamine toxin
25  and this comes from the fact that methamphetamine which is

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C7UMCC5                          Hanson - direct

1    chemically related.  MDMA stands for
2    methylenedioxymethamphetamine.  So it is a methamphetamine
3    analog.
4            Methamphetamine damages both serotonin and dopamine,
5    so Dr. Ricaurte was reporting that in his research he was
6    seeing some dopamine damage along with the serotonin damage.
7            And we had looked at this a number of times and had
8    never seen any hint of dopamine damage.  Others such as Bryan
9    Yamamoto had also looked at it several times and had never seen
10   any damage to the dopamine system.
11           So I was -- let's say healthy skepticism was my
12   reaction to it.
13   Q.  Now, you had a chance to review the 2001 report.  Is
14   neurotoxicity to dopamine or its related processes mentioned
15   anywhere in the 2001 report?
16   A.  No.
17   Q.  But you did testify, is it true, though, that MDMA use has
18   an effect on dopamine?
19   A.  It is.
20   Q.  Can you describe that effect?
21   A.  MDMA is what we call a releasor molecule in contrast to
22   serotonin selective uptake blockers which are uptake block
23   inhibitors.  Cocaine is an uptake block inhibitors.  The
24   amphetamines are releasors, so their mechanism is very
25   different.

0C7UMCC5                         Hanson - direct

1           Both kinds of drugs will result in an increase of the
2   transmitter serotonin and dopamine.  Increase in those
3   transmitters outside of the cell and the message that they send
4   will be augmented, but they do it in very unique mechanisms.
5           With MDMA, what it does is, it disrupts the storage of
6   the serotonin inside of the cell.  The serotonin is stored in
7   little packages we call vesicles.  And these vesicles have
8   proteins on them called vesicular monoamine transporters.
9           And these transporters take the serotonin, once it is
10  produced, and put it inside the vesicles.  And this is done for
11  two reasons.  One is that it prepares it so that if that brain
12  cell is stimulated, the vesicle will then traffic to the
13  terminal and dump out the serotonin and the serotonin can exert
14  its effect.
15          But also it does it because serotonin has the
16  potential of becoming an oxidative problem for the system.  So
17  by packaging it and keeping it inside, you sort of protect it
18  and prevent it from doing this molecular explosion.
19  Q.  Does MDMA have the same type of mechanical effect on
20  dopamine or is it different?
21  A.  Both of them, it does it to dopamine and it does it to
22  serotonin.
23  Q.  You described to us in the context of serotonin syndrome
24  how that release of serotonin affects various bodily systems.
25  How does the release of dopamine affect various bodily systems,

                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300

0C7UMCC5                    Hanson - direct

1   if at all?
2   A.  It does.  It is important to keep in mind that the
3   relationship between the two exists, that is, that the MDMA
4   causes about 10 times more serotonin to come up than it does
5   dopamine.
6           So a comparison to methamphetamine, methamphetamine is
7   more of a one per one.  That is why Ecstasy is more selective
8   to the serotonin system, whereas methamphetamine hits both
9   dopamine and serotonin.  So Ecstasy does cause the dopamine to
10  come out.
11  Q.  What happens when the dopamine comes out?
12  A.  It activates its receptor targets.  This is probably the
13  basis for some of the euphorigenic properties of the drug --
14  the stimulation, the energy, the enthusiasm.  And it also tends
15  to be the basis for the addiction process for drugs of abuse in
16  general.
17  Q.  As you probably heard by now, addiction is a hot button
18  issue here?
19  A.  Yes.
20  Q.  You testified that dopamine is related to the addiction
21  properties of drugs?
22  A.  Correct.
23  Q.  Does the MDMA effect on the dopamine system have any
24  relationship with the addictive properties of MDMA, if those
25  addictive properties exist?

0C7UMCC5                        Hanson - direct

1    A.  It would.  It is confounded by the issue that there is this
2    disproportionate amount of serotonin that is coming out.  And
3    what it looks like, the serotonin may get in the way of that
4    normal addiction.
5             So when you heard some equivocation on the part of Dr.
6    Parrott, well, it is not addicting as, say, cocaine or some of
7    those other stimulants of abuse -- at least not at the onset it
8    doesn't appear to be.  But as the person continues to use it
9    over extended periods of time, especially if they start
10   escalating in dosages, then the addiction key start to show up
11   more and more.
12            And we think what is going on is, this reflects a loss
13   of some of the serotonin influence because the serotonin seems
14   to trump the dopamine when it is so disproportionate.  But as
15   you lose some of that serotonin action, then the dopamine
16   effect becomes more dominant.  And at that point the drug
17   experience is likely or more likely to go on to become an
18   addictive exercise.
19   Q.  Just to be clear, is your testimony or your observation
20   that, upon initial use of MDMA, the serotonin release is
21   proportionally larger, as you say, 10 times larger than the
22   dopamine release, correct?
23   A.  Correct.
24   Q.  And the dopamine release, typically, for drugs, is related
25   to the addictive properties of the drugs?

0C7UMCC5                      Hanson - direct
```
 1   A.  Yes, that's true.
 2   Q.  Because in the beginning with the initial use of the drug,
 3   the serotonin release is greater than the dopamine release, you
 4   don't see necessarily an addictive property to the drug,
 5   correct?
 6   A.  Right.  Certainly it is minimized.
 7   Q.  So let's stop there.  You went on to describe a second step
 8   in the serotonin, the effect on serotonin in the drug.  What is
 9   that second step?
10   A.  Well, you mean in terms of, as the serotonin influence
11   starts to deteriorate and the dopamine influence starts to
12   increase?
13   Q.  Exactly.
14   A.  So that brings with it -- that is associated with the
15   reward pathways, what we call the mesolimbic pathways.  And
16   these are almost always involved in energizing that addictive
17   process, where the person is inclined to do it over and over
18   and over again.
19          And then you start to get some subtle changes in the
20   dopamine system that can take you into a very compulsive
21   behavior.  And you use the drug and sort of the general
22   definition of addiction is that you are so compulsive about
23   using the drug that you disregard all the negative consequences
24   that are resulting.
25          And this is an extreme position of addiction for
```

329

0C7UMCC5                        Hanson - direct
 1    someone that has Ecstasy.  It happens.  Certainly doesn't
 2    happen as often as with cocaine or, say, with the heroin, but
 3    it happens as Dr. Parrott was mentioning.
 4    Q.  Are there any other features -- there has been a lot of
 5    comparison between cocaine and MDMA, especially with respect to
 6    addiction.  Are there any features of cocaine use versus MDMA
 7    use that may also contribute to the differences in the
 8    addiction properties?
 9    A.  Well, the cocaine, it doesn't have that disproportionate
10    piece between the serotonin and the dopamine influences.  They
11    are more of a one-to-one relationship, and they may even be
12    more on the dopamine side than on the serotonin side.
13            So you don't have to suppress the serotonin in order
14    to allow the dopamine effect to express itself.  It is going to
15    be there.  It is going to be there from the first exposure to
16    the drug.
17    Q.  Is there anything about how these respective drugs are used
18    or administered that relates to the addiction properties of the
19    drug?
20    A.  What we call the pharmacokinetics, and this has to do with
21    how a drug is administered, how it distributes, where it goes
22    once it gets inside of the body, how it is metabolized and how
23    it is eliminated.
24            Those are different for these two drugs.  The Ecstasy
25    is typically taken orally.  And, usually, an oral drug is less

330

0C7UMCC5                        Hanson - direct

1    likely to be addicting than if you took that drug and you
2    injected it IV or if you smoked it.
3    Q.  Why is that?
4    A.  It has to do with how quickly the drug gets into the brain
5    and how much of it gets into the brain at one time.  If you are
6    smoking, say, like crack cocaine or you are IV-injecting crack
7    cocaine, it gets into the brain in a matter of seconds.  When
8    it hits the brain, it hits it in a very high concentration, so
9    the effect on the dopamine system is abrupt and it is fairly
10   dramatic.
11           With Ecstasy you are taking it orally.  It goes into
12   the gut.  It has to diffuse across the lining of the gut, and
13   the intestines, gets into the bloodstream goes into the liver.
14   Some of it gets metabolized, makes it way up to the heart.
15           Eventually it gets up to the brain.  And when it gets
16   there, generally, the concentrations of the drug will be
17   diminished, so it doesn't hit the brain in this one bolus like
18   you would see with cocaine.
19   Q.  Do you know whether Ecstasy is consumed in ways other than
20   just an oral administration?
21   A.  An oral administration is by far the most common use.
22   Occasionally you hear of people who try to snort it, and I am
23   sure that there are people who inject it intravenously, but
24   that is fairly unusual.
25   Q.  You have had a chance to review a document dated November
                    SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

navigation

0C7UMCC5                        Hanson - direct

1   22, 2010 that contains, in essence, summaries of proposed
2   testimony by the defense's experts, correct?
3   A.  Yes.
4   Q.  Dr. Curran and Dr. Halpern?
5   A.  Yes.
6   Q.  I want to read a handful of excerpts, and I would like to
7   ask you for your reactions and general comments.
8   A.  OK.
9   Q.  We will start with Dr. Curran's proposed testimony or a
10  summary.  "Many of the early studies in MDMA failed to account
11  for confounding variables such as polydrug use, psychological
12  history and biased self-reporting."  Was that true back in 2001
13  with those early MDMA studies?
14  A.  They probably didn't ask those questions very much then,
15  and they are asking them now.  So in terms of attitude, one
16  could say yes, that's a little different.
17  Q.  Polydrug use, a confounding factor that has been discussed
18  during this hearing.  Can you comment on the significance of
19  polydrug use in the study of MDMA?
20  A.  It is known that the vast majority of MDMA users are
21  polysubstance abusers.  And so I guess I find it interesting
22  that we are so concerned about what does MDMA do all by itself
23  when in fact, in reality, that's not going to be very
24  practical.
25            In reality, the vast majority of the users are going

0C7UMCC5                    Hanson - direct

1   to have these other drugs on board, so probably a more relevant
2   real time question is, what does Ecstasy do when these other
3   drugs are on board.  So I think that that's a factor, but there
4   have been some studies that have been done that have tried to
5   sort that out.
6           Does Ecstasy really bring some potential problems in
7   that sort of an environment?
8           Here, again, the answers have been somewhat equivocal.
9   There have been those who have said no.  When we factor out the
10  polydrug use, the Ecstasy, the common theme that seems to be
11  present in all of these is causing an effect.
12          And then other studies have said, well, when we factor
13  out the polydrug use -- or the polydrug use itself seems to be
14  causing some of these effects.  So that minimizes the
15  contribution of the Ecstasy.
16  Q.  How about psychological history as a confounding factor in
17  these studies?  What is the significance of the preexisting
18  psychiatric conditions in MDMA users?
19  A.  Here, again, this is a very critical real life issue that
20  has to be addressed because it is true that a lot of these
21  people bring with them psychological baggage.
22          And here, again, I find it somewhat interesting that
23  as investigators we lean over backwards to make sure that we
24  clean up our sample and get rid of all of the underlying
25  psychiatric issues.  Those are exclusionary criteria.  If you

0C7UMCC5                        Hanson - direct
1  have depression or you have some significant psychological
2  history, we don't want you to participate in this.  When in
3  reality, these are the people that are using the drug and
4  exposing the drug.
5          And one would suspect that the interaction between the
6  pharmacology of the Ecstasy and the underlying pathology of the
7  psychiatric disorder are probably going to interact and create
8  problems for these people.
9  Q.  Another sentence or another excerpt from the summary:
10  "According to the best recent studies of the effects of MDMA in
11  humans, the drug's effects are relatively mild and not
12  permanent."  What is your reaction to that?
13  A.  Well, I guess the definition of "mild" is in the eye of the
14  beholder.  I had to smile when we had the discussion about you
15  forget 1/30th of these names or words.  Well, what if you are
16  at the party and there are 30 people there and the name that
17  you forget is your boss?  That becomes pretty critical.
18          So if you are not always selective as to which are the
19  1/30th of the words you get to forget nor are you able to
20  select when you forget them, so any compromise of your ability,
21  whether you call it subtle or dramatic, can be pathologic, can
22  prevent you from getting that raise, can make you less
23  competitive in a very competitive world.
24          So for one person that is a farmer and not talking to
25  anybody, in a very simplistic world, maybe you can get by with

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C7UMCC5                    Hanson - direct

1   that and it is not going to change your life.  But if someone
2   is trying to function in the corporate world of downtown New
3   York, that can be a very critical issue.
4           I struggle a little bit with, a little bit of deficit
5   isn't a big deal and we should be happy with that, but I am not
6   sure that we should ever be happy with losing function.
7   Q.  Well, your reaction to that statement was in terms of
8   function, right, not memory losses, name or other things in
9   real life?
10  A.  Right.
11  Q.  And I think this is your area of expertise.  What about the
12  biological effects?  Do you agree with the statement that, as
13  it applies to biological effects, that the effects of MDMA are
14  relatively mild biologically?
15  A.  Well it comes back to the issue of how do you define
16  "minor," how close are you to the edge and how far do you have
17  to be pushed before you go over the edge.  If you are
18  biologically a long ways from the pathologic edge, yeah, you
19  can afford to be pushed a little bit towards it.  But if you
20  are right on the edge and you go over --
21          Let me just give you an example.  A lot of the
22  discussion I have heard today, I have heard before relative to
23  methamphetamine.  We had some of the same discussions about
24  methamphetamine back in the '70s and the early '80s for some of
25  the same reasons, methodological reasons.  And we found that we

0C7UMCC5                         Hanson - direct

1   were one of the first groups to find that there is this
2   dopamine deficiency that occurs in laboratory animals, and it
3   took almost to the latter part of the '90s to confirm that in
4   humans.
5            And then the question is, you only see like a 10 or 20
6   percent deficit in the dopamine system in humans, how big of a
7   deal can that be?
8            Well, we just found with a study that is going to be
9   published that it is big enough that we are finding those who
10  have a history of methamphetamine dependence are five times
11  more likely to become Parkinsonian patients.
12           So it is only a 10 or a 15 percent push down a road
13  that leads to degenerative pathology that shows up later on in
14  your life.  So 10 percent when you are 30 doesn't seem like
15  much, but 10 percent when you are 60 and you are close to the
16  edge of Parkinson's, all of a sudden, that becomes very
17  critical.
18           So those are questions that are out there that we
19  haven't answered, but we have to consider.
20  Q.  Next statement:  The drug does result in impairment of
21  human user's verbal memory, but the drug's effects wear off
22  over time and deficits in brain chemistry do not persist.
23           Your reaction?
24  A.  We have to keep in mind that, at least in the human
25  studies, we are using very crude methodology.  All it tells us

336

0C7UMCC5                              Hanson - direct

1    is, there are changes in the quantity and some of the
2    anatomical, but very crudely, the anatomical distribution of
3    that protein in the brain.  That's all we can tell from our
4    imaging strategies.
5    Q.  Has there been conclusive evidence that deficits in brain
6    chemistry do not persist?
7    A.  I think there have been studies that say no, it doesn't or
8    that there is some recovery that occurs.
9    Q.  Has there been conclusive evidence that full recovery
10   occurs from any dosage of MDMA?
11   A.  That is a question that we can't answer yet, quite
12   honestly.  We don't have the methodology in humans to answer
13   that question.  So we can say, yes, it looks like on our scans
14   that the serotonin transporter levels come back to normal or a
15   normal range -- because you are always dealing with a range.
16   Does it come back to a normal range?  And using the fairly
17   simplistic cognitive assessments that we typically use that the
18   function returns, we can say, yes, yes, that happens.
19        But what we can't say is, we can't say does quantity
20   of the serotonin transporter mean that normal function has
21   totally returned?  And normal function really reflects on how
22   do you survive in a very complex world.
23        And our assessments and our tests, usually they are
24   done in a very sterile environment.  We put them a room.  We
25   keep everything quiet, and we try to focus in and dissect out

0C7UMCC5                    Hanson - direct
1    various pieces of cognition.  But cognition doesn't exist in
2    isolation.
3            Maybe a better strategy would be to take them to work
4    and evaluate them under the various complexes of work and
5    pressures and demands on their time and how do you interact
6    with your family.  And you look at the complex day-to-day
7    living issues and ask those questions, and those questions have
8    not been answered.  They have not been asked.
9    Q.  Let's move on to Dr. Halpern's section of this.
10           There is a statement in here that recent prospective
11   studies on humans have not found significant changes in
12   serotonin systems over time or evidence of permanent damage.
13   Do you agree with that statement?
14   A.  Again, I think Dr. Parrott gave several examples of studies
15   that have shown that there are changes and those changes
16   persist for months.  There are studies out there that say that
17   they persist for 10 years now.
18   Q.  "Unlike cocaine, MDMA is not addictive."  Do you agree with
19   that?
20   A.  Well, we talked a little bit about addictive in a different
21   way.  The mechanisms are different because of this very
22   prominent upfront serotonin piece that we see with Ecstasy.
23   Q.  So do you agree with that or not?
24   A.  I would certainly say it is less addictive in initial
25   exposure to the drug, yes.

338

0C7UMCC5                        Hanson - direct
1   Q.  But you testified earlier about how it becomes addictive?
2   A.  To those that escalate their doses, yes.
3   Q.  "Unlike cocaine, MDMA does not induce a breakdown of the
4   blood/brain barrier."  Do you agree with that?
5   A.  No.  Most of your sympathomimetics will change your
6   blood/brain barrier.  There have actually been a couple of
7   studies that have looked at MDMA, and it says it works pretty
8   much like other sympathomimetics, and it will break that
9   blood/brain barrier down.
10  Q.  What is the significance of a breakdown of a blood/brain
11  barrier?
12  A.  Well, the blood/brain barrier is supposed to be protecting
13  the brain from large molecules or from things that could damage
14  or interfere with the normal functioning of the brain.  So if
15  you were to break that down -- let's say metabolic products
16  that are part of normal living.  Well, they are not supposed to
17  get in the break because they muck up the system.  So if you
18  break down the brain and these things start to get into the
19  brain, then they can interfere with how the brain works, and it
20  can cause things such as confusion or some of the mental issues
21  that we see associated with some of these drugs.
22  Q.  There have been questions asked about relative harmfulness
23  of cocaine and MDMA.  Can you state whether one drug is more
24  harmful than the other?
25  A.  I won't state it again in the generic way, but if you
                 SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

0C7UMCC5                         Hanson - direct
1    became specific, that is, if you looked at the acute toxicity
2    on cardiovascular systems, how does that compare, you could
3    make a comparison.
4               We already talked about addiction.  Cocaine upfront is
5    going to be more addicting than Ecstasy is.
6               Both of them, as sympathomimetics, can cause problems
7    with the cardiovascular system.  They cause death.
8               There are individuals who have evaluated that and have
9    claimed that they are fairly similar in that property because
10   both of them enhance norepinephrine systems in quantitatively
11   similar ways, so arrhythmias, heart attacks, strokes -- those
12   kinds of things you would see somewhat equally between the two
13   drugs.
14              If you started to look at what we call cellular
15   neurotoxicity, cocaine tends not to be very neurotoxic to the
16   cells whereas, as I have already mentioned, Ecstasy itself, the
17   MDMA itself creates these oxidative events that are problematic
18   for the cell, and cocaine doesn't do that.  And it goes back to
19   its basic mechanism whereas cocaine is an uptake blocker, its
20   functions are a lot like the serotonin selective uptake
21   blockers -- in fact they compete for the same site on the
22   protein in the serotonin system -- whereas Ecstasy, it goes
23   right into the cell.  It alters the vesicle storage.  And it
24   creates this problem for the cell in terms of how do we deal
25   with his reactive oxygen species.

0C7UMCC5                         Hanson - direct

1   Q.  Is it fair to say that cocaine and MDMA share certain
2   harms?
3   A.  They do.
4   Q.  And is it fair to say that cocaine has certain harms that
5   MDMA doesn't?
6   A.  Yes.
7   Q.  Is it fair to say that MDMA has certain harms that cocaine
8   doesn't have?
9   A.  That's correct.
10  Q.  Along the lines that you just detailed?
11  A.  Yes.  And I talked a little about tryptophan hydroxylase.
12  Cocaine doesn't do anything to tryptophan hydroxylase, whereas
13  you will see this fairly significant depression of this enzyme
14  over days.  Usually it will come back, although in some cases
15  it stays down for longer periods of time.
16  Q.  Just to be clear, that depletion of tryptophan has an
17  effect on serotonin production?
18  A.  It does.  Tryptophan hydroxylase is the enzyme that
19  synthesizes serotonin.  So if your tryptophan hydroxylase isn't
20  functioning, then your stores of serotonin goes down and they
21  will stay down until you are able to replenish that enzyme and
22  restore its function.
23  Q.  Based on your reading of the 2001 MDMA, the Sentencing
24  Commission report, were there any harms that the commission
25  forecast with respect to MDMA?  Did it predict any harms?

0C7UMCC5                        Hanson - direct

1   A.  Well, I am not sure that it predicted specific harms other
2   than to say, generically, we need to be cautious.  We are
3   concerned that there are trends here, and we need to be paying
4   attention to these trends as to the persistent effects of
5   Ecstasy in some users.
6   Q.  Dr. Halpern has an excerpt in his summary:  "Year after
7   year, studies of MDMA users failed to replicate the harms
8   forecast in 2001."  Do you agree with that statement?
9   A.  I am not sure what he is referring to.
10  Q.  Like what?
11  A.  As I said, I don't see that there were harms that they
12  predicted.  I didn't ever read in that that there is this
13  epidemic of people who had total wipeout in their serotonin
14  systems and fill their psychiatric institutions -- there isn't
15  any kind of dire predictions like that at the commission.
16  Q.  There is this ultimate statement from both Curran and
17  Halpern:  "Today, no reasonable scientist aware of the
18  intervening scientific literature since 2001 could arrive at
19  the same conclusions espoused by the 2001 report."  Do you
20  agree with that?
21  A.  No, I don't -- well, I would hope that is not true because
22  that's kind of where I am.  So I hope I am a reasonable
23  scientist.
24  Q.  Are you the only one where you're at?
25  A.  Well, I would say that most of the basic scientists that

0C7UMCC5                          Hanson - direct
1    work in this area would agree with me.  Those of us who are
2    familiar with this molecule and how it works would still say,
3    this is a troubling molecule, and when it is released,
4    especially used by young people without any kind of discretion
5    or any kind of control -- and young people are attracted to use
6    this and, unfortunately, a lot of them think it is a fairly
7    innocuous molecule.  We see potential problems with that kind
8    of a backdrop.
9              MR. CHUNG:  No further questions at this time.
10             THE COURT:  We will take a very short recess.
11             Dr. Hanson, will you step down for a few minutes.
12             We will reconvene in 10 minutes.
13             (Recess)
14             THE COURT:  Cross-examination, Mr. Rorty.
15   CROSS-EXAMINATION
16   BY MR. RORTY:
17   Q.  Good afternoon, Mr. Hanson.
18             We have talked over the last two days and you just did
19   in your direct testimony about the United States Sentencing
20   Commission 2001 report and its comparison of the harms of
21   cocaine and MDMA?
22   A.  Yes.
23   Q.  As you know, the commission believed at that time that MDMA
24   was more harmful than powdered cocaine, correct?
25   A.  Yes.  I would say that they inferred that, sure.

343

0C7UMCC5                        Hanson - cross

1    Q.  That was the commission's conclusion?
2    A.  Right.
3    Q.  And based on your reading of it, part of the basis for the
4    establishment of criminal penalties for MDMA?
5    A.  Correct.
6    Q.  What I understand from your testimony is that, as a
7    scientist, that comparison is, to some extent, apples and
8    oranges because there are different kinds of harms?
9    A.  Right.
10   Q.  In attempting to answer this question that interests
11   lawyers and judges about which is more harmful and how they
12   should be ranked, you simply approached that from a different
13   angle as a scientist?
14   A.  That's correct, yes.
15   Q.  That's because, first of all, they are different types of
16   drugs?
17   A.  Correct.
18   Q.  They have different effects?
19   A.  Right.
20   Q.  They have different harms?
21   A.  Correct.
22   Q.  So as a scientist, if you yourself set out to study harms,
23   you would be more interested in narrowly examining the
24   psychopharmacological effects of a drug than you would be to
25   the more simplistic task of saying, which of these two

0C7UMCC5                    Hanson - cross

1   substances is more harmful?
2   A.  Right.
3   Q.  Let's turn to neurotoxicity and its meaning and relevance.
4           Am I correct that since 2001, you and your colleagues
5   in this field are better technologically equipped to study
6   neurotoxicity?
7   A.  In humans?
8   Q.  Yes.
9   A.  I would say that that's true to a certain extent.  As I
10  mentioned, the tools we have are still somewhat limited and
11  they are ambiguous because we can only look so far into
12  underlying structure and function.  But we are certainly
13  further along than we were in 2001.
14  Q.  To take one example, perhaps the most important one for our
15  consideration, there have been advances in neuroimaging?
16  A.  Correct.
17  Q.  Since 2001?
18  A.  Right.
19  Q.  And those are reflected in the differences between the
20  McCann study and the Kish study, is that correct?
21  A.  Yes.  Dr. Kish, as he describes in his paper, he is more
22  selective than had been before.
23  Q.  So it is fair to say simply that the techniques are more
24  developed and neuroimaging tells us more and better than it did
25  before?

345

0C7UMCC5                    Hanson - cross

1    A.  It gives more precision than what we had before.
2    Q.  As a result, more information and probably more accurate
3    information?
4    A.  True.
5    Q.  Staying with neurotoxicity and its definition, you describe
6    neurotoxicity as compromising normal function?
7    A.  Correct.
8    Q.  When a person's serotonin is decreased, you would say that
9    their normal function is compromised, correct?
10   A.  Correct.
11   Q.  That is the normal function of serotonin?
12   A.  Of serotonin and anything that serotonin is influencing, so
13   you have a cascade of effects.
14   Q.  When you talk about compromise and function there, you are
15   talking about brain change as opposed to functional impairment
16   in behavior?
17   A.  But they are connected.
18   Q.  There may be a correlation, but when you use that term,
19   that is, neurotoxicity and the depletion of serotonin, what you
20   are describing is a brain change?
21   A.  But I would say, being a neurobiology type, I would say
22   that any behavior reflects neurochemistry, so you have changes
23   in neurochemistry.  There are going to be changes in behavior
24   that will eventually be expressed.  Whether you use the correct
25   test to pull that behavioral change out is always an issue of

346

0C7UMCC5                         Hanson - cross

1  discussion, but that's going to be the link.  If you change
2  chemistry, eventually down the road you are going to impact
3  behavior in one way or another.
4  Q.  But not all brain changes, for example, serotonin
5  depletion, have a direct correlation to functional impairment
6  in a person's behavior?
7  A.  I think that they probably do if you were able to do the
8  right kinds of tests.
9  Q.  Part of what we have been talking about here is whether or
10  not the field has done those kinds of tests?
11  A.  And we may not be there.  Our testing may be very crude,
12  and we still may not be asking all of the right questions.  And
13  that's another piece that has changed a little bit from 2001 to
14  now is that the way we are asking the questions is changing a
15  little bit, but we are still getting the same answers, that is,
16  they are equivocal answers.
17         We are seeing changes sometimes and sometimes we are
18  not seeing the changes.
19  Q.  In discussing neurotoxicity or the compromise of normal
20  function, there is a difference between acute compromise, that
21  is, immediate time-sensitive compromise and chronic compromise
22  or long-term compromise, correct?
23  A.  Correct.
24  Q.  You would draw that distinction and you can draw that
25  distinction in studies and tell pretty clearly what the

0C7UMCC5                    Hanson - cross
1    researchers have looked at, acute or chronic?
2    A.  I would say that your point is correct, but there is a
3    continuum.  There is a point where acute becomes chronic and
4    chronic becomes permanent.  And it is not always easy to draw a
5    line and say, OK, you are done with the acute stuff.  Now we
6    will look at the chronic stuff, because sometimes they just
7    melt into each other.
8    Q.  But in evaluating a study, it is important to know and ask
9    questions about that study, when the evaluation took place in
10   relation to ingestion of the drug?
11   A.  Correct.
12   Q.  How much time has passed?
13   A.  Yes.
14   Q.  What other factors are involved?
15   A.  Depending on the questions you are asking, but yes.
16   Q.  All disruption in serotonin production is not necessarily
17   chronic, correct?
18   A.  I think that that would be true.
19   Q.  There is no disagreement that MDMA has the potential to
20   cause neurotoxicity, that is, compromise of normal function in
21   its acute status, that it has the potential to cause immediate
22   compromise, say, of serotonin levels?
23   A.  Right.
24   Q.  That is an area of agreement?
25   A.  Yes.  I would hope so, yes.

0C7UMCC5                          Hanson - cross

```
 1   Q.  But I took from your testimony that there is not an
 2   agreement with respect to chronic compromise of normal
 3   function?
 4   A.  Right.  And if there is chronic compromise in the system,
 5   what does that mean functionally, so it is a related but
 6   different question.
 7   Q.  And that is a lot of what we have been talking about here
 8   today?
 9   A.  Correct.
10   Q.  I am trying to narrow down the area of disagreement.
11   A.  Correct.
12   Q.  And what I understand from you is, there's pretty good
13   agreement that there is acute disruption of normal function?
14   A.  Right.
15   Q.  There is not agreement that there's chronic disruption of
16   normal function?
17   A.  I think that most people would say that there is the
18   potential for chronic disruption, but maybe the discussion is
19   how relevant is that potential to the real life, real world
20   situation.
21   Q.  This distinction that we have just been discussing, acute
22   versus chronic, that was not a distinction that the commission
23   focused on in 2001, was it?
24   A.  They didn't say it explicitly, but they implied it, that
25   is, they did talk about the immediate effects on cardiovascular
```

0C7UMCC5                        Hanson - cross
 1  systems on emergencies and that sort of stuff.  So that would
 2  be acute toxicity.  And they talked about more persistent
 3  effects and that would be chronic toxicity.  So they didn't use
 4  that terminology, but I think they referred to the principles.
 5  Q.  In their summary of harms, they didn't make specific
 6  reference to chronic impact?
 7  A.  I don't remember the exact enumerated things that they
 8  included in their summary of harms, so I cannot say whether
 9  they referred to chronic or acute.
10  Q.  Let me refresh your recollection in a moment.
11  A.  OK.
12  Q.  Let's move back to our discussion of neuroimaging and the
13  effect of advances in the field.
14  A.  OK.
15  Q.  You identified the distinction between the McCann and Kish
16  neuroimaging studies, correct --
17  A.  Right.
18  Q.  -- and particularly the ways in which the Kish study
19  benefitted from those advances?
20  A.  Right.
21  Q.  Dr. McCann's study concluded and the commission relied on
22  that there were chronic effects, chronic problems with SERT
23  binding based on neuroimaging?
24  A.  Right.
25  Q.  Yet the Kish study concluded -- did not come to that
                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

```
0C7UMCC5                      Hanson - cross
1    conclusion?
2    A.   Well, the studies were designed differently and the
3    subjects were different in terms of their Ecstasy experience.
4
5                (Continued on next page)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

0C74MCC6                    Hanson - cross

1   BY MR. RORTY:
2   Q.  Let me refer you to one quote from there.
3   A.  This is the Kish study.
4   Q.  Yes.  We did not find a global massive reduction of brain
5   SERT finding as reported in the first SERT imaging studies of
6   Ecstasy users.  Then there is a citation to McCann.
7   A.  Correct.
8   Q.  So Kish did come to a different conclusion than McCann
9   although the studies may have had some differences in
10  methodology, Kish felt it was important to relate back and to
11  refer to McCann?
12  A.  He does equivocate saying there is a distinction between
13  the intensity of use of subjects in the McCann versus ours and
14  he saw some tendency, I think he mentions that one or two of
15  his more intense users, they did appear to have some SERT
16  changes in the caudate or in the striatum.  So I think he
17  distinguished the differences between his study and the McCann
18  study.
19  Q.  He actually illustrates another important point I want to
20  ask you about.  I took from your testimony that with respect to
21  chronic damage there is a significant difference between low to
22  moderate users and heavy users?
23  A.  Correct.
24  Q.  Am I correct that that awareness, that distinction between
25  low to moderate users and heavy users has been refined since

352

0C74MCC6                    Hanson - cross

1   2001?
2   A.  Maybe refined but the basic principles have not changed.
3   We have known that for a long time.  In fact, one of the
4   interesting things with the Kish study, I know Dr. Kish very
5   well, we have collaborated on a couple of studies in fact.  He
6   called me about this study when they had completed it and he
7   asked me about the interpretation of the data.  And he says,
8   so, does this go against what you guys have seen in the animal
9   studies.  I said no, it's exactly what we have seen in the
10  animal studies, and that is the hippocampus and the cortical
11  structures are more sensitive to lower doses of MDMA than is
12  the caudate and the striatum.
13          so what I think he's got, he is looking at this lower
14  dose effect that those systems are sensitive to it, whereas the
15  caudate effects are not showing up and they don't show up until
16  you increase the doses
17  Q.  The lower dose effect relates to what we understand to be
18  average recreational use in human beings?
19  A.  Right.  It would be more consistent with a typical
20  recreational Ecstasy user.
21  Q.  You say we have known this for a long time.  To a layperson
22  we have called this by a lot of names, but even to a layperson,
23  a person takes a small amount of drugs, they expect less harm,
24  a person takes a lots of drugs, they expect more harm?
25  A.  That's pharmacology.  Ecstasy does not violate the basic

0C74MCC6                    Hanson - cross

1   principles of pharmacology.
2   Q.  Yet the commission's study, the 2001 report, did not itself
3   distinguish between low to moderate users and heavy users, did
4   it?
5   A.  Well, I think what the commission was doing, unbeknownst to
6   themselves, was they were actually talking about what we call
7   benefit risk in the pharmacology world, and in this case the
8   benefit would be defined by the recreational users.  They get
9   some recreational benefit from it, and how high do you have to
10  push the dose before you start to get some serious
11  consequences.  And we do that whether the drug has been
12  FDA-approved or it has not been, it really doesn't matter to
13  the drug.  But if there is a wide range, if there is a big
14  difference between the desired effect and the undesired effect,
15  then we consider it a good drug; if there is not much of a
16  range, then it's a bad drug and it gets us into trouble.
17  Q.  Like cocaine?
18  A.  Like cocaine and like Ecstasy, because Ecstasy, the drug
19  range already with recreational changes, we are sighing from
20  the Kish paper that you are getting some SERT changes in pretty
21  critical brain systems, in hippocampus and in cortical regions,
22  and my guess is if, I can't remember the explicit doses that
23  his high dose users were using, but if you get up to the 5
24  milligrams, this is certainly what we see in animals, we start
25  to see some of the SERT changes in the caudate.  All you have

0C74MCC6                    Hanson - cross

1  to do is double or triple the dose and the effect is starting
2  expand and starting to hit other serotonin systems.  That would
3  be a concern if it were a prescription drug and certainly a
4  concern in a recreational drug.
5  Q.  In usage rates by heavy users at significantly greater use
6  rates than the average recreational user?
7  A.  I think that's probably true.
8  Q.  To highlight that, another quote from Kish:  Nevertheless,
9  most Ecstasy users have few cognitive complaints after the
10  acute effects and the drug withdrawal phase has passed and user
11  values generally fell within the normal control range?
12  A.  I would say that's true; most of them once they get to that
13  acute toxicity stage, then you probably don't hear a lot of
14  discussion about it.
15  Q.  Because we have now established a distinction, the impact
16  of dosage rates between low to moderate users and heavy users,
17  that moves us to a discussion of dosage.  I am going to ask you
18  some questions about your own work and dosage rates.  Your own
19  experiments have been entirely in animal systems?
20  A.  That's true.
21  Q.  You have not done an MDMA animal study since 2005?
22  A.  Actually we have; we have not published.  We always throw
23  in MDMA for comparison to other drugs because it has a unique
24  pharmacology profile that helps to elucidate mechanisms, but we
25  have not published.

0C74MCC6                          Hanson - cross

1   Q.  Your pre 2005 research on MDMA were animal studies?
2   A.  Correct.
3   Q.  Am I correct that you usually use 10 milligrams per
4   kilogram or more of MDMA as your dosage unit in your previous
5   animal studies?
6   A.  That's correct, although as I have said we will find
7   effects with 5, but when you are doing research like that, you
8   want a very robust effect.  So you kind of find a dose that's
9   not going to be lethal.  10 never kills any animals and doesn't
10  cause seizures.  The animals do quite nicely.  They survive 10
11  without any problems.  We get changes are like 50, 60, 70
12  percent changes.  We can start to tease mechanisms apart.
13  Q.  You increase the dosage to achieve a more robust effect?
14  A.  Correct.  In effect, we can see at half that dose, but you
15  are talking more like 20 and 30 percent changes versus 50 to 70
16  percent.
17  Q.  If you were to undertake animal studies now would you use
18  the same dosage?
19  A.  Yes.  Let me equivocate a little bit.  One thing that has
20  not been done, and Michael Baumann is one of the nice papers
21  that is starting to look at this.  That is, to look at the 1 to
22  2 milligram per kilogram range, and Dr. Baumann says that he's
23  done this excercise that tries to equate doses and he finds
24  that the doses equate pretty well across species.  So 1 to 2
25  milligrams per kilograms in a rat give effects that are
                    SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

0C74MCC6                    Hanson - cross

1   probably fairly similar to 1 to 2 milligrams per kilogram in
2   humans.
3         He doesn't see the serotonin transport decreases.  I
4   have talked with Michael ad nauseam about this issue.  But what
5   he does see, he does see some functional changes, and he says,
6   well, since we don't see serotonin decreases, serotonin
7   transport decreases, we don't call that neurotoxicity.  My
8   response is, but, Dr. Baumann, if you are getting persistent
9   functional changes, then how can you not call it toxicity when
10  the definition of toxicity is you interfere with normal
11  functioning.  So he went, well, it just depends on how you
12  define the word.
13  Q.  You said a number of things about Dr. Baumann's work.  It
14  sounds like you understand and to some degree accept his
15  interest in the effect of a lower dose?
16  A.  Correct.
17  Q.  So that 1 to 2 milligrams per kilogram is a perfectly
18  appropriate acceptable way to conduct animal studies?
19  A.  Absolutely.  The question he is asking is what would you
20  routinely see in a person who is this recreational user and
21  only uses one tablet every time they go to a rave once every
22  month.  That's the kind of question he is trying to address.
23  Q.  Let's make sure we are talking about the same paper.  There
24  is a 2007 study of Baumann, Wang and Rothman?
25  A.  Right.

357

0C74MCC6                          Hanson - cross

1   Q.  MDMA neurotoxicity in rats: a reappraisal of past and
2   present findings, Baumann et al. 2007.  That's the paper we
3   have been discussing?
4   A.  It is.
5   Q.  I take from the answer you just gave that you think that is
6   a useful tool in measuring neurotoxicity in animals then
7   translating those findings to an average recreational human
8   user?
9   A.  Yes.
10  Q.  To the extent you would be interested in increasing dosage,
11  you would be measuring the potential harms to heavy users?
12  A.  Heavy users or people who are very sensitive to the drug.
13  That's always going to be part of this discussion.  We are
14  talking about average responses and there are always going to
15  be those folks on either side of the bell curve who are
16  extraordinarily sensitive to the drug.  So whether they don't
17  metabolize the drug very well or their brain serotonin systems
18  are exquisitely sensitive to a drug like this, you are always
19  going to have those folks in there as well.
20  Q.  That sensitivity is different from confounds such as mental
21  health?
22  A.  No, it could be the same thing.  It could be that they have
23  got a serotonin system that's not functioning normally anyway
24  and that's expressing and they have a tendency towards
25  depression.  Maybe they are not really depressed so long as

358

0C74MCC6                          Hanson - cross

1    everything stays in a normal routine, healthy way, and now they
2    put a drug on top of it that further compromises that system
3    and it pushes it down.  That sensitivity sets them up both for
4    problems with the drug as well as problems with the mental
5    health issue.
6    Q.  There are a variety of sensitivities that can affect the
7    way a person is going to respond to MDMA?
8    A.  Exactly.
9    Q.  Some of those are mental health related, some of those are
10   iconoclastic individuals brain chemistries different from
11   mental health diagnoses?
12   A.  Right or could be associated in one way or another.
13   Q.  I would like to move to your own summary report.  Did you
14   yourself draft that report?
15   A.  I did.
16   Q.  I take it no changes; you stand by its contents?
17   A.  Yes.
18   Q.  In that summary you talked about MDMA's association with
19   serious toxicities of the liver.  In its acute phase, when
20   someone takes MDMA, you would expect to see a change in liver
21   enzymes, is that correct?
22   A.  Yes, I would.
23   Q.  That's because the function of the liver is to process --
24   that's what it does.
25   A.  This family or group of drugs are somewhat notorious for

                    SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

0C74MCC6                    Hanson - cross
1   changing the hepatic enzymes that are responsible for
2   metabolism.
3   Q.  Distinguish acute versus chronic effects; when you speak of
4   serious toxicities of the liver, you just described the fact
5   there are significant acute effects to the liver during a
6   period of use?
7   A.  Right.
8   Q.  But those pass through, the liver regenerates, correct?
9   A.  Recovers, yes.
10  Q.  Recovers from that acute phase?
11  A.  Correct.
12  Q.  When you say serious toxicities, are you speaking of the
13  acute phase?
14  A.  Yes.
15  Q.  You talked about cardiovascular harm as well?
16  A.  Right.
17  Q.  When Mr. Chung was inquiring you spoke of a number of
18  cardiovascular harms, elevated heart rate, increased blood
19  pressure, a number of other things?
20  A.  Right.
21  Q.  We are again speaking of the acute phase with respect to
22  those cardiovascular effects?
23  A.  Yes, typically unless you have a heart attack; then you are
24  going to have chronic but yes.
25  Q.  You also say in your summary MDMA causes hyperthermia much

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C74MCC6                          Hanson - cross
1   like amphetamines.  Just to clarify, hyperthermia generally
2   means elevated body temperature?
3   A.  Yes.
4   Q.  MDMA causes hyperthermia in its acute period just after
5   ingestion?
6   A.  Right.  As I explained, it interferes with thermal
7   regulation and so the environment plus that is what causes the
8   hyperthermia.
9   Q.  That has not been shown to have that chronic effect?
10  A.  No.  Once the drug is gone, that effect is gone.
11  Q.  Your next point in the summary was that heavy MDMA use has
12  been associated with neurocognitive impairment.  We have
13  already discussed that.  That refers to the neurotoxicity issue
14  that you and I have just been discussing and that you discussed
15  with Mr. Chung?
16  A.  Correct.
17  Q.  I don't know whether you can put a number on this but when
18  you say heavy MDMA use in your summary, say what you meant by
19  that in terms of both dosage and frequency, separating them, if
20  you will.
21  A.  I think that's a critical point.  With MDMA use compared to
22  the animal models, we rarely do repetitive exposure with animal
23  models, again for logistic, practical reasons.  But there may
24  well be an accumulative phenomenon that's going on with MDMA.
25  That has not been looked at.  This is a big question we need to

0C74MCC6                     Hanson - cross
1    address with future research.  So if you have somebody that's
2    exposed let's say in a 24-hour period to 2 or 3 tablets of
3    Ecstasy, they are getting about 300 milligrams per kilogram of
4    the Ecstasy in the 24-hour period.
5    Q.  You said 300 milligrams, 2 to 3 tablets.  I know you were
6    present when Mr. Parrott testified; he characterized the
7    average tablet dose at 70?
8    A.  70 in England.
9    Q.  Is there a different figure that's been demonstrated in the
10   United States?
11   A.  Yes.  It varies.  There are some places have been up as
12   high as 120 milligrams, so it does vary on batches.  I was also
13   talking to Dr. Parrott.  He said now they found some batches
14   that don't have any Ecstasy in it but they are being sold as
15   Ecstasy.  That's one of the problems with this world.  You
16   don't always know how much of the drug you are going to get or
17   if your going to get another drug in combination with the
18   Ecstasy, so that confounds our interpretation of the human data
19   when we see something or we don't see something, is it because
20   the drug was there or it wasn't there or there was another drug
21   there.  So that's always an issue.
22   Q.  I interrupted you to clarify.  Continue.
23   A.  The point I am trying to make is that if this person does
24   the same routine every week for a year, even though they are
25   not looking at the 5 to 10 milligrams per kilogram that we look

0C74MCC6                      Hanson - cross

1    at in our intense exposure but the accumulative exposure to the
2    drug is much higher over the course of a year, what does that
3    mean.  In all honesty we don't know what that means because our
4    animal research has not looked at this in specific, but almost
5    all of our human research has that confound and it doesn't know
6    what to do with it.
7    Q.  The frequency you just described would be associated with
8    heavy use and it's distinct from the moderate, average
9    recreational user, correct?
10   A.  I would say that the average user probably wouldn't be
11   using it on a weekly basis.  They certainly could be using
12   those doses on a monthly basis or every other month kind of
13   basis.  Someone doing it weekly you would put into a category
14   of more intense use.
15   Q.  Staying with this moderate user versus heavy user
16   distinction, are you aware of data in the United States that
17   attempts to categorize the percentages of users who would
18   qualify as heavy users within the definition you just
19   described?
20   A.  I have looked for that and if you know a source let me
21   know.  I have not been able to find that although Great Britain
22   and Australia who have big Ecstasy problems, they have looked
23   at that.  For example, in Great Britain there is anywhere from
24   1 to 3 percent of the people in their treatment.  So this is
25   treatment for every drug abuse issue, alcohol, cocaine, what

0C74MCC6                         Hanson - cross

1   have you.  About 1 to 3 percent are being treated for Ecstasy
2   problems.  So that would suggest kind of a number, you would
3   have to do the math in terms of how many are using what have
4   you.
5          Other studies have suggested that, like the Bruno
6   study, there is this 20 percent, those users who are exhibiting
7   dependence, significant dependence, and does that mean they are
8   all addicted or just physically dependent, trying to avoid
9   withdrawal.  It doesn't equivocate that very well.  It does say
10  there is a significant proportion of these people who go on to
11  become moderate to heavy users.
12  Q.  Back to where you started with that point, if the
13  percentage of people who report, who sought treatment for
14  MDMA-related issues would be an indicator of the percentage of
15  users who are categorized as heavy users within the criteria we
16  have just described?
17  A.  Correct, if you can do the math.  What I said is 1 to 3
18  percent of everybody that's in treatment is there because of
19  MDMA, so you have to figure out what's the number of Ecstasy
20  users and then calculate how many are actually in treatment,
21  then do the math.
22  Q.  The answer wouldn't be 1 to 3 percent; it would be
23  something different based on the total number of MDMA users?
24  A.  Exactly.  One of the things Kish mentions in his papers, he
25  says about 40 percent of those people, those subjects that were

0C74MCC6                    Hanson - cross

1    in their study described the process of tolerance and dose
2    escalation.  So we know that Ecstasy does cause tolerance.
3    That's a fairly common phenomenon.  People start to escalate.
4              Here again, we don't have a lot of research as to what
5    that means.  Once tolerance occurs, does that mean the body or
6    the brain has changed in some basic neurobiological ways, is
7    that a good thing, a bad thing, and they start to escalate
8    their doses.  Are they sensitized.  Sensitization is a
9    phenomenon with psychostimulants.
10             We see it with cocaine and methamphetamine which means
11   that you start off with lower doses but as you use it over a
12   period of time, you find that the system becomes more and more
13   sensitive to the drug and not less and less sensitive, so we
14   don't know what sensitization looks like with Ecstasy.  No one
15   has really looked at that very carefully.
16   Q.  We will talk more about that in relation to dependence.  I
17   am moving through your summary.  We will get back to your
18   points.  The next point you make in your summary relates to
19   fatalities.  Let's talk about that.  You say deaths from MDMA
20   abuse are comparable to those linked to methamphetamine and
21   cocaine abuse.  What do you mean by comparable; do you mean the
22   fatality rate, that MDMA causes as many deaths as cocaine?
23   A.  This again comes from some of the Great Britain studies and
24   Australia studies.  These investigators have concluded, one of
25   the studies looks at, it's a fairly complicated formula, they

365 of

```
        0C74MCC6                    Hanson - cross
 1   look at availability, they look at seizures, look at things
 2   that measure how much of the drug is being used and they
 3   concluded that if had a fatality potential similar to cocaine
 4   and amphetamine.
 5   Q.  Can you name the study you are describing.
 6   A.  It's Schifano.
 7   Q.  There is a Schifano study; I want to make sure we are
 8   talking about the same one.
 9   A.  There is another called King study that I think I indicated
10   that they also do this comparison between methamphetamine and
11   then a third one is the Kaye study and they are looking at
12   Australia and trying to equate, and they conclude that the
13   toxicity, the lethal toxicity is fairly similar between all of
14   them.
15   Q.  Let's talk about that in context of the Schifano study.
16   The Schifano study looked at, distinguished between related
17   death, cocaine or MDMA related deaths, and causal deaths, did
18   it not?  It drew a distinction a death which is related to
19   ingestion of the drug and caused by the drug?
20   A.  Correct.
21   Q.  That distinction was that a death was related to the drug
22   if the drug was present in the system of the person who died
23   when they died?
24   A.  Correct.
25   Q.  Or when examined shortly thereafter?
```

0C74MCC6                    Hanson - cross

1   A.  Right.
2   Q.  By that logic a person who was under the influence of MDMA
3   and stepped off the curb and was hit by a drunk driver would be
4   called an MDMA-related death?
5   A.  Correct.
6   Q.  Not caused by MDMA but related to MDMA?
7   A.  Yes, that's fine.
8   Q.  They drew a distinction and looked more carefully at those
9   cases where coroners have listed the drug as the cause of death
10  and teased out those numbers in term of fatalities?
11  A.  Yes.
12  Q.  With respect to MDMA, do you recall figures in Schifano?
13  A.  I don't recall breaking them down to that degree but it
14  seems like they start off with 800 versus 600 then they start
15  to break them down into their packages.
16  Q.  With MDMA it would help you to recall that there were 104
17  MDMA-caused deaths in 10 years, approximately 10 per year?
18  A.  That would be fine.
19  Q.  Is it your recollection that cocaine-caused deaths were
20  similar?
21  A.  No, they would have been higher than that.
22  Q.  When we compare fatalities, in causation, not relationship
23  but causation, MDMA is less likely to cause fatalities than
24  cocaine?
25  A.  Yes.  What does the drug itself do and you would also keep

0C74MCC6                    Hanson - cross

 1   in mind that the doses these people are exposing themselves are
 2   going to be much different.  The cocaine person is going to be
 3   on a cocaine binge sometimes so you are going to have a much
 4   higher dose.
 5   Q.  That wasn't known in the study?
 6   A.  No.
 7   Q.  That variable was not accounted for in that study?
 8   A.  It was not.
 9   Q.  So the conclusion of that study is that cocaine causes more
10   fatalities than MDMA?
11   A.  Correct.
12   Q.  You mentioned two other studies; they used different
13   variables?
14   A.  They did.
15   Q.  The bottom line of those studies is the same, that is, that
16   cocaine causes more fatalities than MDMA?
17   A.  Correct.  They are comparing with amphetamines as well.  As
18   I recall, the King study makes a statement they are kind of
19   equivalent in terms of their mortality potential.
20   Q.  Let's go back to an area we were discussing before, that's
21   dependence.  We have touched on that in a number of ways; we
22   have all touched on it.
23   A.  Right.
24   Q.  Would you agree with the statement MDMA is not addictive
25   but has addictive potential?

0C74MCC6                    Hanson - cross

1    A.  Well, those almost sound like they are mutually exclusive.
2    I would say that under normal recreational uses, the likelihood
3    of addiction is fairly low but it does have addiction potential
4    with escalating doses and all those qualifiers.
5    Q.  Those would be for the hard to quantify but recognized
6    heavy user population we discussed?
7    A.  Yes.  Almost by definition, if you are addicted you are
8    going to be a heavy user because you have compulsive behavior
9    and you need to use the drug.
10   Q.  I take it from that, a person who used with level frequency
11   over time once to twice a month but continued to use at that
12   rate would not qualify as addicted?
13   A.  They wouldn't satisfy that compulsive behavior definition
14   of addiction, that's correct.
15   Q.  You are making reference I think to the DSM criteria for
16   dependence?
17   A.  World Health Organization definition of addiction, right.
18   Q.  One of those factors is compulsive?
19   A.  Correct.  The distinguishing feature there is that the
20   behavior is so overwhelming that you want the drug, you need
21   the drug despite the fact that it's having some fairly negative
22   consequences in your life.
23   Q.  When we talk about heavy use that invokes this addiction
24   potential in MDMA, again, we are very limited in our data as to
25   what percentage of users we are talking about?

0C74MCC6                    Hanson - cross
1   A.  Correct.
2   Q.  That takes us back to the same question we talked about
3   earlier, number of people who report for treatment, number of
4   people who are admitted to emergency rooms, that kind of data
5   would be useful in trying to understand.
6   A.  It would, although the emergency room data, so many other
7   things are going on there, a lot of times people who show up in
8   emergency rooms are people who may have their first exposure to
9   this drug and they don't know what they were doing and took too
10  much, whatever.
11  Q.  Dr. Parrott said that unlike cocaine users even heavy users
12  generally decline in their use of MDMA; would you agree with
13  that?
14  A.  I have certainly heard that that's the case for a lot of
15  those users.
16  Q.  Although there is escalating use for some period, we
17  generally see a decline?
18  A.  Right.
19  Q.  That's not true for cocaine?
20  A.  That's correct.
21  Q.  Or heroin?
22  A.  That's correct.
23  Q.  It's a different kind of addiction.  Cocaine users will use
24  and use until the money is gone and the life has run out?
25  A.  That's correct.  It's sort of a 2-phase, and that reflects

0C74MCC6                        Hanson - cross

1    the psychedelic, hallucinogenic serotonin piece, and the
2    addicting, euphoric, energizing dopamine piece and this
3    interaction between those two systems.
4    Q.  You talked about the differences between the drugs and the
5    stimulant and hallucinogen properties.  I am going to come back
6    to the 2001 sentencing commission report characterized as one
7    of the concerns, one of the harms of MDMA is its both stimulant
8    and hallucinogenic properties.  Do you recall that?
9    A.  Yes, I do.
10   Q.  We were talking about apples and oranges and that
11   comparison between cocaine and MDMA.  The same question that
12   was asked of Dr. Parrott, that just because something has two
13   properties instead of one, that is, both a stimulant and a
14   hallucinogen, that doesn't make it doubly dangerous, does it?
15   A.  In principle I would say that's true, but in regard to this
16   drug, that's the basis for its appeal to the young population.
17   They love the hallucinogenic, psychedelic enhancing of sensory
18   elements.  That's why they go to the rave.  The rave is filled
19   with all sorts of sensory things going on.  They love the
20   stimulus piece.  It gives them the energy, it sort of
21   reinforces.
22           You can kind of imagine that combination would be very
23   fascinating to a young person.  It's a hug drug.  It's got this
24   entactogenic property that they really like.  It enhances love,
25   at least as they define love.  But on top of that you are

0C74MCC6                    Hanson - cross

1    stimulating that mesolimbic dopamine pathway so you are getting
2    the reward.  This interaction is very appealing.  That's why
3    it's particularly dangerous, particularly problematic for that
4    group of people.
5    Q.  You just made an interesting leap.  All the reasons you
6    just described are reasons it's more attractive to a user,
7    correct?
8    A.  Particularly youth.
9    Q.  You described what you define to be more attractive but you
10   leapt to more dangerous.  I take that leap to simply be if it's
11   attractive to youth, it is by definition more dangerous?
12   A.  We know that the youth population is particularly
13   vulnerable to effects of drugs.  We know they are more
14   vulnerable to alcohol, they are more vulnerable to smoking.  I
15   can't think of a drug, there is probably some exception to that
16   rule, the reason is that in adolescents and even in adults,
17   young adult stage, brain systems are still developing,
18   serotonin systems, dopamine sometimes.
19          All of these things are still coming together and if
20   you start to sprinkle neurochemistry on top of that, the data
21   suggest, even marijuana, use of marijuana during adolescence or
22   during the developing brain will change the way that brain
23   develops and what it looks like when they become an adult.
24   Q.  What you have just said is essentially true for all
25   dangerous drugs?

0C74MCC6                         Hanson - cross

1  A.  It is.  So if you have a drug that is particularly
2  appealing to that population, then in a way you are sort of
3  lighting a match to the fire.  You are bringing those two
4  things together and increasing the likelihood that you can
5  cause problems for this person as their brain develops.
6  Q.  The region you just entered into is far more cultural and
7  sociological than psychopharmacological, correct, that is,
8  psychopharmacologically speaking, the combination of stimulant
9  plus hallucinogen properties is not a double in effect?
10 A.  Well it's a more intriguing effect to these kids; as you
11 know, adolescents are all into intrigue and new experiences.
12 So it gives them this unique combination of pharmacology that
13 is very appealing to them.
14 Q.  You just made a leap into behavior and culture again rather
15 than rooting your answer in psychopharmacology.
16 A.  I am not sure you can separate these things quite honestly.
17 Maybe that's the neurobiology in me.  I sort of see the world
18 through a neurobiological window.  It's hard for me to make the
19 distinction because I think that they connect with each other.
20 Q.  We have touched on this before and you mentioned the
21 significance of emergency room data.  You are aware that the
22 commission looked at and mentioned emergency room admission in
23 its consideration of harm, correct?
24 A.  Right.
25 Q.  And you would agree that emergency room admissions are an

0C74MCC6                        Hanson - cross

```
 1  appropriate indicator of harm?
 2  A.  Correct.
 3  Q.  You are aware of the national survey of drug use and
 4  health?
 5  A.  Yes.
 6  Q.  And that is an ongoing study and they have had a number of
 7  reports that track usage of particular drugs?
 8  A.  Right.
 9  Q.  Are you aware of the Dawn data?
10  A.  I am.
11  Q.  With respect to emergency room admission?
12  A.  Yes.
13  Q.  According to this data approximately 6 million people use
14  cocaine resulting in approximately 550,000 emergency room
15  admissions?
16  A.  Right.
17  Q.  Equating to about 9.3 percent of users admitted to
18  emergency rooms?
19  A.  Yes.
20  Q.  With MDMA approximately 2 million users with 15,000
21  admitted to the emergency room?
22  A.  Right.
23  Q.  That's equating to .7 percent admission rate among users?
24  A.  Right.
25  Q.  So by that metric certainly we would say that MDMA is less
```

0C74MCC6                        Hanson - cross
1    harmful than cocaine?
2    A.  Yes, numerically there is certainly that difference.  If
3    you look at the data, you will also see that those that end up
4    in emergency rooms because of Ecstasy use tend to be
5    significantly younger than those who end up in emergency rooms
6    because of cocaine and they also tend to be healthier which
7    goes to the issue of there is this unique young population
8    that's particularly attracted to this drug and they get into
9    trouble with it sometimes.
10   Q.  A significantly smaller percentage of them than cocaine
11   users?
12   A.  If you are just going by numbers, yes.
13   Q.  The methamphetamine portion of users admitted to emergency
14   rooms is also significantly higher than MDMA?
15   A.  I would expect it to be.
16   Q.  I don't believe you were asked about systematic reviews and
17   their role in the research.  Are you familiar with that term?
18   A.  Like meta-analysis?
19   Q.  Exactly.
20   A.  Yes.
21   Q.  Properly controlled are meta-analyses a useful tool?
22   A.  Absolutely.  I think they give you a lay of the land.
23   Q.  Is the Rodgers 2007 study a good example of a well-done
24   systematic review?
25   A.  I am not aware, I know the study but I did not examine the
                      SOUTHERN DISTRICT REPORTERS, P.C.
                           (212) 805-0300

0C74MCC6                        Hanson - cross

1   details in it.  So I would leave that to others, Dr. Parrott
2   and others.
3   Q.  In contrast to a systematic review there is another kind of
4   study called a narrative review?
5   A.  Yes.
6   Q.  Am I correct that narrative reviews, the value of narrative
7   reviews is dependent on the selection criteria used by the
8   reviewer?
9   A.  Absolutely.
10  Q.  Also by the extent to which the reviewer includes data
11  which contradicts or calls into question their conclusions?
12  A.  Correct.
13  Q.  So a well-done narrative review would list not only those
14  studies which ultimately support the conclusion of the reviewer
15  but also any studies which reach opposite conclusions and then
16  would compare the two?
17  A.  Right.
18  Q.  We talked about confounding factors.  You made an important
19  point with Mr. Chung that polydrug use is a confounding factor?
20  A.  Correct.
21  Q.  Most Ecstasy users are polydrug users?
22  A.  Correct.
23  Q.  You are interested in studying the co-effects of MDMA with
24  other drugs?
25  A.  Yes.

```
        0C74MCC6                    Hanson - cross
1   Q.  You think that is an important question for research?
2   A.  Yes.
3   Q.  However, we talked earlier about ways in which the
4   commission and this court are as nonscientists, as lawyers and
5   judges attempting to assess harms for purposes of criminal
6   penalties, attempting to separate out the isolated harms of
7   MDMA.  Would you agree these are two different tasks?
8   A.  They certainly are related tasks.  From a scientific
9   perspective it's difficult to understand interaction if you
10  don't understand what drugs do by themselves.  So the isolated
11  approach is always helpful in terms of interpreting the more
12  practical interacting issues although sometimes it can lead you
13  down a road that you don't want to go and tell you something
14  that is not very useful.
15  Q.  What I take from all or our discussion about all of the
16  years of MDMA study is that because of the prevalence of
17  polydrug use and the ethical and legal and other limitations on
18  isolated MDMA studies, the field is fairly new in terms of
19  psychopharmacologists absolutely isolating the effects of MDMA
20  alone, correct?
21  A.  In humans?
22  Q.  In humans, yes.
23  A.  And the reason is, boy, it's really hard to find these
24  people.
25  Q.  To the extent that studies are able to isolate monodrug,
```

377

0C74MCC6                        Hanson - cross

1   MDMA-only users and compare them with nondrug users, those are
2   pretty useful in helping us answer the question about the
3   isolated impact of MDMA.  Am I correct?
4   A.  But there are some landmines there and that is that in
5   finding a population that only uses Ecstasy, have you also
6   found a population that has other factors that you may not be
7   aware of that in and of themselves cause the behavior of only
8   using Ecstasy but does not generalize to the big population
9   that are polydrug users.  See what I am saying?
10  Q.  I do, but that would be in terms of psychopharmacological
11  analysis, what is the effect on the brain of this drug?
12  A.  Let me give you an example.  This population does not use
13  any other drugs.  That tells you something about this youth,
14  this group of adolescents, young adults.  It tells you
15  something about their environment is going to be different than
16  these other people.
17          It tells you probably something about their attitude
18  towards risk, what does risk mean.  We know that risk, high
19  risk behavior is very predictive of tendency towards addiction.
20  It may tell you something about what's the likelihood that this
21  group would ever get addicted to this drug.  It's probably very
22  small because they don't have that tendency.  And it tells you
23  something about what's happening in the community, would the
24  community tolerate heavy use of this drug.
25          There are all these factors that have gone into

0C74MCC6                        Hanson - cross
1   isolating a very small group.  If you come and you do a study
2   on that very small group and these other factors may be
3   critical issues for determining the outcome you want to
4   measure, you don't see much outcome in these folks because they
5   don't have those factors.
6   Q.  Understood.  Another way of saying that is in the rest of
7   the world, in the analysis of polydrug users with many of the
8   confounds that have complicated the research, you are better
9   able to test things like addiction potential in polydrug users
10  which is the more common effect?
11  A.  And you are probably better able to detect or to measure
12  things such as toxicities, acute and long-term toxicities,
13  because some of the toxicities that MDMA or a drug might cause
14  have to do with how they interact with these other drugs or how
15  they interact with a body that's been affected by these other
16  drugs, and that's not going to be present.
17           It also may have to do with one of the ways they
18  design or find their subjects.  They say they used one tablet,
19  or one MDMA tablet.  Well, maybe these kids, because they are
20  kind of aversive to risk and they are concerned about what
21  might Ecstasy do to me.  They go in very conservatively and
22  cautiously and they kind of nibble on the tablet or they don't
23  eat the whole tablet or they heard that heat can worsen the
24  likelihood of causing side effects with this so they are making
25  sure they are drinking lots of water so it won't cause a

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

0C74MCC6                    Hanson - cross
1  problem for them.  Or we had discovered a while back that
2  Prozac protected against the damage caused by Ecstasy, so maybe
3  they took a Prozac from mom and dad's medicine cabinet.
4          I am just giving those as examples of their approach
5  to using Ecstasy might be very different than someone who is
6  very high-risk oriented and has lots of drugs and their
7  attitudes and strategies can be distinct.
8  Q.  All the factors you just described about what might be
9  confounding elements in an MDMA-only user survey, that's not
10 based on your analysis of any particular study; that's a
11 hypothesis about what might occur in such a hypothetical
12 population?
13 A.  That's correct, but it also gives me pause when I try to
14 interpret and extrapolate what I found in this population to
15 more global presentation.
16 Q.  If your goal was to understand the pure and isolated
17 effects of MDMA, you would rather have a study with MDMA users
18 only than on polydrug users, correct?
19 A.  So long as I put that caveat in there recognizing this may
20 be a very unique population so whatever happens, you've got to
21 be careful in terms of interpreting its significance.
22          MR. RORTY:  Thank you very much.
23          No further questions.
24          THE COURT:  Mr. Chung.
25          MR. CHUNG:  No redirect.
                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

                                                                        380
         0C74MCC6                    Hanson - cross
 1              THE COURT:  From your perspective, Dr. Hanson, as a
 2       researcher, what is the best way empirically to try to measure
 3       the harms from a particular drug?
 4              THE WITNESS:  I guess it depends on what harms you are
 5       interested in.  It's always hard to do the global analysis and
 6       say let's just talk about harms and adverse effects.  You also
 7       almost have to focus in because if it's very global you miss
 8       stuff.  But if you can focus in and say let's talk about the
 9       cardiovascular harms, how would this affect that, or how does
10       this affect your liver function.  Those are relatively easy to
11       measure.  We can hook you up to machines or take your blood and
12       analyze it and get a pretty good sense as to what's going on.
13              It becomes more difficult when you get into behavioral
14       analysis because that's so complex.  A person could do one
15       thing under one setting and it looks perfectly normal but they
16       do the same thing in another setting and it looks pathologic or
17       it's problematic.  How do you make that distinction.  Did the
18       drug cause that.  It looks like a normal behavior but the
19       problem isn't so much behavior but it's their interpretation of
20       the environment and deciding what's the appropriate behavior to
21       put into that setting.
22              So those things are very hard to analyze.  And then we
23       have the longitudinal issues.  I mentioned with methamphetamine
24       we have just now found out that meth-dependent people have a
25       five-fold increase in the likelihood of developing Parkinson's.

```
        0C74MCC6                    Hanson - cross
 1   This is something they started 20 years ago.  How do I link
 2   what they did 20 years ago with what's going to happen to them
 3   down the road.
 4             Those are some of the problems we wrestle with with
 5   drugs luck Ecstasy that we know is really having a profound
 6   effect on brain chemistry.  We know that.  Now it's having a
 7   profound effect in the immediate future and there is a
 8   discussion as how far does that go and what does that cascade
 9   of events do.  At the end of days you come to a person just
10   before they are buried and you say, how was life, and they tell
11   you, it was great, I enjoyed it, then you would say, OK, I
12   guess you didn't have any big problems with drugs
13             On the other hand if they say life was horrible, I had
14   all kinds of problems with my family, I couldn't keep a job,
15   then you would said, oh, it likes like maybe drugs caused a big
16   problem for you.  So hard to do, don't know that's very
17   satisfying answer, but it gives you a sense of how difficult
18   the question is.
19             THE COURT:  In your testimony today you have talked
20   about the particular attractiveness to young people of MDMA
21   because of the combination of both the stimulant and the
22   hallucinogen.
23             THE WITNESS:  Right.
24             THE COURT:  At the time of the Sentencing Commission
25   report to Congress, there was a wave of MDMA cases around the
```

0C74MCC6                    Hanson - cross

1    country.  Over the last 10 years, what have you seen from your
2    vantage point in terms of the use of MDMA?
3             THE WITNESS:  This is a drug that's very sensitive to
4    perceived risk and when that youthful population sees the drug
5    having potential of severe toxicity and problems, they tend to
6    move away from it.  So it's interesting.  You can argue whether
7    the data were completely accurate or whether we did the best
8    thing, but it's interesting that after that 2001 where we
9    really had a major epidemic, 9 percent of our youth were trying
10   and experimenting with this drug, it dropped.  You get to 2005,
11   and it drops down to about 3 percent.  That's big cut over a
12   period of 3 to 4 years.  Now we are starting to see a
13   resurgence, not a dramatic resurgence, but we are back up to
14   about 4-1/2 percent, so we have come up from the bottom.
15            THE COURT:  Do what do you attribute that?
16            THE WITNESS:  Lloyd Johnston is the one who does
17   monitoring the future.  This is a NIDA-sponsored survey.  He
18   says that there is a good correlation between perceived risk of
19   the drug and the likelihood they would use it.  So as they
20   analyzed their surveyed risk, they saw risk, perceived risk for
21   Ecstasy went up and use went down.  Now they are seeing
22   perceived risk as going down and use is starting to come back
23   up.  So, there is that connection and there are lots of factors
24   that contribute to perceived risk.
25            One of the factors is that the media is really

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

383

0C74MCC6                        Hanson - cross

1   covering this FDA-approved clinical trial of Ecstasy for PTSD.
2   I am not saying it's good and I am not saying it's bad.
3   Personally I have no problem and I wouldn't be surprised if
4   indeed it is of some value in treating PTSD.  We use
5   methamphetamine to treat ADHD.  We use some of these drugs of
6   abuse to treat.  They have perfectly legitimate medical use.
7           It's when we are throwing it out and people are using
8   it on their own and they are being their own doctors or using
9   it recreationally, we have no control over that, you get into
10  trouble with it.  Having said that, as you took to youth, I
11  teach a class at the University of Utah called common
12  medicines.  We just talk about drugs.  We talk about Ecstasy
13  and I get some feedback.  I say what do you think about
14  Ecstasy, what's your attitude.  They say it's not a very
15  harmful drug.  And I say why do you say that.  They say we just
16  read in the newspapers it's being used to treat PTSD.  How
17  could it be helping these people who are struggling with PTSD
18  and be harmful.
19          That kind of attitude.  I am not saying those kids
20  will go out and use it.  It's certainly the perceived risk
21  issue that's happening.  Again I am not saying that's bad or
22  that's good, I am saying that is a reality.  It's attractive,
23  they go out and use it.  The more they use it, the more people
24  you are going to have that will get into trouble with it.
25  That's just basic pharmacology.

384

0C74MCC6                    Hanson - cross

1           THE COURT:  You say you have seen an uptick.
2           THE WITNESS:  Correct.
3           THE COURT:  Can you put a timeframe on that for me.
4           THE WITNESS:  It hit bottom 2005, it kind of stayed
5    around there for 2005, 2006, and 2007 it started to climb, then
6    our latest data, we have not got the 2010 data yet, the 2009,
7    it's come up to about 4.5, 4.6 in high school seniors.
8           THE COURT:  I reviewed with others the principal bases
9    on which the Sentencing Commission rested its report to
10   Congress.  I would like to hear your comments on those three
11   observations from the report.  I am reading from page 5 in
12   which the commission stated that it shows a greater penalty
13   structure for MDMA trafficking than for powder cocaine
14   trafficking because, 1, unlike MDMA, powder cocaine is not
15   neurotoxic.  I will take these seriatim, if you would comment
16   on that.
17          THE WITNESS:  Probably some of that came from my
18   testimony because we find that in the animal model and in
19   humans, we have gone back mostly have done postmortem studies
20   to try to analyze if it's disruptive to things such as
21   serotonin systems or dopamine systems, whatever, and we don't
22   see a lot of persistent neurotoxicity.  It doesn't have that
23   pattern like the amphetamines and Ecstasy for serotonin.  We
24   don't see the deficits.
25          In my laboratory we tried, we thought way back when

0C74MCC6                        Hanson - cross

1   that cocaine would probably look a lot like the amphetamines
2   and we didn't ever see persistence in toxicity to either the
3   dopamine or the serotonin system like we do with Ecstasy and
4   like what we do with methamphetamine.  That's probably where
5   that statement came from.  Based on that that's true.  We don't
6   see that kind of persistent toxicity that you see with the
7   amphetamines.
8              (Continued on next page)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

386

0C7UMCC7                    Hanson

1              THE COURT:  The commission went on to note as a second
2       reason that powdered cocaine is not aggressively marketed to
3       youth in the same manner as MDMA.
4              THE WITNESS:  That is true.  It doesn't have the
5       appeal to the young people that MDMA does.  And a lot of it is
6       this perceived risk issue, that they don't see MDMA as a risk
7       for them and so they are more inclined to do that.
8              Even kids in Salt Lake City are not going to use
9       cocaine, but they will MDMA.  We know that that can be terribly
10      dangerous, so they are willing to go out and try it.  So, yes,
11      we see it and, as a general rule, the population that is most
12      affected is going to be a younger population.
13             THE COURT:  We heard testimony that there comes a time
14      generally in the use cycle of MDMA that people simply quit --
15             THE WITNESS:  Right.
16             THE COURT:  -- MDMA.  Can you explain that to me
17      because it seems so different from other drugs like cocaine?
18             THE WITNESS:  Some of this is just conjecture on my
19      part because it would be very interesting to go and get these
20      individuals who had used compulsively and then they just
21      stopped.  If you could have a brain image of what their brain
22      image looked like before and what it looked like afterwards, I
23      wouldn't be surprised if there isn't maybe a pathological
24      explanation, that is, they could have used the drug in an
25      intense fashion for so long that it compromised systems, maybe

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

```
   0C7UMCC7                    Hanson
1  systems that have to do with motivation, maybe systems that
2  have to do with interpretation, whatever.  But now because
3  that's been compromised, they are no longer interested in the
4  drug per se.  So it may not reflect a good thing.  I mean, it
5  may reflect a good thing, I don't know.  It may actually
6  reflect a pathology but just reflect that they finally figured
7  it out, they grew up and they moved on.
8           THE COURT:  The third factor that the commission cites
9  is that powdered cocaine is only a stimulant, but MDMA acts as
10 both a stimulant and a hallucinogen.
11          Now, you did discuss that on cross-examination.
12 Putting aside the attractiveness of that combination to youth,
13 as you described, is there any scientific basis, any
14 psychopharmacological basis that would suggest that that makes
15 MDMA more dangerous or more harmful because it is both a
16 stimulant and a hallucinogen?
17          THE WITNESS:  I wouldn't say it is more harmful on a
18 neurobiological basis because that gets into a different
19 discussion of how the serotonin and dopamine interact with each
20 other.  Serotonin is a modulator of dopamine function, but it
21 does -- and I think this was the intent of the commission -- it
22 does help explain why this drug is particularly attractive to
23 this very youthful population.  The entactogenic feature of the
24 drug is very exciting to them.  They talk about, oh, when I
25 take this drug, I just feel like I want to hug and love
```

0C7UMCC7                     Hanson
1    everybody and it is fun to be around my friends and it is fun
2    to be in that rave scene.  This is very attractive to them.
3    You don't get that with cocaine.  So you lack that piece of
4    pharmacology, meaning that cocaine would appeal to an older
5    population whereas this appeals to the younger population.
6           THE COURT:  You also discussed the fact that dosage
7    amounts are different in the United States than what is
8    typically seen in the Great Britain.  Did I understand that
9    correctly?
10          THE WITNESS:  Yes.  Partially, dosage amounts are
11   different from batches, depending on where they come from,
12   regardless of where they end up.  You could argue that there
13   are certain organizations that control the production end or
14   trafficking of the drug and they may make some executive
15   decision that, we want to optimize our profits on this product,
16   so we are going to cut back on Ecstasy.  Instead of giving them
17   120 milligrams, we are going to give them 70 milligrams,
18   whatever goes into those kinds of decisions.
19          But if you are getting batches from different sources,
20   then it may mean that the potency of the Ecstasy is different.
21   And as I mentioned before, in some cases, it may mean that you
22   don't have any Ecstasy, even though it is being sold for
23   Ecstasy or it has got something else, it has been contaminated
24   with something like MDMA.  Now, MDMA, they are starting to get
25   into dopamine toxicity with MDMA and it starts to look more
                   SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

0C7UMCC7                    Hanson
1    like methamphetamine and it does.  So depending on where it is
2    coming from there is no Good Housekeeping seal of approval when
3    you buy this stuff.  It is illegal, and there is no guarantee
4    as to what it is that you are going to get even within the
5    country you may find different batches with different
6    potencies.
7              THE COURT:  In your view, how significant is it in
8    measuring the harm of a drug whether or not the drug has
9    addictive properties?
10             THE WITNESS:  Well, it is significant in terms of --
11   if it is addictive, then that means your use is going to be
12   more compulsive and it is going to be less side effect and less
13   negative consequence driven, and you are more likely to use
14   higher dosages, and you are going to do those more frequently.
15   And then you are just getting into the dose-dependent
16   discussion, that is, the more you use, the greater likelihood
17   you are going to pass the threshold for toxicity, and you are
18   going to have problems with it.
19             And the process that leads up to addiction itself
20   generally means you have used the drug quite a bit to get here.
21   Your brain has basically changed.  Addiction, we know now is a
22   learned process that is embellished by pharmacology.  So you
23   kind of learn to use a drug and make it a part of your life.
24             THE COURT:  Would you explain that a little further
25   for me?
                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

0C7UMCC7                    Hanson

1            THE WITNESS:  Addiction is a process of learning.  We
2    know now that a lot of the basic neurobiology to addiction is
3    the underpinnings of what learning looks like in terms of what
4    brain systems are involved.  Alan Leshner, who is my
5    predecessor at NIDA -- he was the director before I was the
6    acting director -- he used to say that with addiction, what you
7    have done is, you have hijacked the brain.  So you have taken
8    advantage of basic neurobiology but you have tailored it in a
9    way that is now harmful to you.
10           So in that regard, you turn what used to be a casual
11   behavior into one that has become a compulsive behavior and now
12   you are going to use more and more of the drug and now you are
13   going to get into the toxic levels of the drug and you are more
14   likely to get things such as we have been discussing with high
15   dose use of Ecstasy.
16           THE COURT:  You were present and participated back in
17   2000 and early 2001 when the Sentencing Commission was looking
18   at this.  Now you are here today.  Can you summarize for me
19   what it is that has changed since May of 2001 when the
20   commission sent its report?  You have described in part that
21   some of the technology has improved.
22           THE WITNESS:  Correct.
23           THE COURT:  What, from a psychopharmacological
24   perspective, have we learned about MDMA since May of 2001?
25           THE WITNESS:  I think we have learned that it is
                    SOUTHERN DISTRICT REPORTERS, P.C.
                         (212) 805-0300

0C7UMCC7                    Hanson

1    probably quite a bit more complicated than we thought it was at
2    that time, that there are a lot of complexities here.  And
3    while our research gives us some answers, there always seem to
4    be confounds there that create some problems in trying to
5    interpret the answers.
6              There is no golden bullet answer to this.  There is no
7    one-size-fits-all answer to this.  It is very dose dependent.
8    It is very environment dependent.  It is probably dependent on
9    the things that people bring to the experience.
10             This is what we call systems biology, and this is sort
11   of a movement of where biology in general is going, but
12   pharmacology is as well.  And that is, we have to stop thinking
13   about an isolated exposure of a single system to a single dose
14   of drug and somehow generalize and extrapolate that to reality
15   in life because that is not what life looks like.  And that is
16   the case with Ecstasy.  There is not one answer that satisfies
17   everything.  There is probably a lot of answers that are out
18   there.  And in our future, we have to figure out how to
19   integrate it.  And for folks such as yourself, you have to
20   figure out how to use this complexity in order to make your
21   decisions.
22             THE COURT:  I am always groping down a dimly lit
23   corridor.
24             THE WITNESS:  That is why my perspective is fun,
25   because I get to give you the information and then give you the

0C7UMCC7                    Hanson

1    charge to go ahead and be wise with it.
2           THE COURT:  Are you aware of any studies that have
3    directly found neurotoxicity in humans?
4           THE WITNESS:  Well, using the definition that I gave,
5    that is, that you have interfered with normal functioning --
6    and there have been a number of them and there have been
7    reports.  Some of it is subtle.  Some of it is more profound.
8    Some of it is anatomical.  Some of it relates to the markers --
9    crude as they are -- of serotonin systems.
10          But in every case there have been other studies using
11   different populations and usually there are some subtle
12   distinctions in terms of how they pick their subjects, how they
13   dealt with those subjects.  But in almost every case, someone
14   has come and said, well, in my study we didn't see that same
15   thing.  So we are missing something, and I don't think that it
16   is because -- it is not a good guy, bad guy thing.  There are
17   good scientists and there are bad scientists.  I think that
18   they have just constructed their studies in different ways, and
19   we are not clever at this point enough to know what are all the
20   critical factors and we are not controlling for them and so we
21   are getting these different measures.  And that's why the
22   meta-analyses are useful because they allow us to go back and
23   say, while we may not get specific answers, it does tell us
24   that there are a lot of things going on here and we haven't
25   figured out quite how to drill down and come up with the

```
    0C7UMCC7                    Hanson
1   overall answer to what is going on.
2              THE COURT:  Thank you, Dr. Hanson.
3              Do counsel wish to make any further inquiries of
4   Dr. Hanson?
5              MR. RORTY:  No.
6              THE COURT:  Anything further, Mr. Chung?
7              MR. CHUNG:  None, your Honor.
8              THE COURT:  Dr. Hanson, you are excused as a witness.
9              You may step down.
10             (Witness excused)
11             THE COURT:  Does the government have any other
12  evidence to offer?
13             MR. CHUNG:  No, your Honor.
14             THE COURT:  Does the government rest?
15             MR. CHUNG:  Yes, your Honor.
16             THE COURT:  Do the defendants have any further
17  evidence to offer?
18             MR. RORTY:  No.
19             THE COURT:  Do the defendants rest?
20             MR. RORTY:  Yes.
21             THE COURT:  Two things.  One, I made an inquiry last
22  week of the Sentencing Commission staff because I was
23  interested to learn whether they maintained any statistic on
24  the number of MDMA cases sentenced in the United States by
25  year.  I could not find that information looking on their web
```

394

0C7UMCC1

1    site and in their compendium of materials that they sent to me.
2    But I was able to speak with a research director at the
3    Sentencing Commission who provided me with a chart titled
4    "Number of MDMA Cases, Fiscal Years 2000 to 2009."  And the
5    source is a data file at the commission.
6              Simply so that it is part of the record in this case,
7    in the event that the parties want to refer to it, I have had
8    copies made and my law clerk will distribute them now to
9    counsel.  If I had thought of this earlier, I would have
10   distributed them earlier, but better late than never.  And this
11   may be dated, as you are already well aware of, but if not, you
12   have got it now.
13             Generally, I would think that one could interpolate
14   from sentencing the recognition that, one, cases take time to
15   be made, indicted and sentenced.  And so the tabular data, I
16   think, would correlate well with Dr. Hanson's testimony,
17   albeit, we have about a two-year delay because it revealed a
18   peak in 2003 of 906 Ecstasy sentencings.  Thereafter, there was
19   a precipitous decline and it has rumbled around 450 in 2008 and
20   2009.
21             Now, I think I said yesterday that I would afford the
22   parties an opportunity to submit a memorandum to me in
23   connection with this matter after you have had a chance to go
24   over the record.  I will give you what time you need, but then
25   I would also like to set this matter down for a sentencing.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

395

0C7UMCC1

1          Obviously, I have an issue to address here that I am
2    likely going to write on.
3          How much time would the parties like to submit a post
4    hearing memorandum?
5          MR. CHUNG:  Your Honor, may the parties have just a
6    moment to confer?
7          THE COURT:  Absolutely.
8          (Discussion off the record among counsel)
9          MR. CHUNG:  Your Honor, is the Court contemplating
10   simultaneous briefing or sort of more staggered
11   defense-government response.
12         THE COURT:  What we could do is have simultaneous
13   submission and then I would give each side a few days to make
14   any short reply to what they saw in their adversary's
15   submission.  I think that may be the best way to proceed.
16         MR. CHUNG:  OK.  One moment.
17         (Discussion off the record among counsel)
18         MR. SPORN:  Your Honor, while counsel is caucusing
19   about that, let me tee up one other issue that may or may not
20   affect our scheduling, and that is the custodial status of my
21   client.
22         Absolutely none of us are presupposing any outcome
23   here, but it occurs to us that if your Honor were to find that
24   the guidelines as they are may not be appropriate and find that
25   some other lower guideline would be appropriate, we may end up
               SOUTHERN DISTRICT REPORTERS, P.C.
                      (212) 805-0300

396

0C7UMCC1

1    in a guideline range, before we ever get to 3553
2    considerations, that approaches the time that Mr. McCarthy has
3    already been in custody.  He has been in custody now
4    approximately 14 months.
5              THE COURT:  I am well aware of that.
6              MR. SPORN:  I know you are, your Honor, and I know
7    that is why you want to proceed to sentencing as quickly as we
8    can, and we want that to and nobody wants him to be in longer
9    than the guideline range.  And I have to say that Mr. Chung has
10   not been unsympathetic to that possibility, and we have been
11   talking about it.
12             It was never really contemplated that he was going to
13   be in custody.  There were a set of conditions set for his
14   release.  We have not been able to meet them.  So Mr. Chung and
15   I are now talking again about perhaps tweaking those conditions
16   to perhaps permit his release and, if we can agree, we come
17   with a package or, if not, I may come and make an application
18   because I don't want his status in custody to be a cloud on
19   this inquiry.
20             Obviously, there is a lot of material to digest.  We
21   are going to want to marshal all of the facts that we heard in
22   support of our argument, and I am sure that they are going to
23   do the same and this is a time-consuming process, and I don't
24   want your Honor to be in a position of having the fact of his
25   custodial status to be a cloud over your Honor's deliberation.

0C7UMCC1

1          MR. CHUNG:  Your Honor, what I can represent is that
2     Mr. Sporn and I have had discussions regarding this very issue
3     ever since Mr. McCarthy's arrest.  And as Mr. Sporn just
4     indicated, there is a bail package set, he just has not been
5     able to meet it.
6          So what I can represent is that the government nor
7     defense has committed to whether that bail package can change
8     or whether an agreement can be made.  All that I can represent
9     is that I will continue to discuss on a short-term basis with
10    Mr. Sporn that issue, and if we can come to an agreement, we
11    will come to your Honor with a proposal.  If there is an
12    agreement, I am sure that Mr. Sporn will make that application,
13    but we will do that in short order in light of the concern that
14    Mr. Sporn just indicated.
15         MR. SPORN:  I am just thinking about it while Mr.
16    Chung was speaking, would it make sense to hold off of setting
17    a sentencing date until we get to the bottom of that?
18         THE COURT:  Obviously, if the defendant is able to
19    meet a bail package by agreement with the parties, that takes a
20    lot of pressure off of everyone.  I don't sense the same
21    urgency in sentencing his co-defendant who is out that I do in
22    having anyone who is sitting in custody across the street or at
23    the MDC.
24         I would like to hear what the parties have in mind
25    with respect to a briefing schedule.

398

0C7UMCC1

1           MR. RORTY:  Here is the proposed schedule that assumes
2     that Mr. McCarthy remains in custody.
3           Simultaneous filing on January 21st.
4           Simultaneous responses on January 28th.
5           Sentencing the second week in February.  I believe it
6     begins the 5th or 6th.  I don't have a calendar with me.  And
7     perhaps if the Court does check, I think that the 21st is a
8     Friday.  The 28th is a Friday.  And we are suggesting
9     essentially somewhere two weeks from then to sentence.
10           But as the Court has said, if the Court is
11     contemplating writing on that, the Court may well want to give
12     itself more time following the completed briefing.
13           THE COURT:  Why don't you see if you can talk further
14     about this matter.  I really think that my sense was that what
15     you are proposing is an extended briefing schedule.  If he is
16     out, in the end, I don't have a problem with that, but I am
17     going to want a little time and I am supposed to begin a
18     three-month criminal trial.
19           I am going to suggest this.
20           Confer, and you can send me a letter in a couple of
21     days and let me know what you propose and whether there is any
22     agreement that can be reached.  If not, I will fix a schedule
23     taking into account what you are proposing or I will entertain
24     whatever application the parties wish to bring before me and
25     resolve the briefing then.

0C7UMCC1

1           Obviously, I am not anxious to impose undue burdens on
2   the lawyers.  I think that you have all done a superb job in
3   presenting this matter to the Court.  And it has been a
4   fascinating two days and fascinating days leading up to this,
5   reading some of these materials and trying to come to grips
6   with it.
7           I will not fix a sentencing date now.  I will expect
8   to get a proposal from you by the 10th of December with respect
9   to a schedule for briefing here.
10          I think you should talk.  I think you have been
11  undoubtedly talking for a long time about this matter.  It is
12  hot on the skillet, so why not confer.
13          And then if we need to have some resolution of this
14  next week, I can either hear an application, approve a
15  proposal, hear an application.  And if I grant the application,
16  fix one briefing schedule.  If I deny the application, I am
17  going to fix a more rigorous schedule.  All right.
18          MR. SPORN:  Understood, your Honor.
19          THE COURT:  I am sorry that I can't be more clear with
20  you tonight.
21          MR. CHUNG:  I think it has been a lot clearer than
22  some of the issues that we have been discussing, but thank you.
23          THE COURT:  Thank you all.
24          Have a good night.
25                          o   0   o

400

```
 1                          INDEX OF EXAMINATION
 2    Examination of:                              Page
 3    ANDREW CHARLES PARROTT
 4    Direct By Mr. Kobre  . . . . . . . . . . . . 191
 5    Cross By Mr. Michelman . . . . . . . . . . . 230
 6    Redirect By Mr. Kobre  . . . . . . . . . . . 266
 7    Recross By Mr. Michaelman  . . . . . . . . . 284
 8    Recross By Mr. Michelman . . . . . . . . . . 299
 9    GLEN ROY HANSON
10    Direct By Mr. Chung  . . . . . . . . . . . . 305
11    Cross By Mr. Rorty . . . . . . . . . . . . . 342
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300