EXHIBIT H

**Michael Polcari**
413 Cold River Road
Langdon, NH 03602
603-835-2376
Michael.J.Polcari@gmail.com

15th November 2021

**Hon. Judge Christine Arguello**
**U.S. District Court of Colorado**
**Alfred A. Arraj United States Courthouse**
**Courtroom A602**
**901 19th Street,**
**Denver, Colorado 80294**

Honorable Judge Christine Arguello,

I, Michael Polcari, am writing on behalf of Patrick Doyle who arrives before you as a defendant. My purpose for writing this letter is to present a perspective beyond the scope of the current circumstances. I assert that all of the information I bring before you, Judge, is truthful, genuine, and written with conviction. In the following testimony I will detail some of my own history, my relationship with Patrick, his role in our family, as well as insight into Patrick's character that can only be provided by an intimate source.

I was born in November of 1988, and adopted at two weeks old. To my good fortune, I was adopted into a very progressive and kind household. . My parents were Fresh Air Program participants, and for years to come we hosted a boy from Bronx, NY every summer. I was an only child, and thus I collected many siblings along the way. One of those siblings was Marino Porrospita, who became a part of our household and continued to join us for summers long after we were participating in the Fresh Air Program. Another sibling, who cultivated lifelong friendships with both Marino and myself, is the man sitting before you today.

I was born with a challenging congenital condition, Autism. Although I am high functioning this condition and the symptoms associated with it have affected my life throughout my childhood and on. When I first met Patrick Doyle, I had transferred into Walpole Middle School from the Sara Porter school in Langdon, New Hampshire. The transition from the two room school house where I had spent grades 1 through 4, to the Walpole Middle School (a much larger school) was not without challenges due to the sheer volume of students, more regimented schedules, and overwhelming stimuli. Patrick played a

pivotal role in helping me to feel both safe, and included. I had never felt secure in spending nights away from my family home; Patrick helped me to take that step. The Doyle's wonderful household became a second home to me, as my parents home became a second home to Patrick. Patrick and I have been close friends for over two decades. Patrick has been instrumental in supporting me through challenges during both my childhood as well as my adult life, and has always been outspoken as well as accountable throughout. Perhaps, it is Patrick's unusually high EQ and empathy that has enabled him to serve as not only a patient friend, but also as a mentor. In 2017, I was diagnosed with cancer. Patrick again answered the call, acting as a guide through the unthinkable. I am composing this letter two days after my 33rd birthday, in full remission. Over the course of the past five years he has tirelessly offered encouragement, support, and even to tutor me so that I might finish higher education.

I am eager to reciprocate the same level of support Patrick has offered me in this time of need. Upon Patrick's release, I am prepared to share the resources and support networks I have integrated into my own treatment and recovery plan, as well as offer safe and sober housing if need be.

Your Honor, Patrick's commendable conduct extends well beyond our friendship. Patrick is an academic, a person of high integrity and I can say with certainty that he will reintegrate seamlessly into society without incident. Undoubtedly, Patrick will position himself as a contributor, mentor, friend, son, and brother. I firmly believe that Patrick is ready to be welcomed back by his family, friends, as well as the community and will serve as an asset in a post pandemic society, rife with struggle and inequity.

 Over the course of the past two years, I believe that Patrick has encountered individuals that have consigned themselves to recklessness as lifestyle and prison as a second home; Patrick is simply not one of these individuals. Beyond the scope of the current circumstances, your Honor, Patrick is not at risk of revisiting your courtroom as a defendant ever again. I humbly urge the court to consider all this when he comes before you to be sentenced.

Rsp. Submitted,

      M. Polcari