<span style="color:red">**EXHIBIT I**</span>

**From:** Jennifer Polcari <pol4jen@gmail.com>
**Date:** November 14, 2021 at 9:17:40 PM EST
**To:** lindsayr@2nd-Chair.com
**Subject: Patrick Doyle**

To Whom it may concern,
I have known Patrick Doyle since he was 10 years old and in middle school with my son. My son was new to the school and found it hard going. Pat reached out and soon became a good friend, showing him the ropes and introducing new friends. Pat and his brother Brian became regular visitors to our house and of all my sons new friends Pat became a favorite. By high school Pat felt like family. He was always polite and helpful, ready to pitch in when help was needed, and ready to talk with the grown ups about politics and moral issues. He was smart and well read and a pleasure to talk to. When he left for college we did not see him so often, and when he moved west even less, but he'd still come to visit whenever he was home. I am still very fond of him and know that whatever trouble he has gotten himself into he is basically a moral young man who has the intelligence and heart to be successful in life once he is free again.
A story: Pat and my son were about 11 and out walking on the dirt road by the River when they found a wallet. It had quite a bit of cash in it. They considered the situation and then decided to take it straight to the police station. They did not come home to ask the adults what to do, they decided on their own and walked the 4 miles to the station. Patrick has been a stalwart friend to us all over the years. Often seeing my son through tough times of loss and disappointment. My family will be here for him in whatever way we can, whenever we can.

Respectfully,
Jennifer Polcari
Langdon NH

Sent from my iPhone