EXHIBIT J

To whom it may concern,

   My name is Robert Polcari.  My son has been a good friend with Patrick from about the time they started middle school.  A lot of trips back and forth between the two households.  He became part of the family and has always been a kind and generous friend to us. Whatever his situation now, I believe he is still a fine young man with the potential to make something of his life.  I haven't had much contact with him since he left the area, but I spoke with him recently on the telephone and had the feeling that not much had changed between us.  He was bright, optimistic, and hopeful to reconnect with his parents, friends, and lost opportunities.   I am hopeful that he will soon get another chance and I would help as much as I can.

Respectfully,

Robert Polcari
Langdon, NH