<p style="text-align:center; color:red;">EXHIBIT K</p>

11/1/2021

Martin Stuart ESQ
Legal Counsel for Patrick Doyle

For Hon. Christine M. Arguello

**To Whom it May Concern,**

I would like to take a moment of your time to speak on behalf of Patrick Doyle. While I certainly understand his current situation and in no way condone the decisions made that lead to his incarceration, I do feel it necessary to reach out to the Court and offer another take on Patrick's character.

For about 6 months in 2018, I had to pleasure to hire and mange Patrick for a sales role with a Start Up company, operating in the legal Cannabis business in Colorado. The company was offering an analytical instrument that provided fast, accurate, and precise measurements of different characteristics in Cannabis products. I was operating as a consultant to the business, helping to ramp up the commercial effort. One of my first orders of business was to find, smart, honest, and highly engaged individuals to help us reach out to the industry. Having known Patrick personally for the better part of 15 years, being aware of his residency in Colorado, he was my first call. Pat showed an immediate aptitude for the technology and the value proposition across a number of the different layers in the market. More importantly, it was readily apparent that Patrick was a natural in front of clients. He makes people feel at ease while insuring that he also asks the tough questions. Patrick was instrumental in helping to redesign the early marketing materials used by the business, and build an impressive sales funnel over a short period of time. I ultimately left the business within a few months as I took a Full Time role with my current employer That said, Patrick stayed with the business for several more months, when some new investors stepped in and the company pivoted away from consultant based sales staff.

In the time that I worked with Patrick, he was a model employee. He progressed through his workload efficiently, he was open to input and coaching, and his work ethic was second to none.

SAES Group, USA

Again, I appreciate that he made some decisions since that time that have resulted in his current standing. And while I cannot comment on why he made those decisions, I can say that in the time that I have known Patrick (both personally and professionally), I have found him to be a highly engaged young man, capable of producing a strong body of work. I would imagine that his incarceration will limit his employment opportunities going forward. And I have to say, those that don't give Patrick an opportunity due to this one misstep alone would be missing out on a great young man. As a hiring manager over the past 12-13 years, I struggle to find that combination of savvy yet earnest, confident yet coachable. For what it is worth, would I be in a position to hire someone with his experience in the future, I would not hesitate in doing so.

**Warm Regards,**

Jason Mangler
Director of Business Development Specialty Chemicals
SAES Group, USA

SAES Group, USA

2