EXHIBIT L

*Letter for The Judge for Patrick Doyle*

November 2021

Your Honor,

In life we are blessed with friends that become family. I count the Doyle Family as these friends. I have known Jim and Beth since junior high and was there when Bryan and Patrick were born. I have followed their young life and spend weeks with the family each year. Now as adults, I only see Patrick and Bryan at big family events (Grandma Barb's birthdays and more). I hear about their lives, latest jobs, and challenges. All thoughts were with Bryan at the time of his traumatic injury. This of course was incredibly heartbreaking for the entire family and wide net of friends. I often worried Pat was also affected and crushed about his twin.

As the years have passed, Pat's journey led him away from home and he became less communicative. Every time I see Pat, he is warm, respectful and speaks enthusiastically about his life and goals.

It is terribly unfortunate that Pat was led down a dangerous and unsafe path. I know in youth you feel immortal and can rationalize anything. What I am certain of, is that Pat did not mean any harm to others.

Pat has taken full responsibility for his actions and is taking this time away from society to be remorseful and plan for his future. I am hopeful for Pat's future. I am confident Pat will use this hardship not as a roadblock but as a launching pad to a bright future.

Thank you for the challenging work you do for us as a community each day.

Sincerely,

Kristin L. Hoppmann
425 Iven Avenue
St. Davids, PA 19087
917.642.1441