<div style="text-align:center; color:red;">Exhibit M</div>

Jhamba Dolkar Sherpa

28 Westview Terrace

Easthampton, MA 01027

November 3, 2021

Re: Patrick Doyle

To: The Honorable Judge

I have known Patrick Doyle since he was about 16 months old when I first came to America and became part of his family. I took care of Patrick Doyle and his twin brother as my own since they were 16 months of age.

Patrick Doyle is a very kind and caring person, and often seem to be there for his friends whenever they need his help or support. Sometimes, I felt that some of his friends took full advantages of him because of who he is in general. When I first learned that Patrick is in trouble with the law, I was shocked and felt helpless. Since then, I have spoken with Patrick few times and he let me know his feeling of remorse and plans to change his lifestyle. He hopes to help others in similar situations in the community in the future.

And today, I am writing this letter in support of Patrick's case and in hopes for the positive outcome. I am grateful to have this opportunity to write a letter as part of Patrick's extended family.

Thank you very much.
Sincerely,

Jhamba Dolkar Sherpa