EXHIBIT N

November 2021

To: Hon. Christine M. Arguello

Re: Case Number 19-cr-394 CMA
USA v. Patrick M. Doyle

Your honor:

Patrick is a loving son and devoted grandson. He is caring, intelligent and very capable at accomplishing anything he sets his mind to. Patrick likes to project the image of being tough, but he actually has the biggest heart of all of my kids.

Patrick was deeply affected by his twin brother Bryan's accident. Bryan fell from a ladder while painting and sustained a l1 spinal cord injury. Although Patrick was not there when it happened, he felt guilty that it happened to Bryan and not him. Patrick believed that Bryan was the better son and brother so he should be the one lying in the hospital bed not Bryan. This broke my heart, but I started to understand Patrick's pain.

Our family life became very strained in many ways during this period. We were struggling with expenses for Bryan's rehab and also helping him adjust to his "new normal". Patrick withdrew from our family because I believe he didn't want his pain to be another burden on us.

Patrick chose an illegal path during this period which has brought us here. Pat knows that his choices have consequences. He has expressed his desire to change his trajectory and accept responsibility for these bad choices. He has also expressed regret for how he has lived his life the last few years.

Patrick has the ability and support system that would enable him to live a happy productive life. Together with Patrick's family and friends, we will help Patrick become the person that we know he really is.

Sincerely,

James & Beth Doyle (father & mother of the Defendant)
1507 County Rd
Walpole NH 03608
603-499-3592