IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-394-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  PATRICK M. DOYLE,

    Defendant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

The United States of America, by and through undersigned counsel, hereby files a motion for an extension of time in which to reply to the defendant's motion for a variant sentence.  [ECF #49].  In support thereof, the Government states:

    1.    The defendant in the above-captioned matter is scheduled to be sentenced on December 1, 2021.  [ECF #42].

    2.    On November 17, 2021, the Government filed its sentencing statement, in which it requested a sentence within the applicable Guidelines range.  [ECF# 47].

    3.    On November 22, 2021, at 4:33 p.m., the defendant filed a motion for a variant sentence.  The motion is 32 pages long.  The motion plus its 14 exhibits is 551 pages.  [ECF #49].

    4.    Pursuant to the Court's rules, the Government's response to the defendant's motion is due seven days prior to the sentencing date, or November 24, 2021. [ECF# 42].  Given that the defendant's lengthy motion appears to be an

academic examination of the MDMA sentencing guidelines, 48 hours is not enough time for the Government to thoroughly respond.

5. Accordingly, the Government requests that the Court allow the Government until Tuesday, November 30, 2021 to respond to the defendant's motion. This would allow the Government slightly less than seven-and-a-half days to respond, over the Thanksgiving holiday.

6. The Government consulted with counsel for the defendant, Martin Stuart, and he does not oppose the extension of time requested herein.

WHEREFORE, as outlined herein, the United States respectfully moves for an extension of time to November 30, 2021, in which to file its response to the defendant's motion for a variant sentence.

Respectfully submitted this 23rd day of November, 2021.

                                        MATTHEW T. KIRSCH
                                        Acting United States Attorney

By:    *s/ Andrea Surratt*
        Andrea Surratt
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California St., Suite 1600
        Denver, CO 80202
        Telephone: (303) 454-0100
        e-mail: Andrea.Surratt@usdoj.gov