IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-394-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  PATRICK M. DOYLE,

    Defendant.

## GOVERNMENT'S RULE 48 MOTION TO DISMISS COUNTS

    The United States of America, by and through undersigned counsel, and in accordance with the plea agreement in this matter, hereby files the Government's Fed. R. Crim. P. 48(a) Motion to Dismiss Counts as to defendant PATRICK M. DOYLE in the above-captioned matter.  As grounds therefore, the Government respectfully states to the Court as follows:

    1.    On August July 15, 2021, the defendant pled guilty to Counts One, Three, Four, Five, Six, Seven, and Eight of the Indictment pursuant to the terms enumerated in a written plea agreement.  [ECF #42].  Sentencing is scheduled for December 1, 2021.  [ECF #42].

    2.    In accordance with the negotiated terms as contained within the plea agreement, the Government moves to dismiss the remaining count of the Indictment as to this defendant.  Specifically, the Government moves to dismiss Count Two of the Indictment.

3. The Government respectfully requests that the Court grant the Government's Motion to Dismiss immediately following the imposition of sentence and entry of judgment of conviction as to the defendant.

WHEREFORE, as outlined herein, the United States respectfully moves for the dismissal of the remaining count of the Indictment as to defendant PATRICK M. DOYLE at the time of sentencing in the above-captioned matter.

Respectfully submitted this 29th day of November, 2021.

                MATTHEW T. KIRSCH
                Acting United States Attorney

By:   *s/ Andrea Surratt*
       Andrea Surratt
       Assistant United States Attorney
       U.S. Attorney's Office
       1801 California St., Suite 1600
       Denver, CO 80202
       Telephone: (303) 454-0100
       e-mail: Andrea.Surratt@usdoj.gov