IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-394-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PATRICK M. DOYLE,

    Defendant.

## GOVERNMENT'S MOTION PURSUANT TO U.S.S.G. § 3E1.1(b)

The United States of America, by and through undersigned counsel, and in accordance with the plea agreement in this matter, hereby files a motion pursuant to U.S.S.G. § 3E1.1(b) as to defendant PATRICK M. DOYLE in the above-captioned matter. As grounds therefore, the Government respectfully states to the Court as follows:

    1.    On August July 15, 2021, the defendant pled guilty to Counts One, Three, Four, Five, Six, Seven, and Eight of the Indictment pursuant to the terms enumerated in a written plea agreement. [ECF #42]. Sentencing is scheduled for December 1, 2021. [ECF #42].

    2.    In accordance with the negotiated terms as contained within the plea agreement, the Government moves pursuant to U.S.S.G. § 3E1.1(b) for a one-level reduction in the defendant's offense level because the defendant timely notified the Government of his intent to plead guilty in this matter.

3. The Government respectfully requests that the Court grant the Government's motion upon sentencing of the defendant.

WHEREFORE, as outlined herein, the United States respectfully moves as described herein as to defendant PATRICK M. DOYLE.

Respectfully submitted this 29th day of November, 2021.

        MATTHEW T. KIRSCH
        Acting United States Attorney

By:   *s/ Andrea Surratt*
       Andrea Surratt
       Assistant United States Attorney
       U.S. Attorney's Office
       1801 California St., Suite 1600
       Denver, CO 80202
       Telephone: (303) 454-0100
       e-mail: Andrea.Surratt@usdoj.gov