Case No. 1:19-cr-00394-CMA   Document 58   filed 03/16/22   USDC Colorado   pg 1 of 6
Case: 1:19-cr-00394, Document: 56, Filed: 12-06-21, Page 1 of 8
AO 245B (CO Rev 11/20)   Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
District of Colorado

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
| v. | ) | |
| | ) | |
| PATRICK M. DOYLE | ) | Case Number: 1:19-cr-00394-CMA-1 |
| a/k/a "Gordon Keough" | ) | |
| | ) | USM Number: 45442-013 |
| | ) | |
| | ) | Martin Adam Stuart |
| | ) | Defendant's Attorney |

**FILED U.S. DISTRICT COURT DISTRICT OF COLORADO**
**2022 MAR 16 AM 8:33**
**JEFFREY P. COLWELL CLERK**
**BY_____ DEP. CLK**

## THE DEFENDANT:

☒ pleaded guilty to count(s)  1 and 3, and 4 through 8 of the Indictment

☐ pleaded nolo contendere to count(s) _____
    which was accepted by the court.

☐ was found guilty on count(s) _____
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C § 841(a)(1) and (b)(1)(C) | Distribution or Possession With Intent to Distribute a Controlled Substance (MDMA) | 08/02/19 | 1 |
| 21 U.S.C. § 841(a)(1) and (b)(1)(C) | Distribution or Possession With Intent to Distribute a Controlled Substance (MDMA) | 08/22/19 | 3 |
| 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846 | Attempt to Distribute or Possess with Intent to Distribute a Controlled Substance (MDMA) | 08/01/19 | 4 |
| 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846 | Attempt to Distribute or Possess with Intent to Distribute a Controlled Substance (MDMA) | 08/01/19 | 5 |

**CONTINUED ON NEXT PAGE**

The defendant is sentenced as provided in pages 2 through   7   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)  2  ☒ is  ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 1, 2021
Date of Imposition of Judgment

_Christine M Arguello_
Signature of Judge

Christine M. Arguello, United States District Judge
Name and Title of Judge

12/6/2021
Date

AO 245B (CO Rev 11/20) Judgment in Criminal Case

Judgment — Page 2 of 7

DEFENDANT: PATRICK M. DOYLE
CASE NUMBER: 1:19-cr-00394-CMA-1

## ADDITIONAL VIOLATIONS

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846 | Attempt to Distribute or Possess with Intent to Distribute a Controlled Substance (MDMA) | 05/01/19 | 6 |
| 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846 | Attempt to Distribute or Possess with Intent to Distribute a Controlled Substance (MDMA) | 01/01/18 | 7 |
| 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846 | Attempt to Distribute or Possess with Intent to Distribute a Controlled Substance (MDMA) | 08/01/17 | 8 |

AO 245B (CO Rev 11/20) Judgment in Criminal Case

Judgment — Page 3 of 7

DEFENDANT: PATRICK M. DOYLE
CASE NUMBER: 1:19-cr-00394-CMA-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **seventy-two (72) months,** as to each Count, to run concurrently.

☒ The court makes the following recommendations to the Bureau of Prisons:
The Court recommends the defendant be designated to a facility in Connecticut and be allowed to participate in the Residential Drug Abuse Program (RDAP).

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  01-18-22  to  USP LEWISBURG
at  LEWISBURG, PA  , with a certified copy of this judgment.

RADM. S. SPAULDING. WARDEN
~~UNITED STATES MARSHAL~~

By _____ C SC
~~DEPUTY UNITED STATES MARSHAL~~

AO 245B (CO Rev 11/20) Judgment in Criminal Case

Judgment — Page 4 of 7

DEFENDANT: PATRICK M. DOYLE
CASE NUMBER: 1:19-cr-00394-CMA-1

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: **three (3) years,** as to each Count, to run concurrently.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and a maximum of 20 tests per year of supervision thereafter.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (CO Rev 11/20) Judgment in Criminal Case

| | | Judgment — Page 5 of 7 |
|---|---|---|
| DEFENDANT: | PATRICK M. DOYLE | |
| CASE NUMBER: | 1:19-cr-00394-CMA-1 | |

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may, after obtaining Court approval, notify the person about the risk or require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

### U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

AO 245B (CO Rev 11/20) Judgment in Criminal Case

Judgment — Page 6 of 7

DEFENDANT: PATRICK M. DOYLE
CASE NUMBER: 1:19-cr-00394-CMA-1

## SPECIAL CONDITIONS OF SUPERVISION

1. You must participate in a program of testing and/or treatment for substance abuse approved by the probation officer and follow the rules and regulations of such program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program as to modality, duration, and intensity. You must abstain from the use of alcohol or other intoxicants during the course of treatment. You must not attempt to obstruct, tamper with or circumvent the testing methods. You must pay for the cost of testing and/or treatment based on your ability to pay.

2. You must participate in a program of mental health treatment approved by the probation officer and follow the rules and regulations of such program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program as to modality, duration, and intensity. You must pay for the cost of treatment based on your ability to pay.

3. You must submit your person, property, house, residence, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of your supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner